1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     USA,                                      Case No.  23-cr-00264-JSW-1

8                    Plaintiff,

9            v.                                 **ORDER REGARDING UPCOMING
                                                STATUS HEARING AND REQUIRING**
10    PATRICK JAMES BERHAN, et al.              **JOINT STATUS REPORT**

11                   Defendant.

12

13           This case is scheduled for an initial status conference, and the Court will return to holding

14    status conferences in person.  If the Defendant wishes to waive their appearance for the upcoming

15    status conference, counsel for the defendant shall file the appropriate waiver with the Court.

16           The Court FURTHER ORDERS the parties to file a joint status report addressing the

17    issues below **one week** prior to the status conference.  If the parties intend to request a continuance

18    of the upcoming status hearing, they shall clearly state that in the caption of the report and shall

19    file a proposed order for the Court's consideration and email a Microsoft Word version to the

20    JSWPO@cand.uscourts.gov email address.

21           1.      The current status of any proceedings regarding discovery and an estimate of when

22    the parties will be able to deadlines for motions and/or trial.

23           2.      If known, whether the parties anticipate filing any motions and whether they

24    anticipate requesting an evidentiary hearing.  Similarly, if a defendant intends to contest a

25    supervised release charge, the parties shall provide the Court with information about the scope of

26    any evidentiary hearing necessary to resolve the charges.

27           3.      If the parties intend to resolve the matter by way of a plea or admission to a

28    supervised release violation, they shall be prepared to advise the Court whether they would be

*United States District Court*
*Northern District of California*

1   willing to proceed with a combined plea/admission and sentencing hearing and, if so, whether they

2   would consent to the Court meeting with the Probation Officer in advance of that hearing.

3   IT IS SO ORDERED.

4   Dated: August 22, 2023

_____

JEFFREY S. WHITE
United States District Judge