1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **NORTHERN DISTRICT OF CALIFORNIA**

6

7

8 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00267 YGR**

9            **PLAINTIFF,**

10       **VS.** | **ORDER OF SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

11 **TIMOTHY ALLEN MANLY WILLIAMS,**

12            **DEFENDANT.**

13 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00269 AMO**

14            **PLAINTIFF,**

15       **VS.**

16 **MORTEZA AMIRI,**

17            **DEFENDANT.**

18 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00264 JSW**

19            **PLAINTIFF,**

20       **VS.**

21 **PATRICK JAMES BERHAN ET AL.,**

22            **DEFENDANTS.**

23 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00268 HSG**

24            **PLAINTIFF,**

25       **VS.**

26 **DANIEL JAMES HARRIS ET AL.,**

27            **DEFENDANTS.**

28

In Docket No. 11, the government requests that this Court consider relating *United States v. Amiri*, case no. 23-cr-00269-AMO to *United States v. Williams*, case no. 23-cr-00267-YGR. However, the request also suggested that all of the cases captioned above should be related. Accordingly, pursuant to Criminal Local Rule 8-1, this Court hereby refers *sua sponte* to the Honorable Jeffrey White to consider whether the captioned cases should be related to the lowest case number, *United States v. Berhan*, case no. 23-cr-00264-JSW.

For the parties' convenience, a copy of the Notice of Related Case is attached hereto.

The clerk of the court shall file this order in each of the dockets referenced.

**IT IS SO ORDERED.**

Dated: August 30, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2