ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00264 JSW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| PATRICK JAMES BERHAN, MORTEZA AMIRI, AMANDA CARMELLA THEODOSY, ERNESTO JUAN MEJIA-OROZCO, and BRAULI RODRIGUEZ JALAPA, | |
| Defendants. | |

This matter is set for a status conference hearing on March 19, 2024. The parties also anticipate requesting that the Court set a change-of-plea hearing as to defendant Patrick James Berhan on March 19, 2024. The parties hereby respectfully submit this joint status report.

**I.     Background**

On August 16, 2023, a federal grand jury returned an indictment charging the Defendants with

conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and wire fraud, in violation of 18 U.S.C. § 1343.  Defendant Peterson entered a guilty plea on January 9, 2024, and as described above, the parties expect defendant Berhan to enter a guilty plea at the hearing on March 19th.

Since the last hearing in this case on January 30, 2024, defendant Amiri's counsel has been replaced due to a conflict. ECF Nos. 125, 126.  Last week, the government also produced a fourth tranche of discovery to all defendants.[1] This production consisted primarily of investigative reports, documents obtained from the defendants' agencies, interview transcripts and recordings, and search warrant and surveillance photographs. The production also includes material that was generated in late 2023, following the defendants' indictment. In addition, those defendants who have provided hard-drives to the government received full forensic images of their own cellular phones. Finally, the government has also extended plea offers to all remaining defendants, and offered to conduct reverse proffers for all remaining defendants.

**II.     The Government's position regarding a prospective trial date**

As the Court is aware, this is one of three related cases set for a status hearing on March 19, 2024. As set forth in the status memoranda for the other two cases, the government is not seeking trial dates in 23-CR-268 – *United States v. Harris et. al* and 23-CR-269 – *United States v. Amiri et al*. The government does however, respectfully request that the Court set a trial date in this case. Although this is one of four related cases with overlapping discovery, the allegations in this indictment are straightforward.  The government anticipates that, if all four remaining defendants proceed to trial, its case in chief will last approximately five days.

Moreover, although the defendants have received a large volume of discovery since they made their initial appearances in August 2023, the government notes that two defendants have already reached plea agreements, and that it has offered to conduct reverse proffers in order to highlight the most pertinent records and anticipated testimony. Therefore, in order to balance the defendants' need to review discovery and develop defenses with the public's interest in a speedy trial, the government respectfully requests that the Court set a trial date in this case in the summer of 2024, and proposes jury

---

[1]    On March 7, 2024, Amiri's counsel filed a notice acknowledging the protective order in this case. Therefore, all four prior productions were provided to him this week.

selection on July 15, 2024, if that date is available on the Court's schedule.

**III.    The Defendants' positions regarding a prospective trial date**

The defendants' positions regarding a prospective trial date are as follows:

Counsel for defendant Mejia-Orozco is in the middle of a racketeering trial in the Eastern District of California that is anticipated to end in May. Mejia-Orozco therefore objects to a trial date in July and prefers a trial date in September.

Defendant Theodosy objects to a trial date in July and prefers a September trial date. However, Theodosy's counsel has other commitments in October 2024.

Defendant Rodriguez Jalapa objects to a trial date in July and requests another status conference prior to setting a trial date. Counsel is available on April 16th, April 23rd, and April 30th. If the Court does set a trial date, Rodriguez Jalapa requests a September trial date.

Defendant Amiri's replacement counsel received discovery in this case on March 12, 2024. Therefore, counsel is not in a position to take a position on prospective trial dates prior to the status conference.

DATED: March 12, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/_
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

_/s/_
EDWARD ROBINSON
NANCY KARDON
Counsel for Defendant PATRICK JAMES BERHAN

_/s/_
TIMOTHY CRUDO
Counsel for Defendant MORTEZA AMIRI

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 |            */s/*<br>PAUL GOYETTE<br>Counsel for Defendant AMANDA<br>CARMELLA THEODOSY |

      */s/*
STEVE KALAR
MICHAEL HINCKLEY
Counsel for Defendant ERNESTO JUAN
MEJIA-OROZCO

      */s/*
ADAM PENNELLA
Counsel for Defendant BRAULI
RODRIGEUZ JALAPA

JOINT STATUS REPORT       4
4:23-cr-00264 JSW