TIMOTHY P. CRUDO (State Bar No. 143835)
RACHEL R. SUHR (State Bar No. 323531)
OLIVER W. HAMILTON (State Bar No. 340054)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-tpc@cpdb.com
         ef-rrs@cpdb.com
         ef-owh@cpdb.com

Attorneys for Defendant
MORTEZA AMIRI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>Defendant. | Case No. 4:23-cr-00264-JSW-2<br><br>**DEFENDANTS MORTEZA AMIRI AND AMANDA THEODOSY'S JOINT REQUEST FOR ADDITIONAL CASE-SPECIFIC QUESTIONS FOR JURY QUESTIONNAIRE**<br><br>Pretrial Conference Date: July 8, 2024<br>Trial Date: August 5, 2024 |

Pursuant to the Court's Order Regarding Jury Questionnaire (Dkt. 237), Defendants Morteza Amiri and Amanda Theodosy jointly request the following three case-specific questions for inclusion in the jury questionnaire for the reasons stated in Defendants Morteza Amiri's and Amanda Theodosy's Request for Supplemental Voir Dire Questions (Dkt. 223):

1. One of the counts in this case charges the defendants with being part of a conspiracy. I will instruct the jury on the elements of a conspiracy, but in general terms, a conspiracy requires that there be an agreement between the conspirators. The fact that the conspirators know each other or know others are involved in similar conduct is not sufficient to find that people were members of a conspiracy. The law does not permit guilt by association. Do any of you think that you would have difficulty keeping an open mind if there is evidence that the defendants know that others are involved in similar conduct?

2. The defendants in this case were police officers at the time of the events that are relevant to this case. The law does not hold the defendants to a higher or a lower standard of conduct because they were police officers. The law applies the same to them as to any other defendant. You must consider the evidence and apply the law as I instruct as to the defendants in the same way you would to any other person. Do any of you think that you would have a difficult time doing so?

3. This case involves an educational incentive program that provided police officers with an increase in pay if the officers obtained higher education (for example, a college degree). Do you think that a police officer with a college degree is necessarily better at his or her job than a police officer who does not have a college degree?

DATED: July 2, 2024                    COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/Rachel Rose Suhr*
      RACHEL ROSE SUHR
      Attorneys for Defendant
      MORTEZA AMIRI