1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys

6
       1301 Clay Street, Suite 340S
7      Oakland, California 94612
       Telephone: (510) 637-3680
8      FAX: (510) 637-3724
       Eric.Cheng@usdoj.gov
9      Ajay.Krishnamurthy@usdoj.gov
       Alethea.Sargent@usdoj.gov
10

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NOS. | 23-cr-264 JSW-2 |
|---|---|---|---|
| Plaintiff, | ) | | 23-cr-269 JSW-1 |
| v. | ) | GOVERNMENT'S ADDITIONAL AUTHORITIES IN RESPONSE TO NOTICE OF QUESTIONS FOR HEARING | |
| MORTEZA AMIRI, | ) | | |
| Defendant. | ) | | |

In response to the Court's Notice of Questions for Hearing, the government responds that it may rely on the following additional cases not cited in its brief in response to the Court's first, fourth, and fifth questions:

*Question 1*

*United States v. Flores*, 802 F.3d 1028, 1046 (9th Cir. 2015)

*Questions 1 & 4*

*United States v. Taylor*, No. 17-CR-00191-JST-1, 2019 WL 281457, at *8–9 (N.D. Cal. Jan. 22, 2019)

*United States v. Castro*, No. 219CR00295GMNNJK, 2022 WL 989446, at *8 (D. Nev. Mar. 30, 2022),

GOV. ADD'L AUTHORITIES                                1
23-cr-264 JSW-2 & 23-cr-269 JSW

report and recommendation adopted, No. 219CR00295GMNNJK, 2022 WL 4110346 (D. Nev. Sept. 4, 2022)

<u>Question 5</u>

*United States v. Oloyede*, 933 F.3d 302, 309 (4th Cir. 2019)

*United States v. Heusner*, No. 3:18-CR-02658-BTM, 2019 WL 5535767, at *8 (S.D. Cal. Oct. 24, 2019)

*United States v. Booker*, 561 F. Supp. 3d 924, 939-940 (S.D. Cal. 2021)

*United States v. Guia-Lopez*, No. 22-50234, 2023 WL 5236764, at *6-7 (5th Cir. Aug. 15, 2023)

*Cf. United States v. Terabelian*, No. 21-50291, 2024 WL 3192181, at *10 (9th Cir. June 27, 2024)

DATED: July 7, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys