TIMOTHY P. CRUDO (State Bar No. 143835)
RACHEL R. SUHR (State Bar No. 323531)
OLIVER W. HAMILTON (State Bar No. 340054)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-tpc@cpdb.com
         ef-rrs@cpdb.com
         ef-owh@cpdb.com

Attorneys for Defendant
MORTEZA AMIRI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>Defendant. | Case No. 4:23-cr-00264-JSW-2<br><br>**DEFENDANT MORTEZA AMIRI'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBPOENA RESPONSE**<br><br>Trial Date: August 5, 2024 |

Pursuant to the Court's Order to Show Cause at Dkt. 260, Defendant Morteza Amiri is filing this response to confirm that he does not object to California Coast University's subpoena response being produced to the government.

DATED: July 18, 2024          COBLENTZ PATCH DUFFY & BASS LLP

                              By:  */s/Rachel Rose Suhr*
                                   RACHEL ROSE SUHR
                                   Attorneys for Defendant
                                   MORTEZA AMIRI

Case No. 4:23-cr-00264-JSW-2
**DEFENDANT AMIRI'S RESPONSE TO ORDER TO SHOW CAUSE RE SUBPOENA RESPONSE**