# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.**: 23-cr-00264-JSW-2
**TITLE**: USA v. Morteza Amiri

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Ajay Krishnamurthy, Eric Cheng, Alethea Sargent | Timothy Crudo, Rachel Suhr, Oliver Hamilton |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 6, 2024 | Ruth Levine Ekhaus | Ki'i Kealalio-Puli |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 7:51 a.m. |  |  | Court is in session. All Counsel present. Defendant is present, not in custody. The Court and counsel discuss housekeeping matters outside the presence of the jury. |
|  | 7:55 a.m. |  |  | Court takes a break. |
|  | 8:00 a.m. |  |  | Jurors present. Preliminary jury instructions given by the Court |
|  | 8:02 a.m. |  |  | Direct examination of witness **SAVANNAH REED** by Ms. Alethea Sargent continues. |
| 51 |  |  |  | Previously admitted. |
| 82 |  |  |  | Previously admitted. |
| 55 |  |  |  | Previously admitted. |
| 82 |  |  |  | Previously admitted. |
| 100 | **8/6/2024** | **X** | **X** | Venmo Printouts – Individual-1 - Amiri |
| 82 |  |  |  | Previously admitted. |
| 100 |  |  |  | Previously admitted. |
| 55 |  |  |  | Previously admitted. |
| 82 |  |  |  | Previously admitted. |
| 100 |  |  |  | Previously admitted. |
| 82 |  |  |  | Previously admitted. |
|  | 9:14 a.m. |  |  | Court and Jury take a break. |
|  | 9:32 a.m. |  |  | Jury present. Court is back in session. |
|  | 9:33 a.m. |  |  | Direct examination of witness **SAVANNAH REED** by Ms. Alethea Sargent continues. |
| 82 |  |  |  | Previously admitted. |
| 100 |  |  |  | Previously admitted. |

**CASE NO.**: 23-cr-00264-JSW-2
**TITLE**:  USA v. Morteza Amiri

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 55 | | | | Previously admitted |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 100 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 55 | | | | Previously admitted. |
| 82 | | | | Previously admitted. |
| 319 | | | | Previously admitted. |
| 102 | **8/6/2024** | **X** | **X** | Venmo Printouts – Individual-1 – Theodosy/Nash |
| 320 | | | | Previously admitted. |
| 103 | **8/6/2024** | **X** | **X** | Venmo Printouts – Individual-1 – Peterson |

**CASE NO.**:  23-cr-00264-JSW-2
**TITLE**:  USA v. Morteza Amiri

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
|  | 10:42 a.m. |  |  | Court and Jury take a break. |
|  | 10:59 a.m. |  |  | Jury present. Court is back in session. |
|  | 11:00 a.m. |  |  | Direct examination of witness **SAVANNAH REED** by Ms. Alethea Sargent continues. |
| 103 |  |  |  | Previously admitted. |
|  | 11:10 a.m. |  |  | Court and Counsel Bench Conference |
|  | 11:16 a.m. |  |  | Direct examination of witness **SAVANNAH REED** by Ms. Alethea Sargent continues. |
|  | 11:23 a.m. |  |  | Cross examination of witness **SAVANNAH REED** by defense counsel Mr. Timothy Reed. |
| 330 | **8/6/2024** | X | X | Text Messages. Admitted solely for cross-examination purposes. |
| 212 | **8/6/2024** | X |  | FBI 302 re Individual-1 Interview 8/24/22 |
| 413 | **8/6/2024** | X | X | Excerpt of previously admitted Exhibit 305. Admitted solely for cross-examination purposes. |
| 306 |  |  |  | Previously admitted. |
| 82 |  |  |  | Previously admitted. |
| 391 | **8/6/2024** | X | X | Text exchange Reed/Amiri (DEF) |
|  | 12:10 p.m. |  |  | Witness is excused until 8/7/2024 at 8:00 a.m. |
|  | 12:11 p.m. |  |  | Preliminary jury instructions given by the Court. |
|  | 12:12 p.m. |  |  | The Court admonished the jury and the jury is excused until 8/7/2024 at 8:00 a.m. |
|  | 12:13 p.m. |  |  | The Court and counsel discuss housekeeping matters outside the presence of the Jury. |
|  | 12:20 p.m. |  |  | Court and counsel take a lunch break and will return at 2:00 p.m. to discuss housekeeping matters. |
|  | 2:07 p.m. |  |  | Court is back in session. Court and counsel discuss housekeeping matters out side the presence of the jury. |
|  | 2:55 p.m. |  |  | Matters are taken under submission. |
|  | 2:55 p.m. |  |  | Court is in recess until 8/7/2024 at 7:30 a.m. for Counsel and 8:00 a.m. for Jurors. |