UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>    Defendant. | Case No. 23-cr-264-JSW-2<br><br>**JURY LUNCH ORDER** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED.**

Dated: August 7, 2024

_____
JEFFREY S. WHITE
United States District Judge