UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.**: 23-cr-00264-JSW-2
**TITLE**: USA v. Morteza Amiri

| DISTRICT JUDGE: | GOVERNMENT COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| JEFFREY S. WHITE | Ajay Krishnamurthy, Eric Cheng, Alethea Sargent | Timothy Crudo, Rachel Suhr, Oliver Hamilton |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 7, 2024 | Ruth Levine Ekhaus | Ki'i Kealalio-Puli |

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | 7:50 a.m. | | | Court is in session. All Counsel present. Defendant is present, not in custody. The Court and counsel discuss housekeeping matters outside the presence of the jury |
| **210** | 8/7/2024 | X | | Individual 1 – Transcript |
| | 8:12 a.m. | | | Jurors present. Preliminary jury instructions given by the Court. |
| | 8:13 a.m. | | | Cross examination of witness **SAVANNAH REED** by defense counsel Mr. Timothy Reed. |
| **212** | 8/7/2024 | X | | FBI 302 re Individual-1 Interview - 8/24/22. Previously ID'd for witness only. |
| | 8:31 a.m. | | | Re-direct examination of witness Savannah Reed by AUSA Alethea Sargent. |
| | 8:33 a.m. | | | Court and Counsel – Bench Conference |
| | 8:45 a.m. | | | Stipulation of Facts read into record by AUSA Eric Cheng. |
| | 8:48 a.m. | | | The Government calls its seventh witness **RUTH ARACELY RODRIGUEZ AZEVEDO** by AUSA Aletha Sargent. Witness is sworn. |
| | 8:50 a.m. | | | Direct examination of witness **RUTH ARACELY RODRIGUEZ AZEVEDO** by AUSA Aletha Sargent begins. |
| **303** | 8/7/2024 | X | X | City of Santa Clara Police Department Employment Records. (Subject to previous objections – Admitted) |
| **40** | 8/7/2024 | X | X | City of Santa Clara – Position and Qualifications (Subject to previous objections – Admitted) |
| **41** | 8/7/2024 | X | X | City of Santa Clara – Theodosy/Nash – Records (Subject to previous objections – Admitted) |
| | 9:01 a.m. | | | Witness **RUTH ARACELY RODRIGUEZ AZEVEDO** is thanked and excused. |
| | 9:02 a.m. | | | The Government calls its eighth witness **TIM JUNG** by AUSA Ajay Krishnamurthy. Witness is sworn. |
| | 9:03 a.m. | | | Court and Jury take a break (10-mins.) |
| | 9:15 a.m. | | | Jurors present. Court is back in session. |
| | 9:15 a.m. | | | Direct examination of witness **TIM JUNG** by AUSA Ajay Krishnamurthy begins. |

**CASE NO.**: 23-cr-00264-JSW-2
**TITLE**: USA v. Morteza Amiri

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 91 | 8/7/2024 | X | X | Mejia-Orozco iPhone |
| 84 | 8/7/2024 | X | X | Summary of Mejia-Orozco – Berhan Messages from EJMO-500001 |
|  | 9:23 a.m. |  |  | Witness **TIM JUNG** is thanked and excused. |
|  | 9:24 a.m. |  |  | Stipulated Facts read into record by AUSA Eric Cheng. |
|  | 9:26 a.m. |  |  | The Government calls its ninth witness **THUY ZOBACK** by AUSA Eric Cheng. Witness is sworn. |
|  | 9:27 a.m. |  |  | Direct examination of witness **THUY ZOBACK** by AUSA Eric Cheng begins. |
| 100 |  |  |  | Previously admitted. |
| 104 | 8/7/2024 | X | X | Venmo (PayPal) Amiri (Subject to previous objections – Admitted) |
| 105 | 8/7/2024 | X | X | Venmo (PayPal) Individual-1 (Subject to previous objections – Admitted) |
| 100 |  |  |  | Previously admitted |
| 105 |  |  |  | Previously admitted |
| 110 | 8/7/2024 | X | X | Summary of US-PAYPAL-002539 (Venmo – Individual 1) |
| 17 | 8/7/2024 | X | X | City of Pittsburg – Theodosy/Nash – Personnel Action Forms |
| 60 | 8/7/2024 | X | X | CCU – Nash – Proctor Information |
| 18 | 8/7/2024 | X | X | City of Pittsburg – Theodosy/Nash – Tuition Reimbursements |
| 16 | 8/7/2024 | X | X | City of Pittsburg – Theodosy/Nash – Personnel Action Forms |
| 19 | 8/7/2024 | X | X | City of Pittsburg – Theodosy/Nash – POST Certificates and CCU Transcript. |
| 40 |  |  |  | Previously admitted. |
| 4 | 8/7/2024 | X | X | City of Antioch – Peterson – Personnel Action Form |
| 110 |  |  |  | Previously admitted. |
| 4 |  |  |  | Previously admitted. |
| 65 | 8/7/2024 | X | X | CCU - Mejia-Orozco - Student File |
| 84 |  |  |  | Previously admitted. |
| 65 |  |  |  | Previously admitted. |
| 66 | 8/7/2024 | X | X | CCU - Mejia-Orozco - Proctor Information |
| 84 |  |  |  | Previously admitted. |

