**FILED**

AUG 08 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00264 JSW |
| Plaintiff, | ) **VERDICT FORM** |
| v. | ) |
| MORTEZA AMIRI, | ) |
| Defendant. | ) |

WE, THE JURY in the above-entitled case, unanimously find the defendant, Morteza Amiri:

1. _Guilty_ (NOT GUILTY/GUILTY) of the charge of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, beginning no later than in or about June 2019, and continuing through at least in or about May 2021, as alleged in Count One of the Indictment.

2. _Guilty_ (NOT GUILTY/GUILTY) of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, on or about February 18, 2020, as alleged in Count Two of the Indictment.

DATED: _Aug. 8_, 2024.

_[signature] Liliane Cools_
FOREPERSON