UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORTEZA AMIRI,<br><br>　　　　Defendant. | Case No. 23-cr-00264-JSW-2<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SET DATE FOR SENTENCING**<br><br>Re: Dkt. No. 363 |

　　　Now having denied Defendant Morteza Amiri's motion for judgment of acquittal on conspiracy count and/or new trial on wire fraud and conspiracy, the Court is inclined to revisit its previous order delaying sentencing until after resolution of the -269 case. Its ordinary practice would be to expeditiously set a sentencing date following resolution of the post-trial motions. The Court is mindful of the parties' agreement and its previous approval, but it is concerned that the length of time between final judgment in this action and resolution of the -269 case is indefinite and that an indefinite delay is inappropriate.

　　　　The parties are ORDERED TO SHOW CAUSE, in writing, why a delay in sentencing is appropriate by no later than November 1, 2024.

　　　**IT IS SO ORDERED.**

　　　Dated: October 25, 2024

_____
JEFFREY S. WHITE
United States District Judge