ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-264-2 |
| Plaintiff, | **JOINT CERTIFICATION OF ADMITTED TRIAL EXHIBITS** |
| v. | |
| MORTEZA AMIRI, | |
| Defendant. | |

Pursuant to Civil L.R. 5-1(g), the parties jointly submit the following exhibits that were admitted at trial from August 5, 2024, through August 8, 2024.  The parties certify that the attached exhibits are true and correct copies of the exhibits submitted to the trier of fact in this matter, except that certain redactions have been added to protect the personal identifying information of the defendant, co-defendants, witnesses, and third parties.

DATED:  11/4/2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA M. SARGENT
Assistant United States Attorneys

_____/s/_____
TIMOTHY P. CRUDO
RACHEL R. SUHR
Attorneys for Defendant
MORTEZA AMIRI