# CITY OF ANTIOCH
# PERSONNEL ACTION FORM

**EMPLOYEE ID:** E5839

## I. NAME / TITLE / DEPARTMENT / EFFECTIVE DATE

| Name (Last, First) | Title | Department | Effective Date |
|---|---|---|---|
| Amiri, Morteza | Police Officer | Police | 04/17/2020 |

Service Status: ☒ F/T  ☐ P/T  ☒ Regular  ☐ Probationary  ☐ Hourly  ☐ Seasonal  ☐ At-Will Management  ☐ Elected

## II. APPOINTMENT

| Title | Salary | Step | Charge Account |
|---|---|---|---|
|  |  |  |  |

| Bargaining Unit | CalPERS Appt. ID | CalPERS ID | Sr. Officer Date | FLSA | PERS / PARS |
|---|---|---|---|---|---|
|  |  |  |  | ☐ Exempt ☐ Non-Exempt | ☐ PERS  ☐ PARS  Classic PERS Member: ☐ Y ☐ N  SDI: ☐ Y ☐ N |

## III. CHANGE IN SALARY/STATUS

| | FROM | TO |
|---|---|---|
| Title | | |
| Department | | |
| Wage/Salary | | |
| Salary Step | | |
| Incentive Pay | 2.5% of Base Pay | 5% of Base Pay |
| Home Charge Account | | |
| Reason for Change | BA Degree Provided | |

## IV. LEAVE OF ABSENCE

☐ FMLA/CFRA  ☐ Medical  ☐ Military  ☐ PDL  ☐ Personal  ☐ Workers' Compensation

First Day of Absence: _____  Expected Return Date: _____  Paid: ☐ Y ☐ N

## V. SEPARATION OF EMPLOYMENT

☐ Resignation  ☐ Retirement  ☐ Dismissal  ☐ Deceased  ☐ Layoff  ☐ End of Temporary Assignment

Last Day Worked: _____  Eligible for Rehire: (Optional) ☐ Y ☐ N  Insurance Termination Dates: Health _____ All Others _____  ☐ N/A

☐ Pay all eligible accrued and unused balances on the final paycheck (i.e., vacation, floating holiday, compensatory time, administrative leave, and sick leave).

## VI. REMARKS

Per the Antioch Police Officers Association, Article X, B. Education Incentive Pay, employee is eligible to receive 5% of base pay per month for BA Degree.

---

Prepared By: Morgan Himes    Date: 4/29/2020

Department Head Signature: Brooks [signature]    Date: 5-1-2020    ☒ Approved  ☐ Denied

Reviewed:
Human Resources Signature: [signature]    Date: 5/5/2020

City Manager Signature: [signature]    Date: 5/15/2020    ☒ Approved  ☐ Denied

DISTRIBUTION: HR (Original) • Payroll • Department • Employee          REV. 08/12/13

# CITY OF ANTIOCH
## PERSONNEL ACTION FORM

### EMPLOYEE

| ID# | LAST | FIRS | DEPARTMEN |
|---|---|---|---|
| E5839 | AMIRI | MORTEZA | POLICE |

**POSITION:**

POLICE OFFICER

### ACTION

**ACTION:** Salary Change    **REASON:** See Below

### SALARY

| FROM | | | TO | | | |
|---|---|---|---|---|---|---|
| SALARY | TOP STEP | STEP | SALARY | TOP STEP | STEP | EFFECTIVE DATE |
| 10,056 | 10,056 | E | 10,307 | 10,307 | E | 09/13/2020 |

### REMARKS

2.5% SALARY ADJUSTMENT IN ACCORDANCE WITH THE APOA MOU DATED 9/1/2016 - 8/31/2021, USING THE EXISTING FOUR-CITY FORMULA. (EFFECTIVE 9/13/2020)

THIS ACTION FORM SHOWS THE CHANGE TO YOUR BASE SALARY ONLY.
ANY ADDITIONAL PAYS YOU ARE CURRENTLY RECEIVING (i.e. Certificate Pay) WILL CONTINUE

### APPROVAL

[ X ] Reviewed                    [ X ] Approved

Nickie Mastay       09/29/2020              Ron Bernal        09/29/2020
Administrative Services Director    Date        City Manager        Date

**DISTRIBUTION:**    Human Resources (Original)    Payroll    Department    Employee

US-CF-000827

EXH-002-002

# CITY OF ANTIOCH
## PERSONNEL ACTION FORM

### EMPLOYEE

| ID# | LAST | FIRST | DEPARTMENT |
|---|---|---|---|
| E5839 | AMIRI | MORTEZA | POLICE |

**POSITION:**

POLICE OFFICER

### ACTION

**ACTION:** Salary Change  **REASON:** See Below

### SALARY

| FROM | | | TO | | | |
|---|---|---|---|---|---|---|
| SALARY | TOP STEP | STEP | SALARY | TOP STEP | STEP | EFFECTIVE DATE |
| 10,307 | 10,307 | E | 10,719 | 10,719 | E | ~~04/10/2022~~ 9/12/21 |

### REMARKS

4.00% SALARY ADJUSTMENT IN ACCORDANCE WITH COUNCIL ACTION ON 04/12/22 (RESOLUTION NO. 2022/62).

THIS ACTION FORM SHOWS THE CHANGE TO YOUR BASE SALARY ONLY.
ANY ADDITIONAL PAYS YOU ARE CURRENTLY RECEIVING (i.e. Certificate Pay) WILL CONTINUE.

### APPROVAL

[ X ] Reviewed

Nickie Mastay    04/26/2022
Administrative Services Director    Date

[ X ] Approved

Cornelius Johnson    04/26/2022
Interim City Manager    Date

**DISTRIBUTION:**  Human Resources (Original)    Payroll    Department    Employee