**CASE NO.**:  23-cr-00264-JSW-2
**TITLE**:  USA v. Morteza Amiri

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 65 | | | | Previously admitted. |
| 84 | | | | Previously admitted. |
| | 10:29 a.m. | | | Jurors take a break |
| | 10:29 a.m. | | | Court and Counsel discuss housekeeping matters outside the presence of the jury. |
| | 10:30 a.m. | | | Court takes a break. |
| | 10:43 a.m. | | | Jurors present. |
| | 10:44 a.m. | | | Court is back in session. |
| | 10:45 a.m. | | | Direct examination of witness **THUY ZOBACK** by AUSA Eric Cheng continues. |
| 84 | | | | Previously admitted. |
| 65 | | | | Previously admitted. |
| 23 | 8/7/2024 | X | X | City of Pittsburg - Mejia-Orozco - Tuition Reimbursements |
| 21 | 8/7/2024 | X | X | City of Pittsburg - Mejia-Orozco - Personnel Action Forms |
| 20 | 8/7/2024 | X | X | City of Pittsburg - Mejia-Orozco - Memorandum re College Degree, 3/11/2021 |
| 28 | 8/7/2024 | X | X | City of Pittsburg – Mejia-Orozco – Personnel Action Form Information |
| | 10:54 a.m. | | | Witness **THUY ZOBACK** is thanked and excused. |
| | 10:55 a.m. | | | The Government calls its tenth witness **KEN TAM** by AUSA Ajay Krishnamurthy.  Witness is sworn. |
| | 10:55 a.m. | | | Direct examination of witness **KEN TAM** by AUSA Ajay Krishnamurthy begins. |
| | 11:04 a.m. | | | The Government requests to admit witness **KEN TAM** as an expert witness. |
| | 11:04 a.m. | | | No objections per defense counsel Rachel Suhr. |
| | 11:05 a.m. | | | Jury instructions given by the Court re: Expert Witness. |
| | 11:05 a.m. | | | Direct examination of witness **KEN TAM** by AUSA Ajay Krishnamurthy continues. |
| 2 | | | | Previously admitted. |
| 204 | 8/7/2024 | X | | City of Antioch – Morteza Amiri – Educational Incentives and Reimbursements (DEMONSTRTIVE PURPOSES ONLY) |
| 27 | | | | Previously admitted. |
| 13 | | | | Previously admitted. |

**CASE NO.**: 23-cr-00264-JSW-2
**TITLE**: USA v. Morteza Amiri

| JOINT EXHIBIT # | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| 206 | 8/7/2024 | X | | City of Pittsburg – Patrick Berhan – Educational Incentives and Reimbursements (DEMONSTRATIVE PURPOSES ONLY) |
| 27 | | | | Previously admitted. |
| 13 | | | | Previously admitted. |
| 206 | 8/7/2024 | X | | City of Pittsburg – Patrick Berhan – Educational Incentives and Reimbursements (DEMONSTRATIVE PURPOSES ONLY) |
| 205 | 8/7/2024 | X | | City of Pittsburg – Amanda Theodosy – Educational Incentives and Reimbursements (DEMONSTRATIVE PURPOSES ONLY) |
| 207 | 8/7/2024 | X | | City of Pittsburg – Ernesto Mejia-Orozco – Educational Incentives and Reimbursements (DEMONSTRATIVE PURPOSES ONLY) |
| 208 | 8/7/2024 | X | | City of Antioch – Samantha Peterson – Educational Incentives and Reimbursements (DEMONSTRATIVE PURPOSES ONLY) |
| | 11:21 a.m. | | | Cross examination of witness **KEN TAM** by defense counsel Rachel Suhr begins. |
| 309 | 8/7/2024 | X | | (DEMONSTRATIVE PURPOSES ONLY) |
| | 11:40 a.m. | | | Re-direct examination of **KEN TAM** by AUSA Ajay Krishnamurthy begins. |
| | 11:42 a.m. | | | Witness **KEN TAM** is thanked and excused. |
| | 11:42 a.m. | | | Government rests. |
| | 11:42 a.m. | | | Defense rests. |
| | 11:43 a.m. | | | Jurors take a break. |
| | 11:44 a.m. | | | The Court and Counsel discuss housekeeping matters outside the presence of the jury. |
| | 12:00 p.m. | | | Jurors present. Preliminary jury instructions are given by the Court. |
| | 12:07 p.m. | | | The Court admonished the Jurors. Jurors are excused until 8/8/2024 at 8:00 a.m. |
| | 12:08 p.m. | | | Court and Counsel discuss housekeeping matters. |
| | 12:08 p.m. | | | Court takes a break. |
| | 2:14 p.m. | | | Court is in session. Charging Conference begins. |
| | 3:17 p.m. | | | Court is in recess until 8/8/2024 at 7:30 a.m. for Counsel and 8:00 a.m. for jurors. |
| | | | | |
| | | | | |