**ITEMS ENCLOSED FOR MORTEZA AMIRI**

**STUDENT ID # 66976**

- CCU TRANSCRIPTS
- CCU DEGREE

## CCU COURSEWORK:

- BAM312 BUSINESS COMMUNICATIONS
- BAM410 ORGANIZATIONAL THEORY AND BEHAVIOR
- BCJ210 JUVENILE JUSTICE
- BCJ303 TERRORISM
- BCJ340 CRIMINAL BEHAVIOR
- BCJ351 FORENSIC SCIENCE
- BCJ450 DOMESTIC VIOLENCE
- BCJ470 RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY
- GED102 HUMAN BODY
- GED120 INTRODUCTION TO HUMANITIES
- GED132 UNITED STATES GOVERNMENT
- GED216 INTRODUCTION TO SOCIOLOGY
- GED260 CRIMINOLOGY



**RECORD OF:** MORTEZA AMIRI
**STUDENT ID:** 66976
**STUDENT ADDRESS:**

**DATE OF BIRTH:**
**PROGRAM:** Bachelor of Science in Criminal Justice
**ISSUED TO:**

# California Coast University

**Transcript of Academic Records**

**TRANSFERRED UNITS**

LAS POSITAS

ENG 7 - CRITICAL THINKING/WRITING, 3 units

PSYC 13 - PSYCHOLOGY OF WOMEN, 3 units

MUS 5 - AMERICAN CULTURES IN MUSIC, 3 units

SPEC TRNG

SPEC TRNG - , 42 units

To CCU Courses (CBT)

-LAS POSITAS, AJ 50

-LAS POSITAS, AJ 63

-LAS POSITAS, AJ 64

-LAS POSITAS, ADMJ 66

-NAPA VALLEY COLLEGE, CJT 200

-LAS POSITAS, AJ 55

-LAS POSITAS, GEOL 1

-LAS POSITAS, MATH 55

-LAS POSITAS, ENG 1A

-LAS POSITAS, PSYC 1

-LAS POSITAS, HIS 7

-LAS POSITAS, RELS 50

**INSTITUTION CREDIT**

| Course Number | Course Title | Credit Code | Units | Grade | Date Completed |
|---|---|---|---|---|---|
| BCJ100 | INTRODUCTION TO CRIMINAL JUSTICE | CBT | 3 | | |
| BCJ230 | CRIMINAL INVESTIGATION | CBT | 3 | | |
| BCJ240 | PROCEDURES IN THE JUSTICE SYSTEM | CBT | 3 | | |
| BCJ360 | CRIMINAL LAW | CBT | 3 | | |
| BCJ400 | THEORY AND PRACTICES OF LAW ENFORCEMENT | CBT | 3 | | |
| BCJ403 | THEORY AND PRACTICES OF CORRECTIONS | CBT | 3 | | |
| GED108 | ENVIRONMENTAL SCIENCE | CBT | 3 | | |
| GED150 | MATHEMATICS | CBT | 3 | | |
| GED155 | ENGLISH | CBT | 3 | | |
| GED215 | PSYCHOLOGY OF ADJUSTMENT | CBT | 3 | | |
| GED232 | EARLY UNITED STATES HISTORY | CBT | 3 | | |
| GED250 | WORLD RELIGIONS | CBT | 3 | | |
| **Total Transferred Units:** | | | 87 | | |
| Semester Units/G.P.A.: | | | 0 | | |
| Cumulative Semester Units/G.P.A.: | | | 0 | | |
| **Total Units:** | | | 87 | | |
| **FALL 2017** | | | | | |
| GED260 | CRIMINOLOGY | CBX | 3 | A | 11/07/2017 |
| FALL 2017 Semester Units/G.P.A.: | | | 3 | 4.00 | |
| Cumulative Semester Units/G.P.A.: | | | 3 | 4.00 | |
| **Total Units:** | | | 90 | 4.00 | |
| **WINTER 2020** | | | | | |
| GED132 | UNITED STATES GOVERNMENT | CBX | 3 | B | 01/16/2020 |
| GED102 | HUMAN BODY | CBX | 3 | A | 01/19/2020 |
| BCJ210 | JUVENILE JUSTICE | CBX | 3 | B | 02/04/2020 |
| BCJ303 | TERRORISM | CBX | 3 | B | 02/08/2020 |
| BCJ351 | FORENSIC SCIENCE | CBX | 3 | A | 02/08/2020 |
| BCJ450 | DOMESTIC VIOLENCE | CBX | 3 | B | 02/23/2020 |

********* CONTINUED ON THE NEXT COLUMN *********

| Course Number | Course Title | Credit Code | Units | Grade | Date Completed |
|---|---|---|---|---|---|
| GED120 | INTRODUCTION TO HUMANITIES | CBX | 3 | A | 02/27/2020 |
| BAM312 | BUSINESS COMMUNICATIONS | CBX | 3 | A | 03/19/2020 |
| BCJ340 | CRIMINAL BEHAVIOR | CBX | 3 | A | 03/20/2020 |
| BCJ470 | RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY | CBX | 3 | A | 03/26/2020 |
| BAM410 | ORGANIZATIONAL THEORY AND BEHAVIOR | CBX | 3 | A | 03/30/2020 |
| WINTER 2020 Semester Units/G.P.A.: | | | 33 | 3.64 | |
| Cumulative Semester Units/G.P.A.: | | | 36 | 3.67 | |
| **Total Units:** | | | 123 | 3.67 | |
| **SPRING 2020** | | | | | |
| GED216 | INTRODUCTION TO SOCIOLOGY | CBX | 3 | B | 04/17/2020 |
| SPRING 2020 Semester Units/G.P.A.: | | | 3 | 3.00 | |
| Cumulative Semester Units/G.P.A.: | | | 39 | 3.62 | |
| **Total Units:** | | | 126 | 3.62 | |

*************************************

BACHELOR OF SCIENCE IN CRIMINAL JUSTICE AWARDED 04/17/2020

TOTAL UNITS: 126 (TRANSFERRED: 87, EARNED: 39)

G.P.A.: 3.62

**Honors: MAGNA CUM LAUDE**

*************************************

********* END OF RECORD *********

Registrar's Signature

06/25/2024
Date

EXH-305-002



# California Coast University

Santa Ana, California

California Coast University upon recommendation of
the University faculty and by virtue of the authority
vested in the Board of Governors has conferred upon

## Morteza Amiri

the degree of

## Bachelor of Science in Criminal Justice

### Magna Cum Laude

with all Rights, Privileges and Honors thereunto appertaining
given this seventeenth day of April, two thousand twenty.



Vice President, Student Affairs

Thomas M. Neal
President

Dean, School of Criminal Justice

EXH-305-003

# BAM 312 BUSINESS COMMUNICATIONS COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-004



**June 25, 2024**

**Morteza Amiri**

████████████████

███████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BAM312

**Course Title:** BUSINESS COMMUNICATIONS

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** March 19, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 03/18/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM312 - BUSINESS COMMUNICATIONS
**Unit:** 1

Morteza Amiri

66976

BAM 312

Business Communications

Explain the difference between an ethical dilemma and an ethical lapse.

During everyday life, we all encounter ethical questions that are easily resolved but others can be more complex to distinguish.  Our behavior and activity is governed by moral principles sculpted by rights and wrongs.  Our judgement often helps guide us from what is wrong and what is right when an ethical dilemma and ethical lapse occurs.  This essay will explain the difference between an ethical dilemma and an ethical lapse.

An ethical dilemma can be defined as a choice between two choices that are not ethically acceptable or unclear.  The two choices could be ethically valid or the choices can enter into a gray area between clearly right and clearly wrong.  In the text "Business Communication Today," Courtland B. and John V. state "employees naturally want higher wages and more benefits, but investors who have risked their money in the company want management to keep costs low."  Both employees and investors have valid reasoning for their desire, putting management in an ethical dilemma.

However, ethical lapse is an error in judgement that concludes in a harmful outcome to yourself or others.  The lapse isn't an act of malicious intend but rather a lapse in judgement or ethical blindness. In the text, authors Bolvee and John developed six questions to ask ourselves if we are experiencing an ethical lapse.  First defining the situation at its most accurate and fair events.  Secondly, how are you intending to communicate the message to others and will the message do more good than harm.   Next is putting yourself in the position a loved ones shoes and explain the situation to them.  Also will your decision change over time and will it still seem ethical.  Lastly, are you comfortable with what you have decided or would this decision embarrass you.

In conclusion, each situation whether personal or work related, we encounter ethical dilemmas and ethical lapse.  Our decisions can either be clear cut, between right and clearly wrong or we can experience gray areas in our decision making.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM312
**Writing Assignment 1** Score: 18 out of 25
Grade: Passed



**Grand Total: 18**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Marlene Woodworth**                Date: **3/19/2020**

**Total: 18**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ◉ | ○ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ◉ | ○ | ○ |

EXH-305-007

**Notes**

Please follow the guidelines for written assignments in the study guide. The word count for essays should be between 350- 500 words. This reflects the level of detail/development that is expected for written assignments. The structure of an essay begins with the introduction which is the first paragraph and it introduces the topic. It should include naming the main components of the answer. It should be at least 4 - 5 sentences. It tells the reader what the essay is about and mentions the main points. Then the body of the essay elaborates on each of the main points and it is at least 3 or 4 paragraphs of at least 4 - 5 sentences. The last paragraph of an essay is the conclusion and it is a summary of the main points of the essay. Before you write the conclusion, go back and read the question, then write the conclusion, summarizing the main points of the answer. It should be a full paragraph, usually 4 - 5 sentences. There is no new information in the conclusion. APA Style Instructions Citing and referencing your sources are very important for everyone in academia. For students, it ensures they are learning reliable information that has been subject to academic peer review. For the reader (the professor), it provides the source the student relied on to write their assignment. This is important as the accuracy of the information and the reliability of the reference source must be evaluated. CCU utilizes the APA style for citing and referencing. Under this style, you should have a short-form in-text citation at the end of a cited sentence, and a complete reference at the very end of the essay in a Reference section. Footnotes and Endnotes are not used in APA citation format. The short-form citation is written inside parentheses and contains the following information: the authors' last names, the year of publication, and the specific page number where the information was read. In subsequent (short-form in-text) citations, you do not need to write the year of publication again. For example: A traditional bureaucracy should utilize a hierarchy or control that is spread throughout an organization. (Thibault, Lynch, & McBride, 2011, p. 85) At the very end of the essay, in a Reference section, you must then give a complete reference of each source. For a book, the APA format is: Author, A. A. (Year of publication). Title of work: Capital letter also for subtitle. Location: Publisher.

Evaluated by **Marlene Woodworth**                    Date: **3/19/2020**

**Received Date:** 03/19/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM312 - BUSINESS COMMUNICATIONS
**Unit:** 2

Morteza Amiri

66976

BAM 312

Business Communications

Give at least three examples of how podcasts could replace more traditional message formats in business.

Podcasting is a great way to share business content such as lectures, commentary and other forms of spoken presentations. A podcast is a digital audio file that is easily downloadable to computers or mobile phones for users. It is the process of recording audio or video and combing voice and visual communication. There are three ways a podcast could replace more traditional message formats in business. These formats include teleconferences, training and printed brochures.

Businesses have found that podcasting is a great median for teleconferences, training and printed brochures. Not only can you listen to it at work but it's great for commutes and exercise due to its handoff and eyes off aspect. One way audio and video messages such as teleconferences, may be easily replaced with podcasting. Teleconferences can have technical difficulties through callings including loss of connection and limited callers. Podcasting is a positive alternative to reach a wide geographical range of people.

Another efficient way to use podcasts to replace more traditional message formats in business is training. Training can be expensive and time consuming, considering all employees must take 4 to 8 hours off of work to attend seminar or class for training. Instead employees and management will be able to work and listen to a hands off device, still acquiring the same benefits. Employees also have the flexibility to pick a day and time more convenient for them to listen to the podcast.

Lastly, podcasts can replace expensive brochures that are printed by the marketing departments at businesses. Brochures can take an extensive time to make, not including the expense for paper, ink and delivery depending how large your business is. Podcasts can reach a large geographical range, are inexpensive to make and less time consuming. They are also replace the time employees take to read brochures, if they even read them at all.

In conclusion, podcasts have various ways to replace more traditional, expensive and time consuming message formats for businesses. Businesses can benefit from the replace of teleconferences, trainings and brochures.

EXH-305-009

# Writing Assignment Evaluation Form

## Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM312
**Writing Assignment 2** Score: 20 out of 25
Grade: Passed



---

**Grand Total: 20**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Marlene Woodworth**          Date: **3/19/2020**

---

**Total: 20**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ● | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ● |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ● | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ● | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ● | ○ | ○ |

EXH-305-010

**Notes**

The last paragraph of an essay is the conclusion and it is a summary of the main points of the essay. Before you write a conclusion, go back and read the question and then summarize the main points of the answer. It should be a full paragraph, usually 4 - 5 sentences. There is no new information in the conclusion. APA Style Instructions Citing and referencing your sources are very important for everyone in academia. For students, it ensures they are learning reliable information that has been subject to academic peer review. For the reader (the professor), it provides the source the student relied on to write their assignment. This is important as the accuracy of the information and the reliability of the reference source must be evaluated. CCU utilizes the APA style for citing and referencing. Under this style, you should have a short-form in-text citation at the end of a cited sentence, and a complete reference at the very end of the essay in a Reference section. Footnotes and Endnotes are not used in APA citation format. The short-form citation is written inside parentheses and contains the following information: the authors' last names, the year of publication, and the specific page number where the information was read. In subsequent (short-form in-text) citations, you do not need to write the year of publication again. For example: A traditional bureaucracy should utilize a hierarchy or control that is spread throughout an organization. (Thibault, Lynch, & McBride, 2011, p. 85) At the very end of the essay, in a Reference section, you must then give a complete reference of each source. For a book, the APA format is: Author, A. A. (Year of publication). Title of work: Capital letter also for subtitle. Location: Publisher.

Evaluated by **Marlene Woodworth**                    Date: **3/19/2020**

EXH-305-011

**Received Date:** 03/19/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM312 - BUSINESS COMMUNICATIONS
**Unit:** 3

Morteza Amiri

66976

BAM 312

Business Communications

Why are appreciation messages important? What should they include?

Everyone loves to feel wanted and appreciated at their work place, to know they are a valued participant in their business.  As a leader one of the most important qualities is being able to recognize the accomplishments of your colleagues, associates and employees.  Not only will praise make the recipient feel good but it will also encourage future motivation to achieve excellence.  Appreciation messages are important for various different reasons.  The message should include your expresses of gratitude and reveal happiness.  This essay will explain how to construct a message of appreciation and why they are so important.

Hearing messages of gratitude and a sincere thank you can help boost morale and positivity for future achievements throughout the work place.  Furthermore, instead of typing an email, a write thank you card shows the time to appreciate ones work and a welcomed acknowledgement of what that employee brings to the table.  In addition to making a person feel good about themselves it is also an important part of a person's personnel work file.

When creating an appreciation message it is important to actually express your gratitude for the employee or colleague and reveal your happiness for them.  The message should always highlight specific people who you are intending on praising and what you are praising them for.  Appreciation message should explain what the person has achieved and the positive impact that it has had on the business.  Also it should conclude with a positive, encouraging message to help further excellence at the workplace.

 In conclusion, appreciation messages are an important part of showing great leadership to colleagues, employees and associates.  They should include gratitude, reveal happiness and highlight the individuals that have gone above and beyond.  These messages will help create a positive moral and further achievements in the work place.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM312
**Writing Assignment 3** Score: 18 out of 25
Grade: Passed



---

**Grand Total: 18**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Marlene Woodworth**                    Date: **3/19/2020**

---

**Total: 18**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ● | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ● | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ● | ○ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ● | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ● | ○ | ○ |

EXH-305-013

**Notes**

Please follow the guidelines for written assignments in the study guide. The word count for essays should be between 350- 500 words. This reflects the level of detail/development that is expected for written assignments. The structure of an essay begins with the introduction which is the first paragraph and it introduces the topic. It should include naming the main components of the answer. It should be at least 4 - 5 sentences. It tells the reader what the essay is about and mentions the main points. Then the body of the essay elaborates on each of the main points and it is at least 3 or 4 paragraphs of at least 4 - 5 sentences. The last paragraph of an essay is the conclusion and it is a summary of the main points of the essay. Before you write the conclusion, go back and read the question, then write the conclusion, summarizing the main points of the answer. It should be a full paragraph, usually 4 - 5 sentences. There is no new information in the conclusion. APA Style Instructions Citing and referencing your sources are very important for everyone in academia. For students, it ensures they are learning reliable information that has been subject to academic peer review. For the reader (the professor), it provides the source the student relied on to write their assignment. This is important as the accuracy of the information and the reliability of the reference source must be evaluated. CCU utilizes the APA style for citing and referencing. Under this style, you should have a short-form in-text citation at the end of a cited sentence, and a complete reference at the very end of the essay in a Reference section. Footnotes and Endnotes are not used in APA citation format. The short-form citation is written inside parentheses and contains the following information: the authors' last names, the year of publication, and the specific page number where the information was read. In subsequent (short-form in-text) citations, you do not need to write the year of publication again. For example: A traditional bureaucracy should utilize a hierarchy or control that is spread throughout an organization. (Thibault, Lynch, & McBride, 2011, p. 85) At the very end of the essay, in a Reference section, you must then give a complete reference of each source. For a book, the APA format is: Author, A. A. (Year of publication). Title of work: Capital letter also for subtitle. Location: Publisher.

Evaluated by **Marlene Woodworth**                    Date: **3/19/2020**

**Received Date:** 03/19/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM312 - BUSINESS COMMUNICATIONS
**Unit:** 4

Morteza Amiri

66976

BAM 312

Business Communications

What is a request for proposals (RFP)?

A proposal is in terms of business is a written offer that a seller offers to a prospective buyer.  Proposals are often one step in a very complex sales process throughout businesses.  They can be a written term for both internal and external buyers.  Internal proposals can account for the request of launching new projects and acquiring new equipment from management.  External proposals include grant proposals and funds from supporting organizations or government agencies.  The most significant part of planning a proposal is the request for a proposal or RFP.  In this essay I will explain what a request for proposal is.

Request for proposal or RFP is an important key part of planning any proposal.  It is important that the proposal is solicited and prepared at the request of businesses, acquiring product and or services.   When organizations want a complex service, they often create a formal invite for external companies to bid on.  These RFPs specify the exact work that needs to be performed along with a deadline and budget that need to be met or stayed within.

RFPs are sent to firms that are known to have a high performance rate, posted on websites and printed for publication to create a large range of qualified candidates to handle requested services.  The request for proposal should be replied too with the explanation of methods, procedures, time requirement and cost the company is able to deliver the requested services.

Therefore, a request for proposal is a written offer, defining product or services the business is requiring of another.  It can include estimated time, required services and requirements, budget and deadlines.  RFPs are key components of a proposal and if constructed correctly, can produce a large pool of qualified businesses.

EXH-305-015

<h1 style="text-align:center">Writing Assignment Evaluation Form</h1>

### Associate and Bachelor Level

| | |
|---|---|
| **Student Name:** | Morteza Amiri |
| **Student ID:** | 66976 |
| **Course Number:** | BAM312 |
| **Writing Assignment 4** | Score: 18 out of 25 |
| | Grade: Passed |



**Grand Total: 18**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Marlene Woodworth**          Date: **3/19/2020**

**Total: 18**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ● | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ● | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ● | ○ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ● | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ● | ○ | ○ |

EXH-305-016

**Notes**

Please follow the guidelines for written assignments in the study guide. The word count for essays should be between 350- 500 words. This reflects the level of detail/development that is expected for written assignments. The structure of an essay begins with the introduction which is the first paragraph and it introduces the topic. It should include naming the main components of the answer. It should be at least 4 - 5 sentences. It tells the reader what the essay is about and mentions the main points. Then the body of the essay elaborates on each of the main points and it is at least 3 or 4 paragraphs of at least 4 - 5 sentences. The last paragraph of an essay is the conclusion and it is a summary of the main points of the essay. Before you write the conclusion, go back and read the question, then write the conclusion, summarizing the main points of the answer. It should be a full paragraph, usually 4 - 5 sentences. There is no new information in the conclusion. APA Style Instructions Citing and referencing your sources are very important for everyone in academia. For students, it ensures they are learning reliable information that has been subject to academic peer review. For the reader (the professor), it provides the source the student relied on to write their assignment. This is important as the accuracy of the information and the reliability of the reference source must be evaluated. CCU utilizes the APA style for citing and referencing. Under this style, you should have a short-form in-text citation at the end of a cited sentence, and a complete reference at the very end of the essay in a Reference section. Footnotes and Endnotes are not used in APA citation format. The short-form citation is written inside parentheses and contains the following information: the authors' last names, the year of publication, and the specific page number where the information was read. In subsequent (short-form in-text) citations, you do not need to write the year of publication again. For example: A traditional bureaucracy should utilize a hierarchy or control that is spread throughout an organization. (Thibault, Lynch, & McBride, 2011, p. 85) At the very end of the essay, in a Reference section, you must then give a complete reference of each source. For a book, the APA format is: Author, A. A. (Year of publication). Title of work: Capital letter also for subtitle. Location: Publisher.

Evaluated by **Marlene Woodworth**                    Date: **3/19/2020**

EXH-305-017

BAM 312 Business Communications

Pre-test

**Multiple Choice Questions** (Circle the correct answer)

1. By providing _____, such as facility maps and property information, mobile technology can allow users to experience more of their environment and access information instantly.

    A) digital domiciles
    B) location-aware content
    C) social-media catalogues
    D) multimedia relationships

2. For a formal meeting, appoint one person to record a _____ to summarize the important highlights of the meeting.

    A) detailed meeting agenda
    B) set of meeting minutes
    C) pro-forma meeting matrix
    D) list of personal impressions

3. All of the following except _____ can help you to overcome ethnocentrism and stereotyping.

    A) adopting preconceptions
    B) avoiding assumptions
    C) accepting differences
    D) avoiding judgments

4. In order to optimize your writing time, reserve about _____ of that time for revising, producing, proofreading, and distributing your message.

    A) 10 percent
    B) 20 percent
    C) 25 percent
    D) 15 percent

5. All of the following except _____ pertain to the scope of a business message.

    A) the range of information that is presented
    B) the sequence in which the information is presented
    C) the overall length of the message
    D) the level of detail presented in the message

EXH-305-018

BAM 312 Business Communications

6. Which of the following is a compound sentence?

    A) Interest rates are low, and now is an excellent time to buy a home.
    B) Because interest rates are low, now is an excellent time to buy a home.
    C) Low interest rates make this an excellent time to buy a home.
    D) With interest rates low, now is an excellent time to buy a home.

7. The term type style refers to

    A) the space around text and between text columns.
    B) any modification that lends contrast or emphasis to type.
    C) a combination of text, graphics, photographs, audio, video, and interactivity.
    D) the letters, numbers, and other text characters in a message.

8. A _____ is the online equivalent of recorded radio or video broadcasts.

    A) podcast
    B) digital portfolio
    C) videogram
    D) virtual timeline

9. Best practices for communicating via social media include all of the following except

    A) thinking before you post.
    B) getting involved and staying involved.
    C) writing informally, but not carelessly.
    D) using a "hard sell" to promote goods and services.

10. If you do not have a constant supply of new information to post on a business blog,

    A) your audience will appreciate not having to process information that changes
       constantly.
    B) repost old material so your audience will not lose interest.
    C) you should create a traditional website instead.
    D) keep readers interested by adding daily comments on current events.

11. In computer graphics, a template

    A) is a tool for creating curves and geometric shapes.
    B) helps ensure an effective design, saves time, and makes decision making easier.
    C) is any kind of chart generated by a spreadsheet or illustration program.
    D) is a tool for creating classic architectural views.

12. In a positive message, you should explain your point completely in the

A) introduction.
B) body.
C) close.
D) None — all parts are usually the same length.

13. Instead of announcing the bad news up front, you can open with a _____ to establish common ground with the reader.

A) humorous anecdote
B) buffer statement
C) diversionary tactic
D) heartwarming story

14. Personality, lifestyle, and attitudes are assessed through

A) demographic surveys.
B) psychographic studies.
C) inkblot tests.
D) examinations of census data.

15. An ethical persuasive argument

A) is a contradiction in terms.
B) focuses on how the audience's actions will benefit the sender.
C) includes any evidence the sender can come up with, whether or not it's relevant.
D) focuses on being both truthful and non-deceptive.

16. When conducting an interview, use _____ questions to encourage the person you're interviewing to offer an opinion and not just a yes-or-no answer.

A) truncated
B) closed-ended
C) insightful
D) open-ended

17. A formal work plan includes all of the following except

A) a statement of the problem or opportunity addressed in your report.
B) plans for what will happen if funds for the project are cancelled.
C) plans for following up after delivering the report.
D) a statement of the purpose and scope of your investigation.

EXH-305-020

18. _____ come after a body of material in a report, and they summarize the information included in that material.

    A) Extension sections
    B) Review sections
    C) Transposition sections
    D) Preview sections

19. In an unsolicited proposal, the letter of transmittal should follow the pattern for

    A) informative messages.
    B) educational messages.
    C) persuasive messages.
    D) collaborative messages.

20. If there is a lack of consensus among the audience at the end of your presentation, you should

    A) gloss over it as quickly as possible.
    B) make the disagreement clear and be ready to suggest a method for resolving the differences.
    C) identify the individuals causing the disagreement and ask them pointed questions.
    D) do all of the above.

21. _____ is the biggest potential disadvantage of using Keynote or PowerPoint to design presentation slides.

    A) The steep learning curve
    B) The linear nature of the presentation
    C) The difficulty of incorporating slides into online meetings and webcasts
    D) The challenge of locating desktop and laptop versions of the software

22. As an integral part of your presentation strategy, use printed handouts to

    A) rouse the audience to action.
    B) establish the emotional tone of your message.
    C) paint the big picture by connecting major ideas.
    D) provide supporting details for the audience to consume at their own speed.

x

BAM 312 Business Communications

Pre-test

23. If you know that a human being will read your résumé, _____ to catch that person's attention.

    A) use first-person pronouns
    B) use machine-searchable keywords
    C) write complete sentences in the passive voice
    D) use short, crisp phrases that start with action verbs

24. In the middle section of a job application letter,

    A) present your strongest selling points in terms of their potential benefit to the organization.
    B) include your entire work history, in case the employer doesn't have time to review your résumé.
    C) address your shortcomings but stress that you're willing to learn.
    D) ask for an interview and include your contact information.

25. Consider sending _____ if you haven't heard from an employer after an interview either by the promised date or within two weeks.

    A) a message of inquiry
    B) the URL to your personal blog
    C) an invitation to like your Facebook page
    D) a request for a time extension

EXH-305-022

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM312

## Test Information

BKNum: BAM312 ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: PreTest 1

Web Test: Y

Score: 9 out of 25

Grade: F

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | A | Missed | |
| 3 | B | Missed | |
| 4 | B | Missed | |
| 5 | D | Missed | |
| 6 | C | Missed | |
| 7 | | Missed | |
| 8 | A | Correct | |
| 9 | D | Correct | |
| 10 | B | Missed | |
| 11 | B | Correct | |
| 12 | B | Correct | |
| 13 | B | Correct | |
| 14 | A | Missed | |
| 15 | D | Correct | |
| 16 | B | Missed | |
| 17 | C | Missed | |
| 18 | A | Missed | |
| 19 | C | Correct | |
| 20 | A | Missed | |
| 21 | D | Missed | |
| 22 | D | Correct | |
| 23 | A | Missed | |
| 24 | B | Missed | |
| 25 | C | Missed | |

BAM 312 Business Communications

Unit 1 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1) Improving your communication skills will enhance your career because:

A) having great ideas won't help you much, unless you can communicate them effectively.
B) the higher you rise in an organization, the more important your communication skills will be.
C) you'll need to connect with decision makers outside of your area of expertise.
D) All of the above.

2) In most organizations, the rumor mill tends to be particularly active when:

A) employees are satisfied with their jobs.
B) formal communication channels are working efficiently.
C) employees are wasting company time.
D) the formal communication network is not providing the information employees want.

3) In the first step of the communication process, the sender:

A) decides what to say.
B) chooses a communication channel.
C) has an idea.
D) chooses a communication medium.

4) The term _____ describes the ability to send vast amounts of data instantly, constantly, and globally.

A) mobile connectivity
B) radical connectivity
C) social connectivity
D) boundless connectivity

5) To help establish clear guidelines for ethical behavior, many companies provide employees a written:

A) ethics audit.
B) ethical dilemma.
C) ethical lapse.
D) code of ethics.

EXH-305-024

6) As an approach to resolving conflict during team activities, a _____ proposes that both sides can satisfy their goals (at least to some extent) and seeks to minimize losses for everyone involved.

    A) lose-win strategy
    B) lose-lose strategy
    C) win-win strategy
    D) break-even strategy

7) In the _____ phase of team evolution, team members reach a decision and find a solution that is acceptable enough for all members to support (even if they have reservations).

    A) orientation
    B) reinforcement
    C) emergence
    D) brainstorming

8) Social networking technologies can help a company create virtual communities of practice that:

    A) allow employees to develop new workplace skills.
    B) encourage disgruntled employees to voice their frustrations.
    C) discourage socializing so that individual employees can get their work done.
    D) link employees to others with similar professional interests throughout the organization.

9) Conducting successful virtual meetings requires _____ before the meeting and _____ during the meeting.

    A) less planning; less diligence
    B) more planning; more diligence
    C) less planning; more diligence
    D) more planning; less diligence

10) Which of the following is NOT an important consideration related to etiquette in the workplace?

    A) your mode of transportation
    B) your grooming habits
    C) your telephone skills
    D) the clothing you wear to work

11) As it pertains to communication, culture influences the:

    A) meanings of words.
    B) importance of nonverbal signals.
    C) use of time and space.
    D) All of the above.

EXH-305-025

12) _____ is the tendency to judge all other groups according to your own group's standards, behaviors, and customs.

   A) Xenophobia
   B) Ethnocentrism
   C) Stereotyping
   D) Cultural pluralism

13) The social media and technological skills of _____ are helping to change business communication practices.

   A) Generation X
   B) Generation Q
   C) Generation Y
   D) Generation Z

14) Learning about an unfamiliar culture:

   A) can be accomplished only by living among its people.
   B) is generally a waste of time since no one in business expects you to do so.
   C) is a worthy undertaking, even if you learn only a small amount.
   D) requires at least one year of study before it is meaningful.

15) The term _____ refers to dedicated software and online services that offer various forms of automated translation.

   A) machine interpolation
   B) digital interpretation
   C) online transcription devices
   D) computerized translation tools

16) All of the following except _____ are elements in the planning phase of the three-step writing process.

   A) gathering information
   B) adapting to the audience
   C) selecting the right medium
   D) organizing the information

17) Informal techniques for gathering insights and focusing your research efforts do NOT include:

   A) listening to the community.
   B) asking the audience for input.
   C) distributing questionnaires and surveys.
   D) reviewing reports and other company documents.

49

BAM 312 Business Communications

Unit 1 Examination

18) Despite your numerous emails and voicemail messages, a normally dependable vendor has not responded to your important question. Which of the following would be a sensible next step?

    A) Consider sending a printed message.
    B) Broadcast "high-priority" or "urgent" emails at ten-minute intervals.
    C) Use social media to vent your frustrations with the vendor.
    D) Bombard the vendor with text messages until he responds.

19) Use the _____ to organize a message if you believe your audience will be receptive to what you have to say.

    A) direct approach
    B) didactic approach
    C) dialectical structure
    D) diametric pattern

20) The _____ of a business message summarizes what you want your audience members to do or think and why they should do so.

    A) topic
    B) scope
    C) sequence
    D) main idea

21) Use _____ to avoid categorizing or stigmatizing people based on their gender, race, ethnicity, age, level of ability, or other personal characteristics.

    A) abstract language
    B) descriptive language
    C) bias-free language
    D) denotative language

22) The acronyms and shortcuts used in texting and IM are:

    A) incompatible with professional business writing.
    B) your ticket to the inside track in today's multinational corporations.
    C) a great way to show coworkers and managers that you're tech-savvy.
    D) commonly used to communicate with top management.

23) "Insurance premiums have increased, and cost-of-living raises have not kept up," is a:

    A) simple sentence.
    B) compound sentence.
    C) complex sentence.
    D) compound-complex sentence.

EXH-305-027

Unit 1 Examination

24) Words such as "nevertheless," "however," "but," and "therefore":

    A) are called pointer words.
    B) introduce modifiers.
    C) occur only in complex sentences.
    D) are useful for making transitions.

25) All of the following except _____ will help you write effective messages for mobile device users.

    A) prioritizing information
    B) writing shorter, more focused messages
    C) using a linear organization
    D) including longer paragraphs

EXH-305-028

**Home**  **Prospects/Application**  **Billing**  **Retention**  **Transcript**  **Testing**  **Rental Library**  **Faculty**

**Note/Message**  **ACenina**  Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM312

## Test Information

BKNum: BAM312 ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: Unit Exam 1

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | D | Correct | |
| 3 | C | Correct | |
| 4 | B | Correct | |
| 5 | D | Correct | |
| 6 | C | Correct | |
| 7 | C | Correct | |
| 8 | D | Correct | |
| 9 | B | Correct | |
| 10 | A | Correct | |
| 11 | D | Correct | |
| 12 | B | Correct | |
| 13 | C | Correct | |
| 14 | C | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | C | Correct | |
| 18 | A | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | C | Correct | |
| 22 | A | Correct | |
| 23 | B | Correct | |
| 24 | D | Correct | |
| 25 | D | Correct | |

EXH-305-029

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1) When you begin the _____, focus your attention on content, organization, style, and tone.

   A) production process
   B) editing process
   C) revision process
   D) research process

2) Business writers use bulleted and numbered lists to accomplish all of the following except:

   A) simplifying complex subjects.
   B) helping readers locate key points.
   C) enhancing the visual impact of their ideas.
   D) adding decorative elements to their messages.

3) Do all of the following except _____ when you're editing a document for conciseness.

   A) eliminate redundancies
   B) shorten long words and phrases
   C) delete unnecessary words and phrases
   D) convert sentences to "it is" or "there are" structures

4) Businesspeople who compose messages for mobile devices should:

   A) keep formats simple.
   B) write complex paragraphs.
   C) fill in all on-screen white space.
   D) assume device compatibility.

5) Which of the following techniques can help you proofread more effectively?

   A) Read each page backward, from the bottom to the top.
   B) Proofread the document as soon as you complete the draft.
   C) To ensure consistency, proofread long documents from beginning to end without
      stopping.
   D) Always proofread using your monitor (rather than printing out a hard copy of the
      document).

6) When you're determining the best way to distribute a business message, consider:

   A) cost of distributing the message.
   B) convenience for you and your audience.
   C) security and privacy concerns.
   D) All of the above.

EXH-305-030

Unit 2 Examination

7) Marketers can use _____ to link the virtual world of online social networking with the physical world of retail stores.

   A) near-field collaboration
   B) location-based social networking
   C) rapid-response enumeration
   D) cloud-based social monetization

8) When a summary appears at the beginning of an article or webpage:

   A) it distributes how-to advice to visitors.
   B) it offers helpful tips and insightful commentary.
   C) it presents the document's key points.
   D) it includes updates and announcements.

9) Which of the following is an example of an effective subject line for an email requesting information about the August inventory for bananas?

   A) Information needed
   B) Banana inventories
   C) Banana information needed
   D) Please send August banana inventory

10) As it pertains to instant messaging, _____ involves making sure that online correspondents are really who they appear to be.

   A) social encryption
   B) passcode verification
   C) system coordination
   D) user authentication

11) Website authors use the _____ to cover the most important information briefly at first and then to gradually reveal successive layers of detail.

   A) beginning, middle, end approach
   B) unfolding scroll theory
   C) inverted pyramid style
   D) sequential plan

12) Podcasts are:

   A) great for entertainment, but not useful in business.
   B) helpful for training in business, but not much else.
   C) too technical to be practical for business use.
   D) None of the above.

EXH-305-031

Unit 2 Examination

13) One of your sales representatives has begun using social networks to aggressively promote a new product line. As a manager, the best response would likely be to:

A) encourage him to continue.
B) discourage him from using blatant "salespeak" since it is likely to alienate the audience.
C) enact a policy forbidding employees from using social networks on company time.
D) do nothing.

14) Social networks are a natural tool for bringing together _____, people who engage in similar work, and _____, people who share enthusiasm for a particular product or activity.

A) private networks; public networks
B) virtual networks; brand societies
C) communities of practice; communities of interest
D) special interest groups; word-of-mouth conclaves

15) On _____, users rather than website owners contribute most or all of the content.

A) instant-viral recognition (IVR) sites
B) open-access system (OAS) sites
C) net-neutral operation (NNO) sites
D) user-generated content (UGC) sites

16) _____ is a variation on blogging in which messages are sharply restricted to specific character counts.

A) Podcasting
B) Microblogging
C) Crowdsourcing
D) Web syndication

17) A wiki is an ideal solution when a company wants to:

A) deliver new information quickly.
B) recruit new employees and business partners.
C) encourage participation in collaborative writing.
D) transmit the headlines of new blog posts.

18) If you're creating a new wiki, _____ just as you would with a new blog or podcast channel.

A) focus on short-run goals
B) think through your long-term purpose carefully
C) plan on developing polices and guidelines later, as you need them
D) don't worry about your audience until the wiki is up and running

BAM 312 Business Communications

Unit 2 Examination

19) Compared to poorly written text, badly designed visuals are _____ to be noticed by your audience.

   A) less likely
   B) more likely
   C) just as likely
   D) not likely

20) Use a _____ to show frequency or distribution of parts in a whole.

   A) bar chart
   B) histogram
   C) flowchart
   D) pie chart

21) A _____ is a form of line chart with a cumulative effect; all the lines add up to the top line, which represents the total.

   A) flow chart
   B) scatter chart
   C) bar chart
   D) surface chart

22) Flowcharts are used to:

   A) summarize large amounts of statistical data.
   B) show the relative sizes of the parts of a whole.
   C) show how something looks or operates.
   D) illustrate processes and procedures.

23) Which of the following is NOT part of the three-step process in making a video?

   A) preproduction
   B) production
   C) purpose
   D) postproduction

24) A potential drawback of using photographs in reports is:

   A) that they summarize data
   B) that they are difficult to change or manipulate.
   C) that appropriate photos are difficult to find.
   D) that they can show too much detail.

EXH-305-033

25) Business communicators use _____ to illustrate interrelationships between the positions, units, or functions of an organization.

    A) XY diagrams
    B) data visualizations
    C) communication mockups
    D) organization charts

EXH-305-034

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1) When making a routine request, you should:

   A) use the inductive plan.
   B) assume that the audience is willing to comply.
   C) demand immediate action.
   D) explain the consequences of failing to comply.

2) Most simple requests can be handled by explaining:

   A) what you want to know or want the reader to do.
   B) why you're making the request.
   C) why it may be in your reader's interest to comply.
   D) All of the above.

3) If you have mildly disappointing information to deliver as part of a positive message, you should:

   A) put the negative information in a favorable context.
   B) simply omit it from the message.
   C) put the negative information first.
   D) put the negative information last.

4) If you plan to grant a claim made by a customer who's clearly at fault:

   A) pinpoint the customer's shortcomings to discourage future mistakes.
   B) discourage future mistakes without insulting the customer.
   C) scold the customer to discourage future mistakes.
   D) post the situation on social media to discourage future mistakes.

5) Many companies use social media to publish _____, in which they communicate directly
   with customers and other audiences, rather than going through news media outlets.

   A) cyber statements
   B) virtual press publications
   C) microcosmic news stories
   D) direct-to-consumer news releases

6) If you must deliver bad news, ask _____ to help you choose the direct or indirect approach
   for delivering the message.

   A) Will the reader be shocked by the news?
   B) How important is the news to the reader?
   C) Does the reader prefer short direct messages?
   D) Ask all of the above.

EXH-305-035

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM312

## Test Information

BKNum: BAM312 ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: Unit Exam 2

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | D | Correct | |
| 3 | D | Correct | |
| 4 | A | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | B | Correct | |
| 8 | C | Correct | |
| 9 | B | Missed | |
| 10 | D | Correct | |
| 11 | C | Correct | |
| 12 | D | Correct | |
| 13 | B | Correct | |
| 14 | C | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | C | Correct | |
| 18 | B | Correct | |
| 19 | B | Correct | |
| 20 | D | Correct | |
| 21 | D | Correct | |
| 22 | D | Correct | |
| 23 | C | Correct | |
| 24 | D | Correct | |
| 25 | D | Correct | |

EXH-305-036

7) The buffer of a negative message:

    A) should be neutral and noncontroversial.
    B) implicitly says no.
    C) is a form of apology.
    D) should be very vague about the subject of the message.

8) When you are refusing a routine request from someone in an established relationship, you:

    A) should use the indirect approach.
    B) should invoke company policy if that is a possible out.
    C) don't need to invest as much time and effort as you would for other kinds of negative messages.
    D) should give the name of the person making the decision.

9) A crisis management plan should:

    A) define operational procedures and outline communication tasks and responsibilities.
    B) make provisions for concealing operational issues from the news media.
    C) avoid limitations on who is authorized to speak on behalf of the company.
    D) never include contact information for key executives and personnel.

10) When you're appraising employee performance, _____ to support any decisions that need to be made about pay, promotions, or termination.

    A) write down your frustrations
    B) document performance problems
    C) evaluate each employee differently
    D) focus on each employee's faults and shortcomings

11) In general, the best persuasive messages _____ the audience's motivations.

    A) avoid mentioning
    B) downplay
    C) openly address
    D) dismiss

12) If a supervisor tells a worker who consistently arrives late, "I know you don't want to have your pay docked," the supervisor is addressing the worker's need for:

    A) safety and security.
    B) acceptance.
    C) status and esteem.
    D) self-actualization.

EXH-305-037

13) The purpose of the interest section of a persuasive message is to:

A) capture attention.
B) show that your product is well-suited to your audience.
C) increase the audience's desire to take the action recommended in the message.
D) get the reader to act immediately.

14) A _____ helps a potential buyer move through the purchasing process without having to make an immediate decision; a _____ encourages a potential buyer to make a purchase decision immediately.

A) marketing message; product push
B) measured response; content quotient
C) persuasive appeal; purchase message
D) marketing message; sales message

15) In the practice of _____, behaviorally targeted ads from one website follow an online shopper when he or she moves on to other websites.

A) flanking
B) remarketing
C) cyber stalking
D) stealth advertising

16) Regarding the five-step research process, the planning step includes all of the following elements except:

A) developing a problem statement.
B) prioritizing research needs.
C) documenting your sources.
D) maintaining standards of ethics and etiquette.

17) You would not need to cite a source if you have:

A) used a direct quotation of under 250 words from a book titled Modern Economics.
B) used a table from the 1985 Farmer's Almanac.
C) described, in your own words, a plan for organizing production lines, which appeared in a professional journal.
D) provided general knowledge about your topic.

EXH-305-038

18) When you're selecting people to participate in a survey, be sure to get a _____ of the population you want to survey.

    A) stratified sample
    B) representative sample
    C) cross-sectional sample
    D) small sample

19) When conducting an information interview, it is a good idea to:

    A) learn about the person you are interviewing ahead of time.
    B) stick to using just one type of question.
    C) save the most important questions for last.
    D) avoid making an appointment, since you don't want the subject to think ahead about answers.

20) A _____ is a logical interpretation of the facts and other information in a report.

    A) referendum
    B) correlation
    C) conclusion
    D) recommendation

21) In addition to offering information and analysis, _____ can also include recommendations.

    A) indirect reports
    B) analytical reports
    C) informational reports
    D) directive reports

22) An employee who describes the data she collected from six different plant managers without drawing any conclusions is preparing:

    A) an analytical report.
    B) an informational report.
    C) a proposal.
    D) a work plan.

23) A _____ outlines an organization's official position on issues that affect its success.

    A) policy report
    B) position paper
    C) feasibility report
    D) business plan

Unit 3 Examination

24) One drawback of using the yardstick approach to structure business reports is that:

   A) you must discuss all the alternatives, even if many of them turn out to be irrelevant and/
      or productive.
   B) this approach is generally considered old-fashioned.
   C) it forces you to ignore the fact that the problem may have multiple causes.
   D) it is impractical in most business settings.

25) If you're writing an unsolicited proposal, you won't need to:

   A) convince readers that a problem or opportunity exists.
   B) prove that you can solve the problem or opportunity.
   C) explain why readers should take action.
   D) follow every detail of the request-for-proposals format.

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM312

## Test Information

BKNum: BAM312    ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: Unit Exam 3

Web Test: Y

Score: 25 out of 25

Grade: A

| | Edit Test | Re-score | |
| Save Test | Delete Test | |
| Return to Grading | Return to Transcript | |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | D | Correct | |
| 3 | A | Correct | |
| 4 | B | Correct | |
| 5 | D | Correct | |
| 6 | D | Correct | |
| 7 | A | Correct | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | B | Correct | |
| 11 | C | Correct | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | D | Correct | |
| 15 | B | Correct | |
| 16 | C | Correct | |
| 17 | D | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | C | Correct | |
| 21 | B | Correct | |
| 22 | B | Correct | |
| 23 | B | Correct | |
| 24 | A | Correct | |
| 25 | D | Correct | |

EXH-305-041

BAM 312 Business Communications

Unit 4 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1) To gain credibility with your audience in a business report, do all of the following except:

    A) research all sides of your topic.
    B) use credible sources to support your findings.
    C) avoid setting unrealistic expectations.
    D) allow your desires to determine the length of the report.

2) The introduction (or opening) of a business report should:

    A) discuss your conclusions or recommendations.
    B) include all of your information sources.
    C) carry the full weight of your message.
    D) help readers understand the context of the report.

3) In a formal proposal, the work plan section:

    A) reviews the situation at hand and explains the need for action.
    B) describes your action plan for accomplishing the work that must be done.
    C) describes your organization's experience, personnel, and facilities.
    D) emphasizes the benefits and advantages of your proposed solution.

4) An index in a formal report:

    A) lists names, places, and subjects mentioned in the report.
    B) lists only the names of authors cited in the report.
    C) lists the names of things and ideas, but not individual people or authors of works.
    D) involves all of the above.

5) The requirements section in a request for proposals should:

    A) let bidders know how and when you'll be making a decision.
    B) spell out everything you expect from potential vendors.
    C) provide contact information for someone who can answer detailed questions.
    D) give potential bidders some background information on your organization.

6) When you're speaking to an international audience, _____ will enhance the clarity of your message.

    A) keeping the message simple
    B) supporting your message with slang and idioms
    C) talking fast without pausing
    D) avoiding the use of visual aids

EXH-305-042

7) While _____ presentations usually follow a predefined flow from start to finish, _____ often don't flow in any particular direction.

    A) tagged; untagged
    B) linear; nonlinear
    C) corporate; entrepreneurial
    D) unidirectional; sequential

8) When speaking to a small group, particularly people you already know:

    A) use simple visuals
    B) deliver your remarks in a conversational tone
    C) invite your audience to interject comments
    D) All of the above.

9) The sentence, "Now that we've identified the problem, let's take a look at some solutions," is an example of:

    A) a problem statement for a presentation.
    B) a transition between major sections of a presentation.
    C) a statement of intent for a presentation.
    D) a statement of the main idea for a presentation.

10) Sending preview materials to the audience prior to an online presentation:

    A) will cause most audience members to ignore what you present later.
    B) suggests that you are not confident.
    C) can be helpful.
    D) is an example of the backchannel in action.

11) A disadvantage of electronic presentations is:

    A) they're difficult to include in online meetings and webcasts.
    B) they are difficult to store or transport.
    C) they can be time-consuming to create.
    D) they cannot be customized for different audiences.

12) A presenter who is using free-form slides is:

    A) released from the constraints of place and time.
    B) responsible for conveying more of the content.
    C) more likely to present complex subjects in a cohesive, integrated manner.
    D) able to rely on each slide to function as a multimedia teleprompter.

EXH-305-043

13) Your policy for using clip art in presentations should be:

A) not to use any clip art, ever.
B) to use clip art sparingly, if at all.
C) to use clip art as much as possible in those presentations that need spicing up.
D) to use just those pieces that you particularly like.

14) _____ control how one slide replaces another slide on the screen; _____ control the release of text, graphics, and other elements on individual slides.

A) Agendas; moving blueprints
B) Slide transitions; builds
C) Storyboards; hyperlinks
D) Builds; slide transitions

15) During a long presentation, use a _____ to show your audience what you've covered so far and what is still to come.

A) clarion slide
B) moving blueprint slide
C) static buffer slide
D) nonlinear transitional slide

16) Many companies judge the success of their recruiting efforts by the:

A) quantity of hire.
B) cost-benefit hiring ratio.
C) quality of hire.
D) social media click-through rate.

17) Starting with your initial contact and continuing throughout the interview process, you should:

A) stress how much getting the job will mean to you.
B) press for a decision because you are scheduled for other interviews.
C) let the employer determine how to use your knowledge, skills, and abilities.
D) explain how your skills and accomplishments will meet the needs of the employer.

18) According to your textbook, the least desirable way to include keywords in your résumé is in:

A) an introductory statement.
B) a standalone keyword summary.
C) the work history section.
D) the education section.

EXH-305-044

19) All of the following tips except _____ will help you succeed when posting résumés in an online environment.

   A) taking advantage of social networking
   B) remembering that your online presence is a career-management tool
   C) expecting that employers will retrieve your résumé from a website
   D) submitting your résumé via the method and medium that each employer prefers

20) When mailing a résumé, it is a good idea to:

   A) have it delivered via Priority Mail.
   B) use a standard 5 x 7 envelope.
   C) send it via parcel post.
   D) use a large kraft envelope.

21) Prospecting application letters to prospective employers:

   A) require more research than solicited letters.
   B) irritate the personnel office staff.
   C) are never read.
   D) are none of the above.

22) An employment interview is:

   A) an unplanned dialogue with a representative from a potential employer.
   B) a monologue about your knowledge, skills, and abilities.
   C) a formal meeting during which you and the interviewer ask questions and exchange information.
   D) a one-way communication pipeline in which the interviewer asks questions and you answer them.

23) When you're participating in a video interview with a prospective employer:

   A) focus on your computer screen.
   B) read from a prepared script.
   C) speak to the camera.
   D) multitask via Twitter and Facebook.

24) When choosing the clothing you will wear for an interview, the best policy is to:

   A) pick something that will make you stand out from the crowd.
   B) wear only bright colors.
   C) dress as comfortably as possible.
   D) dress conservatively.

EXH-305-045

BAM 312 Business Communications

Unit 4 Examination

25) Within two days after a job interview, send a _____, even if you think you won't get the job.

    A) list of references
    B) follow-up message
    C) link to your Facebook page
    D) list of your accomplishments

EXH-305-046

**Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty**

Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BAM312

## Test Information

BKNum: BAM312 ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: Unit Exam 4

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | D | Correct | |
| 3 | B | Correct | |
| 4 | A | Correct | |
| 5 | B | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | D | Correct | |
| 9 | B | Correct | |
| 10 | C | Correct | |
| 11 | C | Correct | |
| 12 | B | Correct | |
| 13 | B | Correct | |
| 14 | B | Correct | |
| 15 | B | Correct | |
| 16 | C | Correct | |
| 17 | D | Correct | |
| 18 | B | Correct | |
| 19 | C | Correct | |
| 20 | A | Correct | |
| 21 | A | Correct | |
| 22 | C | Correct | |
| 23 | C | Correct | |
| 24 | D | Correct | |
| 25 | B | Correct | |

EXH-305-047

BAM 312 Business Communications

Final Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1) Stakeholders affected by the quality of business communication include:

   A) customers.
   B) employees.
   C) suppliers.
   D) All of the above.

2) The concept of _____ refers to the ability to relate to the needs of others, which is a vital characteristic of successful managers and leaders.

   A) interpersonal adaptability
   B) relational franchising
   C) emotional intelligence
   D) macro-generational empathy

3) The voice technology known as _____ converts human speech to computer commands.

   A) speech synthesis
   B) digital vocalics
   C) vocal mnemonics
   D) speech recognition

4) By providing _____, such as facility maps and property information, mobile technology can allow users to experience more of their environment and access information instantly.

   A) digital domiciles
   B) location-aware content
   C) social-media catalogues
   D) multimedia relationships

5) _____ are the accepted principles of conduct that govern behavior within a society.

   A) Ethics
   B) Expectations
   C) Choices
   D) Customs

6) A _____ usually has a long life span and typically deals with regularly recurring tasks.

   A) task force
   B) work group
   C) committee
   D) problem-solving team

6

EXH-305-048

7) "Virtual offices" that give everyone on a team access to the same set of resources and information are called:

    A) instant messaging software.
    B) videoconferencing systems.
    C) shared workspaces.
    D) None of the above.

8) For a formal meeting, appoint one person to record a _____ to summarize the important highlights of the meeting.

    A) detailed meeting agenda
    B) set of meeting minutes
    C) pro-forma meeting matrix
    D) list of personal impressions

9) The goal of _____ is to understand and evaluate a speaker's message based on elements such as logic, evidence, and validity, as well as the speaker's intentions and motives.

    A) cerebral listening
    B) content listening
    C) critical listening
    D) covert listening

10) A new coworker from Russia asks you about North American greeting customs. You explain that in most business contexts:

    A) women are not expected to shake hands.
    B) it is not necessary to stand up before shaking hands if you are already seated.
    C) shaking hands is an outdated custom in North America.
    D) a firm handshake is expected when two people meet.

11) "All the characteristics and experiences that define each of us as individuals" is the definition of:

    A) ethnicity.
    B) diversity.
    C) culture.
    D) None of the above.

12) All of the following except _____ can help you to overcome ethnocentrism and stereotyping.

    A) adopting preconceptions
    B) avoiding assumptions
    C) accepting differences
    D) avoiding judgments

13) Compared to low-context cultures, high-context cultures tend to take a(n) _____ approach regarding the meaning of business contracts.

    A) equally flexible
    B) more literal
    C) more flexible
    D) None of the above.

14) Business communicators can improve their cultural competency by:

    A) becoming aware of their own biases.
    B) exercising tolerance, flexibility, and respect.
    C) practicing patience and maintaining a sense of humor.
    D) All of the above.

15) When writing to audiences whose first language is not English, using humor is generally:

    A) a bad idea, since jokes usually depend on culture-specific information.
    B) an excellent way to establish a positive relationship.
    C) acceptable, but only in high-context cultures.
    D) acceptable, but only in low-context cultures.

16) In order to optimize your writing time, reserve about _____ of that time for revising, producing, proofreading, and distributing your message.

    A) 10 percent
    B) 20 percent
    C) 25 percent
    D) 15 percent

17) Forecasting your audience's reaction to your message is:

    A) impossible — there's no way to know what it will be.
    B) vital, because potential audience reaction affects message organization.
    C) helpful only for internal communication.
    D) helpful only for external communication.

18) Phone calls are:

    A) incapable of conveying nonverbal signals.
    B) only acceptable for external communication.
    C) capable of offering the give-and-take of in-person conversations.
    D) no longer practical due to IM and texting.

19) If your audience will be skeptical of or resistant to your message:

    A) state your main idea and then present your evidence.
    B) start with the evidence and build your case before presenting your main idea.
    C) start by asking rhetorical questions to arouse the audience's interest in your message.
    D) open your message with a humorous anecdote to establish rapport with the audience.

20) All of the following except _____ pertain to the scope of a business message.

    A) the range of information that is presented
    B) the sequence in which the information is presented
    C) the overall length of the message
    D) the level of detail presented in the message

21) Select the sentence with the best "you" attitude.

    A) Because your report was poorly written, we cannot accept it.
    B) Your report failed to meet company requirements.
    C) When we receive a report that is professional, we can act on your recommendations.
    D) Once your application is complete, you should receive a response within two weeks.

22) Whether consciously or not, most readers in the workplace greet incoming messages by:

    A) anticipating the new knowledge they will gain.
    B) setting aside enough time to read every one of them.
    C) tossing them all into the trash without opening them.
    D) asking the question, "What's in this for me?"

23) According to the textbook, your communication style involves the choices you make to express yourself. Which one of the following will not have an effect on your communication style?

    A) The words you select
    B) The way you use words in sentences
    C) The way you build paragraphs from individual sentences
    D) None of the above.

EXH-305-051

BAM 312 Business Communications

Final Examination

24) Which of the following is a compound sentence?

A) Interest rates are low, and now is an excellent time to buy a home.
B) Because interest rates are low, now is an excellent time to buy a home.
C) Low interest rates make this an excellent time to buy a home.
D) With interest rates low, now is an excellent time to buy a home.

25) If a writer focuses on the similarities and differences of a topic to compose a paragraph, then he or she is using the _____ approach.

A) connotative and denotative
B) problem and solution
C) comparison or contrast
D) cause and effect

26) Most business documents score in the _____ range on the Flesch-Kincaid Grade Level.

A) 1 - 4
B) 5 - 6
C) 8 - 11
D) 12 - 14

27) What is wrong with the following sentence?

"To waste time and missing deadlines are bad habits."

A) Similar ideas are not parallel.
B) It contains a dangling modifier.
C) It contains a split infinitive.
D) Nothing — it is grammatically correct as written.

28) The term "type style" refers to:

A) the space around text and between text columns.
B) any modification that lends contrast or emphasis to type.
C) a combination of text, graphics, photographs, audio, video, and interactivity.
D) the letters, numbers, and other text characters in a message.

29) _____ such as Times New Roman and Garamond have small crosslines at the ends of each letter stroke.

A) Specialty typefaces
B) Serif typefaces
C) Rococo typefaces
D) Sans serif typefaces

EXH-305-052

BAM 312 Business Communications

Final Examination

30) In order to do an effective job at proofreading a document:

   A) scan each page as quickly as you can.
   B) go through the document several times.
   C) avoid using a systematic approach.
   D) stop the process after you've run the spell-checker.

31) Using "teasers" in electronic media as a way to pull readers or listeners into a story or other document is:

   A) unethical and should always be avoided.
   B) appropriate only when large purchases are not involved.
   C) acceptable, as long as the payoff is valuable and legitimate.
   D) never appropriate for microblogging sites.

32) A _____ is the online equivalent of recorded radio or video broadcasts.

   A) podcast
   B) digital portfolio
   C) videogram
   D) virtual timeline

33) When you're writing email messages in the workplace, remember that business emails:

   A) require a higher level of quality than personal emails.
   B) should never be shorter than one screen.
   C) aren't constrained by the rules of grammar, punctuation, and syntax.
   D) are the best medium for internal messages, regardless of their content.

34) In order to use instant messaging (IM) productively in the workplace:

   A) maintain your IM presence 24-7.
   B) don't worry about IM etiquette during short exchanges.
   C) treat IM as a professional communication medium.
   D) use IM to send confidential, complex, and personal messages.

35) The term _____ signifies a plan that reveals how a website's content is organized and shows the navigational linkages that let users map individual pathways through the site.

   A) web-path interchange
   B) virtual superstructure
   C) information architecture
   D) media scaffolding

EXH-305-053

36) Best practices for communicating via social media include all of the following except:

A) thinking before you post.
B) getting involved and staying involved.
C) writing informally, but not carelessly.
D) using a "hard sell" to promote goods and services.


37) Companies can use a research technique called _____ to track social networks and other media to take the pulse of public opinion and identify opinion makers.

A) cold calling
B) sentiment analysis
C) brand socialization
D) location-based networking


38) YouTube, Wikipedia, and Twitter are popular examples of:

A) general-purpose social networks.
B) user-generated content sites.
C) community macromedia outlets.
D) private-label social networks.


39) Basically, a _____ is the social media interface between a company and its external stakeholders.

A) media maven
B) community manager
C) social media networker
D) computer marketing manager


40) If you do not have a constant supply of new information to post on a business blog:

A) your audience will appreciate not having to process information that changes constantly.
B) repost old material so your audience will not lose interest.
C) you should create a traditional website instead.
D) keep readers interested by adding daily comments on current events.


41) Examples of ethical lapses to avoid in business visuals include all of the following except:

A) including photos that play on racial or gender stereotypes.
B) expanding the detail of a graphic in order to make it more readable.
C) altering photos or graphs to hide information that could make you look bad.
D) distorting the axes on a line chart to make sales look like they have increased significantly over previous years.

EXH-305-054

42) When you need to show processes, transformations, and other activities, the most effective visual choice would be:

A) infographics.
B) flowcharts and diagrams.
C) animations and videos.
D) data visualizations.

43) A _____ is a type of chart that uses symbols instead of words or numbers to portray data.

A) pixel track
B) bubble matrix
C) pictogram
D) symbiosis

44) In computer graphics, a template:

A) is a tool for creating curves and geometric shapes.
B) helps ensure an effective design, saves time, and makes decision making easier.
C) is any kind of chart generated by a spreadsheet or illustration program.
D) is a tool for creating classic architectural views.

45) The term _____ refers to secondary video clips and still images that can add visual interest to or improve the flow of a business video.

A) B-roll material
B) A-list material
C) shot-list material
D) back-up material

46) In the closing section of a routine request, _____ would be out of place.

A) asking a series of questions
B) requesting some specific action
C) expressing your goodwill and appreciation
D) providing your contact information

47) A claim is _____; an adjustment is _____.

A) a goodwill message; a means to an end
B) an emotional reaction; a calculated response
C) a formal complaint; a settlement of a claim
D) an informal complaint; an emotional reaction

EXH-305-055

48) In a positive message, you should explain your point completely in the:

    A) introduction.
    B) body.
    C) close.
    D) None — all parts are usually the same length.

49) When answering requests and a potential sale is involved, one important goal is to:

    A) leave your audience with a good impression of you and your firm.
    B) provide negative information about any possible competitors.
    C) use hard sell techniques to pressure the reader into making the purchase.
    D) None of the above.

50) Friendly notes with no direct business purpose, such as those conveying congratulations or thanks, are called _____ messages.

    A) salutary
    B) recognition
    C) goodwill
    D) congratulatory

51) When you're writing a negative message, use _____ to take some of the sting out of the bad news and to help your reader accept the message and move forward.

    A) facts and figures
    B) clarity and sensitivity
    C) subtlety and innuendo
    D) blame and leverage

52) Instead of announcing the bad news up front, you can open with a _____ to establish common ground with the reader.

    A) humorous anecdote
    B) buffer statement
    C) diversionary tactic
    D) heartwarming story

53) Consider the following statement: "Our profits, which have been disappointing, are only part of the total picture." This statement uses a _____ to deliver negative news.

    A) mixed metaphor
    B) parenthetical expression
    C) deflective reference
    D) contingent modifier

EXH-305-056

Final Examination

54) Whether or not you should apologize when delivering bad news about transactions depends mainly on:

A) how much the customer has purchased from your company in the past.
B) the medium you are using for the message.
C) how long it has been since the problem occurred.
D) None of the above.

55) When writing an employment termination letter, you should:

A) include words that are open to interpretation, such as difficult and untidy.
B) clearly present the reasons for the action.
C) not get too caught up in trying to preserve a good relationship with the employee.
D) make clear to the employee that you have carefully researched relevant employment laws.

56) Personality, lifestyle, and attitudes are assessed through:

A) demographic surveys.
B) psychographic studies.
C) inkblot tests.
D) examinations of census data.

57) With regards to persuasive messages in social media, the AIDA approach is limited because it:

A) cultivates long-term relationships.
B) focuses on one-time events.
C) lacks persuasive elements.
D) uses a multidirectional, conversational approach.

58) An analogy lets you:

A) reason from one specific piece of evidence to another specific piece of evidence.
B) reason from one specific piece of evidence to a general conclusion.
C) reason from a generalization to a specific conclusion.
D) All of the above.

59) Whereas _____ focus on what the product does, _____ focus on what the user experiences or gains.

A) wants; needs
B) selling points; benefits
C) benefits; selling points
D) actionable features; desirable benefits

EXH-305-057

60) An ethical persuasive argument:

    A) is a contradiction in terms.
    B) focuses on how the audience's actions will benefit the sender.
    C) includes any evidence the sender can come up with, whether or not it's relevant.
    D) focuses on being both truthful and non-deceptive.

61) A _____ defines the problem or purpose of your research.

    A) plan of action
    B) mission statement
    C) problem statement
    D) statement of intention

62) Which of the following is NOT a characteristic of online databases?

    A) They often categorize information by subject area.
    B) They offer access to many materials that are not accessible through standard search engines.
    C) Some of them are available free of charge.
    D) Using them requires knowledge of intrinsic search techniques.

63) The answers you receive from a person you're interviewing will be influenced by:

    A) the types of questions you ask.
    B) the way you ask your questions.
    C) his or her cultural and language background.
    D) All of the above.

64) When conducting an interview, use _____ questions to encourage the person you're interviewing to offer an opinion and not just a yes-or-no answer.

    A) truncated
    B) closed-ended
    C) insightful
    D) open-ended

65) The recommendations you make in a report should:

    A) interpret the results of your research.
    B) not be limited by the report's conclusion.
    C) tell audience members what they want to hear.
    D) adequately describe the steps that come next.

EXH-305-058

66) When you're preparing a formal work plan, include a _____ to clarify the problem you face and a _____ to describe what you plan to accomplish.

    A) statistical analysis; hypothesis
    B) problem statement; purpose statement
    C) yardstick; problem statement
    D) descriptive standard; goal analysis

67) A contractor submitting a weekly report on work done to date would be providing the client with:

    A) a progress report.
    B) a compliance report.
    C) a justification report.
    D) a periodic operating report.

68) A formal work plan includes all of the following except:

    A) a statement of the problem or opportunity addressed in your report.
    B) plans for what will happen if funds for the project are cancelled.
    C) plans for following up after delivering the report.
    D) a statement of the purpose and scope of your investigation.

69) Analytical reports for skeptical audiences should generally follow the _____ approach.

    A) direct
    B) indirect
    C) hypothetical
    D) aggressive

70) If you're writing an unsolicited proposal, you may have to:

    A) convince readers that a problem exists that must be addressed.
    B) analyze the client's business in light of the competition.
    C) use a style approved by the American Association of Business Writers.
    D) enumerate the client's options regarding such business decisions as product-line expansion.

71) If you're writing a formal business report, you should:

    A) use the impersonal journalism style.
    B) rely on first- and second-person pronouns.
    C) focus on similes, metaphors, and colorful language.

EXH-305-059

D) use contractions to engage your audience.

72) _____ come after a body of material in a report, and they summarize the information included in that material.

    A) Extension sections
    B) Review sections
    C) Transposition sections
    D) Preview sections

73) The _____ is NOT included in the prefatory parts of a formal report.

    A) cover
    B) letter of authorization
    C) introduction
    D) table of contents

74) Which one of the following is NOT an element of a work plan in the body of an unsolicited proposal?

    A) an explanation of the steps you'll take, their timing, and the methods or resources you'll use
    B) persuasive material to convince readers that a problem or an opportunity exists
    C) information about when work will start, how it will be monitored, and when it will end
    D) a description of how you'll accomplish what must be done

75) An executive summary:

    A) is shorter than a synopsis.
    B) presents a fully developed "mini" version of the report.
    C) provides additional information (not covered in the report) that executives will need.
    D) is unnecessary if the report is not intended for executives.

76) In an unsolicited proposal, the letter of transmittal should follow the pattern for:

    A) informative messages.
    B) educational messages.
    C) persuasive messages.
    D) collaborative messages.

77) If you need to design a venue for delivering a presentation to a large audience, _____ will usually be the best seating arrangement.

    A) café style seating
    B) conference table seating
    C) classroom or theater seating

EXH-305-060

D) horseshoe or "U" shaped seating

78) All of the following except _____ are best practices that you can use to deliver an effective presentation to an international audience.

A) using slang and cultural idioms
B) articulating words carefully and pausing frequently
C) avoiding abbreviations, acronyms, and metaphors
D) using clear, simple visuals to support your talk

79) When organizing a speech, use the indirect approach if your purpose is to _____ and the audience is _____.

A) entertain; resistant
B) motivate; receptive
C) persuade; resistant
D) inform; receptive

80) If there is a lack of consensus among the audience at the end of your presentation, you should:

A) gloss over it as quickly as possible.
B) make the disagreement clear and be ready to suggest a method for resolving the diferences.
C) identify the individuals causing the disagreement and ask them pointed questions.
D) do all of the above.

81) The backchannel can present challenges for business presenters because:

A) listeners can build support for your message.
B) audience members who disagree with you can have more leverage.
C) you can get feedback during and after the presentation.
D) supporters can spread your message to a larger audience in a matter of seconds.

82) All of the following except _____ can help you convert presentation anxiety into positive energy.

A) knowing your subject matter
B) concentrating on your message and your audience
C) focusing on delivering a perfect presentation
D) making eye contact with friendly audience members

83) The purpose of visuals is to _____ during a presentation.

A) replace your spoken message
B) support and clarify what you have to say
C) distract and entertain the audience

EXH-305-061



Final Examination

D) provide decorative embellishments

84) _____ is the biggest potential disadvantage of using Keynote or PowerPoint to design presentation slides.

A) The steep learning curve
B) The linear nature of the presentation
C) The difficulty of incorporating slides into online meetings and webcasts
D) The challenge of locating desktop and laptop versions of the software

85) In a presentation designed to reassure your audience after layoffs and bad news about company profitability, the best color to use would be?

A) blue.
B) brown.
C) red.
D) any of the above.

86) To make your text slides more readable:

A) limit the text on each slide to four or five lines with four or five words per line.
B) use complete sentences with capitals and punctuation rather than short bulleted phrases.
C) use the passive voice.
D) do all of the above.

87) Which one of the following will not help you create effective charts and tables for presentation slides?

A) Shortening numbers
B) Increasing the details
C) Adjusting the size and design
D) Highlighting key points

88) As an integral part of your presentation strategy, use printed handouts to:

A) rouse the audience to action.
B) establish the emotional tone of your message.
C) paint the big picture by connecting major ideas.
D) provide supporting details for the audience to consume at their own speed.

89) The best way to become a valued network member is by:

A) expecting others in your network to help you.
B) emailing your résumé to everyone in your network.
C) broadcasting the contact information of everyone you meet.

EXH-305-062



Final Examination

D) none of the above.

90) _____ is the process of making informal connections with a broad sphere of mutually beneficial business contacts.

A) Networking
B) Canvassing
C) Interviewing
D) Surveying

91) The most common way to organize a résumé is:

A) functionally.
B) retrospectively.
C) chronologically.
D) organically.

92) Which of the following should be done when composing your résumé?

A) use first-person pronouns
B) use machine-searchable keywords
C) use short, crisp phrases that start with action verbs
D) write complete sentences in the passive voice

93) An effective résumé design looks:

A) cute and clever.
B) clean and professional.
C) assignable and scalable.
D) compressed and thorough.

94) If you want to post your résumé on a job website, you should:

A) present your résumé in a less formal style.
B) choose sites that allow all potential employers to see your contact information.
C) post on as many job websites as possible to help you build your brand.
D) avoid websites that don't allow you to restrict the display of your contact information.

95) The approach you take for an application letter depends on whether:

A) you're looking for other career opportunities.
B) you're presenting your résumé in a chronological or a functional format.
C) you think the salary requirements of the job are appropriate.
D) you're applying for an identified job opening or whether you're prospecting.

EXH-305-063

96) In the middle section of a job application letter:

    A) present your strongest selling points in terms of their potential benefit to the
       organization.
    B) include your entire work history, in case the employer doesn't have time to review your
       résumé.
    C) address your shortcomings but stress that you're willing to learn.
    D) ask for an interview and include your contact information.

97) In the second stage of interviews, your best approach is to:

    A) stick to brief yes and no answers to the interview questions.
    B) relate your training and experience to the organization's needs.
    C) inquire about salary and benefits.
    D) do all the above.

98) Many interviewers begin making a decision about the applicant:

    A) within the first 20 seconds of the interview.
    B) during the question-and-answer stage.
    C) during the final minutes of the interview.
    D) after the candidate has left.

99) If your interviewer asks you a potentially unlawful question:

    A) you are required by law to end the interview and report it to the Equal Employment
       Opportunity Commission.
    B) it is often a sign that the interview is going well.
    C) you may choose to answer or not to answer.
    D) you should ignore it unless it happens more than once.

100) Consider sending _____ if you haven't heard from an employer after an interview either
    by the promised date or within two weeks.

    A) a message of inquiry
    B) the URL to your personal blog
    C) an invitation to like your Facebook page
    D) a request for a time extension

EXH-305-064

**Home**   **Prospects/Application**   **Billing**   **Retention**   **Transcript**   **Testing**   **Rental Library**   **Faculty**

**Note/Message**   **ACenina**   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM312

## Test Information

BKNum: BAM312  ☐ Old Exam Format

Test Type: CBX

Revision: 01/2017

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 93 out of 100

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | C | Correct | |
| 3 | D | Correct | |
| 4 | B | Correct | |
| 5 | A | Correct | |
| 6 | C | Correct | |
| 7 | C | Correct | |
| 8 | B | Correct | |
| 9 | C | Correct | |
| 10 | B | Missed | |
| 11 | B | Correct | |
| 12 | A | Correct | |
| 13 | C | Correct | |
| 14 | D | Correct | |
| 15 | A | Correct | |
| 16 | C | Correct | |
| 17 | B | Correct | |
| 18 | C | Correct | |
| 19 | A | Missed | |
| 20 | D | Missed | |
| 21 | D | Correct | |
| 22 | D | Correct | |
| 23 | C | Missed | |
| 24 | A | Correct | |
| 25 | C | Correct | |
| 26 | C | Correct | |
| 27 | A | Correct | |
| 28 | B | Correct | |
| 29 | B | Correct | |
| 30 | B | Correct | |
| 31 | C | Correct | |
| 32 | A | Correct | |
| 33 | A | Correct | |
| 34 | C | Correct | |
| 35 | C | Correct | |
| 36 | D | Correct | |
| 37 | B | Correct | |
| 38 | B | Correct | |
| 39 | B | Correct | |
| 40 | C | Correct | |
| 41 | B | Correct | |
| 42 | C | Correct | |

EXH-305-065

| 43 | C | Correct | |
| 44 | B | Correct | |
| 45 | A | Correct | |
| 46 | A | Correct | |
| 47 | C | Correct | |
| 48 | B | Correct | |
| 49 | C | Missed | |
| 50 | C | Correct | |
| 51 | B | Correct | |
| 52 | B | Correct | |
| 53 | B | Correct | |
| 54 | D | Correct | |
| 55 | B | Correct | |
| 56 | B | Correct | |
| 57 | B | Correct | |
| 58 | A | Correct | |
| 59 | B | Correct | |
| 60 | D | Correct | |
| 61 | C | Correct | |
| 62 | D | Correct | |
| 63 | D | Correct | |
| 64 | D | Correct | |
| 65 | D | Correct | |
| 66 | B | Correct | |
| 67 | A | Correct | |
| 68 | B | Correct | |
| 69 | B | Correct | |
| 70 | A | Correct | |
| 71 | C | Missed | |
| 72 | B | Correct | |
| 73 | C | Correct | |
| 74 | B | Correct | |
| 75 | B | Correct | |
| 76 | C | Correct | |
| 77 | C | Correct | |
| 78 | A | Correct | |
| 79 | C | Correct | |
| 80 | B | Correct | |
| 81 | B | Correct | |
| 82 | C | Correct | |
| 83 | B | Correct | |
| 84 | B | Correct | |
| 85 | A | Correct | |
| 86 | A | Correct | |
| 87 | B | Correct | |
| 88 | D | Correct | |

| 89 | D | Correct | |
| 90 | A | Correct | |
| 91 | | Missed | |
| 92 | C | Correct | |
| 93 | B | Correct | |
| 94 | D | Correct | |
| 95 | D | Correct | |
| 96 | A | Correct | |
| 97 | B | Correct | |
| 98 | A | Correct | |
| 99 | C | Correct | |
| 100 | A | Correct | |

EXH-305-067

# BAM 410 ORGANIZATIONAL THEORY AND BEHAVIOR COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-068



**June 25, 2024**

**Morteza Amiri**

██████████████

████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BAM410

**Course Title:** ORGANIZATIONAL THEORY AND BEHAVIOR

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** March 30, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701



**Student ID: 66976**

**BAM410 Rev. 10/2019**

**Pre-Test Exam**

**Exam ID: e4181a17-526b-43da-93f5-8f7507d38322**

1. The leader-participation model focuses on _____.

   a. the personality traits of leaders

   b. the presence of charisma in the leader

   c. the way decisions are made by the leader

   d. the mere projection of successful leadership by the leader

2. When we rank an individual's values in order of their _____, we obtain the person's value system.

   a. intensity

   b. content

   c. context

   d. fluidity

3. Which of the following is an effective means of countering social loafing?

   a. increasing the rewards the group is given if it succeeds

   b. increasing the amount by which the group's progress is monitored

   c. ensuring that individual contributions to the group's outcome are identified

   d. increasing the size of the group

4. While discussing their marketing campaign for a new product, the members of the cross-functional team responsible for Carver Inc. realized that a couple of changes relating to their prior plan would be beneficial. The offer of a franchise that had earlier been brushed off by the company head was discussed thoroughly, and it was decided that it would be implemented on a trial basis initially and on full scale if found to work well. From the information provided, it can be concluded that this cross-functional team has a high degree of _____.

   a. demography

   b. reflexivity

   c. conformity

   d. diversity

1

EXH-305-070

5. Which of the following conflict-handling intentions is assertive and uncooperative?

    a. compromising

    b. avoiding

    c. competing

    d. collaborating

6. According to the expectancy theory, the performance-reward relationship is the degree to which
_____.

    a. the individual believes performing at a particular level will lead to desired outcomes

    b. organizational rewards satisfy an individual's personal goals or needs

    c. organizational rewards are perceived as attractive by the individual

    d. the individual believes that exerting a given amount of effort will lead to performance

7. _____ power represents the compliance that is achieved based on the ability to distribute positive
benefits that others view as valuable.

    a. Legitimate

    b. Coercive

    c. Reward

    d. Personal

8. Which of the following types of jobs is least likely to create stress and reduce satisfaction?

    a. jobs that make multiple and conflicting demands

    b. jobs that provide a high level of feedback

    c. jobs that lack clarity about the employee's duties

    d. jobs that provide the employees less control over the pace of their work

9. Manuel is a manager for a manufacturing company in which managers are expected to fully
document all decisions and in which it is important to provide detailed data to support any
recommendations. Also, out-of-the-box thinking is dissuaded. Which characteristic of organizational
culture describes this aspect of Manuel's job?

    a. low team orientation

    b. high aggressiveness

    c. low adaptability

    d. low outcome orientation

2

EXH-305-071

10. Formal performance appraisals are used more frequently in countries that _____.

    a. value status quo and rigidity

    b. are low in assertiveness

    c. are low in uncertainty avoidance

    d. are low in in-group collectivism

11. Which of the following terms refers to choices made from among two or more alternatives?

    a. inquiry

    b. decision

    c. perception

    d. intuition

12. Hazel Samuels has been working at her company for the past two years and consistently gets yelled at by her manager even when she is not at fault. He often makes derogatory references to her ethnicity. In addition, during team meetings, she is his target for practical jokes and nasty pranks. She is extremely upset and decides not to be subjected to such treatment any longer. Which of the following kinds of discrimination is she most likely to report to the human resource department in such a situation?

    a. intimidation

    b. sexual harassment

    c. hazing

    d. mobbing

13. MBO emphasizes goals that are _____.

    a. tangible, verifiable, and measurable

    b. achievable, controllable, and profitable

    c. inspirational, verifiable, and creative

    d. tangible, rewarding, and assigned

14. Which of the following is one of the three steps in the Lewin's three-step change model?

    a. analysis

    b. movement

    c. evaluation

    d. dreaming

3

15. Which of the following impression management techniques uses ingratiation?

    a. flattery

    b. exemplification

    c. enhancement

    d. conformity

16. Which of the following is an example of an organizational source of resistance to change?

    a. limited focus of change

    b. security

    c. fear of the unknown

    d. selective information processing

17. The _____ network is a type of formal small-group network that rigidly follows the formal and hierarchical levels of command.

    a. matrix

    b. chain

    c. wheel

    d. all channel

18. _____ organizations often don't go out of business even if the original goals are no longer relevant.

    a. Virtual

    b. Matrix

    c. Independent

    d. Institutionalized

19. A _____ plan distributes compensation based on some established formula designed around the revenue of the company.

    a. piece-rate

    b. merit-based

    c. skill-based

    d. profit-sharing

20. Biozone provides its employees career counseling, skills workshops, and networking sessions. This work-life initiative used by Biozone falls under the category of _____.

4

EXH-305-073

    a. direct services

    b. time-based strategies

    c. information-based strategies

    d. money-based strategies

21. A transactional leader is likely to _____.

    a. reward employees for the work that they have done, thus recognizing their accomplishments

    b. help followers trust the leader and develop a loyalty toward the common vision

    c. stimulate others in the organization to become thinkers of what the organization is all about

    d. pay attention to the emotional needs of others and consider individual differences

22. A positive organizational culture emphasizes _____.

    a. the use of negative reinforcement and punishment

    b. the use of rituals in transmitting organizational culture

    c. individual vitality and growth

    d. the significance of highly centralized management

23. Which of the following statements is true with regard to communication?

    a. Communication cannot be used to motivate and control employees in an organization.

    b. Communication involves the transfer and understanding of meaning.

    c. Communication involves the mere imparting of meaning to another person or group.

    d. Perfect communication is not dependent on a channel and its richness.

24. The ability to move the trunk and back muscles as far as possible is known as _____.

    a. static strength

    b. stamina

    c. trunk strength

    d. extent flexibility

25. Communication that flows from one level of a group or organization to a lower level is called _____.

    a. intrapersonal communication

    b. downward communication

EXH-305-074

c. upward communication

d. lateral communication

6

EXH-305-075

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410    ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: PreTest 1

Web Test: Y

Score: 5 out of 25

Grade: F

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Missed | |
| 2 | A | Correct | |
| 3 | B | Missed | |
| 4 | B | Correct | |
| 5 | D | Missed | |
| 6 | D | Missed | |
| 7 | A | Missed | |
| 8 | C | Missed | |
| 9 | A | Missed | |
| 10 | B | Missed | |
| 11 | A | Missed | |
| 12 | B | Missed | |
| 13 | B | Missed | |
| 14 | B | Correct | |
| 15 | D | Correct | |
| 16 | B | Missed | |
| 17 | A | Missed | |
| 18 | C | Missed | |
| 19 | C | Missed | |
| 20 | B | Missed | |
| 21 | A | Correct | |
| 22 | B | Missed | |
| 23 | A | Missed | |
| 24 | A | Missed | |
| 25 | A | Missed | |

EXH-305-076

**Received Date:** 03/23/2020

**Student ID:** 66976

**Name:** Morteza Amiri

**Course:** BAM410 - ORGANIZATIONAL THEORY AND BEHAVIOR

**Unit:** 1

**Question:** Analyze the ways by which management can attract, select, and recruit diverse employees in an organization.

---

Morteza Amiri

66976

BAM410

ORGANIZATIONAL THEORY AND BEHAVIOR

Analyze the ways by which management can attract, select, and recruit diverse employees in an organization.

As an individual, looking for a job can be tedious and time consuming, especially being up against diversity. Diversity is defined as a wide range of different things such as ethnicity, sex, race, personality and etc. Management is challenged with finding qualified, intelligent and positively diverse individuals to fill spots of employment at their organizations.  In this essay I will analyze the way by which management can attract, select and recruit diverse employees in an organization.  They can attract and recruit employees through job descriptions, recruiting through diverse pools and advertise through diverse channels.

Management and recruiters use different styles of recruiting to attract a diverse pool of people to fill positions at organizations.  One way of recruiting is through job description and highlight that it is important for the company to have a large range of diversity.  Each individual should be able to know the expectations of the organization and the specific qualifications.  With diversity in the workplace, management cannot exclude based on race, sex and ethnicity.

Another way that recruiters and management can ensure a diverse pool of people is to recruit through groups of individuals such as veterans, disabled, senior citizens and graduates.  Widening the range of people you interview regardless of their disabilities and weaknesses will help reveal their strengths.  Lastly, opening advertising jobs on diverse boards including linked in, Facebook and craigslist allows people with autism, PTSD, criminal records and no experience to apply for jobs that suite them.  It also makes it easier for management to have a sense of organization and security that the employees they are hiring are motivated and positive to work for the organization.

In conclusion, management and recruiters have various ways to attract, select and recruit diverse employees to fulfill positions at their organization.  Through job description, advertising and recruiting through diverse people of qualified people.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM410
**Writing Assignment 1** Score: 20 out of 25
Grade: Passed



---

### Grand Total: 20

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ⦿ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ⦿ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ⦿ | ○ | ○ |

Evaluated by **Shawn Moustafa**                    Date: **3/23/2020**

---

### Total: 20

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ⦿ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ⦿ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ⦿ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ⦿ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ⦿ | ○ |

EXH-305-078

**Notes**

Morteza, solid take on workforce diversity but aim to go
deeper and make sure to cite your sources.

Evaluated by **Shawn Moustafa**                    Date: **3/23/2020**

EXH-305-079

**Received Date:** 03/25/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM410 - ORGANIZATIONAL THEORY AND BEHAVIOR
**Unit:** 2
**Question:** Examine the three ethical decision criteria and provide examples.

Morteza Amiri

66976

BAM410

Organizational Theory and Behavior

Examine the three ethical decision criteria and provide examples

Ethics are the moral principles that govern us as a society to pick between right and wrong. When we make ethical decisions it should embody the idea of responsibility and respect towards others. Ethical decisions require review and elimination of unethical decisions. They are three ethical decision criteria including: utilitarianism, rights and justices. In this essay I will examine all three ethical decision criteria and provide examples for all three.

The first of the three ethical decision criteria is utilitarianism. Utilitarianism is a theory that helps to promote actions that will maximize the well-being and happiness of the affected individual. Efficiency, productivity and the matter of high profits is a goal of utilitarianism, decisions based on their outcomes. With the idea of the increase in efficiency, will help increase productivity, in turns creating a raise in profitability or the outcome. An example is the decision of what job to consider for yourself. If a person has more than one job offer, they will choose what has the best outcome because they are only considering their utility.

A second ethical decision criteria is rights. Rights can be defined as legal, social and/or ethical principles that we as the people hold. They are the fundamental rule of what is allowed by people and what is not. It governs what is morally correct or honorable to decide. Some examples of rights is the right to freedom of speech or the right to our privacy.

Lastly, ethical decision criteria number three is justice. Justice means the decision must be fair and impartial. The decision cannot benefit one more than the other, it must be equally distributed benefit and cost for all parties that are involved. An example of justice is a wrongly accused person being set free from prison after DNA testing proved their innocents.

In conclusion, there are three ethical decision criteria including utilitarianism, rights and justices. Each of the three criteria will help an individual ensure their decision is the most successful/ beneficial, honorable and equally profitable and fair decision.

# Writing Assignment Evaluation Form

## Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM410
**Writing Assignment 2** Score: 20 out of 25
Grade: Passed



**Grand Total: 20**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**                    Date: **3/30/2020**

**Total: 20**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-081

**Notes**

Solid take on the criteria but aim to go deeper and to cite your sources. Also, note that each paragraph should be at least three full sentences.

Evaluated by **Shawn Moustafa**                    Date: **3/30/2020**

EXH-305-082

**Received Date:** 03/25/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM410 - ORGANIZATIONAL THEORY AND BEHAVIOR
**Unit:** 3
**Question:** Examine the advantages and disadvantages of group decisions as compared to individual decisions.

---

Morteza Amiri

66976

BAM410

Organizational Theory and Behavior

Examine the advantages and disadvantages of group decisions as compared to individual decisions.

During our life time through school and our careers, we will all face times of individual and group work.  Some individuals benefit working together more than others.  In this essay I will examine the advantages and disadvantages of group decisions as compared to individual decisions.  Some advantages of working in a group include more information, diverse views, greater acceptability and encouragement of involvement, while working alone is less time consuming, easier to focus and independent.  Disadvantages of working in a group are groupism, domination and time consuming, while working individually can cause a lack of motivation and diversity.

"Two heads are better than one!"  A great quote to represent that advantages of working in a group setting.  One advantage of working together in a group is more information is being shared amongst the group making it easier to develop ideas.  With more people ideas become more diverse, all views are varied and provide more insight for decision making and problem solving.  Lastly in groups there is greater acceptability and encouragement to participate.  A group decisions is a democratic decision with encouragement of initiating individual parts.  Disadvantages of group work includes domination and it can become time consuming.  When in a group setting, some individuals may become more dominate than others, silencing the views of others.  Lastly with the variety of ideas, it is hard to make a decision, consuming a large amount of time and money.

Sometimes working as an individual, keeps us more focused on a goal and helps us be independent.  Working alone can eliminate distractions that others may bring in a group setting.  Without those distractions, projects are less time consuming and expensive to complete.  On the other hand working as an individual can make ideas lack variability and dimension.  It can make the ideas boring and lack interest, making individuals doubt their work.

In conclusion, both group decisions and individual decisions have many advantages and disadvantages.  Particular projects require specific criteria that will determine whether the characteristics of an individual setting or group setting will thrive.

EXH-305-083

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM410
**Writing Assignment 3** Score: 20 out of 25
Grade: Passed



---

### Grand Total: 20

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**                Date: **3/30/2020**

---

### Total: 20

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-084

**Notes**

Solid take on group decision making. See previous comments.

Evaluated by **Shawn Moustafa**                    Date: **3/30/2020**

**Received Date:** 03/25/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BAM410 - ORGANIZATIONAL THEORY AND BEHAVIOR
**Unit:** 4
**Question:** Compare and contrast centralized and decentralized organizations.

Morteza Amiri

66976

BAM410

Organizational Theory and Behavior

Compare and contrast centralized and decentralized organizations.

Throughout a professional's career in an organization, individuals will encounter different structures of decision making and authority. Small organizations will approach decision making differently compared to larger organizations with more to manage. In this essay I will compare and contrast centralized and decentralized organizations. I will also give examples to better understand how they work and the concept.

Centralized organizations are structured to rely on the decision making of one individual in a company to provide direction and security. Usually smaller companies tend to lean toward the idea of hierarchy decision making structure, to create a foundation for their business to stand on. They typically benefit from owners remaining the forefront of all business operations. The centralized organization handles all processes of decision making, strictly at the top or executive level of the company. An example of this is a trucking company. A trucking company's manage usually makes all of the operational decisions and dispatches drivers to complete tasks.

Decentralized organizations are defined as structures in which most decisions are made at mid-level or lower levels of management rather than at the executive level. Larger companies and organizations benefit from decentralized structure because these companies have a variety of divisions and departments. With so many different departments, it makes it easier to have diverse opinions on how to operate a company cohesively. An example of this type of structure would be a fast food franchise chain. Each of these individually owned and franchised restaurants is responsible for their own operation.

Therefore, most organizations and companies start as centralized organizations and progress towards a decentralized organization as they grow and become more mature. Centralized organizations are structured to rely on decisions of one individual from the top whereas, decentralized organizations is dependent on decision making coming from lower levels of management to organize and decide what is best for each branch.

EXH-305-086

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BAM410
**Writing Assignment 4** Score: 20 out of 25
Grade: Passed



---

**Grand Total: 20**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**                Date: **3/30/2020**

---

**Total: 20**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-087

**Notes**

Solid take on centralization. See previous comments.

Evaluated by **Shawn Moustafa**                    Date: **3/30/2020**



**Student ID: 66976**
**BAM410 Rev. 10/2019**
**Unit Exam 1**
**Exam ID: d55adb7a-7627-40c3-a347-50a94e0b9368**

1. Group _____ is the extent to which members of a group support and validate one another at work.

   a. affect

   b. associability

   c. think

   d. cohesion

2. Which of the following is a biographical characteristic of an employee?

   a. length of tenure

   b. work preferences

   c. personality

   d. values

3. Which of the following is a difference between sociology and psychology?

   a. Sociology studies humans and animals whereas psychology focuses exclusively on humans.

   b. Sociology studies people in relation to their social culture whereas psychology focuses on the individual.

   c. Sociology incorporates research from social sciences, philosophy, and natural sciences; psychology does not.

   d. Sociology uses various methods of empirical investigation whereas psychology uses limited critical analyses.

4. With reference to a basic OB model, _____ are determined in advance of the employment relationship and refer to variables such as personality, group structure, and organizational culture that lead to processes.

   a. actions

   b. inputs

   c. outcomes

EXH-305-089

d. processes

5. The statement, "A person who eats meat and then fights for animal rights demonstrates double standards," is an evaluative statement. Such an opinion constitutes the _____ component of an attitude.

   a. cognitive

   b. affective

   c. reflective

   d. behavioral

6. _____ are cognitive in nature, have an unclear, general cause, and last for several hours or days.

   a. Emotions

   b. Feelings

   c. Perceptions

   d. Moods

7. Audrey Smith is a renowned psychiatrist in New Jersey. While interacting with patients, she needs to understand their points of view by listening intently to what they say. It is important that she understands their problems so that she can offer advice. In such a situation, Audrey is using the _____ dimension of intellectual ability.

   a. number aptitude

   b. perpetual speed

   c. spatial visualization

   d. verbal comprehension

8. Kimberley Mayfield recently evaluated her subordinate's progress report. She now plans to inform her about the objectives she did not achieve and how she can perform better. By doing this, Kimberley will be demonstrating the _____ component of an attitude.

   a. cognitive

   b. affective

   c. reflective

   d. behavioral

9. _____ refers to a gut feeling not necessarily supported by research.

   a. Intuition

   b. Reasoning

2

EXH-305-090

    c. Rationality

    d. Logic

10. Which of the following is not true regarding emotion regulation?

    a. It can be defined as a person's ability to understand the meaning of emotions.

    b. Persons engaging in emotion regulation might try to cheer themselves up when they're feeling down.

    c. It involves identifying and modifying the emotions one feels.

    d. Emotion regulation is a strong predictor of task performance for some jobs and organization citizenship behavior.

11. Differences in _____ indicate surface-level diversity.

    a. personality

    b. values

    c. style of work

    d. ethnicity

12. The _____ response includes actively and constructively attempting to improve conditions including suggesting improvements, discussing problems with superiors, and undertaking some form of union activity.

    a. exit

    b. voice

    c. loyalty

    d. neglect

13. The exit-voice-loyalty-neglect framework expands employee response to include voice and loyalty-constructive behaviors that allow individuals to _____.

    a. revolt against the management

    b. reject unionization and focus on team-building activities

    c. identify psychologically with their jobs

    d. tolerate unpleasant situations or revive satisfactory working conditions

14. Which of the following statements is most likely to be true about differences between men and women in relation to emotional reactions?

    a. Men are more emotionally expressive than women.

3

b. Men experience emotions more intensely than women.

c. Women express anger more frequently than men.

d. Women tend to hold onto emotions longer than men.

15. Kim Anderson works as a campaign manager at an environmental organization in Ottawa. In the past few months, she has noticed that one team member, Jane Kenneth, has shown a lot of potential as the next project lead. However, Kim heard from the grapevine that Jane may be quitting the job. She now needs to know whether she has the intention to lead the campaign in the next few months, which are crucial months for the campaign. Which of the following questions would best help Kim understand Jane's intention toward the project?

a. How do you like your job on the whole?

b. Do you like the work culture in the organization?

c. Do you see yourself working with us in the next six months?

d. Are you motivated enough to achieve all project milestones?

16. Employees are most likely to perceive their organization as supportive when _____.

a. they experience a cognitive dissonance between their job attitude and behavior

b. the affective component of the attitude is extremely strong

c. there is a weak relationship between their attitude and behavior

d. they have a voice in decisions

17. A market researcher who uses his ability to identify a logical sequence to predict demand for a new line of winter clothing is using the _____ dimension of intellectual ability.

a. spatial visualization

b. inductive reasoning

c. verbal comprehension

d. lateral masking

18. Employees with _____ strongly identify with and care about the kind of work they do.

a. high job involvement

b. high cognitive dissonance

c. low psychological empowerment

d. low organizational commitment

19. Which of the following terms best describes organizations that allow people to communicate and work together even though they may be thousands of miles apart?

4

   a. networked organizations

   b. hierarchical organizations

   c. matrix organizations

   d. stable organizations

20. An individual's involvement with, satisfaction with, and enthusiasm for the work he/she performs is known as _____.

   a. employee engagement

   b. cognitive dissonance

   c. emotional contagion

   d. positivity offset

21. Myriam is analyzing the gender roles of men and women in management in the United States and comparing them to the gender roles in management in Japan. She is surveying fifty male and fifty female managers in each country to compare their daily behavior. Myriam's study exemplifies how _____ contributes to OB.

   a. anthropology

   b. psychology

   c. archaeology

   d. political science

22. The physical ability that allows a body to continue maximum effort maintaining prolonged effort over time is known as _____.

   a. stamina

   b. extent flexibility

   c. static strength

   d. body coordination

23. Women being assigned marginal job roles that do not lead to promotion is an example of the _____ form of discrimination.

   a. hazing

   b. gaslighting

   c. coercion

   d. exclusion

EXH-305-093

24. Christina Hutchins was recently recruited by a publishing firm in Manhattan. During her first month on the job, she demonstrated positive core self-evaluations. Which of the following did she most likely do?

   a. mentioned that she was confident about her basic competence

   b. expressed dissatisfaction with the nature of work

   c. set less ambiguous goals and objectives

   d. gave up easily on tasks when faced with difficulties

25. The ability to move the trunk and back muscles as far as possible is known as _____.

   a. static strength

   b. stamina

   c. trunk strength

   d. extent flexibility

EXH-305-094

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

**Note/Message    ACenina**    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410 ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: Unit Exam 1

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | B | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | D | Correct | |
| 8 | D | Correct | |
| 9 | A | Correct | |
| 10 | A | Correct | |
| 11 | D | Correct | |
| 12 | B | Correct | |
| 13 | D | Correct | |
| 14 | D | Correct | |
| 15 | C | Correct | |
| 16 | D | Correct | |
| 17 | B | Correct | |
| 18 | A | Correct | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | A | Correct | |
| 22 | A | Correct | |
| 23 | D | Correct | |
| 24 | A | Correct | |
| 25 | D | Correct | |

EXH-305-095



**CALIFORNIA COAST**
U N I V E R S I T Y

**Student ID: 66976**
**BAM410 Rev. 10/2019**
**Unit Exam 2**
**Exam ID: c863d37d-0739-4a95-a7a8-1b5dc9d9da84**

1. Attribution theory suggests that when we observe an individual's behavior, we attempt to determine whether it was internally or externally caused. That determination, however, depends largely on three factors. Which of the following is one of these three factors?

   a. traceability

   b. consistency

   c. verifiability

   d. relatedness

2. The _____ pay plan has long been popular as a means of compensating production workers by paying a fixed sum for each unit of production completed.

   a. competency-based

   b. gainsharing

   c. piece-rate

   d. profit-sharing

3. Which of the following is the distinct characteristic of participative management programs?

   a. joint decision making

   b. representative participation

   c. performance norms

   d. establishment of work councils

4. _____ refers to staying with a decision even when there is clear evidence it's wrong.

   a. Escalation of commitment

   b. Fundamental attribution error

   c. Randomness error

   d. Risk aversion

5. Which of the following personality traits indicates the degree to which a person is unemotional,

1

EXH-305-096

pragmatic, and believes that ends can justify means?

   a. extraversion

   b. Machiavellianism

   c. agreeableness

   d. self-concordance

6. Which of the following tends to be a major downside of employees telecommuting for managers in an organization?

   a. Feelings of isolation

   b. Reduced job satisfaction

   c. Dull, repetitive work

   d. Reduced innovation

7. Which of the following is a factor present in a target which may affect a person's perception?

   a. attitude

   b. motive

   c. interest

   d. novelty

8. Which of the following terms refers to factors such as one's biological, physiological, and inherent psychological makeup determined at conception?

   a. social identity

   b. heredity

   c. behavioral contagion

   d. self-concordance

9. Which of the following theories discusses three relationships: effort-performance relationship, performance-reward relationship, and rewards-personal goals relationship?

   a. goal-setting theory

   b. self-efficacy theory

   c. equity theory

   d. expectancy theory

10. With reference to the Hofstede's Framework for Assessing Cultures, _____ emphasizes a tight social framework in which people expect others in groups of which they are a part of to look after

EXH-305-097

them and protect them.

a. uncertainty avoidance

b. long-term orientation

c. masculinity

d. collectivism

11. _____ has a focus on prosocial motivation and is especially salient for organizations with corporate social responsibility.

a. Relational job design

b. Job rotation

c. Flextime

d. The job characteristics model

12. A _____ plan distributes compensation based on some established formula designed around the revenue of the company.

a. piece-rate

b. merit-based

c. skill-based

d. profit-sharing

13. Elaine Chamberlain works as a research executive at an environmental organization. Though her colleagues are helpful and friendly, because of her shy nature, she often eats her lunch at her desk and has limited interactions with them. She is glad that the nature of her work does not require her to interact with her co-workers to a high extent. Which of the following is Elaine most likely to be characterized as according to the Myers-Briggs Type Indicator (MBTI) classification?

a. social

b. introverted

c. exhibitionist

d. gregarious

14. Milton Rokeach organized values into two categories: _____ values and _____ values.

a. instrumental; terminal

b. fluid; stable

c. flexible; essential

3

d. unique; general

15. Which of the following terms refers to choices made from among two or more alternatives?

    a. inquiry

    b. decision

    c. perception

    d. intuition

16. Individuals scoring _____ have a strong ability to adjust their behavior to external, situational factors and can behave differently in different situations.

    a. low on openness

    b. high on narcissism

    c. low on agreeableness

    d. high on self-monitoring

17. According to the attribution theory, if a behavior scores _____, we tend to attribute it to internal causes.

    a. low on consistency

    b. high on rigidity

    c. low on distinctiveness

    d. high on consensus

18. The concept of _____ considers how strongly people's reasons for pursuing goals are consistent with their interests and core values.

    a. self-serving bias

    b. self-fulfilling prophecy

    c. self-concordance

    d. self-actualization

19. According to Maslow's hierarchy of needs, which of the following is a lower level need?

    a. social-belongingness

    b. safety-security

    c. esteem

    d. self-actualization

EXH-305-099

20. Which of the following statements is true regarding perception?

   a. Perception of reality is independent of one's personality.

   b. Our perception of a target is not affected by the context of the situation in which the perception is made.

   c. Our perception of reality can be different from the objective reality.

   d. Our perception of reality is independent of our past experiences.

21. According to the expectancy theory, the performance-reward relationship is the degree to which _____.

   a. the individual believes performing at a particular level will lead to desired outcomes

   b. organizational rewards satisfy an individual's personal goals or needs

   c. organizational rewards are perceived as attractive by the individual

   d. the individual believes that exerting a given amount of effort will lead to performance

22. _____ refers to the tendency to be arrogant, have a grandiose sense of self-importance, require excessive admiration, and have a sense of entitlement.

   a. Asceticism

   b. Stoicism

   c. Cynicism

   d. Narcissism

23. Employees who use the flextime option have to _____.

   a. work from the office for three days of the week

   b. work from home on a relatively permanent basis

   c. work from the office based on a schedule fixed with the compatible partner they function with

   d. work from the office during the common core period and put in the extra hours per their convenience

24. Which of following needs best corresponds to McClelland's need for affiliation?

   a. safety-security

   b. interpersonal relationships

   c. esteem

   d. self-actualization

25. Which dimension of the Big Five model refers to an individual's propensity to defer to others?

5

EXH-305-100

a. conscientiousness

b. agreeableness

c. extraversion

d. openness to experience

EXH-305-101

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410 ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: Unit Exam 2

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | C | Correct | |
| 3 | A | Correct | |
| 4 | A | Correct | |
| 5 | B | Correct | |
| 6 | A | Missed | |
| 7 | D | Correct | |
| 8 | B | Correct | |
| 9 | D | Correct | |
| 10 | D | Correct | |
| 11 | A | Correct | |
| 12 | D | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | B | Correct | |
| 16 | D | Correct | |
| 17 | C | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | C | Correct | |
| 21 | A | Correct | |
| 22 | D | Correct | |
| 23 | D | Correct | |
| 24 | B | Correct | |
| 25 | B | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**BAM410 Rev. 10/2019**
**Unit Exam 3**
**Exam ID: 16849ecc-209c-4118-9fe5-f7bfbb8e3f65**

1. Role perception is defined as _____.

    a. the way others believe we should act in a given context

    b. our view of how we are supposed to act in a given situation

    c. the existence of roles that are at variance with one another

    d. the socially defined position or rank given to group members by others

2. Communicating through e-mail provides _____.

    a. a host of nonverbal cues to understand the message better

    b. the best means to convey negative information

    c. a cheaper alternative to the conventional communication through letters

    d. a secure communication link that nobody else can access

3. Virtual teams are characterized by _____ in comparison to teams which interact face-to-face.

    a. low popularity among companies

    b. the use of computers to interact

    c. low sharing of unique information

    d. low need for supervision

4. Which of the following is an assertive impression management technique?

    a. conformity

    b. apologies

    c. self-promotion

    d. flattery

5. Legitimate power is directly based on the _____.

    a. charisma of the leader

    b. interpersonal trust and commitment of the manager

1

c. structural position of the manager in the organization

d. personality traits of the manager

6. When teams are performing nonroutine activities, _____ stimulate discussion, promote critical assessment of problems and options, and can lead to better team decisions.

   a. task conflicts

   b. disciplinary conflicts

   c. relationship conflicts

   d. resource allocation conflicts

7. As compared to individual decision making, group decision making is preferable because of _____.

   a. conformity pressures associated with groups

   b. the domination of one or a few members of a group

   c. the ambiguous responsibility associated with group decisions

   d. the increased diversity of views in groups

8. Which of the following is an effective means of countering social loafing?

   a. increasing the rewards the group is given if it succeeds

   b. increasing the amount by which the group's progress is monitored

   c. ensuring that individual contributions to the group's outcome are identified

   d. increasing the size of the group

9. Which of the following teams is more likely to be made up of employees from about the same hierarchical level but different work areas?

   a. problem-solving

   b. self-managed work

   c. cross-functional

   d. traditional

10. Araceli is a team member in a large corporation. She never speaks in team meetings because she has seen members talk behind each other's backs after the meetings. Members are constantly monitoring the other members' work and looking for mistakes to point out in a meeting. According to the information provided, which contextual factor is lacking in Araceli's team?

   a. adequate resources

2

b. climate of trust

c. team structure

d. performance evaluations

11. _____ involves a detailed consideration of evidence and information relying on facts, figures, and logic.

a. Controlled processing

b. Serial processing

c. Parallel processing

d. Selective processing

12. The two general groupings into which power may be categorized are _____.

a. informational and personal

b. formal and informal

c. informal and legitimate

d. formal and personal

13. An informal group is characterized by the _____.

a. stipulation of expected behaviors by the organization

b. predetermined designation of tasks of members

c. pursuit of particular organizational goals

d. fulfillment of the need for social contact

14. People are likely to use automatic processing when _____.

a. their subject knowledge of the issue is high

b. their interest level in the issue is high

c. their usage of heuristics related to the issue is high

d. their need for cognition is high

15. _____ power represents the compliance that is achieved based on the ability to distribute positive benefits that others view as valuable.

a. Legitimate

b. Coercive

c. Reward

EXH-305-105

d. Personal

16. Which of the following power tactics is more effective when the audience is highly interested in the outcomes of a decision process?

a. ingratiation

b. consultation

c. personal appeals

d. exchange

17. Communication that flows from one level of a group or organization to a lower level is called _____.

a. intrapersonal communication

b. downward communication

c. upward communication

d. lateral communication

18. Which of the following impression management techniques uses ingratiation?

a. flattery

b. exemplification

c. enhancement

d. conformity

19. Power is a function of _____.

a. goal congruency

b. realization

c. inheritance

d. dependence

20. Most people assume that police officers should behave in a lawful manner, refrain from demonstrating favoritism to any particular group, and do their best to uphold the law. Which of the following terms best represents these beliefs?

a. diversity

b. similarity

c. role expectation

d. uncertainty reduction

4

21. Work should be performed by an individual if _____.

    a. the work is complex and requires different perspectives

    b. the work creates a common purpose or set of goals for the people in the group that is more than the aggregate of individual goals

    c. the work is simple and does not require diverse input

    d. several tasks that are interdependent are to be performed for completing the work

22. While discussing their marketing campaign for a new product, the members of the cross-functional team responsible for Carver Inc. realized that a couple of changes relating to their prior plan would be beneficial. The offer of a franchise that had earlier been brushed off by the company head was discussed thoroughly, and it was decided that it would be implemented on a trial basis initially and on full scale if found to work well. From the information provided, it can be concluded that this cross-functional team has a high degree of _____.

    a. demography

    b. reflexivity

    c. conformity

    d. diversity

23. According to the attribution theory of leadership, leadership is characterized by _____.

    a. the significant gains made in the mentoring relationship between the leader and follower

    b. the act of people ascribing qualities like intelligence or charisma to leaders

    c. the focus on the actual accomplishments and performance of the leader

    d. the impact of substitutes and neutralizers in enhancing the role of the leader

24. The current popularity of teams can be attributed to the fact that _____.

    a. they outperform individuals

    b. they represent a better way to use employee talents

    c. they reduce the need for coordination and supervision

    d. they aid in the performance of simple tasks that do not require diverse inputs

25. Which of the following is a self-focused impression management technique?

    a. flattery

    b. enhancement

    c. apologies

EXH-305-107

d. excuses

6

EXH-305-108

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

**Note/Message    ACenina** Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410 ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: Unit Exam 3

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | C | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | A | Correct | |
| 7 | D | Correct | |
| 8 | C | Correct | |
| 9 | C | Correct | |
| 10 | B | Correct | |
| 11 | A | Correct | |
| 12 | D | Correct | |
| 13 | D | Correct | |
| 14 | C | Correct | |
| 15 | C | Correct | |
| 16 | B | Correct | |
| 17 | B | Correct | |
| 18 | D | Correct | |
| 19 | D | Correct | |
| 20 | C | Correct | |
| 21 | C | Correct | |
| 22 | C | Missed | |
| 23 | B | Correct | |
| 24 | B | Missed | |
| 25 | B | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**BAM410 Rev. 10/2019**
**Unit Exam 4**
**Exam ID: ddf3167a-baec-4c55-890e-d6876eec0abe**

1. Which of the following conflict-handling intentions is assertive and uncooperative?

    a. compromising

    b. avoiding

    c. competing

    d. collaborating

2. _____ is defined as a process that begins when one party perceives another party has or is about to negatively affect something the first party cares about.

    a. Problem solving

    b. Assessment

    c. Conflict

    d. Negotiation

3. If a manager uses critical incidents as a method of performance evaluation, then _____.

    a. the employees generally receive poor ratings

    b. the evaluator's writing skills become the determining factor of the evaluation

    c. the employees are more likely to become motivated to achieve their goals

    d. the focus of the evaluation will center on specific behaviors

4. The ultimate source of an organization's culture is _____.

    a. its top management

    b. its environment

    c. the country in which the organization operates

    d. its founders

5. Most training is directed at upgrading and improving an employee's _____ skills.

    a. financial

EXH-305-110

b. technical

c. problem-solving

d. interpersonal

6. Which of the following have/has proven to be a particularly good predictor for jobs that include cognitively complex tasks?

    a. intelligence tests

    b. integrity evaluations

    c. work sampling

    d. drug tests

7. A strong culture should increase employee loyalty because it results in _____.

    a. a highly centralized organization

    b. narrow spans of control

    c. cohesiveness and organizational commitment

    d. a highly formalized organization

8. Matt works as a sales representative at Tandem Industries, which manufactures and sells bicycles. He's the best salesman on the floor, but he also receives the highest number of customer complaints for late deliveries. Which of the following, if true, best explains this situation?

    a. The company uses enterprise solutions to manage inventory.

    b. The company's manufacturing facility is functioning at optimum capacity.

    c. The company's sales and logistics functions are tightly integrated.

    d. The company keeps inventory levels low in order to reduce costs.

9. A positive organizational culture emphasizes _____.

    a. the use of negative reinforcement and punishment

    b. the use of rituals in transmitting organizational culture

    c. individual vitality and growth

    d. the significance of highly centralized management

10. _____ organizations often don't go out of business even if the original goals are no longer relevant.

    a. Virtual

    b. Matrix

2

c. Independent

d. Institutionalized

11. _____ are persons who act as catalysts and assume the responsibility for managing refinement activities.

a. Early adopters

b. Free riders

c. Laggards

d. Change agents

12. Which of the following work-life initiatives is an example of a culture-change strategy?

a. offering flexible benefits

b. tying manager pay to employee satisfaction

c. allowing job sharing

d. providing a fitness center

13. Which of the following is an example of an organizational source of resistance to change?

a. limited focus of change

b. security

c. fear of the unknown

d. selective information processing

14. Between the late 1960s and the mid-1980s, the use of written tests declined because they were characterized as _____.

a. unprofessional

b. discriminatory

c. unreliable

d. invalid

15. Which of the following is a drawback of a narrow span of control?

a. It increases effectiveness.

b. It is more expensive.

c. It encourages employee autonomy.

d. It decreases the number levels in the organizational hierarchy.

3

EXH-305-112

16. Which of the following is one of the three steps in the Lewin's three-step change model?

    a. analysis

    b. movement

    c. evaluation

    d. dreaming

17. A(n) _____ is a neutral third party who facilitates a negotiated solution by using reasoning, persuasion, and suggestions for alternatives.

    a. plaintiff

    b. mediator

    c. agent

    d. consultant

18. Which of the following can act as a common denominator to unite members of a given culture or subculture?

    a. mechanistic organizational structure

    b. 360-degree appraisals

    c. jargons and acronyms that are specific to the organization

    d. bureaucratic organizational structure

19. Manuel is a manager for a manufacturing company in which managers are expected to fully document all decisions and in which it is important to provide detailed data to support any recommendations. Also, out-of-the-box thinking is dissuaded. Which characteristic of organizational culture describes this aspect of Manuel's job?

    a. low team orientation

    b. high aggressiveness

    c. low adaptability

    d. low outcome orientation

20. Bruce is new at Wayne Corp., but after a week he already knows that the founder of the corporation started the business in his garage with only $4,000 and one client. This information was most likely transmitted to Bruce by way of _____.

    a. stories

    b. material symbols

    c. rituals

4

d. organizational charts

21. Which of the following is MOST likely to be used for preliminary "rough cuts" to decide whether an applicant meets the basic qualifications for a job?

   a. drug test

   b. application form

   c. HR interview

   d. written test

22. You describe to your students a new committee within the university that brings together specialists from all different departments to develop a new interdisciplinary program. The structure of the committee best meets the definition of the _____ structure.

   a. matrix

   b. simple

   c. boundaryless

   d. virtual

23. According to the principle of unity of command, _____.

   a. managers should limit their oversight to a maximum of 12 employees

   b. managers should oversee 1-4 employees on average

   c. an individual should be directly responsible to only one supervisor

   d. an organization should be departmentalized on the basis of functions

24. Biozone provides its employees career counseling, skills workshops, and networking sessions. This work-life initiative used by Biozone falls under the category of _____.

   a. direct services

   b. time-based strategies

   c. information-based strategies

   d. money-based strategies

25. _____ is a change process based on the systematic collection of data and the selection of a change action based on what the analyzed data indicate.

   a. Organizational development

   b. Action research

   c. Planned change

5

EXH-305-114

d. Process consultation

6

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410    ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: Unit Exam 4

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | C | Correct | |
| 3 | D | Correct | |
| 4 | D | Correct | |
| 5 | B | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | D | Correct | |
| 9 | C | Correct | |
| 10 | B | Missed | |
| 11 | D | Correct | |
| 12 | B | Correct | |
| 13 | A | Correct | |
| 14 | B | Correct | |
| 15 | B | Correct | |
| 16 | B | Correct | |
| 17 | B | Correct | |
| 18 | C | Correct | |
| 19 | D | Missed | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | A | Correct | |
| 23 | C | Correct | |
| 24 | C | Correct | |
| 25 | B | Correct | |

EXH-305-116

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**BAM410 Rev. 10/2019**
**Final Exam**
**Exam ID: 034f4f82-e34a-45a7-a305-de2df995aefc**

1. Christina Hutchins was recently recruited by a publishing firm in Manhattan. During her first month on the job, she demonstrated positive core self-evaluations. Which of the following did she most likely do?

    a. mentioned that she was confident about her basic competence

    b. expressed dissatisfaction with the nature of work

    c. set less ambiguous goals and objectives

    d. gave up easily on tasks when faced with difficulties

2. Which of the following is a difference between sociology and psychology?

    a. Sociology studies humans and animals whereas psychology focuses exclusively on humans.

    b. Sociology studies people in relation to their social culture whereas psychology focuses on the individual.

    c. Sociology incorporates research from social sciences, philosophy, and natural sciences; psychology does not.

    d. Sociology uses various methods of empirical investigation whereas psychology uses limited critical analyses.

3. Most training is directed at upgrading and improving an employee's _____ skills.

    a. financial

    b. technical

    c. problem-solving

    d. interpersonal

4. Which of the following theories discusses three relationships: effort-performance relationship, performance-reward relationship, and rewards-personal goals relationship?

    a. goal-setting theory

    b. self-efficacy theory

    c. equity theory

1

d. expectancy theory

5. According to the principle of unity of command, _____.

    a. managers should limit their oversight to a maximum of 12 employees

    b. managers should oversee 1-4 employees on average

    c. an individual should be directly responsible to only one supervisor

    d. an organization should be departmentalized on the basis of functions

6. _____ are groups of nominated or elected employees who must be consulted when management makes decisions about employees.

    a. Team representatives

    b. Board representatives

    c. Works councils

    d. Representative participants

7. You are more likely to notice a car like your own due to _____.

    a. stereotyping

    b. self-serving bias

    c. halo effect

    d. selective perception

8. Elaine Chamberlain works as a research executive at an environmental organization. Though her colleagues are helpful and friendly, because of her shy nature, she often eats her lunch at her desk and has limited interactions with them. She is glad that the nature of her work does not require her to interact with her co-workers to a high extent. Which of the following is Elaine most likely to be characterized as according to the Myers-Briggs Type Indicator (MBTI) classification?

    a. social

    b. introverted

    c. exhibitionist

    d. gregarious

9. Bart has a new idea for a way to cut costs in his department, but he is not willing to share his idea with his boss because the last department head that tried new cost cutting methods was recently fired because the new methods could not achieve expected results. Based on the example, how can Bart's company improve the culture to create innovation?

    a. flatten the organizational structure

EXH-305-118

b. reward both successes and failures

c. increase the resources in Bart's department

d. encourage communication between various departments

10. A strong culture should increase employee loyalty because it results in _____.

a. a highly centralized organization

b. narrow spans of control

c. cohesiveness and organizational commitment

d. a highly formalized organization

11. Individuals scoring _____ have a strong ability to adjust their behavior to external, situational factors and can behave differently in different situations.

a. low on openness

b. high on narcissism

c. low on agreeableness

d. high on self-monitoring

12. Women being assigned marginal job roles that do not lead to promotion is an example of the _____ form of discrimination.

a. hazing

b. gaslighting

c. coercion

d. exclusion

13. _____ are persons who act as catalysts and assume the responsibility for managing refinement activities.

a. Early adopters

b. Free riders

c. Laggards

d. Change agents

14. According to Fred Luthans and his associates, managers involved in traditional management activities undertook which of the following tasks?

a. motivating

b. socializing

3

EXH-305-119

c. decision making

d. training

15. Which of the following is MOST likely to be used for preliminary "rough cuts" to decide whether an applicant meets the basic qualifications for a job?

a. drug test

b. application form

c. HR interview

d. written test

16. Which of the following statements is most likely to be true regarding people with proactive personalities?

a. They react passively to situations.

b. They tend to display their true dispositions and attitudes in every situation.

c. They tend to be selfish, exploitive, and believe others exist for their benefit.

d. They are more likely than others to be seen as leaders.

17. As both sides agree that they are competing over a fixed amount of resources, each side feels that what one side wins, the other loses. Based on this information, we can say that the two sides are engaged in _____.

a. conciliation

b. distributive bargaining

c. mediation

d. integrative bargaining

18. Which of the following terms best describes organizations that allow people to communicate and work together even though they may be thousands of miles apart?

a. networked organizations

b. hierarchical organizations

c. matrix organizations

d. stable organizations

19. According to the expectancy theory, the performance-reward relationship is the degree to which _____.

a. the individual believes performing at a particular level will lead to desired outcomes

4

b. organizational rewards satisfy an individual's personal goals or needs

c. organizational rewards are perceived as attractive by the individual

d. the individual believes that exerting a given amount of effort will lead to performance

20. Assertiveness indicates the degree to which _____.

a. one party attempts to satisfy his or her own concerns

b. one party attempts to suppress the conflict

c. the parties attempt to find a win-win solution

d. one party attempts to satisfy the other party's concerns

21. In discussing a given set of alternatives and arriving at a solution, group members tend to exaggerate the initial positions they hold. This phenomenon is called _____.

a. social desirability bias

b. groupshift

c. halo effect

d. social loafing

22. According to the attribution theory of leadership, leadership is characterized by _____.

a. the significant gains made in the mentoring relationship between the leader and follower

b. the act of people ascribing qualities like intelligence or charisma to leaders

c. the focus on the actual accomplishments and performance of the leader

d. the impact of substitutes and neutralizers in enhancing the role of the leader

23. _____ is a change process based on the systematic collection of data and the selection of a change action based on what the analyzed data indicate.

a. Organizational development

b. Action research

c. Planned change

d. Process consultation

24. Which of the following power tactics is more effective when the audience is highly interested in the outcomes of a decision process?

a. ingratiation

b. consultation

5

EXH-305-121

c. personal appeals

d. exchange

25. You have recently started your business with a small capital investment. Your business needs a very high degree of flexibility so that you can quickly respond to environmental changes. You are also interested in minimizing costs. Which of the following types of organizations is best suitable for your business?

a. a highly centralized organization

b. a virtual organization

c. a formalized organization

d. a bureaucracy

26. A market researcher who uses his ability to identify a logical sequence to predict demand for a new line of winter clothing is using the _____ dimension of intellectual ability.

a. spatial visualization

b. inductive reasoning

c. verbal comprehension

d. lateral masking

27. Heather Donahue, a receptionist at a finance firm in New Jersey, has been dissatisfied with her job for several months now. She finds the job uninteresting because of its monotonous nature where all she needs to do is receive calls. During work hours, she often experiences emotions such as tiredness, weariness, and boredom. Which of the following mood dimensions is she most likely to be experiencing?

a. low positive affect

b. neutral affect

c. low negative affect

d. high positive affect

28. The concept of _____ considers how strongly people's reasons for pursuing goals are consistent with their interests and core values.

a. self-serving bias

b. self-fulfilling prophecy

c. self-concordance

d. self-actualization

6

29. _____ refers to the adjustment of one's behavior to align with the norms of the group.

    a. Deviance

    b. Conflict

    c. Divergence

    d. Conformity

30. _____ socialization assumes that the newcomer's qualities and qualifications are the necessary ingredients for job success, so these qualities and qualifications are confirmed and supported.

    a. Variable

    b. Collective

    c. Serial

    d. Investiture

31. _____ refers to a gut feeling not necessarily supported by research.

    a. Intuition

    b. Reasoning

    c. Rationality

    d. Logic

32. Most people assume that police officers should behave in a lawful manner, refrain from demonstrating favoritism to any particular group, and do their best to uphold the law. Which of the following terms best represents these beliefs?

    a. diversity

    b. similarity

    c. role expectation

    d. uncertainty reduction

33. If a manager uses critical incidents as a method of performance evaluation, then _____.

    a. the employees generally receive poor ratings

    b. the evaluator's writing skills become the determining factor of the evaluation

    c. the employees are more likely to become motivated to achieve their goals

    d. the focus of the evaluation will center on specific behaviors

34. _____ power is based on identification with a person who has desirable resources or personal traits.

7

a. Coercive

b. Legitimate

c. Referent

d. Expert

35. Communication that flows from one level of a group or organization to a lower level is called
    _____.

a. intrapersonal communication

b. downward communication

c. upward communication

d. lateral communication

36. During the _____ stage, a new employee compares his or her expectations with the realities in
    the organization.

a. prearrival

b. encounter

c. metamorphosis

d. post-arrival

37. Employees with _____ strongly identify with and care about the kind of work they do.

a. high job involvement

b. high cognitive dissonance

c. low psychological empowerment

d. low organizational commitment

38. Hazel Samuels has been working at her company for the past two years and consistently gets
    yelled at by her manager even when she is not at fault. He often makes derogatory references to
    her ethnicity. In addition, during team meetings, she is his target for practical jokes and nasty
    pranks. She is extremely upset and decides not to be subjected to such treatment any longer.
    Which of the following kinds of discrimination is she most likely to report to the human resource
    department in such a situation?

a. intimidation

b. sexual harassment

c. hazing

d. mobbing

EXH-305-124

39. Which of the following is a factor present in a target which may affect a person's perception?

    a. attitude

    b. motive

    c. interest

    d. novelty

40. The term used to describe the degree to which tasks in an organization are subdivided into separate jobs is called _____.

    a. social clustering

    b. bureaucracy

    c. work specialization

    d. centralization

41. _____ refers to the evaluation of a person's characteristics that is affected by comparisons with other people recently encountered who rank higher or lower on the same characteristics.

    a. Halo effect

    b. Contrast effect

    c. Confirmation bias

    d. Stereotyping

42. Which of the following terms refers to factors such as one's biological, physiological, and inherent psychological makeup determined at conception?

    a. social identity

    b. heredity

    c. behavioral contagion

    d. self-concordance

43. In her first few weeks at the marketing division of Rolland Retails, Judith Cox realized that Joshua, Doug, and Carl were closer to her manager, Eric Scott, than the other five team members. Eric, Joshua, Doug, and Carl came to work at the same time, were seen together at the cafeteria, and stayed late and worked when the need arose. In contrast to them, the other five team members did the routine jobs assigned to them, and their interactions lacked the understanding and camaraderie that Eric shared with the others. Joshua, Doug, and Carl make up Eric's _____.

    a. out-group

    b. reference group

9

EXH-305-125

c. nominal group

d. ingroup

44. Manuel is a manager for a manufacturing company in which managers are expected to fully document all decisions and in which it is important to provide detailed data to support any recommendations. Also, out-of-the-box thinking is dissuaded. Which characteristic of organizational culture describes this aspect of Manuel's job?

a. low team orientation

b. high aggressiveness

c. low adaptability

d. low outcome orientation

45. Trait theories of leadership focus on _____.

a. the special relationship that leaders establish with a small group of their followers

b. the personal qualities and characteristics that differentiate leaders from nonleaders

c. the way the leader makes decisions

d. the extent to which followers are willing and able to accomplish a specific task

46. Which of the following are characteristics of the intuitive type of people according to the Myers-Briggs Type Indicator (MBTI) classification?

a. prefer routine and order and focus on details

b. outgoing, sociable, and assertive in nature

c. rely on unconscious processes and look at the overall picture

d. use reason, rationality, and logic to handle problems and situations

47. While discussing their marketing campaign for a new product, the members of the cross-functional team responsible for Carver Inc. realized that a couple of changes relating to their prior plan would be beneficial. The offer of a franchise that had earlier been brushed off by the company head was discussed thoroughly, and it was decided that it would be implemented on a trial basis initially and on full scale if found to work well. From the information provided, it can be concluded that this cross-functional team has a high degree of _____.

a. demography

b. reflexivity

c. conformity

d. diversity

10

EXH-305-126

48. Differences in _____ indicate surface-level diversity.

    a. personality

    b. values

    c. style of work

    d. ethnicity

49. With reference to the four sources of self-efficacy as proposed by Albert Bandura, verbal persuasion involves becoming more confident _____.

    a. because you have gained relevant experience with the particular task or job

    b. because you see someone else doing the particular task or job

    c. because someone convinces you that you have the skills necessary to be successful

    d. because you are rewarded for performing a similar task well

50. Which of the following is an assertive impression management technique?

    a. conformity

    b. apologies

    c. self-promotion

    d. flattery

51. Shane Dermott is a manager at a software design firm that develops software programs for clients using multiple teams of specialists. One of his most successful teams has been performing very well for years and so it came as a surprise to Shane when he noticed a sharp drop in the team's performance. He decided to speak with the team members individually and find a solution. After interviewing all 7 team members, he determined that one of the team members performed routine administrative tasks that were hardly visible to any of the other team members and understood that this was a case of social loafing which demotivated the entire group. Which of the following would MOST likely improve the performance of the employee who was social loafing?

    a. encouraging him to work more independently

    b. making him individually responsible for definite and crucial tasks

    c. empowering him to make decisions autonomously

    d. providing him with administrative training

52. Which of the following impression management techniques uses ingratiation?

    a. flattery

    b. exemplification

11

EXH-305-127

c. enhancement

d. conformity

53. _____ refers to a model which suggests that workplace events cause emotional reactions on the part of employees, which then influence workplace attitudes and behaviors.

a. Ironic process theory

b. Implicit personality theory

c. Disengagement theory

d. Affective events theory

54. Formal performance appraisals are used more frequently in countries that _____.

a. value status quo and rigidity

b. are low in assertiveness

c. are low in uncertainty avoidance

d. are low in in-group collectivism

55. _____ are cognitive in nature, have an unclear, general cause, and last for several hours or days.

a. Emotions

b. Feelings

c. Perceptions

d. Moods

56. As compared to individual decision making, group decision making is preferable because of _____.

a. conformity pressures associated with groups

b. the domination of one or a few members of a group

c. the ambiguous responsibility associated with group decisions

d. the increased diversity of views in groups

57. Which of the following have/has proven to be a particularly good predictor for jobs that include cognitively complex tasks?

a. intelligence tests

b. integrity evaluations

c. work sampling

12

d. drug tests

58. Ben has been working as a process executive at an accounting firm for the past two years. A hard worker, his work is of good quality and he often puts in extra hours at the office to ensure his schedules are on track. Noticing his efforts, the management offers him a 20 percent hike. Two months later, Ben submits his resignation and soon takes a senior position at a startup organization. Which of the following best explains this situation?

a. Ben felt the hike was unwarranted.

b. Ben, though highly skilled, lacked ambition.

c. Ben was motivated by the prospect of extrinsic rewards.

d. Ben found his work to be routine and monotonous.

59. _____ bias indicates the tendency of an individual to attribute his or her own successes to internal factors while putting the blame for failures on external factors.

a. Status quo

b. Self-serving

c. Distinction

d. Congruence

60. Which of the following is not true regarding emotion regulation?

a. It can be defined as a person's ability to understand the meaning of emotions.

b. Persons engaging in emotion regulation might try to cheer themselves up when they're feeling down.

c. It involves identifying and modifying the emotions one feels.

d. Emotion regulation is a strong predictor of task performance for some jobs and organization citizenship behavior.

61. Which of the following conflict-handling intentions is assertive and uncooperative?

a. compromising

b. avoiding

c. competing

d. collaborating

62. What can managers do to make sure that important information is not withheld from them through silence?

a. engage in selective perception

EXH-305-129

b. listen to and support diverse opinions

c. deal with information overload

d. hire employees with high emotional intelligence

63. _____ is a pure marker of high positive affect.

    a. Contentment

    b. Excitement

    c. Fatigue

    d. Boredom

64. The work of your group would be better done in teams if the members of the team are _____.

    a. independent

    b. autonomous

    c. individualistic

    d. interdependent

65. Which of the following functions do managers undertake as part of planning functions?

    a. defining an organization's goals

    b. implementing strategies for achieving goals

    c. executing plans to integrate activities

    d. accomplishing goals of a project

66. Ellen Ortiz works as a sales manager at a telecom firm. The company has recently launched a new product in the market. Her work in the next few weeks involves sharing knowledge about the product with her team members. She will also need to inspire them to reach their sales targets and clarify any doubts about the new product. Which of the following roles is Ellen playing?

    a. leader

    b. liaison

    c. disseminator

    d. spokesperson

67. Employees who use the flextime option have to _____.

    a. work from the office for three days of the week

    b. work from home on a relatively permanent basis

EXH-305-130

   c. work from the office based on a schedule fixed with the compatible partner they function with

   d. work from the office during the common core period and put in the extra hours per their convenience

68. Kimberley Mayfield recently evaluated her subordinate's progress report. She now plans to inform her about the objectives she did not achieve and how she can perform better. By doing this, Kimberley will be demonstrating the _____ component of an attitude.

   a. cognitive

   b. affective

   c. reflective

   d. behavioral

69. The _____ network is a type of formal small-group network that rigidly follows the formal and hierarchical levels of command.

   a. matrix

   b. chain

   c. wheel

   d. all channel

70. A positive organizational culture emphasizes _____.

   a. the use of negative reinforcement and punishment

   b. the use of rituals in transmitting organizational culture

   c. individual vitality and growth

   d. the significance of highly centralized management

71. With reference to the job characteristics model, which of the following defines task identity?

   a. the degree to which a job requires completion of a whole and identifiable piece of work

   b. the degree to which work activities generate direct and clear information about performance

   c. the degree to which a job provides the worker freedom in scheduling and procedure

   d. the degree to which a job has an impact on the lives or work of other people

72. A transactional leader is likely to _____.

   a. reward employees for the work that they have done, thus recognizing their accomplishments

   b. help followers trust the leader and develop a loyalty toward the common vision

   c. stimulate others in the organization to become thinkers of what the organization is all about

15

d. pay attention to the emotional needs of others and consider individual differences

73. According to the situational leadership theory, if employees are unwilling and unable, the appropriate leadership style in this situation would be _____.

a. participative

b. democratic

c. person-oriented

d. directive

74. Employees are most likely to perceive their organization as supportive when _____.

a. they experience a cognitive dissonance between their job attitude and behavior

b. the affective component of the attitude is extremely strong

c. there is a weak relationship between their attitude and behavior

d. they have a voice in decisions

75. People are likely to use automatic processing when _____.

a. their subject knowledge of the issue is high

b. their interest level in the issue is high

c. their usage of heuristics related to the issue is high

d. their need for cognition is high

76. Which of the following is true regarding systematic study?

a. It attributes causes and effects based on intuition.

b. It involves supporting decisions based on gut feelings.

c. It analyzes relationships based on previous experiences.

d. It involves analyzing relationships based on scientific data.

77. The primary quality produced by authentic leadership is _____.

a. efficiency

b. reinforcement

c. supervision

d. trust

78. One of the sources of self-efficacy is _____, becoming more confident because you see someone else doing the task.

EXH-305-132

a. arousal

b. enactive mastery

c. visualization

d. vicarious modeling

79. Lesley Torres is a project manager for the campaign "Action against Deforestation in Indonesia." She recently faced a glitch when the campaign could not be launched publicly according to schedule. Lesley monitored the schedule to find the cause of the delay before speeding up the implementation process by allocating more members for the implementation phase. By doing this, which of the following functions is she performing?

a. controlling

b. planning

c. formulating

d. leading

80. Which of the following is the distinct characteristic of participative management programs?

a. joint decision making

b. representative participation

c. performance norms

d. establishment of work councils

81. A(n) _____ is a neutral third party who facilitates a negotiated solution by using reasoning, persuasion, and suggestions for alternatives.

a. plaintiff

b. mediator

c. agent

d. consultant

82. _____ refers to the tendency to be arrogant, have a grandiose sense of self-importance, require excessive admiration, and have a sense of entitlement.

a. Asceticism

b. Stoicism

c. Cynicism

d. Narcissism

17

83. The _____ pay plan has long been popular as a means of compensating production workers by paying a fixed sum for each unit of production completed.

   a. competency-based

   b. gainsharing

   c. piece-rate

   d. profit-sharing

84. Which of the following statements is true with regard to communication?

   a. Communication cannot be used to motivate and control employees in an organization.

   b. Communication involves the transfer and understanding of meaning.

   c. Communication involves the mere imparting of meaning to another person or group.

   d. Perfect communication is not dependent on a channel and its richness.

85. The current popularity of teams can be attributed to the fact that _____.

   a. they outperform individuals

   b. they represent a better way to use employee talents

   c. they reduce the need for coordination and supervision

   d. they aid in the performance of simple tasks that do not require diverse inputs

86. To limit sexual harassment in the workplace, managers should strive to _____.

   a. recognize that sexual harassment occurs in most work environments

   b. instantly terminate anyone accused of sexual harassment

   c. provide general guidelines about sexual harassment, but avoid detailed explanations

   d. reassure employees that they will not encounter retaliation if they file a complaint

87. In a workplace, _____ involves overt threats or bullying directed at members of specific groups of employees.

   a. intimidation

   b. risk aversion

   c. inequity aversion

   d. optimism bias

88. The leader-participation model focuses on _____.

   a. the personality traits of leaders

18

b. the presence of charisma in the leader

c. the way decisions are made by the leader

d. the mere projection of successful leadership by the leader

89. The ability to move the trunk and back muscles as far as possible is known as _____.

a. static strength

b. stamina

c. trunk strength

d. extent flexibility

90. When we rank an individual's values in order of their _____, we obtain the person's value system.

a. intensity

b. content

c. context

d. fluidity

91. _____ power represents the compliance that is achieved based on the ability to distribute positive benefits that others view as valuable.

a. Legitimate

b. Coercive

c. Reward

d. Personal

92. Which of the following terms refers to choices made from among two or more alternatives?

a. inquiry

b. decision

c. perception

d. intuition

93. Which of the following types of jobs is least likely to create stress and reduce satisfaction?

a. jobs that make multiple and conflicting demands

b. jobs that provide a high level of feedback

c. jobs that lack clarity about the employee's duties

19

d. jobs that provide the employees less control over the pace of their work

94. Which of the following is one of the three steps in the Lewin's three-step change model?

a. analysis

b. movement

c. evaluation

d. dreaming

95. Which of the following is an effective means of countering social loafing?

a. increasing the rewards the group is given if it succeeds

b. increasing the amount by which the group's progress is monitored

c. ensuring that individual contributions to the group's outcome are identified

d. increasing the size of the group

96. MBO emphasizes goals that are _____.

a. tangible, verifiable, and measurable

b. achievable, controllable, and profitable

c. inspirational, verifiable, and creative

d. tangible, rewarding, and assigned

97. A _____ plan distributes compensation based on some established formula designed around the revenue of the company.

a. piece-rate

b. merit-based

c. skill-based

d. profit-sharing

98. Which of the following is an example of an organizational source of resistance to change?

a. limited focus of change

b. security

c. fear of the unknown

d. selective information processing

99. _____ organizations often don't go out of business even if the original goals are no longer relevant.

20

EXH-305-136

a. Virtual

b. Matrix

c. Independent

d. Institutionalized

100. Biozone provides its employees career counseling, skills workshops, and networking sessions. This work-life initiative used by Biozone falls under the category of _____.

a. direct services

b. time-based strategies

c. information-based strategies

d. money-based strategies

21

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

**Note/Message    ACenina**   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BAM410

## Test Information

BKNum: BAM410 ☐ Old Exam Format

Test Type: CBX

Revision: 10/2019

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 95 out of 100

Grade: A

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | A | Correct | |
| 2 | B | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | C | Correct | |
| 7 | D | Correct | |
| 8 | B | Correct | |
| 9 | B | Correct | |
| 10 | C | Correct | |
| 11 | D | Correct | |
| 12 | D | Correct | |
| 13 | D | Correct | |
| 14 | C | Correct | |
| 15 | B | Correct | |
| 16 | D | Correct | |
| 17 | B | Correct | |
| 18 | A | Correct | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | B | Correct | |
| 23 | B | Correct | |
| 24 | B | Correct | |
| 25 | B | Correct | |
| 26 | B | Correct | |
| 27 | C | Missed | |
| 28 | C | Correct | |
| 29 | D | Correct | |
| 30 | D | Correct | |
| 31 | A | Correct | |
| 32 | C | Correct | |
| 33 | D | Correct | |
| 34 | C | Correct | |
| 35 | B | Correct | |
| 36 | B | Correct | |
| 37 | B | Missed | |
| 38 | A | Correct | |
| 39 | D | Correct | |
| 40 | C | Correct | |
| 41 | B | Correct | |
| 42 | B | Correct | |

| 43 | D | Correct | |
| 44 | C | Correct | |
| 45 | A | Missed | |
| 46 | C | Correct | |
| 47 | B | Correct | |
| 48 | D | Correct | |
| 49 | C | Correct | |
| 50 | D | Correct | |
| 51 | B | Correct | |
| 52 | D | Correct | |
| 53 | D | Correct | |
| 54 | D | Correct | |
| 55 | D | Correct | |
| 56 | D | Correct | |
| 57 | A | Correct | |
| 58 | D | Correct | |
| 59 | B | Correct | |
| 60 | A | Correct | |
| 61 | C | Correct | |
| 62 | B | Correct | |
| 63 | B | Correct | |
| 64 | D | Correct | |
| 65 | A | Correct | |
| 66 | A | Correct | |
| 67 | D | Correct | |
| 68 | D | Correct | |
| 69 | B | Correct | |
| 70 | C | Correct | |
| 71 | A | Correct | |
| 72 | A | Correct | |
| 73 | D | Correct | |
| 74 | D | Correct | |
| 75 | C | Correct | |
| 76 | D | Correct | |
| 77 | D | Correct | |
| 78 | D | Correct | |
| 79 | A | Correct | |
| 80 | A | Correct | |
| 81 | B | Correct | |
| 82 | D | Correct | |
| 83 | C | Correct | |
| 84 | B | Correct | |
| 85 | B | Missed | |
| 86 | D | Correct | |
| 87 | A | Correct | |
| 88 | C | Correct | |

| 89 | D | Correct | |
| 90 | A | Correct | |
| 91 | C | Correct | |
| 92 | B | Correct | |
| 93 | B | Correct | |
| 94 | B | Correct | |
| 95 | C | Correct | |
| 96 | A | Correct | |
| 97 | D | Correct | |
| 98 | A | Correct | |
| 99 | C | Missed | |
| 100 | C | Correct | |

# BCJ 210 JUVENILE JUSTICE COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-141



**June 25, 2024**

**Morteza Amiri**

███████████████

████████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ210

**Course Title:** JUVENILE JUSTICE

**Course Grade:** B

**Credit(s) Earned:** 3

**Course Completion Date:** February 04, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 06/12/2017
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ210 - JUVENILE JUSTICE
**Unit:** 1

---

Amiri, Morteza

Student ID# 66976

BJC210

Unit #1

**3) Discuss Hirschi's social bond theory and its impact on the juvenile justice system.**

Travis Hirschi had a theory on why some juveniles committing crimes.  He called this Hirschi's social bond theory.  Hirschi believed that juveniles were a risk of becoming juvenile delinquents, but influences that surrounded them would dictate if they chose the criminal path or the law-abiding path.  Hirschi supported his theory with examples of lifestyles of delinquent juveniles.  There are 4 parts to this theory to, which included attachments, commitment, involvement, and lastly belief.

Hirschi believed that juveniles that had strong bonds were less likely to commit crimes.  An example of this would be a juvenile that has a strong bond with their parents and has a strong family support system is less likely to commit crimes.  Lack of bond with peers, family members, or even instructors at school will likely expose the juvenile to criminal behavior.  I have personally experienced this as a police officer since I often see juveniles that come from families with poor parental supervision and guidance and those juveniles seem to be careless with laws and with authority.

Hirschi also believed that a juvenile needed a strong desire for commitment to be successful. For instance, a juvenile that aims to be competitive and successful is less likely to be involved in criminal activity.  Those who lack motivation to succeed are often times more vulnerable to conduct criminal activity.  Involvement is also a factor that contributes to the delinquency of a minor.  Minors that are involved in extra curricular activities such as sports, youth programs, and or other positive activities are proven to have less opportunity to commit crimes as they are too occupied.  Juveniles that are occupied with activities such as sports are often times more successful with staying focused and on track.

Overall, Hirschi knew that getting juveniles in positive environment at an early age is a key factor with the preventing delinquency.  Different environments for the juvenile can have different outcomes.  The early years in a juvenile's life is key with dictating how that juvenile will become and act.  Having a positive family structure and getting the juvenile involved in extra curricular activities will assist that juvenile with being preoccupied and on the path to staying out of trouble.  Based on my personal experience with juvenile delinquents, I know Hirschi's theory is pretty accurate and if often dictated the lives on the troubled youth I come across in my daily patrol duties.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ210
**Writing Assignment 1** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**                    Date: **6/25/2017**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-144

**Notes**

Good job on this essay. Make sure that you are citing your source. Keep up the good work.

Prof. Trujillo

Evaluated by **ctrujillo**                    Date: **6/25/2017**

**Received Date:** 01/15/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ210 - JUVENILE JUSTICE
**Unit:** 2

Morteza Amiri

66976

BCJ 210

Juvenile Justice

Define community oriented policing and problem-oriented policing.

Community orientated policing and problem oriented policing both have a goal of keeping the community safe and crime rate low. While community policing forced on improving the relationship between law enforcement and the community, problem oriented policing focused on police coming up with solutions to fix problems on a long term basis. In this essay I will discuss and define community oriented policing and problem oriented policing.

For law enforcement it is important to focus on community oriented policing, it is a strategy that focuses on working closely and building ties that will benefit your community as a whole. Immersing in a community's culture and understanding their values is a significant way in creating a partnership between law enforcement and their community. Understanding the community's wants and needs will help gain trust and support of law enforcement. Also by teaching the community ways to be proactive around their neighborhood and community helps the public become more aware with effects of lowering crime rates.

On the other hand, problem oriented policing strictly relies on law enforcement to come up with solutions for criminal activity around their city. In order to create effective response strategies, law enforcement must identify and analyze specific criminal activity and problems. Being proactive and finding long term solutions will prevent future criminal activity rather than reacting when problems arise. Officers must continue to utilize all resources that are available to them and continue to create new resources.

In conclusion, both community and problem oriented policing have similar goals in solving criminal problems by utilizing community resources for long term prevention. Community policing focuses on the improvement of the relationship between the community and law enforcement while teaching them to be proactive instead of relying solely on law enforcement to be proactive in problem orientated policing.

EXH-305-146

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ210
**Writing Assignment 2** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**                    Date: **1/22/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-147

**Notes**

Good information however make sure that you are using and citing your source of information for each essay you submit. Remember you are graded based off of the information within the textbook.

Evaluated by **ctrujillo**                    Date: **1/22/2020**

**Received Date:** 01/15/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ210 - JUVENILE JUSTICE
**Unit:** 3

Morteza Amiri

66976

BCJ 210

Juvenile Justice

Summarize at least three landmark cases made by the US Supreme Court and discuss their impact on the Juvenile Justice system.

The Juvenile Justice System is a primary system that deals with youth who are convicted of crimes, operating on the belief that intervening in a juvenile's life at a young age will deter engagement in criminal behavior as an adult. In this essay I will discuss at least three landmark cases made by the Supreme Court and discuss the impact on the Juvenile Justice System. Those cases include Roper v. Simmons, Graham v. Florida and Miller v. Alabama.

In 2005, the Supreme Court case Roper v. Simmons, 17 year old Christopher Simmons and two other friends planned to murder Shirely Crook. They planned to break and enter Shirley's parents' home and tie her up. The boys, minus one, meet up that night and bound Shirley's hands and covered her eyes and threw her off a bridge. The court ruled that it would be unconstitutional for an adolescent under the age of 18 years old during the time of their crime to be sentenced to the death penalty. This ruling reversed a previous court case in 1989, Stanford v. Kentucky, allowing any youth over the age of 16 years old to receive the death penalty at the time of their crime.

Graham v. Florida occurring in 2010 was another significant case that impacted Juvenile Justice. Terrance Graham (16 years old) and two other accomplices attempted t rob a restaurant in Florida. He was arrested and charged as an adult for armed burglary/ armed robbery with assault and battery. He pleaded guilty. Six months later Graham was arrested for committing a home invasion. The Supreme Court ruled that sentencing youth to life with parole for a crime not involving murder is a violation of their Eighth Amendment rights. They determined that the state is required to give juveniles the opportunity to be released based upon rehabilitation and maturity.

Lastly, Miller v. Alabama took place in 2012 where Miller a 14 year old boy was convicted of murder after setting fire to a neighbor's trailer where he bought drugs along with another boy. Cole Cannon, the neighbor, fell asleep in his trailer that he and the two boys were in consuming marijuana and alcohol. Upon waking up, Miller and the other boy were stealing his wallet and proceeded to beat him with a bat. The two boys later returned to set the trailer on fire to cover up evidence in turns killing Cannon. Miller who was under the age of 18 at the time was convicted to life without parole. The ruling made it a requirement for a judge to consider the age of the offender before sentencing.

In conclusion, all three cases significantly impacted the Juvenile Justice System by creating requirements based on age and crimes. Roper v. Simmons defined an age limit of 18 years or old for the death penalty. Graham v. Florida determined that the state is required to give juveniles the opportunity to change. Miller v.

EXH 305-149

Alabama ruled the requirement of the judge to consider age before the sentencing of life without parole.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ210
**Writing Assignment 3** Score: 24 out of 25
Grade: Passed



---

**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**               Date: **1/22/2020**

---

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-151

**Notes**

Good information however make sure that you are using
and citing your textbook as a source of information.
Remember you are graded based off of the information
within the textbook.

Evaluated by **ctrujillo**                    Date: **1/22/2020**

**Received Date:** 01/15/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ210 - JUVENILE JUSTICE
**Unit:** 4

Morteza Amiri

66976

BCJ 210

Juvenile Justice

List and explain the goals and purposes of juvenile parole.

Juvenile parole is a primary form of treatment that a juvenile justice system uses to rehabilitate juveniles.  It is a form of supervision that a juvenile is kept under for a certain amount of time that is decided by the courts.  In this essay I will list and explain the goals and purposes of juvenile parole.

After a juvenile commits a crime, a judge determines their punishment or treatment based upon age and crime committed.  Often juveniles will receive juvenile parole or probation.  Probation for a juvenile is a relatively common treatment where a juvenile is kept under supervision by an officer of the courts or a juvenile probation officer. While on probation or parole a juvenile must adhere to a set of rules and regulations that the courts provide including acts of community service, restorative programs, counseling and skill building classes.

The goal of probation for a juvenile is to discourage the delinquent behavior and encourage the juvenile to become a productive member of society.  Probation holds the youth that offend accountable ensuring the public's safety and protection.  Also it can help support and encourage rehabilitation through community service acts without incarceration.  Restorative programs are intended repair a juvenile's behavior by requiring compensation or direct community service for the victim.  This program helps teach and hold adolescents reliable for their actions.  Counseling is another program that includes an extensive array of treatments focusing on the offender, exerting positive influences to their feelings and behavior.  Lastly, skill building includes a cognitive behavioral approach that aims to develop juvenile's social and behavioral skills.

In conclusion, Juvenile parole is an important and popular form of treatment that the Juvenile Justice system uses to ensure the safety of our communities.  Probation consist of rule and regulations such as community service, restorative and skill building programs, along with counseling with a goal of rehabilitation.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ210
**Writing Assignment 4** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**                          Date: **1/22/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-154

**Notes**

Good job on this essay however make sure that you are citing your source of information Remember you are graded based off of they information within the textbook.

Evaluated by **ctrujillo**                    Date: **1/22/2020**

BCJ 210 Juvenile Justice

Pre-test

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The central court in London where numbers of children were tried was called _____.

   a. Chamberlain's court
   b. London Court
   c. Old Bailey
   d. Chancery Court

2. This person took over as youth commissioner for Massachusetts in 1969.

   a. Granville Stanley Hall
   b. William Forbush
   c. Jane Addams
   d. Jerome Miller

3. The Columbus cohort found three categories that include all of the following EXCEPT:

   a. one time only
   b. juvenile assaulters
   c. serious violent offenders
   d. chronic offenders

4. A key source of information on crime victimization is the _____.

   a. UCR
   b. NIBRS
   c. NCVS
   d. NIC

5. Focal concerns include all of the following EXCEPT:

   a. intelligence
   b. autonomy
   c. excitement
   d. fate

6. Reckless believed in _____.

   a. inner psychosis
   b. internal containments
   c. outer psychosis
   d. social containments

7. _____ petition is a petition seeking to adjudicate the juvenile delinquent that states the charges against the juvenile.

   a. Delinquency
   b. Technical
   c. Specialized
   d. Formal

8. Schur advocates a policy of _____.

   a. radical intervention
   b. radical nonintervention
   c. decriminalization
   d. radical decriminalization

9. This waives juvenile court jurisdiction over youths and sends cases to adult court.

   a. transfer
   b. waiver
   c. remanding
   d. discretion

10. Assuming that the investigation does turn up a suspect, the next step is confrontation and/or _____.

   a. arrest
   b. investigation
   c. detection
   d. interrogation

11. _____ requires that police develop a systematic process for examining and addressing problems that the public expects them to handle.

   a. Community
   b. Problem-oriented
   c. Proactive
   d. Reactive

12. _____ is an assessment of the juvenile's supervision risk.

   a. Classification
   b. Community assessment
   c. Custody assessment
   d. None of the above.

13. _____ is the intake point for the juvenile, following arrest.

    a.  Management information system
    b.  Community assessment center
    c.  Classification
    d.  Assessment

14. Assessment instruments typically include _____.

    a.  risk of recidivism
    b.  punishment considerations
    c.  victim's service needs
    d.  offense analysis

15. The court case that states the importance of laws establishing early juvenile courts.

    a.  Kent v. United States
    b.  Mill v. Brown
    c.  Duke of Beaufort v. Berty
    d.  Rex v. Delaval

16. In order to arrest a juvenile, police must have _____.

    a.  just cause
    b.  reasonable suspicion
    c.  necessity
    d.  probable cause

17. Styles of probation include all of the following EXCEPT:

    a.  punishment officer
    b.  welfare officer
    c.  protective officer
    d.  passive officer

18. A completed petition should contain all of the following EXCEPT:

    a.  a positive identification of the child
    b.  a positive identification of the parent or guardian
    c.  a proof of employment
    d.  a specific statement of the facts of the case

19. _____ is economical over one-to-one counseling.

    a. Diversification
    b. Decriminalization
    c. Community based treatment
    d. None of the above.

20. _____ became the first real American response to juvenile problems.

    a. Houses of refuge
    b. Elmira Reformatory
    c. New York City House of Refuge
    d. Lyman School for Boys

21. The immediate purpose of parole is to _____.

    a. assist parolee in coping with problems when released
    b. assist in the development of a juvenile's ability to be independent and make correct choices
    c. protect society from juveniles
    d. None of the above.

22. _____ allowed for reduction in a prisoner's sentence.

    a. Good time laws
    b. Parole
    c. Treatment
    d. Rehabilitation

23. _____ occurs when youths from positive reinforcement institutions are placed in public school.

    a. Educational shock
    b. Educational block
    c. Attention deficit
    d. None of the above.

24. Female gang members have different offending patterns and tend to commit fewer violent crimes than male gang members and are more likely to engage in _____.

    a. brutality
    b. using drugs
    c. property and status offenses
    d. delinquency

25. This element of the OJJDP Comprehensive Gang Model involves formal and informal social control procedures including close supervision or monitoring of gang youths.

a.   community mobilization
b.   suppression
c.   provision of opportunities
d.   social intervention

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ210

## Test Information

BKNum: BCJ210    ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: PreTest 1

Web Test: Y

Score: 9 out of 25

Grade: F

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | D | Correct | |
| 3 | A | Missed | |
| 4 | C | Correct | |
| 5 | D | Missed | |
| 6 | D | Missed | |
| 7 | B | Missed | |
| 8 | C | Missed | |
| 9 | B | Missed | |
| 10 | C | Missed | |
| 11 | A | Missed | |
| 12 | C | Correct | |
| 13 | C | Missed | |
| 14 | D | Missed | |
| 15 | D | Missed | |
| 16 | D | Correct | |
| 17 | C | Missed | |
| 18 | C | Correct | |
| 19 | B | Missed | |
| 20 | D | Missed | |
| 21 | A | Correct | |
| 22 | C | Missed | |
| 23 | A | Correct | |
| 24 | B | Missed | |
| 25 | B | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Parens patriae means _____.

     a. the state has the right and responsibility to take control over children from their natural parents
     b. children are not wards of the state
     c. children are the responsibility of families
     d. children's interests are second to social interests

2. The juvenile court was established in _____.

     a. 1899
     b. 1898
     c. 1900
     d. 1905

3. _____ are juvenile institutions that emphasized formal training and were administered by municipal and state governments in the mid-1800s.

     a. Reform schools
     b. Disposition depots
     c. Parens patriae
     d. Stocks

4. The post-Depression era spawned large detention facilities such as _____.

     a. Old Bailey
     b. Adams House
     c. Child Savers
     d. The Youth House

5. A status offender is a juvenile _____.

     a. who commits an offense that would be considered a crime if he were an adult
     b. adjudicated as delinquent
     c. who commits an offense that is only considered a crime because of his age
     d. who shoplifts

EXH-305-162

BCJ 210 Juvenile Justice

Unit 1 Examination

6. This person was involved in the Massachusetts experiment.

    a. Granville Stanley Hall
    b. William Forbush
    c. Jane Addams
    d. Jerome Miller

7. The first comprehensive attempt at codifying laws was the _____.

    a. Code of Draco
    b. Byzantine Code
    c. Hebrew Code
    d. Hammurabic Code

8. The home that tried to rescue vagrant girls from lives of prostitution was known as _____.

    a. House of Refuge
    b. Public Asylum
    c. Elmira Reformatory
    d. Hulks

9. The goals of the Racine Cohort study include all of the following EXCEPT:

    a. identify those persons who were more likely to engage in delinquency.
    b. identify those who stopped committing crimes.
    c. identify serious violent offenders.
    d. identify those who continued their criminal careers into adulthood.

10. The Cambridge study found that the best childhood predictors included all of the following EXCEPT:

    a. convicted parents
    b. childhood antisocial behavior
    c. poor child rearing practices
    d. being middle class

11. The research by Loeber and Farrington of very young children in delinquency identified all of the following "early warning signs" EXCEPT:

    a. physical fighting
    b. cruelty to animals
    c. popularity
    d. substance abuse

EXH-305-163

12. Violent Index crimes include all of the following EXCEPT:

    a. kidnapping
    b. murder
    c. robbery
    d. aggravated assault


13. Figures from the National Survey on Drug Use and Health reveal that more teens abuse
    _____.

    a. prescription drugs
    b. alcohol
    c. tobacco
    d. None of the above.


14. Which of the following aims to uncover unreported crimes?

    a. UCR
    b. NIBRS
    c. NCVS
    d. NIC


15. Which of the following is featured in delinquency research?

    a. birth cohorts
    b. surveys
    c. UCR
    d. self reports


16. This cohort included two birth cohorts designed to determine the effects of growing up in the
    60s and 70s.

    a. Racine
    b. Philadelphia
    c. Columbus
    d. Pennsylvania


17. _____ theories state that a child's individuality cannot be separated from his or her
    interactions in a group.

    a. Social
    b. Subcultural
    c. Deterrence
    d. Psychosocial

EXH-305-164

18. Cloward and Ohlin have identified all of the following subcultures EXCEPT:

    a. criminal
    b. social
    c. conflict
    d. retreatist

19. When juveniles are labeled as probable delinquents, though they are not, this can result in a
    _____.

    a. false negative
    b. positive
    c. false positive
    d. negative

20. All except which of the following conditions characterize a child as a dependent?

    a. The child has been abandoned.
    b. The child is of college age.
    c. The child is abused or neglected.
    d. The child is in need of custodial treatment in a treatment facility.

21. The _____ definition of delinquency primarily involves the views of family, friends and
    community regarding a child's behavior.

    a. Punitive
    b. Political
    c. Social
    d. Rehabilitative

22. Miller uses the concept of focal concerns which include all of the following EXCEPT:

    a. intelligence
    b. autonomy
    c. excitement
    d. fate

23. As businesses expand into one area from a central zone and as zoning laws change to
    accommodate them, some residents who can afford to leave do so. This is known as
    _____.

    a. zone in transition
    b. social disorganization
    c. reaction formation
    d. cultural determinism

EXH-305-165

24. All are risk factors associated with juvenile violence EXCEPT:

    a. age
    b. popularity
    c. race
    d. risk taking behaviors


25. Who coined the term "insulated"?

    a. Miller
    b. Beccaria
    c. Cohen
    d. Reckless

EXH-305-166

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty

Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ210

## Test Information

BKNum: BCJ210  ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 1

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | D | Correct | |
| 5 | A | Missed | |
| 6 | D | Correct | |
| 7 | D | Correct | |
| 8 | A | Correct | |
| 9 | C | Correct | |
| 10 | D | Correct | |
| 11 | C | Correct | |
| 12 | A | Correct | |
| 13 | A | Correct | |
| 14 | C | Correct | |
| 15 | A | Correct | |
| 16 | B | Correct | |
| 17 | A | Correct | |
| 18 | B | Correct | |
| 19 | C | Correct | |
| 20 | B | Correct | |
| 21 | C | Correct | |
| 22 | A | Correct | |
| 23 | A | Correct | |
| 24 | B | Correct | |
| 25 | D | Correct | |

EXH-305-167

Unit 2 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. About one-half of informal cases are _____.

   a. handled
   b. prosecuted
   c. send to juvenile court
   d. dismissed

2. _____ are offenses that, although committed by a juvenile, are so serious that state statute declares the juvenile will be treated as an adult.

   a. Statutorily  excluded
   b. Prosecutorial discretion
   c. Consent decree
   d. Formal probation

3. A formal petition seeking to adjudicate the juvenile delinquent that states the charges against the juvenile.

   a. Informal decree
   b. Delinquency petition
   c. Aftercare decree
   d. Formal decree

4. In small communities who may be the person assigned to juvenile cases in an attempt to follow juvenile crime closely?

   a. the administrator
   b. the chief
   c. special units
   d. technical units

5. One type of petition is _____.

   a. delinquency
   b. technical
   c. specialized
   d. formal

6. If all screening or diversionary actions have been exhausted, the juvenile will be referred to the juvenile court for a _____.

    a. disposition
    b. formal charging
    c. trial
    d. referral

7. In response to delinquency petition, a(n) _____ is scheduled.

    a. trial
    b. adjudicatory hearing
    c. dispositional hearing
    d. aftercare hearing

8. Which of the following is similar to adult parole?

    a. probation
    b. rehabilitation
    c. aftercare
    d. adjudication

9. _____ means leave kids alone whenever possible.

    a. Radical intervention
    b. Radical nonintervention
    c. Decriminalization
    d. Radical decriminalization

10. _____ is the test of a juvenile's rights when considering whether the juvenile's statements were voluntary.

    a. Arresting rights
    b. Miranda rights
    c. Access to care
    d. Fundamental fairness

EXH-305-169

11. A "warrantless" search is justified for all of the following EXCEPT:

    a. The search is incident to lawful arrest.
    b. The officer obtains consent from the chief.
    c. It is necessary to prevent the destruction or removal of vital evidence.
    d. An "on-the-street "stop and frisk occurs.

12. In this case, the court ruled that a suspect must be advised of his or her rights.

    A. Miranda v. Arizona
    B. Terry v. Ohio
    C. Haley v. Ohio
    D. None of the above.

13. What occurs after a report is filed in a neglect case?

    a. investigation
    b. intake
    c. arrest
    d. parents are called

14. All are forms of street corner justice EXCEPT:

    a. a warning
    b. a ride home
    c. a photo
    d. meeting with parents

15. Which case ruled that despite language difficulties, statements made by a juvenile are admissible as long as a waiver of rights is given by the juvenile?

    a. Haley v. Iowa
    b. Hadley v. Ohio
    c. United States v. Bernard S.
    d. Haley v. Ohio

16. What is the standard action when the investigation clearly indicates that a juvenile is not responsible for the delinquency charged but released?

    a. remanded
    b. reviewed
    c. detained
    d. exonerated

EXH-305-170

17. The first role of the police in control functions include which of the following?

     a. detection
     b. investigation
     c. arrest
     d. All of the above.

18. One of the major judgment calls by members of officialdom is _____.

     a. classification of the manners
     b. classification of appropriate divisions
     c. classification of the actor
     d. None of the above.

19. After the decision on institutionalization is made, a _____ comes into play.

     a. adjudication
     b. custody assessment
     c. medical assessment
     d. None of the above.

20. Classification in the assessment stage relates to which type of decision?

     a. victim
     b. detention
     c. time
     d. relationship

21. This is data recorded about the juvenile during the intake process.

     a. assessment
     b. separation
     c. face sheet
     d. set determination

22. The practice of separation has become identified with _____.

     a. recidivism
     b. salvation
     c. accommodation
     d. classification

EXH-305-171

23. The first major correctional institution for juveniles was _____.

     a. New York Reformatory at Elmira
     b. Assessment for Institutional Learning
     c. Boys Town
     d. None of the above.

24. _____ involves 2 basic levels of decisions made: placement and custody assessments.

     a. Classification for management
     b. Community assessment centers
     c. Institutional classification
     d. None of the above.

25. _____ assesses the seriousness of current and past offenses plus the youth's potential for recidivism.

     a. Needs assessment
     b. Risk assessment
     c. Classification
     d. Declassification

EXH-305-172

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ210

## Test Information

BKNum: BCJ210  ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 2

Web Test: Y

Score: 21 out of 25

Grade: B

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | D | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | B | Correct | |
| 5 | A | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | C | Correct | |
| 9 | B | Correct | |
| 10 | B | Missed | |
| 11 | B | Correct | |
| 12 | A | Correct | |
| 13 | A | Correct | |
| 14 | C | Correct | |
| 15 | C | Correct | |
| 16 | D | Correct | |
| 17 | D | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Missed | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | D | Missed | |
| 25 | C | Missed | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. All of the following are court decisions established regarding juvenile detention EXCEPT:

    a. preventive detention of juveniles awaiting adjudication is constitutional.
    b. preventive detention of at-risk juveniles awaiting adjudication.
    c. a probable cause hearing must be conducted before detention is continued.
    d. holding accused status offenders in adult jails prior to adjudication is unconstitutional.

2. Which of the following is a primary issue for incarcerated juveniles?

    a. mail and censorship
    b. dress codes
    c. personal appearance
    d. All of the above.

3. The new substantive rights include all EXCEPT:

    a. the right to refuse an unwanted service.
    b. the right to make or participate in choices that affect one's life.
    c. the right to choose their facility.
    d. the right to be free from unnecessary restriction in individual development.

4. What was the basic principle of the Duke of Beufort v. Berty case?

    a. individualized justice for youth
    b. concept of parens patriae
    c. children should not be confined
    d. children should be treated differently than adults

5. The National Probation Association's Annual Conference in 1923 proposed which act?

    a. Uniform Juvenile Court Act 1968
    b. Juvenile Justice and Delinquency Prevention Act 1974
    c. Standard Juvenile Court Act
    d. None of the above.

6. Grievance procedures set up to guide operations include all of the following EXCEPT:

    a. prompt investigation of grievances
    b. long process to present grievances to staff
    c. taking a final action
    d. Both a and b are correct.

EXH-305-174

7. _____ means that juveniles have same rights as other citizens but these rights are not always honored.

    a. Exclusionary rule
    b. Probable cause
    c. Unlimited extent
    d. None of the above.

8. The Fifth Amendment protects juveniles from _____.

    a. jury trials
    b. false confession
    c. self-incrimination
    d. interrogation

9. _____ means that probation officers protect community via aggressive enforcement of conditions.

    a. Building community-based partnerships
    b. Obtaining sufficient resources
    c. Holding offenders accountable
    d. Implementing results-based and outcome-driven services and practices

10. _____ means that the case does not reach the formal hearing stage, not that court has not been involved.

    a. Diversion
    b. Probation
    c. Pre-judicial
    d. Pre-formal

11. The factor of probation supervision that means an officer must keep in touch with juvenile parent and school is _____.

    a. surveillance
    b. casework
    c. intake screening
    d. accountability

12. The basic set of juvenile probation functions includes _____.

    a. intake screening of cases referred
    b. court-ordered release of juvenile
    c. disposition investigation
    d. analyzing arrest report

EXH-305-175

13. _____ purpose was to allow the defendant to have time to appeal a case to the Crown.

    a. Recognizance
    b. Benefit of clergy
    c. Judicial reprieve
    d. Prosecutorial discretion

14. Due to the humanitarianism of John Augustus, the nation's first probation law was passed in
    _____.

    a. Illinois
    b. Massachusetts
    c. New York
    d. Pennsylvania

15. The officer who perceives his/her role as guardian of middle class morality is called the
    _____ officer.

    a. punitive
    b. protective
    c. passive
    d. welfare

16. The officer who sees the job as requiring only minimum effort is called the _____ officer.

    a. punitive
    b. protective
    c. passive
    d. welfare

17. _____ determined constitutional rights of incarcerated minors have been violated.

    a. Morales v. Turman
    b. Maryland v. Thurman
    c. National Council on Crime and Delinquency
    d. Morrissey v. Turman

18. The types of punishment include _____.

    a. actual physical punishment
    b. emotional punishment
    c. diversification
    d. None of the above.

EXH-305-176

19. What is one of the seven essential characteristics of juvenile detention defined by the American Correctional Association Detention Committee?

    a. temporary custody
    b. treatment centers
    c. reform schools
    d. cottage schools

20. Recommendations for juvenile detention facilities include _____.

    a. secure custody with no physical care
    b. the detention facility should be in a residential area and near court and community services
    c. nonsecure custody with treatment units
    d. secure custody with no treatment units

21. _____ became the first real American response to juvenile problem.

    a. Houses of refuge
    b. Elmira Reformatory
    c. New York City House of Refuge
    d. Lyman School for Boys

22. Reform school managers and institutional superintendents emphasized _____.

    a. physical conditioning
    b. college prep courses
    c. discretionary release
    d. physical punishment

23. _____ was the first state reform school for boys.

    a. Lyman School for Boys
    b. Elmira Reformatory
    c.  Houses of refuge
    d. Cottage reform schools

24. _____ for housing institutionalized juveniles continues to be the most popular form in use today.

    a. Reform schools
    b. Cottage reform schools
    c. Houses of refuge
    d. Elmira Reformatory

EXH-305-177

25. The emphasis on _____, which pervades the adult institutions, also shapes the general environment of juvenile detention facilities.

    a. detention
    b. apprehension
    c. custody
    d. credibility

EXH-305-178

**Home**  **Prospects/Application**  **Billing**  **Retention**  **Transcript**  **Testing**  **Rental Library**  **Faculty**

**Note/Message**  **ACenina**  Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01  BKNum: BCJ210

## Test Information

BKNum: BCJ210  ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 3

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | D | Correct | |
| 3 | C | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | B | Correct | |
| 7 | D | Correct | |
| 8 | C | Correct | |
| 9 | C | Correct | |
| 10 | C | Correct | |
| 11 | B | Missed | |
| 12 | A | Correct | |
| 13 | C | Correct | |
| 14 | B | Correct | |
| 15 | A | Correct | |
| 16 | C | Correct | |
| 17 | A | Correct | |
| 18 | A | Correct | |
| 19 | A | Correct | |
| 20 | B | Correct | |
| 21 | A | Missed | |
| 22 | A | Correct | |
| 23 | A | Correct | |
| 24 | B | Correct | |
| 25 | C | Correct | |

EXH-305-179

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Traditionally, juveniles have demonstrated high recidivism rates on _____.

    a. vacation
    b. parole
    c. school break
    d. None of the above.

2. Who is responsible for recommending discharge of a juvenile?

    a. the juvenile's parole officer
    b. society
    c. the judge
    d. None of the above.

3. _____ dealt with standard practices regarding parole revocation.

    a. Morrisey v. Baxter
    b. Morrissey v. Brewer
    c. Morrison v. Brewer
    d. Morrison v. Baxter

4. The basic legal issues with parole conditions may include all of the following EXCEPT:

    a. conditions affect basic constitutional freedoms
    b. conditions often automatically and indiscriminately applied
    c. conditions difficult to comply with
    d. All of the above are basic legal issues with parole conditions

5. _____ is generally administered on a statewide basis by the agency that is responsible for providing institutional services.

    a. Parole
    b. Inmate
    c. Probation
    d. Status offense

6. Aftercare services include _____.

    a. court efforts of classification
    b. assist punishment of juvenile
    c. assist youth in community reentry
    d. assist court in classifying juvenile

Unit 4 Examination

7. Policy considerations that should be evaluated prior to granting parole include _____.

    a. cost of juveniles to stay in institution
    b. need for additional punishment
    c. behavior in institution
    d. cost to treat juveniles

8. One of the basic functions of aftercare is _____.

    a. classifying offender for court
    b. increase in further delinquent acts
    c. rehabilitation and reintegration of juvenile in community
    d. assist in further punishment of juvenile

9. The long-range goal of parole is to _____.

    a. assist parolees in coping with problems when released
    b. assist development of juvenile's ability to be independent and make
       correct choices
    c. protect society from juveniles
    d. None of the above.

10. Primitive tribes were known to have used the practice of _____ to settle quarrels with one another.

    a. adoption
    b. common law
    c. hierarch
    d. None of the above.

11. Problems in adoption law include _____.

    a. immediate placement
    b. single home placements
    c. support from natural parents
    d. multiple home placements

12. One of the sets of laws that have left many children unadopted are _____.

    a. laws that preserve rights of natural parents
    b. laws that do not pay people who foster children
    c. laws that do not give rights to birth parents
    d. None of the above.

EXH-305-181

BCJ 210 Juvenile Justice

Unit 4 Examination

13. _____ has been shown to be a major factor in forming a child's ego.

   a. Good education
   b. An unstable family background
   c. A stable and secure home environment
   d. High socioeconomic status

14. _____ is/are meant to be a place where adequate peer relationships can be formed.

   a. Group homes
   b. Foster care
   c. Halfway houses
   d. Adoption

15. The research from the Developmental Victimization Survey determined all of the following EXCEPT:

   a. physical assaults, bullying and teasing.
   b. sexual victimization.
   c. child maltreatment.
   d. lack of demographic differences.

16. Child-related problems include all EXCEPT:

   a. parent-child conflict.
   b. child-sibling conflict.
   c. emotional disturbance.
   d. emotional handicap.

17. Parent-related problems include all EXCEPT:

   a. treatment.
   b. parental rejection.
   c. child neglect.
   d. child abuse.

18. Which model merges the selection and socialization models?

   a. selection
   b. enhancement
   c. socialization
   d. contagion

EXH-305-182

Unit 4 Examination

19. This model assumes that gang joiners' offending profiles are similar to other youths' _____.

      a. selection
      b. enhancement
      c. socialization
      d. contagion

20. It has been cited that gang migration _____.

      a. is a major problem
      b. leads to enhanced self-esteem
      c. provides stability
      d. grants wealth

21. Features of female gang members include all but which of the following?

      a. more likely to have witnessed physical violence in their homes
      b. often sees the gang as a refuge from victimization
      c. less prone to delinquency
      d. have experienced multiple family problems

22. Effects of social disorganization and economic marginalization on African American gangs include all but which of the following?

      a. unemployment
      b. car jacking
      c. drug use
      d. decreased the control of community institutions

23. This element of the OJJDP Comprehensive Gang Model included development and implementation of policies and procedures that result in the most effective use of available and potential sources within and across agencies to better address the gang problem.

      a. community mobilization
      b. social intervention
      c. provision of opportunities
      d. organizational change and development

24. The gang suppression element of the Boston Gun Project was known as _____.

      a. the "pulling levers" strategy
      b. curfew
      c.  Operation Ceasefire
      d. drug testing

EXH-305-183

25. Research on Asian gangs reveal that they believe _____.

    a. that they would not need to work
    b. society treated them unjustly
    c. they are less prone to delinquency
    d. None of the above.

EXH-305-184

**Home**  **Prospects/Application**  **Billing**  **Retention**  **Transcript**  **Testing**  **Rental Library**  **Faculty**

**Note/Message**  **ACenina**  Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ210

## Test Information

BKNum: BCJ210  ☐ Old
Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 4

Web Test: Y

Score: 22 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | D | Missed | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | A | Correct | |
| 6 | C | Correct | |
| 7 | C | Correct | |
| 8 | C | Correct | |
| 9 | B | Correct | |
| 10 | A | Correct | |
| 11 | D | Correct | |
| 12 | A | Correct | |
| 13 | C | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | D | Correct | |
| 17 | A | Correct | |
| 18 | C | Missed | |
| 19 | C | Correct | |
| 20 | A | Correct | |
| 21 | C | Correct | |
| 22 | B | Correct | |
| 23 | D | Correct | |
| 24 | C | Correct | |
| 25 | D | Missed | |

BCJ 210 Juvenile Justice

Final Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. From where did America's juvenile justice system derive?

    a. Ireland
    b. England
    c. Scotland
    d. Texas

2. Social activists who crusaded for children's rights and for treatment of children different from that accorded adult criminals were known as _____.

    a. child savers
    b. reformers
    c. conservatives
    d. Christian healers

3. One of the first prisons in the world that was designed to incarcerate juveniles was _____.

    a. Hospice at San Michele
    b. Walnut Street Jail
    c. Elmira Reformatory
    d. Warwick County Asylum

4. The central court in London where numbers of children were tried was called _____.

    a. Chamberlain's court
    b. London Court
    c. Old Bailey
    d. Chancery Court

5. In the 1600s, this punishment was used for misbehavior.

    a. being placed in stocks
    b. forced to work in the fields
    c. being stoned in the main square
    d. 20 lashes with a whip

5

6. A judge reviews recommendations on what should be done with a child during what part of the general court proceedings?

    a. adjudication
    b. intake
    c. aftercare
    d. None of the above.

7. A status offender is a juvenile who _____.

    a. commits an offense that would be considered a crime if he were an adult
    b. is adjudicated as delinquent
    c. commits an offense that is only considered a crime because of his age
    d. shoplifts

8. This person took over as youth commissioner for Massachusetts in 1969.

    a. Granville Stanley Hall
    b. William Forbush
    c. Jane Addams
    d. Jerome Miller

9. Which of the following study a selected group of individuals who share common experience in time?

    a. Cohort Studies
    b. Surveys
    c. UCR
    d. Self Reports

10. The two birth cohorts that Marvin Wolfgang, a renowned criminologist, studied was called _____ Birth Cohorts.

    a. Racine
    b. Philadelphia
    c. Columbus
    d. Pennsylvania

11. This cohort included all juveniles born between 1956 and 1960.

    a. Racine
    b. Philadelphia
    c. Columbus
    d. Pennsylvania

EXH-305-187

12. The Columbus cohort found three categories that include all of the following EXCEPT:

    a. one time only
    b. juvenile assaulters
    c. serious violent offenders
    d. chronic offenders

13. Most official figures regarding the measurement of the extent of juvenile crime come from the _____.

    a. Index Crime Report
    b. Burglary Crime Report
    c. Uniform Crime Report
    d. None of the above.

14. The UCR crime index includes all of the following property crimes EXCEPT:

    a. murder
    b. burglary
    c. arson
    d. None of the above.

15. Overall, it seems that juvenile arrests for both violent and property crimes have _____ in recent years.

    a. decreased
    b. increased
    c. stayed the same
    d. None of the above.

16. A key source of information on crime victimization is the _____.

    a. UCR
    b. NIBRS
    c. NCVS
    d. NIC

17. Cloward and Ohlin have identified three types of delinquent _____.

    a. social theory
    b. subculture
    c. reaction formation
    d. deterrence

EXH-305-188

18. Delinquent subculture types include which of the following?

    a. civil
    b. reactionist
    c. conflict
    d. social

19. _____ uses the concept of focal concerns in explaining the interpretation of conflict subculture approach.

    a. Cohen
    b. Miller
    c. Hirschi
    d. Beccaria

20. Focal concerns include all of the following EXCEPT:

    a. intelligence
    b. autonomy
    c. excitement
    d. fate

21. This is a major source of urban crime due to the social disorganization caused by conflicting norms and competing values.

    a. zone in transition
    b. social disorganization
    c. reaction formation
    d. cultural determinism

22. _____ means the actual or potential rewards for conforming to social mores.

    a. Provision of opportunities
    b. Social controls
    c. Community mobilization
    d. Zone in transition

23. An early version of social control theory was developed by _____.

    a. Miller
    b. Beccaria
    c. Cohen
    d. Reckless

8

24. Reckless believed in _____.

    a. inner psychosis
    b. internal containments
    c. outer psychosis
    d. social containments

25. _____ developed the social bond theory.

    a. Cohen
    b. Reckless
    c. Miller
    d. Hirschi

26. _____ are ties people have to parents, school, peers and others.

    a. Social control
    b. Social bonds
    c. Social disorganization theory
    d. Cultural determinism

27. Risk factor(s) that increase(s) the likelihood that a child will develop one or more behavior problems in adolescence is (are) _____.

    a. community
    b. school
    c. family
    d. All of the above.

28. _____ petition is a petition seeking to adjudicate the juvenile delinquent that states the charges against the juvenile.

    a. Delinquency
    b. Technical
    c. Specialized
    d. Formal

29. This is a term used in juvenile court that means the same as convicted in the adult court.

    a. adjudicated
    b. charged
    c. tried
    d. disposed

30. In response to delinquency petition, this type of hearing is scheduled and typically a judge makes the final decision about the case.

    a. trial
    b. adjudicatory hearing
    c. dispositional hearing
    d. aftercare hearing

31. Juveniles released from an institution are often ordered to follow a period of _____.

    a. probation
    b. rehabilitation
    c. aftercare
    d. adjudication

32. Schur advocates a policy of _____.

    a. radical intervention
    b. radical nonintervention
    c. decriminalization
    d. radical decriminalization

33. One way to remove juveniles from the system is _____.

    a. decriminalization
    b. decarceration
    c. deinstitutionalization
    d. All of the above.

34. In corrections, these are intertwined and almost inseparable.

    a. treatment and punishment
    b. rehabilitation and justice
    c. treatment and justice
    d. treatment and rehabilitation

35. An expectation with diversion is that _____ is more likely to occur outside of the formal system.

    a. rehabilitation
    b. punishment
    c. restitution
    d. retribution

EXH-305-191

36. This waives juvenile court jurisdiction over youths and sends cases to adult court.

    a. transfer
    b. waiver
    c. remanding
    d. discretion

37. Waivers are often based on all of the following factors EXCEPT:

    a. seriousness of offense
    b. juvenile's prior record
    c. youth's amenability to treatment
    d. family background

38. This adjustment may be in the form of a warning to the youth, a ride home in a police cruiser or possibly a meeting with parents or guardians.

    a. ideal justice
    b. street corner justice
    c. arbitrary justice
    d. control functions

39. Detection of a crime or response to a complaint will usually lead to a/an _____.

    a. detection
    b. arrest
    c. interrogation
    d. investigation

40. Assuming that the investigation does turn up a suspect, the next step is confrontation and/or _____.

    a. arrest
    b. investigation
    c. detection
    d. interrogation

41. In this case, the courts stated in considering whether a juvenile's statements are voluntary, the following are extremely important factors: the length of questioning, the child's age, the time of the day or night of questioning and whether the child was fed and allowed to rest.

    a. Haley v. Iowa
    b. Hadley v. Ohio
    c. Miranda v. Arizona
    d. Haley v. Ohio

EXH-305-192

BCJ 210 Juvenile Justice

Final Examination

42. Police view this as a predictor of future behavior.

    a. age
    b. demeanor
    c. seriousness of offense
    d. sex

43. With _____ policing, the police have become more proactive in their involvement with juveniles.

    a. community
    b. problem-oriented
    c. proactive
    d. reactive

44. _____ requires that police develop a systematic process for examining and addressing problems that the public expects them to handle.

    a. Community
    b. Problem-oriented
    c. Proactive
    d. Reactive

45. _____ policing demands officers and departments adopt proactive strategies and tactics to repress crime, fear and disorder within local neighborhoods.

    a. Community
    b. Problem-oriented
    c. Proactive
    d. Reactive

46. _____ is intended not only to protect one kind of delinquent from another, but also to protect the community from the offender.

    a. Classification for management
    b. Community assessment centers
    c. Institutional classification
    d. None of the above.

47. Classification of the actor includes _____.

    a. delinquent behavior
    b. community itself
    c. diagnostic center
    d. the juvenile delinquent himself or herself

EXH-305-193

BCJ 210 Juvenile Justice

Final Examination

48. _____ is an assessment of the juvenile's supervision risk.

    a. Classification
    b. Community assessment
    c. Custody assessment
    d. None of the above.


49. _____ assesses the youth's potential for recidivism.

    a. Needs assessment
    b. Risk assessment
    c. Classification
    d. Declassification


50. This assesses substance abuse and mental health at intake.

    a. Massachusetts Youth Screening Instrument
    b. Positive Achievement Change Tool
    c. Detention Risk Assessment
    d. None of the above.


51. The MAYSI measures all of the following EXCEPT:

    a. alcohol and drug use
    b. custodial punishment
    c. angry or irritable behaviors
    d. depression and anxious behaviors


52. _____ is the intake point for the juvenile, following arrest.

    a. Management information system
    b. Community assessment center
    c. Classification
    d. Assessment


53. _____ is where CAC staff use the information form assessment process to develop recommendations.

    a. Integrated case management
    b. Management information system
    c. Community assessment center
    d. Single point of entry

EXH-305-194

54. Through the use of this, CACs can manage and monitor youth _____.

    a. management information system
    b. integrated case management
    c. community assessment center
    d. single point of entry

55. All of the following are assessment instruments EXCEPT:

    a. Suicide Risk Screening Instrument
    b. New York Assessment
    c. Detention Risk Assessment
    d. Massachusetts Youth Screening Instrument

56. Assessment instruments typically include _____.

    a. risk of recidivism
    b. punishment considerations
    c. victim's service needs
    d. offense analysis

57. Which of the following is true about the Uniform Juvenile Court Act of 1968?

    A. sets limits on discriminatory home removals of children
    B. provides removal of child from home for any reason
    C. sets limits on nondiscriminatory home removals of children
    D. None of the above.

58. Before In re Winship, the proof in a juvenile court case was _____.

    a. clear and convincing evidence
    b. beyond a reasonable doubt
    c. preponderance of evidence
    d. eye-witness testimony

59. Right to _____ has been the subject of several court rulings over the past two decades.

    a. treatment
    b. punishment
    c. medical care
    d. rehabilitation

EXH-305-195

60. The court case that states the importance of laws establishing early juvenile courts.

    a. Kent v. United States
    b. Mill v. Brown
    c. Duke of Beaufort v. Berty
    d. Rex v. Delaval

61. Grievance procedures set up to guide operations include all of the following EXCEPT:

    a. prompt investigation of grievances
    b. long process to present grievances to staff
    c. taking a final action
    d. both a and b.

62. _____ is the prohibition against the use of illegally obtained evidence in court.

    a. Detention
    b. Probable cause
    c. Unlimited extent
    d. Exclusionary rule

63. The Fifth Amendment is the last entitlement conferred on juveniles by the _____.

    a. Strode decision
    b. Brorby decision
    c. Gault decision
    d. None of the above.

64. In order to arrest a juvenile, police must have _____.

    a. just cause
    b. reasonable suspicion
    c. necessity
    d. probable cause

65. The two rights related to the right to treatment issue are _____ and _____.

    a. right to treatment; right to refuse punishment
    b. right to punishment; right to refuse treatment
    c. right to punishment; right to treatment
    d. right to punishment; right to refuse punishment

EXH-305-196

66. _____ is designed to encourage local communities to accept responsibility for providing correctional care and control for its own residents.

    a. Negative subsidy
    b. Probation subsidy
    c. Probation
    d. Social control

67. All of the following should be included in probational training EXCEPT:

    a. in-service training
    b. casework supervision
    c. house calls
    d. educational leave

68. Styles of probation include all of the following EXCEPT:

    a. punishment officer
    b. welfare officer
    c. protective officer
    d. passive officer

69. This is the workhorse of the Juvenile Justice System.

    a. probation
    b. electronic monitoring
    c. intensive supervision
    d. GPS monitoring

70. A very important task for probation is to _____.

    a. identify those youths who pose a threat to the community
    b. identify youths who pose no threat to the community
    c. put juveniles in the most restrictive environment
    d. identify specific treatment measures for youths

71. _____ means that ties should be developed and maintained between probation officers and the police, community members and other community agencies.

    a. Holding offenders accountable
    b. Obtaining sufficient resources
    c. Building and maintaining community-based partnerships
    d. Implementing results-based and outcome-driven services and practices

16

72. A completed petition should contain all of the following EXCEPT:

   a. a positive identification of the child
   b. a positive identification of the parent or guardian
   c. a proof of employment
   d. a specific statement of the facts of the case

73. The factor of probation supervision that means the probation officer is expected to utilize social casework methods to diagnose, treat and generally deal with a juvenile.

   a. casework
   b. surveillance
   c. intake screening
   d. accountability

74. This is represented by the growth of small camp programs, halfway houses and group treatment centers.

   a. actual physical punishment
   b. diversification
   c. restitution
   d. emotional treatment

75. Methods of handling juveniles in a community setting as an alternative to an institutional commitment.

   a. group treatment
   b. decriminalization
   c. community-based treatment
   d. decarceration

76. _____ is economical over one-to-one counseling.

   a. Diversification
   b. Decriminalization
   c. Community based treatment
   d. None of the above.

77. _____ is the idea to remove dependency and neglect cases altogether from juvenile court jurisdiction.

   a. Group treatment
   b. Deinstitutionalization
   c. Diversification
   d. Community based treatment

EXH-305-198

BCJ 210 Juvenile Justice

Final Examination

78. _____ marked a major shift away from family-oriented discipline and toward treatment administered by society in specialized facilities.

    a. Houses of refuge
    b. Elmira Reformatory
    c. Lyman School for Boys
    d. Cottage Reform School

79. Today's approach to institutions calls for greater emphasis on _____.

    a. emotional punishment
    b. physical punishment
    c. vocational training
    d. lengthy incarceration

80. _____ became the first real American response to juvenile problems.

    a. Houses of refuge
    b. Elmira Reformatory
    c. New York City House of Refuge
    d. Lyman School for Boys

81. Strongly influenced by popular scientific notions about juvenile delinquency and its probable causes, reform school managers and institutional superintendents emphasized everything from _____ to learning a trade.

    a. physical conditioning
    b. college prep courses
    c. discretionary release
    d. physical punishment

82. All of the following are basic functions of aftercare EXCEPT:

    a. classifying the offender to determine readiness for release
    b. the rehabilitation and reintegration of the juvenile into the community
    c. classifying the offender for court
    d. reduction in the likelihood of the juvenile committing further delinquent acts

83. This agency is responsible for the institutional and related services to delinquent and dependent children.

    a. parolee services
    b. juvenile paroling authority
    c. protective services
    d. None of the above.

18

84. The immediate purpose of parole is to _____.

    a. assist parolee in coping with problems when released
    b. assist in the development of a juvenile's ability to be independent and make correct choices
    c. protect society from juveniles
    d. None of the above.

85. Which of the following is one of the objective of parole?

    a. assist community identification of offender
    b. proper adjustment of offender
    c. collect parole fees
    d. None of the above.

86. Indeterminate sentencing and parole were introduced into what institution?

    a. House of Refuge
    b. New York House of Refuge
    c. Elmira Reformatory
    d. Lyman School for Boys

87. Which of the following is an early example of parole in England?

    a. transportation
    b. indenture
    c. both a and b
    d. None of the above.

88. _____ allowed for reduction in a prisoner's sentence.

    a. Good time laws
    b. Parole
    c. Treatment
    d. Rehabilitation

89. _____ introduced the practice of granting courts the right to commit delinquent or dependent youths to local youth authority for diagnosis and placement.

    a. Good time laws
    b. American Law Institute's Model Youth Correction Authority Act of 1939
    c. President's Commission on Law Enforcement and Administration of Justice
    d. Juvenile Justice and Delinquency Prevention Act

90. One of the characteristics generally accepted as common to group homes is _____.

    a. residential
    b. part time staff
    c. isolation based
    d. educational based


91. Some facilities in the larger, more institutionalized group homes have youths _____.

    a. attend school on the grounds of the facilities
    b. tutored
    c. attend private school
    d. None of the above.


92. _____ occurs when youths from positive reinforcement institutions are placed in public school.

    a. Educational shock
    b. Educational block
    c. Attention deficit
    d. None of the above.


93. _____ conduct classes for group home children.

    a. Title II teachers
    b. Title III teachers
    c. Title I teachers
    d. None of the above.


94. It is not uncommon for youths to enter group homes _____.

    a. under probation status
    b. under parole status
    c. under incarceration
    d. None of the above.


95. Children that group homes serve are children who _____.

    a. need emergency placement
    b. need foster care but cannot adjust to close personal relationships
    c. are emotionally disturbed
    d. All of the above.

96. Female gang members have different offending patterns and tend to commit fewer violent crimes than male gang members and are more likely to engage in _____.

a. brutality
b. using drugs
c. property and status offenses
d. delinquency

97. Hagedorn determined that social disorganization and _____ contributed to the formation of gangs among African American youth.

a. violence
b. economic marginalization
c. drug use
d. None of the above.

98. A three-year field study of St. Louis gang members indicates that _____ had a role in gang homicides.

a. socialization
b. self-esteem
c. stability
d. wealth

99. Involvement of local citizens, including former gang youth community groups and agencies, is an example of which of the following OJJDP Comprehensive Gang Model?

a. community mobilization
b. social intervention
c. provision of opportunities
d. suppression

100. This element of the OJJDP Comprehensive Gang Model involves formal and informal social control procedures including close supervision or monitoring of gang youths.

a. community mobilization
b. suppression
c. provision of opportunities
d. social intervention

EXH-305-202

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ210

## Test Information

BKNum: BCJ210    ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 61 out of 100

Grade: D

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | C | Correct | |
| 5 | A | Correct | |
| 6 | B | Missed | |
| 7 | A | Missed | |
| 8 | D | Correct | |
| 9 | A | Correct | |
| 10 | B | Correct | |
| 11 | C | Correct | |
| 12 | B | Missed | |
| 13 | C | Correct | |
| 14 | D | Missed | |
| 15 | B | Missed | |
| 16 | C | Correct | |
| 17 | B | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | A | Correct | |
| 21 | B | Missed | |
| 22 | B | Correct | |
| 23 | D | Correct | |
| 24 | B | Correct | |
| 25 | D | Correct | |
| 26 | B | Correct | |
| 27 | D | Correct | |
| 28 | A | Correct | |
| 29 | A | Correct | |
| 30 | B | Correct | |
| 31 | A | Missed | |
| 32 | B | Correct | |
| 33 | C | Missed | |
| 34 | A | Missed | |
| 35 | D | Missed | |
| 36 | B | Missed | |
| 37 | D | Correct | |
| 38 | B | Correct | |
| 39 | B | Missed | |
| 40 | D | Missed | |
| 41 | D | Correct | |
| 42 | B | Correct | |

EXH-305-203

| 43 | A | Correct | |
| 44 | B | Correct | |
| 45 | C | Missed | |
| 46 | A | Correct | |
| 47 | A | Missed | |
| 48 | C | Correct | |
| 49 | B | Correct | |
| 50 | A | Correct | |
| 51 | B | Correct | |
| 52 | B | Correct | |
| 53 | B | Missed | |
| 54 | C | Missed | |
| 55 | B | Correct | |
| 56 | A | Correct | |
| 57 | A | Missed | |
| 58 | B | Missed | |
| 59 | D | Missed | |
| 60 | A | Missed | |
| 61 | D | Missed | |
| 62 | D | Correct | |
| 63 | C | Correct | |
| 64 | D | Correct | |
| 65 | B | Correct | |
| 66 | D | Missed | |
| 67 | A | Missed | |
| 68 | A | Correct | |
| 69 | A | Correct | |
| 70 | A | Missed | |
| 71 | C | Correct | |
| 72 | C | Correct | |
| 73 | A | Correct | |
| 74 | B | Correct | |
| 75 | C | Correct | |
| 76 | C | Missed | |
| 77 | C | Missed | |
| 78 | C | Missed | |
| 79 | D | Missed | |
| 80 | A | Missed | |
| 81 | A | Correct | |
| 82 | C | Correct | |
| 83 | C | Missed | |
| 84 | B | Missed | |
| 85 | B | Correct | |
| 86 | C | Correct | |
| 87 | D | Missed | |
| 88 | A | Correct | |

| | | | |
|---|---|---|---|
| 89 | D | Missed | |
| 90 | D | Missed | |
| 91 | A | Correct | |
| 92 | C | Missed | |
| 93 | B | Missed | |
| 94 | A | Missed | |
| 95 | B | Missed | |
| 96 | C | Correct | |
| 97 | B | Correct | |
| 98 | A | Correct | |
| 99 | A | Correct | |
| 100 | B | Correct | |

# BCJ 303 TERRORISM COURSEWORK
# MORTEZA AMIRI
# STUDENT ID # 66976



June 25, 2024

**Morteza Amiri**

███████████████

████████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ303

**Course Title:** TERRORISM

**Course Grade:** B

**Credit(s) Earned:** 3

**Course Completion Date:** February 08, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 01/29/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ303 - TERRORISM
**Unit:** 1

Morteza Amiri

66976

BCJ 303

Terrorism

Essay #1 Discuss the structures, motivations and qualities of terrorist groups.

Terrorism is the unlawful use of intimidation and/ or violence against society, in pursuit of religious or political aims.  Terrorist come in a variety of forms including gunman, assassins, bombers and arsonists.  In this essay I will discuss the structure of terrorist groups, their motivations and their characteristics or qualities that define them as terrorist.

Terrorist groups tended to organize themselves in specific environments they function well in all over the world to carry out terrorist acts.  They find safety and security in a "cellular structure."  The structure ensures that no one is able to identify other terrorist groups unless they belong to your specific cell structure. Smaller terrorist organizations that are not supported by the government or state sponsored are structured into "sympathizers," a tight group that actively or passively supports/ helps.  They may help or support in means of recruiting, collecting intelligence, suicide bombing or logistics.

Each group is inspired by diverse motives that can be classified into three categories including cultural, rational and psychological.  A rational terrorist will plot various options with a goal in mind, weighing out cost verse benefit. They determine analyze less costly and more effective ways to reach their goal, whether that be using one individual or one group.  Another characteristic is to be among like-minded people. These groups with stronger internal motivations find the need to continuously justify existence by committing violent acts frequently to maintain relevance.

Lastly, terrorist hold three specific qualities: passion, killer instincts and ability to be effective while working alone.  It is most important that a terrorist is passionate in their "just cause." Believing in their actions makes a terrorist committed to all actions they most carry out. Secondly, they should have a killer instinct, meaning they must always have the appetite to kill without remorse for the victims.  Lastly, they must work most effective when alone.  During an act they must remain anonymous and private while connecting intel.

In conclusion, terrorist can be an individual or a group of people that use unlawful intimidation or violence in pursuit of political or religious reasons.  Most terrorist groups are organized by a cellular structure, ensuring there are unidentifiable by others.  Their motives fall under psychological, cultural and rational in a variety of combinations.  They also have three specific qualities such as passion, killer instinct and effectiveness as a loner.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ303
**Writing Assignment 1** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**            Date: **2/7/2020**

---

**Total: 22**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-209

**Notes**

Your essay did a good job of covering the key highlights.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **2/7/2020**

**Received Date:** 01/29/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ303 - TERRORISM
**Unit:** 2

---

Morteza Amiri

66976

BCJ 303

Terrorism

Essay #2 Discuss the reasons why the "Troubles" in Ireland lasted so long and were so bloody

The "Troubles" began in 1968 and lasted until 1998 between the Catholics and Protestants in Ireland.  In this essay I will discuss the "troubles" in Ireland and the reason why it lasted so long.  I will also explain why the "troubles" were so bloody and violent.

During the early days of the fighting between the Catholics and Protestants also known as, the Troubles," the group known as PIRA threatened the security of Ireland.  In 1968, a march was organized by the Northern Ireland Civil Rights Association demonstrating their frustration at the Protestants for discriminating against the Catholics.  The Catholics at the march demanded for accesses to better jobs, housing and economic shares, in turns marchers became violent and the Prime Minister was called to make further prevention.  Toward the end of the 1970s, 153 bombs and devices were set off against all Protestant businesses.  These bombing attacks led to the discrimination of Catholics by Protestants in everyday life like employment.  Within the thirty years of fighting more than three thousand people were killed.

The British Empire was in disarray in the 60s.  Britain withdrew from their last colony Aden, a city in Yemen, due to the breakdown of law and order due to terrorism.  The IRA was formed to dedicate to the removal of all British forces in Northern Ireland.  As of fall 1998, most of the group accepted the Good Friday agreement, which was a peace agreement between the British and Irish government.

In conclusion, the "troubles" were from the beginning of 1968 to 1998 when the Good Friday agreement was signed.  Between the bombing of Protestant businesses and everyday discrimination of Catholics the IRA was formed.  Northern Ireland's troubles were drawn out due to the tension of discrimination and religion between Catholics and Protestants.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ303
**Writing Assignment 2** Score: 21 out of 25
Grade: Passed



---

### Grand Total: 21

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**        Date: **2/7/2020**

---

### Total: 21

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-212

**Notes**

Appreciate your submission, you started some good points,
am looking for more content so please try to be more
content oriented in your essays. Try to include in from your
own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **2/7/2020**

**Received Date:** 01/29/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ303 - TERRORISM
**Unit:** 3

Morteza Amiri

66976

BCJ 303

Terrorism

Essay #3 Explain the conditions that allowed Idi Amin to stay in power for so long in Uganda

Uganda is located in Central East Africa and it boarders the south side of Lake Victoria. Idi Amin was a military officer for Uganda and served as the president of Uganda from 1971 to 1979. In this essay I will discuss the conditions that allowed for Idi Amin to stay in power of Uganda for so long.

In 1962, Uganda gained its independence from Britain and Milton Obote was elected as the first prime minister. Two years into ruling he was instructed to reorder the constitution and replace power. He was not popular with his people due to his extremist social views. While Obote was at the Commonwealth Heads of State meeting Idi Amin overthrew the government.

Idi Amin or the Butcher of Uganda was considered to be one of the cruelest tyrants, he was a military officer and was president of Uganda for 8 long years. He instilled fear into the Ugandan people from 1972-1979, praising dictators such as Adolph Hitler and the destruction of Israel. Amin was known to have a sudden change in mind with irrational behavior and extreme temperament. He wanted to cleanse the country of foreign influences and return Uganda's wealth primarily to his own pockets. To achieve wealth he engaged in rape, smuggling and murder administering terror into Ugandans. He established the Public Safety Unit and the Bureau of State. The Public Safety unit was ordered to kill anyone who was participating in suspicious activity. The Bureau of State carried out interrogations, bring torture and death to helpless people. On many occasions Amin would engage in the exile of prisoners by forcing others to kill each other with hammers, then returning their mutilated body's to their family. Idi Amin used terrorism to instill fear into his people which helped prolong his presidency. As many as half a million Ugandans were killed during the 8 years that Idi Amin was president.

Therefore, Idi Amin was one of the cruelest tyrant in the world, supporting some of the worst acts in world history including the Holocaust. The mass murder, rape and pillage of many while adding to his wealth and power.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ303
**Writing Assignment 3** Score: 20 out of 25
Grade: Passed



---

**Grand Total: 20**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                          Date: **2/7/2020**

---

**Total: 20**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-215

**Notes**

Appreciate your submission, you started some good points,
am looking for more content so please try to be more
content oriented in your essays. Try to include in from your
own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**          Date: **2/7/2020**

**Received Date:** 01/29/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ303 - TERRORISM
**Unit:** 4

Morteza Amiri

66976

BCJ 303

Terrorism

What are chemical, biological and radiological weapons? Discuss the potential for a terrorist attack using chemical, biological or radiation weapons and how those weapons might be deployed in the U.S

Weapons come in varies forms including chemical, biological and radiological.  In this essay I will discuss all three types of weapons and the potential for a terrorist attack using anyone of those weapons.  I will also discuss how the weapons might be deployed in the United States.

 Chemical agents are delivered via shell or ballistic missile and contain any toxic chemical that may cause death, injury, or irritation. They include nerve, blistering or vesicants, blood and irritating agents.  These weapons first known use dates back to world war I, when the Germans released chlorine gas on the British during battle.  Two years later mustard gas was used in the trench wars and by the Italians during their invasion of Ethiopia.  In the late 1930s, the Germans furthered the development of nerve agents creating a stockpile but did not use it during WWII.  The United States used chemical defoliants like Agent Orange, Blue and Purple.  Agent Orange was dropped over Vietnam during the war and is made out of two common weed killers.

Biological weapons are the ultimate weapon of the twenty first century, less likely to be used because it is known to be difficult to control and contain.  They are disease producing agents such as bacteria, viruses, or toxins.  After the 9/11, the worst biological attack in U.S. history killed five Americans and affected seventeen others by lacing their mail with anthrax.

Lastly, radiological weapons are radioactive agents that are dispensed to cause contamination or damage.  The material is also used in medical fields as a diagnosing tool, treatment or cleaning agent for medical equipment.  After September 11th 2001, the license to obtain radioactive material has stiffened.  It is considered low risk due to the decay of radio activity of material.

In conclusion, there are three types of weapons including chemical, biological and radiological.  Chemical weapons are any toxic chemical that cause death or injury and has been highly popular since WWI.  Biological weapons are disease producing agents that are difficult to contain and control.  Radioactive weapons are least likely to be used with a decay of radio activity.

EXH-305-217

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ303
**Writing Assignment 4** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                Date: **2/7/2020**

---

**Total: 22**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-218

**Notes**

You did well to provide some strong points in your essay,
good work. Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **2/7/2020**

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The French Reign of Terror from 1792-1794 resulted in the deaths of over _____ citizens.

   a. 10,000
   b. 200,000
   c. 1,000,000
   d. 400,000

2. By definition, the assassination of Julius Caesar, in 44 BC was _____.

   a. an act of reprisal
   b. murder
   c. politically motivated
   d. an act of terrorism

3. The country from which the original terminology of "assassins" emerged is _____.

   a. Syria
   b. India
   c. Morocco
   d. Persia

4. Some militia members firmly believe that the U.S. government is deeply involved in a conspiracy to create a "_____."

   a. Dictatorship
   b. A league of Nations
   c. A Global Free Trade Agreement
   d. New World Order

5. One of the main perpetrators captured by the United States as one of the masterminds of the 9-11 attacks was _____.

   a. Maleeha Lodhi
   b. Khalid Sheikh Mohammed
   c. Abu Hamza al Masri
   d. Mahmud Ahmed

6. The trade in illegal drugs between Canada and the United States is viewed as significant and the terrorist group that may be involved in this trade would likely be the _____ with bases of operation in Toronto and Montreal.

   a. Hezbollah
   b. Tamil Tigers
   c. the FLQ
   d. Akali Dal

7. Nizar Ben Muhammed Nawar was one of 1300 _____ students who entered Montreal in 1999 and immediately dropped out of sight along with more than 100 other students after the 9-11 attacks.

   a. Saudi Arabian
   b. Somali
   c. Tunisian
   d. Iranian

8. The Protestants celebrate their victory over the Catholic King James I at The Battle of _____.

   a. the Boyne
   b. the Somme
   c. Crumlin Road
   d. Culloden

9. In which year was the ETA terrorist organization designated under the U.S. Executive Order #13224?

   a. 2002
   b. 2005
   c. 2001
   d. 2003

10. Two prominent members of the 9-11 hijackers, Mohammed Atta and Marwan Al-Shehhi, who are believed to have been the pilots that flew the aircraft into the two World Trade Center towers, spent a significant amount of time in _____.

    a. Germany
    b. Spain
    c. Turkey
    d. Italy

11. Milosevic was extradited to the International Criminal Tribunal for the Former Yugoslavia (ICTY) in _____ to stand trial for war crimes.

   a. Zagreb
   b. The Hague
   c. Gavrilo Princip
   d. New York

12. Yugoslavia is split along ethnic lines into how many republics?

   a. five
   b. six
   c. four
   d. eight

13. The Al-Fatah terrorist wing responsible for the 1972 Munich Olympic Games massacre was known as _____.

   a. Abu Nidal
   b. Black September
   c. PLO
   d. Hamas

14. The central figure in the establishment of the HAMAS organization was _____ whose ideology fuelled current Palestinian terrorism.

   a. Yasser Arafat
   b. Sheikh Abu Katada
   c. Sheikh Ahmed Yassin
   d. Sheikh Abu Hamza al Masri

15. Bin Laden believes that the _____ support for Western interests is a betrayal of Islam.

   a. Israeli
   b. Iraqi
   c. Palestinian
   d. Saudi Royal family's

16. Ethiopia has long been Somalia's main rival in the region, and its foreign policy was always aimed at keeping Somalia _____.

    a. allied with the U.S.
    b. strong and safe
    c. weak and divided
    d. under its control

17. The African National Congress (ANC) received outside support from _____.

    a. Communist sources
    b. Great Britain
    c. Zimbabwe
    d. Holland

18. The Indian military and police assault on the Golden Temple in Amritsar in 1984 caused an unprecedented bloodletting between _____ and _____.

    a. Hindus; Muslims
    b. Kashmiri's; Afghans
    c. Indians; Pakistanis
    d. Sikhs; Punjabis

19. The Khmer Rouge used executions, starvation and labor camps to subdue the people of Cambodia. What is the estimate of the numbers killed by the Khmer Rouge campaign during its four year reign on the 1970s?

    a. 3 million
    b. 1 million
    c. 5 million
    d. 2 million

20. A Japanese Red Army member, Tsutomu Shirosaki, was captured in 1996 and brought to the U.S. to stand trial in connection with a rocket attack on a U.S. embassy in which city?

    a. Colombo
    b. Jakarta
    c. Beirut
    d. Bangkok

21. What is the name of the legislative body largely appointed by President Suharto that reelected him to a seventh term as President of Indonesia?

    a. The Democracy Assembly
    b. The Peoples Assembly
    c. The Peoples Consultative Assembly
    d. The Democratic Peoples Assembly

22. Mexico's Popular Revolutionary Army (EPR) received support training and logistics from which South American terrorist group?

    a. Shining Path
    b. Rebel Armed Forces of Colombia
    c. Contras
    d. ELZN

23. Arabic news media, _____, is the largest and most controversial Arabic news channel in the Middle East.

    a. Al Jazeera
    b. Al Hamza
    c. Abu Dhabi
    d. Iran News Service

24. Operation Bojinka was planned in 1995 and was uncovered by _____ when they stumbled by accident on a bomb making factory in an apartment block that had caught fire.

    a. The FBI
    b. Australian authorities
    c. Philippine authorities
    d. German police

25. GSG-9 was formed following the disaster at _____.

    a. Munich Olympic Games
    b. Entebbe
    c. The World Trade Center
    d. Gibraltar

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ303

## Test Information

BKNum: BCJ303  ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: PreTest 1

Web Test: Y

Score: 5 out of 25

Grade: F

| | |
|---|---|
| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Missed | |
| 2 | D | Correct | |
| 3 | A | Missed | |
| 4 | C | Missed | |
| 5 | A | Missed | |
| 6 | C | Missed | |
| 7 | A | Missed | |
| 8 | D | Missed | |
| 9 | B | Missed | |
| 10 | B | Missed | |
| 11 | D | Missed | |
| 12 | A | Missed | |
| 13 | B | Correct | |
| 14 | D | Missed | |
| 15 | C | Missed | |
| 16 | A | Missed | |
| 17 | C | Missed | |
| 18 | D | Correct | |
| 19 | D | Correct | |
| 20 | B | Correct | |
| 21 | A | Missed | |
| 22 | C | Missed | |
| 23 | B | Missed | |
| 24 | A | Missed | |
| 25 | B | Missed | |

EXH-305-225

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Terrorism is all of the following EXCEPT:

   a. violence or threatened violence intended to produce fear or change.
   b. a way to get consensus through violent means.
   c. a legitimate means to a political goal or objective.
   d. an abstract concept with no real essence.

2. Since the horrific attacks of 9-11, a constant fear of more attacks has _____.

   a. mostly been ignored by citizens of the United States
   b. been thought to be only an East Coast problem
   c. largely ignored in the Midwest of the United States
   d. become an everyday reality to citizens of the United States

3. Which of the following is not considered "fair game" for terrorists?

   a. military personnel
   b. first responders who are there to help the injured
   c. government officials
   d. civilians unconnected in any way against which the terrorist is fighting

4. Members of the PLO, IRA, ETA and other terror groups may be revered as _____ by their subgroup of the local political system.

   a. terrorists
   b. patriots
   c. freedom fighters
   d. guerrilla fighters

5. Labeling persons or groups as terrorists does not preclude also categorizing those same persons or groups as _____.

   a. guerillas
   b. terrorists
   c. murderers
   d. assassins

6. Following the London subway suicide attacks, the British government sought to define terrorism as it might apply to the _____.

   a. ethnic conflicts
   b. civil wars
   c. current threat and attack scenarios
   d. islamic militants

EXH-305-226

7. By the early twentieth century, terrorists began to attack people who were previously considered _____ to generate political pressure from and by the public.

    a. crusaders
    b. Muslims
    c. Christians
    d. innocents

8. Under current U.S. law (18 USC 1203, Act for the Prevention and Punishment of the Crime of Hostage-Taking, enacted in October 1984, on implementation of the U.N. convention on hostage-taking), seizure of a U.S. national as a hostage anywhere in the world is _____.

    a. not considered to fall under a specific definition of terrorism
    b. considered a terrorism act
    c. a crime
    d. an offense that clearly falls within the definition of terrorism

9. In the earliest social groups, or tribes, violence could be identified, controlled, or quickly dealt with by _____.

    a. failure to control a bad temper
    b. a quick buildup and then retreat back to normalcy
    c. anger leading quickly into terrorism
    d. either individual or group retaliation

10. An act of violence can be described as a logical progression in microseconds, except for _____.

    a. execution of intent
    b. immediate consequences
    c. escape from the scene
    d. formation of intent

11. Those who commit the political crime of murdering a Head of State can often enjoy a type of special protection in the form of _____.

    a. life in prison
    b. political asylum
    c. the Geneva Convention
    d. U.N. Human Rights Commission

EXH-305-227

12. State-sponsored terrorism can achieve strategic ends where the use of conventional armed forces is neither _____.

    a. accepted or easily deployed
    b. suited nor adapted
    c. supported nor accepted
    d. practical nor effective

13. Modern day terrorism and the events unfolding globally have a considerable amount to do with _____.

    a. disenchanted youth seeking a religion with which to identify their grievances
    b. youth unemployment, particularly in the UK and Europe
    c. a fire brand and extreme version of religion
    d. Islamic jihad

14. Islamism is not a _____ but one that responds to the stress and strains of the twentieth century.

    a. twenty-first century program
    b. religion of choice
    c. medieval program
    d. state of mind

15. The Crusade's campaigns had other, more worldly benefits, except for _____.

    a. travels to new lands and learning about new and interesting cultures
    b. spices that allowed food to last longer and taste better
    c. an increase in trade in Europe
    d. support from the Muslim cause in the Middle East

16. Protesters on the streets of _____ calling for the death of Indira Ghandi for her involvement in the storming of the Golden Temple in Amritsar were largely ignored by police.

    a. New York
    b. Toronto
    c. Vancouver
    d. Delhi

17. Timothy McVeigh was a member of the _____ movement that developed in the early 1990s, a group that believed in the true American ideals of individualism, armed citizens, and minimum interference from governments.

    a. Weather Underground
    b. KKK
    c. Patriot movement
    d. Black Panthers

EXH-305-228

18. Two independent Pentagon experts concluded that five separate bombs caused the destruction of the _____ in April 1995.

   a. Bali Night Club
   b. U.S. Embassy Bombings in Africa
   c. World Trade Center
   d. Oklahoma City Federal Building

19. The explosive charge detonated in the garage of the WTC in 1993 consisted primarily of _____.

   a. 200 pounds of high-grade nitroglycerine
   b. 1,200 to 1,500 pounds of homemade (nitrogen-fertilizer) explosive, urea nitrate
   c. 40-50 sticks of construction grade dynamite
   d. 50 pounds of plastic C4 explosive

20. Following the attacks on 9-11, the U.S. wanted Pakistan to break off all relations with which country?

   a. Saudi Arabia
   b. Iran
   c. Afghanistan
   d. Iraq

21. In the aftermath of 9-11, _____ have been in the forefront of information sharing and cooperation.

   a. the FBI
   b. Britain and Europe
   c. Homeland Security
   d. the FBI and the CIA

22. The "War on Terrorism" materialized through a pre-9-11 directive concerning _____ and evolved into National Security Presidential Directive 9 entitled, "Defeating the Terrorist Threat to the United States."

   a. Islamic Jihad in America
   b. Jamaat al Fuqra
   c. Al-Qaeda
   d. CIA

EXH-305-229

Unit 1 Examination

23. The experiences in Britain and Europe from _____ could well be the example for the next attack on the United States.

   a. ETA
   b. radicalized Muslims
   c. the Irish Republican Army
   d. al Qaeda

24. The jihadi-Salafi ideology is the driver that motivates young men and women, either born or living in the West, to carry out _____.

   a. autonomous jihad
   b. terrorist attacks
   c. jihad
   d. suicide attacks

25. This is the phase in which the group members accept their individual duty to participate in jihad and self-designate themselves as holy warriors or mujahideens.

   a. Al Kanadi
   b. Radical Muslims
   c. Al Hamdi
   d. Jihadization

EXH-305-230

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ303

## Test Information

BKNum: BCJ303    ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 1

Web Test: Y

Score: 21 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | D | Correct | |
| 3 | B | Correct | |
| 4 | C | Correct | |
| 5 | A | Correct | |
| 6 | C | Correct | |
| 7 | D | Correct | |
| 8 | C | Correct | |
| 9 | D | Correct | |
| 10 | A | Missed | |
| 11 | B | Correct | |
| 12 | D | Correct | |
| 13 | C | Correct | |
| 14 | C | Correct | |
| 15 | D | Correct | |
| 16 | B | Missed | |
| 17 | C | Correct | |
| 18 | D | Correct | |
| 19 | B | Correct | |
| 20 | C | Correct | |
| 21 | D | Missed | |
| 22 | C | Correct | |
| 23 | B | Correct | |
| 24 | C | Missed | |
| 25 | D | Correct | |

EXH-305-231

Unit 2 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. In 2000, two liberal Cabinet members, including the Finance Minister and former Liberal Prime Minister Paul Martin, attended a fund-raising event for a group identified as a front for the _____.

   a. FLQ
   b. International Sikh Youth Foundation
   c. Babbar Khalsa
   d. Tamil Tigers

2. No defined policy on refugees existed in Canada until the late _____.

   a. 1960s
   b. 1940s
   c. 1970s
   d. 1950s

3. Canada is being used as a base for _____ for international terrorists.

   a. transport and logistics
   b. organizing
   c. fund-raising
   d. All of the above.

4. Many of the al Qaeda terrorists who operated so successfully in Europe and then in the United States did so on _____ visas.

   a. student
   b. temporary work
   c. visitor
   d. immigrant

5. Canada has had an official multicultural policy since _____, which in so many regions has had the negative effect of ghettoizing non-English speaking communities.

   a. 1971
   b. 2001
   c. 1961
   d. 1982

EXH-305-232

6. Bhindranwale's Dal Khalsa movement had attracted global support in Sikh communities that were in favor of an independent Sikh homeland, and none more so than Dal Khalsa members in _____.

    a. Punjab
    b. Sri Lanka
    c. Quebec
    d. British Columbia

7. Northern Ireland's police force, the Royal Ulster Constabulary, was comprised almost exclusively of _____ members.

    a. Protestant
    b. Fenian
    c. Roman Catholic
    d. Black and Tans

8. The Continuity IRA is an offshoot of _____.

    a. PIRA
    b. UVF
    c. INLA
    d. UFF

9. In October 1968 the newly formed _____ organized a march in Londonderry to show its frustration at the discrimination by Protestants.

    a. Northern Ireland Civil Rights Association
    b. Good Friday Group
    c. Finnegan brigade
    d. Orange Order

10. The hunger strikes ended in October 1981, after which the British government allowed the prisoners to _____.

    a. receive food parcels
    b. associate with regular prisoners
    c. hold Lodge meetings
    d. wear their own clothes

11. Libya's support of PIRA in the early 1970s is believed to have been to the tune of more than _____ in hard currency.

    a. $3 million
    b. $15 million
    c. $25 million
    d. $10 million

EXH-305-233

12. In one of their more cowardly attacks, the PIRA targeted the British Royal family and in August 1979, detonated a bomb in a small fishing vessel being operated by _____.

    a. Lord Louis Mountbatten
    b. the Countess of Moy
    c. the Duke of York
    d. the Earl of Berwick

13. General Franco suppressed the Basque Nationalists by _____.

    a. deporting dissidents
    b. incorporating the region within Spain
    c. incorporating the region into France
    d. executing the leaders of the Nationalist movement

14. Under Executive Order 13224, French authorities froze 54 million dollars, the assets of the former _____ government.

    a. Sudanese
    b. Libyan
    c. Taliban
    d. Iraq

15. The Union of Islamic Communities and Organizations in Italy (UCOII) is heavily influenced by _____.

    a. Iran
    b. Islam
    c. Syria
    d. Hezbollah

16. This group of committed Marxists sought to engage the United States in a combative role by extending the Vietnam War to German soil.

    a. Red Army Faction
    b. ETA
    c. Action Direct
    d. Baader Meinhof Gang

17. The 9-11 Commission Report published in 2004 makes considerable mention of the involvement of the _____ cell and its growth and training in Afghanistan.

    a. Al Qaeda
    b. Hofstradt
    c. Hoffberg
    d. Hamburg

EXH-305-234

Unit 2 Examination

18. The Milli Görüs, which has a translation meaning of "_____," is the largest Muslim organization in Germany.

    a. Nationalist Islam
    b. National Vision
    c. Islamic Vision
    d. A million Muslims

19. The Narodnaya Volya was organized with the aim of causing as much distress as possible to whom?

    a. the Boevaya Oranisatsia
    b. the Bolsheviks
    c. the Social Democratic Labour Party
    d. the Romanovs

20. The United Nations defines crimes against humanity as crimes committed in _____.

    a. defense of nationhood
    b. armed conflict
    c. civil war
    d. insurrection

21. The Pankisi Gorge is a lawless region of _____ and reputed haven for Islamic fighters.

    a. Georgia
    b. Bosnia and Herzegovina
    c. Ukraine
    d. Chechnya

22. Yugoslavia was established as a nation by the _____.

    a. United Nations
    b. League of Nations
    c. NATO in 1980
    d. Soviet Union

23. In the summer of 1998, _____ was openly commenting in press reports about the right-wing nationalist threat to Russia.

    a. Sergi Kirov
    b. Boris Yeltsin
    c. Vladimir Putin
    d. Gavrilo Princip

EXH-305-235

24. What was the name of the peace agreement signed in 1995 between Slobodan Milosevic, Franjo Tudjam and Alija Izetbegovic?

    a. the Good Friday Agreement
    b. the Dayton Peace Accord
    c. the Treaty of Versailles
    d. the Washington Peace Accord

25. Chechen fighters have been involved with affiliated terror groups from Muslim countries trained in _____.

    a. Iraq
    b. Chechnya
    c. Tajikistan
    d. Afghanistan

EXH-305-236

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ303

## Test Information

BKNum: BCJ303    ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 2

Web Test: Y

Score: 19 out of 25

Grade: C

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | D | Missed | |
| 3 | C | Missed | |
| 4 | C | Missed | |
| 5 | A | Correct | |
| 6 | A | Missed | |
| 7 | C | Missed | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | D | Correct | |
| 11 | A | Correct | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | C | Correct | |
| 15 | B | Correct | |
| 16 | A | Correct | |
| 17 | A | Missed | |
| 18 | B | Correct | |
| 19 | D | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | B | Correct | |
| 24 | B | Correct | |
| 25 | D | Correct | |

Unit 3 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. As far back as the creation of Israel, the U.S. has been fielding the criticism and often the blame for Israel's intransigence, her belligerence, and her arrogance and cold bloodedness. The question of a separate _____ remains as much in focus today as it did over half a century ago.

    a. Jewish state
    b. Palestinian state
    c. Lebanese territory
    d. Islamic caliphate

2. The Stern Gang was an extreme right wing organization founded by Avraham Stern in 1940 as a split-off group from _____.

    a. the Israeli Defense Force
    b. Irgun
    c. PFLP
    d. Qibya

3. It is believed the attack on the La Belle discotheque in Berlin on April 5, 1986, which claimed the life of one U.S. serviceman and injured several scores of others, was the work of _____.

    a. Libyan agents
    b. Mossad
    c. PLO
    d. HAMAS

4. What does the Al Aqsa Brigade use as its 'weapon' to inspire its struggle for an independent Palestine?

    a. Shari'a
    b. car bombs
    c. Islam
    d. suicide bombers

5. At a military review on October 6, 1981, _____ was taking the salute when he was cut down by a burst of machine gun fire from his own troops in a bloody twenty-five-second rampage.

    a. Hosni Mubarak
    b. President Nasser
    c. Anwar Sadat
    d. Menachem Begin

EXH-305-238

6. On September 13th, 1993, the Declaration of Principles between Israel and the Palestinians was signed. Palestinian groups formerly under the umbrella of the PLO, such as _____ and _____, suspended their participation in the PLO in protest and continued their campaigns of violence.

    a. al Qaeda; the Muslim Brotherhood
    b. the al Aqsa Martyrs; Hezbollah
    c. the PFLP; the DFLPH
    d. the Lebanese Hezbollah; the Shiites

7. In the late 1960s, the British presence in southern Yemen was _____, outside of Aden itself.

    a. effective
    b. non existent
    c. substantial
    d. minimal

8. These Islamist movements, labeled _____ in the West, sought the government institutionalization of Islamic laws and social principles.

    a. terrorists
    b. extremists
    c. Islamists
    d. fundamentalists

9. The term Wahhabism is a(n) _____ designation for the religious movement within Islam founded by Muhammad ibn Abd al-Wahhab (1703—1792).

    a. Islamic
    b. outsider's
    c. original
    d. unusual

10. The Al-Mahdi Army in Iraq was led by _____.

    a. Abu al-Zarqawi
    b. Khalid-Bin-al-Walid
    c. Muqtada al-Sadr
    d. Imam Ali Bin-Abi Talib

11. Sayyid Qutb joined the Brotherhood in 1951 and is probably the one man who could be considered the ideological grandfather of _____.

    a. Abu Abbas
    b. Musab al Zarqawi
    c. Ayatollah Khomeini
    d. Osama bin Laden

EXH-305-239

12. Iraq's Shiite militias are well trained and equipped by _____.

    a. CIA
    b. Iraq
    c. Iran's Revolutionary Guard Corps
    d. Saudi Arabia

13. On May 28th, 1991, the Ethiopian People's Revolutionary Democratic Front toppled the authoritarian government of _____ and took control of Addis Ababa.

    a. Haile Selassie
    b. Mohammed Aideed
    c. Mengistu Haile-Mariam
    d. Said Barre

14. A region, such as the Ogaden, which is a disputed area, has seen the rise to prominence of the _____.

    a. al-Ittihad
    b. Lords Resistance Army
    c. Ogaden National Liberation Front (ONLF)
    d. Bakassi Boys.

15. The Lords Resistance Army forcibly recruits _____ for its fighters.

    a. members of the Langi tribe
    b. members of the Acholi tribe
    c. Sudanese
    d. children

16. After U.S. military successes in Afghanistan, speculation was that its next target against terrorism would be _____ as it seemed to fit the bill of a lawless state that draws terrorists like a magnet.

    a. Uganda
    b. Sudan
    c. Ogaden
    d. Somalia

17. As it was impossible to physically distinguish between Hutu and Tutsi, the _____ decreed a system that sounds like it came out of the Dark Ages in order to define in which ethnic group a person belonged.

    a. Portuguese
    b. Dutch
    c. Belgians
    d. French

EXH-305-240

18. Established in 1996, People against Gangsterism and Drugs (PAGAD) was formed as a
_____.

    a. militia for democratic change
    b. community anti-crime force
    c. splinter group from the AWB
    d. group to challenge the apartheid government

19. He was killed in a clash with British and U.S. Special Forces in Helmand Province on May 13,
2007.

    a. Mullah Dadullah
    b. Maulana Shirani
    c. Hamid Karazi
    d. Mullah Omar

20. In 1997 four U.S. employees of Union Texas Petroleum and their driver were murdered in
Karachi when their vehicle was attacked near the U.S. Consulate. What two separate groups
claimed responsibility for the killings?

    a. Harakat —ul-Ansar and Akali Dal
    b. Babba Khalsa and the LTTE
    c. Amal and SGPC
    d. Aimal Khufia Action Committee and Islami Inqilabi Mahaz

21. Sikh terrorism is sponsored by expatriate and Indian Sikh groups that want to carve out an
independent Sikh state called Khalistan from Indian Territory. Which of the following are active
groups?

    a. Babbar Khalsa
    b. Sikh Youth Federation
    c. Dal Khalsa
    d. All of the above.

22. In early 2008 the Taliban changed their official name to the _____ in communiqués.

    a. Islamic Emirate of Afghanistan
    b. Ansar al Islam Afghanistan
    c. Islamic Caliphate of Afghanistan
    d. LeT

23. Most of the Taliban's leaders were educated in _____, in refugee camps where they had fled
with millions of other Afghans after the Soviet invasion.

    a. Somalia
    b. Saudi Arabia
    c. Sudan
    d. Pakistan

EXH-305-241

24. Cambodia, under the rule of the Khmer Rouge, was called by what name?

   a. Myanmar
   b. Kampuchea
   c. Peoples Republic of Cambodia
   d. Sri Lanka

25. The Dera had openly supported the _____ in the State Assembly elections in March 2007.

   a. Congress Party
   b. Dal Khalsa
   c. Indira Gandhi
   d. Akali Dal

EXH-305-242

**Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty**

**Note/Message   ACenina** Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ303

## Test Information

BKNum: BCJ303 ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 3

Web Test: Y

Score: 20 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | A | Correct | |
| 4 | D | Missed | |
| 5 | C | Correct | |
| 6 | C | Correct | |
| 7 | D | Correct | |
| 8 | D | Correct | |
| 9 | A | Missed | |
| 10 | C | Correct | |
| 11 | D | Correct | |
| 12 | C | Correct | |
| 13 | A | Missed | |
| 14 | C | Correct | |
| 15 | D | Correct | |
| 16 | D | Correct | |
| 17 | C | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | B | Missed | |
| 22 | A | Correct | |
| 23 | D | Correct | |
| 24 | C | Missed | |
| 25 | A | Correct | |

EXH-305-243

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The Uighur separatists are made of which ethnic minority group?

   a. Orthodox Chinese
   b. Chinese Muslims
   c. Christian Orthodox
   d. Christian fundamentalists

2. Chinese authorities have mounted a three year campaign denouncing Falun Gong as being a(n) _____.

   a. anti Communist organization
   b. terrorist organization
   c. subversive movement
   d. evil cult

3. Which terrorist group was responsible for the Sarin gas attack on the Tokyo subway in 1995?

   a. Shining Path
   b. Aum Shinrikyo
   c. Japanese Red Army
   d. Ichiro Ozawa

4. Japan's Government/Industry cooperation, a strong work ethic, mastery of high technology, a comparatively small defense allocation, and a _____ of GDP have helped Japan become one of the most powerful economies in the world.

   a. 5.0%
   b. 10.0%
   c. 1.0%
   d. 3.0%

5. The guerrilla arm of the Communist Party of the Philippines (CPP) is an avowedly _____ group formed in December 1969.

   a. Secular
   b. Extremists
   c. Maoist
   d. Islamist

6. In 1998, North Korea launched a missile over _____.

   a. South Korea
   b. Taiwan
   c. China
   d. Japan

155

7. Jemaah Islamiyyah had a strong ally in which organization?

    a. Moro National Liberation Front
    b. Moro Islamic Liberation Front
    c. The New Peoples Army
    d. Abu Sayyaf

8. The Islamic terrorist organization, Jemaah Islamiyyah, has developed economic and military assets through the use of _____.

    a. extortion
    b. cells (fiahs)
    c. hijackings
    d. kidnapping

9. There were two institutional power bases, the _____ and the _____, in Mexico after Independence.

    a. church; state
    b. military; caudillos
    c. Catholic Church; Mexican military
    d. caudillos; police

10. Emilio Zapata emerged as a strong leader from which section of Mexican society?

    a. the university campuses of Mexico City
    b. farm laborers
    c. the political left
    d. former landowners

11. Vincente Fox took office in 2000, ending seventy years of single party rule by _____.

    a. the Military
    b. PRI Party
    c. PAN Party
    d. the Junta

12. What term best describes the activities of the right-wing Peace and Justice movement in the Chiapas region of Mexico?

    a. Freedom Fighters
    b. Death Squads
    c. Para militaries
    d. Guerrillas

EXH-305-245

13. In the mid-1990s, the United States stepped up deportations of Central American criminal, many of them gang members from _____.

    a. the 18th Street
    b. Mara Salvatrucha 13
    c. Mara 18
    d. All of the above.

14. FARC and ELN (National Liberation Army) have become _____.

    a. comrades in arms
    b. close allies
    c. bitter enemies
    d. a collective of terrorist groups fighting the government

15. About sixty-five of the FARC's 110 operational units are involved in some aspect of _____.

    a. arms smuggling
    b. extortion
    c. drug trading
    d. kidnapping

16. After the death of Raul Reyes the Colombian military found a number of files on his computer that indicated the _____ government was prepared to back FARC.

    a. Peruvian
    b. Chilean
    c. Ecuadorian
    d. Venezuelan

17. U.N. Security Council Resolution 1373 was unanimously adopted on _____, under Chapter VII of the UN Charter.

    a. September 5th, 2001
    b. November 11th, 1945
    c. December 7th, 1955
    d. September 28, 2001

18. The "Sky Marshal" program has been around since the late _____ when armed U.S. Customs agents operated in plain clothes on U.S. flagged international flights.

    a. 1960s
    b. 1950s
    c. 1970s
    d. 1980s

EXH-305-246

19. Israel was one of the first states to provide _____ on all its flights.

    a. passenger profiling
    b. Sky Marshals
    c. secure cockpit doors
    d. 100% baggage match

20. In November 2004, the U.S. Transportation Security Agency (TSA) began testing a new form of passenger prescreening called _____.

    a. CAPS I
    b. CAPS II
    c. Secure Flight
    d. Watch Lists

21. Vesicants are _____ agents.

    a. nerve
    b. blistering
    c. blood
    d. choking

22. Cutaneous anthrax occurs when anthrax spores come in direct contact with what?

    a. the nasal tissues
    b. an open cut or broken skin
    c. the lungs
    d. lining of the esophagus

23. The SAS has also been used effectively against the IRA in Europe. In 1988, the SAS followed an IRA unit to _____, where intelligence sources indicated the terrorists would detonate a bomb during a military parade.

    a. Gibraltar
    b. Ibiza
    c. Spain
    d. Malta

24. Avian Flue or "Bird Flu" is a highly contagious disease caused by viruses that normally only infect birds. The virus, when it jumps from animals to human beings, is identified as the _____ virus.

    a. severe acute respiratory
    b. HN51
    c. H5N1
    d. tularemia

EXH-305-247

25. GSG-9 was formed following the disaster at/in _____.

    a. Gibraltar
    b. the Munich Olympic Games
    c. the World Trade Center
    d. Entebbe

EXH-305-248

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ303

## Test Information

BKNum: BCJ303 ☐ Old Exam Format

Test Type: CBX

Revision: 12/2014

Exam: Unit Exam 4

Web Test: Y

Score: 22 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | D | Correct | |
| 3 | B | Correct | |
| 4 | C | Correct | |
| 5 | C | Correct | |
| 6 | D | Correct | |
| 7 | B | Correct | |
| 8 | B | Correct | |
| 9 | C | Correct | |
| 10 | D | Correct | |
| 11 | B | Correct | |
| 12 | B | Correct | |
| 13 | D | Correct | |
| 14 | D | Missed | |
| 15 | C | Correct | |
| 16 | D | Correct | |
| 17 | D | Correct | |
| 18 | A | Correct | |
| 19 | B | Correct | |
| 20 | B | Missed | |
| 21 | B | Correct | |
| 22 | B | Correct | |
| 23 | C | Missed | |
| 24 | C | Correct | |
| 25 | B | Correct | |

Final Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Fear of terrorism has spawned which of the following?

    a. sympathy for their causes
    b. a movement to aid the terrorists in the US
    c. massive Governmental and Private Security industry
    d. support for terrorist methods

2. "The Regime de la Terreur" gave birth to the term "terrorism" from events that took place in _____.

    a. France from 1792 - 1794
    b. Uganda from 1970 - 1982
    c. Mississippi from 1954 - 1960
    d. Haiti from 1952 - 1990

3. Trained soldiers (in wartime), or citizens frightened into surrender or compliance but not physically, are _____.

    a. religiously motivated targets
    b. the most logical and realistic targets
    c. political targets
    d. collateral targets

4. The French Reign of Terror from 1792-1794 resulted in the deaths of over _____ citizens.

    a. 10,000
    b. 200,000
    c. 1,000,000
    d. 400,000

5. Brian Jenkins defines terrorism as the use or threatened use of force designed to bring about _____.

    a. anarchy
    b. a political response
    c. political change
    d. political upheaval

6. The terrorists' need for publicity often drives the _____.

    a. political motivations of the perpetrators
    b. target selection
    c. location of the attack
    d. number of terrorists required for the attack

5

7. The United States has established bilateral _____ and close intelligence and law enforcement relationships with many nations to help prevent terrorist incidents.

    a. counter terrorism assistance programs
    b. counter espionage
    c. agreements
    d. a UN protocol

8. By definition, the assassination of Julius Caesar, in 44 BC was _____.

    a. an act of reprisal
    b. murder
    c. politically motivated
    d. an act of terrorism

9. The potent combination of religious and political fanaticism is the legacy of _____.

    a. the Muslim Brotherhood
    b. Ayatollah Khomeini
    c. the Brotherhood of Assassins
    d. Ariel Sharon

10. There is no global consensus on a single definition for _____.

    a. state terrorism
    b. state sponsored terrorism
    c. terrorism
    d. insurgency

11. In general, terrorist acts too often have started a _____.

    a. cycle of violence
    b. cessation of wrongs
    c. quick peace
    d. way of solving problems

12. The country from which the original terminology of "assassins" emerged is _____.

    a. Syria
    b. India
    c. Morocco
    d. Persia

EXH-305-251

Final Examination

13. During the struggle to gain a homeland free of Nazi terror, _____ had also committed terrorist acts against the indigenous population.

   a. the Palestinians
   b. the people of Warsaw
   c. the Jewish Irgun
   c. the Jews

14. Intrinsic meaning is lost when words like _____ or _____ are used loosely to describe a human disaster with a large number of victims, regardless of the cause.

   a. murder or ethnic cleansing
   b. genocide or holocaust
   c. terrorism or insurgency
   d. abortion or baby killing

15. The FBI has defined _____ as "groups of individuals who are based and operate entirely in the United States and Puerto Rico without foreign direction, and whose acts are directed at elements of the U.S. government or population."

   a. terrorism
   b. domestic terrorism
   c. jihadization
   d. the Weather Underground

16. Some militia members firmly believe that the U.S. government is deeply involved in a conspiracy to create a "_____."

   a. Dictatorship
   b. A league of Nations
   c. A Global Free Trade Agreement
   d. New World Order

17. During the summer months of 2001 the 9-11 hijackers, including the trained pilots, undertook surveillance flights across the U.S. at the same time they tested _____.

   a. security systems at airports
   b. their unarmed combat skills
   c. the strength of aircraft cockpit doors
   d. their ability to fly the types of aircraft they would hijack

18. What interrogation tactic, if used in the U.S., would be deemed unlawful?

   a. threats and personal intimidation
   b. sensory deprivation
   c. torture
   d. imprisonment without trial

7

19. The failure of the United States and other intelligence organizations to correctly intercept the 9-11 operatives could be blamed on _____.

   a. Jamaat al Fuqra
   b. Al Qaeda
   c. historical events
   d. security failures

20. One of the main perpetrators captured by the United States as one of the masterminds of the 9-11 attacks was _____.

   a. Maleeha Lodhi
   b. Khalid Sheikh Mohammed
   c. Abu Hamza al Masri
   d. Mahmud Ahmed

21. The jihadi-Salafi ideology is the driver that motivates young men and women, either born or living in the West, to carry out _____.

   a. autonomous jihad
   b. terrorist attacks
   c. jihad
   d. suicide attacks

22. A member of _____, Omar el Sayed was arrested in Edmonton, Alberta; he had entered Canada on a forged Dutch passport in 1998. He was arrested for possession of fake identification papers and was wanted on drugs and weapons charges in Germany.

   a. the PLO
   b. Al Qaeda
   c. PFLP
   d. Hezbollah

23. Through Canada's criminal code, the term _____ is defined as a person or group, trust, partnership or fund, or an unincorporated association or organization.

   a. immigrant
   b. refugee
   c. New World Order
   d. entity

EXH-305-253

Final Examination

24. The trade in illegal drugs between Canada and the United States is viewed as significant and the terrorist group that may be involved in this trade would likely be the _____ with bases of operation in Toronto and Montreal.

    a. Hezbollah
    b. Tamil Tigers
    c. the FLQ
    d. Akali Dal

25. A number of terrorists have been caught entering Canada with _____.

    a. the intent to attack the U.S.
    b. false passports
    c. chemical and biological weapons
    d. weapon

26. Financing of all Sikh temples in India was controlled by the _____.

    a. Shiromani Gurdawara Pradbandhk Committee (SGPC)
    b. Dal Khalsa
    c. Babbar Khalsa
    d. Indian government of Indira Gandhi

27. In March 1984, the Indian government appealed for the extradition of _____ from Canada.

    a. Abu Hamza al Masri
    b. Talwinder Singh Parmar
    c. Inderjit Singh Reyat
    d. Mahmud Ahmed

28. Nizar Ben Muhammed Nawar was one of 1300 _____ students who entered Montreal in 1999 and immediately dropped out of sight along with more than 100 other students after the 9-11 attacks.

    a. Saudi Arabian
    b. Somali
    c. Tunisian
    d. Iranian

29. Both of these men have been elected to the British House of Commons _____.

    a. Sean Savage and Daniel McCann
    b. Francis McCloskey and Eamon de Valera
    c. Gerry Adams and Martin McGuiness
    d. Michael Collins and William Cosgrave

9

30. The Ulster Volunteer Force also operates under the name of _____.

    a. the Red Hand Defenders
    b. Ulster Defense Association
    c. Ulster Freedom Fighters
    d. Protestant Action Force

31. _____ is part of Orange Lodge and Protestant culture.

    a. Burning catholic houses
    b. Orangeism
    c. Marching
    d. Violent demonstration

32. The Protestants celebrate their victory over the Catholic King James I at The Battle of _____.

    a. the Boyne
    b. the Somme
    c. Crumlin Road
    d. Culloden

33. Imam Abu Hamza is firm and outspoken in his support for _____.

    a. Osama bin Laden
    b. Gerry Adams
    c. Zacarias Moussaoui
    d. The Blind Cleric

34. The London Underground bombers of July 7th, 2005, were mostly naturalized citizens of _____.

    a. Algeria
    b. Great Britain
    c. Yemen
    d. Saudi Arabia

35. The Northern Ireland Peace Agreement is a document that addresses _____.

    a. decommissioning
    b. political and social inequalities
    c. housing rights for Catholic families in the North
    d. the right of Loyalists to march in celebration of the Battle of the Boyne

EXH-305-255

Final Examination

36. In which year was the ETA terrorist organization designated under the U.S. Executive Order #13224?

   a. 2002
   b. 2005
   c. 2001
   d. 2003

37. The French Directorate of Territorial Security repeatedly informed its counterparts in Britain that _____, who was residing in London in the early 1990s, had made trips to both Afghanistan and Pakistan.

   a. Zacarias Moussaoui
   b. Khalid Sheikh Mohammed
   c. Ahmed Ressam
   d. Abu Hamza al Masri

38. ETA members are known to have received training from which terrorist organization at camps in southern Yemen?

   a. Front de la Liberation Nationale de la Corse (FLNC)
   b. Armed Islamic Group (GIA)
   c. The Popular Front for the Liberation of Palestine (PFLP)
   d. Al Qaeda

39. The _____ stormed a Lufthansa aircraft at Mogadishu, Somalia, killing three hijackers and rescuing the ninety passengers.

   a. GEO
   b. GSG-9
   c. GIGN
   d. SAS

40. Two prominent members of the 9-11 hijackers, Mohammed Atta and Marwan Al-Shehhi, who are believed to have been the pilots that flew the aircraft into the two World Trade Center towers, spent a significant amount of time in _____.

   a. Germany
   b. Spain
   c. Turkey
   d. Italy

41. The Partisan Action Group (GAP) originated in Milan at about the same time (1969) as the
_____.

    a. ETA
    b. Red Brigade
    c. Red Army Faction
    d. Action Direct

42. The November 17 group fervently holds _____ responsible for complicity with Turkey over
the Cyprus crisis, thus making the United States a legitimate military target in its relentless
war for the oppressed.

    a. Greece
    b. Italy
    c. United States
    d. The United Nations Security Council

43. Tito declared a one-party Communist state.  Although a Communist state in its own right,
_____ was not a puppet of the Soviet Union.

    a. Yugoslavia
    b. Bosnia
    c. Georgia
    d. Chechnya

44. Milosevic was extradited to the International Criminal Tribunal for the Former Yugoslavia
(ICTY) in _____ to stand trial for war crimes.

    a. Zagreb
    b. The Hague
    c. Gavrilo Princip
    d. New York

45. The majority of Kosovo Albanians saw UN involvement as the major obstacle for independence
from _____.

    a. Serbia
    b. Yugoslavia
    c. Albania
    d. Montenegro

46. In Rome, Italy, on May 13, 1981, a Turkish nationalist attempted to assassinate _____.

    a. Ronald Reagan
    b. Aldo Moro
    c. Pope Pius X
    d. Pope John Paul II

EXH-305-257

Final Examination

47. In which year did Dictator Slobodan Milosevic come to power?

   a. 1982
   b. 1979
   c. 1984
   d. 1989

48. Yugoslavia is split along ethnic lines into how many republics?

   a. five
   b. six
   c. four
   d. eight

49. Chechen fighters have been involved with affiliated terror groups from Muslim countries trained in _____.

   a. Iraq
   b. Tajikistan
   c. Afghanistan
   d. Chechnya

50. The Balfour Declaration from the British point of view was to win support for the war from the _____.

   a. Jews
   b. Turks
   c. Palestinians
   d. Arab League

51. The term "Special Night Squads" comes from an invention of _____ in Palestine in 1938.

   a. Israeli government
   b. Unit 101
   c. Mossad
   d. the British Army

52. The Al-Fatah terrorist wing responsible for the 1972 Munich Olympic Games massacre was known as _____.

   a. Abu Nidal
   b. Black September
   c. PLO
   d. Hamas

53. The Islamic Jihad has close ties to _____ and continues its assault on the Egyptian government.

    a. Hezbollah
    b. The Muslim Brotherhood
    c. Al Qaeda
    d. The PLO

54. The militant members of the PLO were known as _____.

    a. Fedayeen
    b. Unit 101
    c. Hezbollah
    d. Al Aqsa Martyrs

55. Under Ariel Sharon's _____, Palestinians in the Gaza Strip will continue to be subjected to the effective control of the Israeli military.

    a. Disengagement Plan
    b. Declaration of Principles
    c. war plan
    d. Engagement Plan

56. The central figure in the establishment of the HAMAS organization was _____ whose ideology fuelled current Palestinian terrorism.

    a. Yasser Arafat
    b. Sheikh Abu Katada
    c. Sheikh Ahmed Yassin
    d. Sheikh Abu Hamza al Masri

57. At the end of 2007 there was a growing Shiite revolt against the Yemeni government led by the _____.

    a. Believing Youth Movement
    b. Fedayeen Youth Movement
    c. PDRY
    d. Bahraini Hezbollah

58. Al Qaeda's actual strength in Saudi Arabia may be small and limited to around 100 hard core members but it has sympathy with _____ of the population.

    a. 85%
    b. 50%
    c. 90%
    d. 75%

Final Examination

59. During the 1990s Iraq had established a third paramilitary force called the _____.

    a. the Iraqi Resistance Islamic Front
    b. Iraqi National Resistance Army
    c. Hamza Front
    d. Fedayeen Saddam

60. Bin Laden believes that the _____ support for Western interests is a betrayal of Islam.

    a. Israeli
    b. Iraqi
    c. Palestinian
    d. Saudi Royal family's

61. The Shah of Iran was restored to the Peacock Throne of Iran in 1953 with the assistance of _____.

    a. MEK
    b. PLO
    c. SAVAK
    d. CIA

62. The State of Kuwait is nominally a _____.

    a. Communist nation
    b. Constitutional monarchy
    c. Free democracy
    d. Fascist dictatorship

63. Thirty nine U.S. servicemen were injured and seventeen killed in a suicide bombing of the USS Cole on October 12th, 2000, in the port city of _____.

    a. Aden
    b. Yemen
    c. Haifa
    d. Beirut

64. Ethiopia has long been Somalia's main rival in the region, and its foreign policy was always aimed at keeping Somalia _____.

    a. allied with the U.S.
    b. strong and safe
    c. weak and divided
    d. under its control

EXH-305-260

65. One of the first actions of Idi Amin when he came to power was to establish two secret state police organizations, the _____ and the _____.

    a. Unit of Health Research; Uganda National Police
    b. Public Safety Unit; Bureau of State Research
    c. Ministry for State Security; Public Order Unit
    d. Public Accountability Unit; Uganda State Police

66. November 11th, 1965, is the date when _____ declared a Unilateral Declaration of Independence.

    a. Ian Smith
    b. Milton Obote
    c. Robert Mugabe
    d. Joshua Nkomo

67. Winnie Mandela, her bodyguards, and a group of tough youths from the Soweto Township became known as _____.

    a. the Bakassi Boys
    b. ZANU PF
    c. the 5 Brigade
    d. the Mandela United Football Club

68. The African National Congress (ANC) received outside support from _____.

    a. Communist sources
    b. Great Britain
    c. Zimbabwe
    d. Holland

69. The Popular Movement for the Liberation of Angola (MPLA) received considerable assistance from which country?

    a. China
    b. South Africa
    c. U.S.S.R.
    d. Portugal

70. By the end of the Cold War, which organization was intent on reducing and eliminating any Soviet involvement in mineral rich central Africa?

    a. CIA
    b. The United Nations
    c. The AWB
    d. PAGAD

EXH-305-261

71. For years the most ruthless Islamic and other terrorist organizations have been known to use _____ as a base for recruiting, training, and harboring terrorists to carry out attacks abroad.

    a. Sri Lanka
    b. Afghanistan
    c. Kashmir
    d. The Khyber Pass

72. The Indian military and police assault on the Golden Temple in Amritsar in 1984 caused an unprecedented bloodletting between _____ and _____.

    a. Hindus; Muslims
    b. Kashmiri's; Afghans
    c. Indians; Pakistanis
    d. Sikhs; Punjabis

73. Relying on Afghan mercenaries to do the fighting on the ground resulted in Osama bin Laden's escape from _____.

    a. Kandahar
    b. Afghanistan
    c. the Tora Bora mountains
    d. Hilmand Province

74. The impressions (real or imagined), that the United States is now actually working to undermine _____ is being strengthened by U.S. support of regimes in Uzbekistan and Turkmenistan.

    a. Saudi Arabia
    b. Islam
    c. Pakistan
    d. Iran

75. The merger between the Cambodian Peoples Armed Forces and the Communist resistance armies formed into which organization?

    a. Khmer Royal Armed Forces
    b. Pol Pot
    c. Cambodian Armed Resistance (CAR)
    d. Khmer Rouge

EXH-305-262

76. The Khmer Rouge used executions, starvation and labor camps to subdue the people of Cambodia. What is the estimate of the numbers killed by the Khmer Rouge campaign during its four year reign on the 1970s?

    a. 3 million
    b. 1 million
    c. 5 million
    d. 2 million

77. India has identified terrorist training camps and terrorists trained to conduct attacks in India in which neighboring countries?

    a. Afghanistan and Kashmir
    b. Kashmir and Pakistan
    c. Pakistan and Bangladesh
    d. Pakistan and Afghanistan

78. What tactic has the Falun Gong successfully employed to attack the Chinese authorities?

    a. hacking into government computer systems
    b. self-immolation
    c. hacking into government TV broadcasts
    d. hijacking TV stations

79. One of the main goals of the Independence Movement in Taiwan is for an independent nation and joining _____.

    a. the Communist Party of China
    b. the U.N.
    c. the EEC
    d. NATO

80. A Japanese Red Army member, Tsutomu Shirosaki, was captured in 1996 and brought to the U.S. to stand trial in connection with a rocket attack on a U.S. embassy in which city?

    a. Colombo
    b. Jakarta
    c. Beirut
    d. Bangkok

81. The Philippine government quickly responded when a U.S. company experienced what appeared to be an attack on one of its subcontractors by _____ in Quezon.

    a. MILN
    b. MILF
    c. Abu Sayyaf Group (ASG)
    d. New People's Army (NPA)

EXH-305-263

82. The Philippines has had a long and complex dispute with China, Malaysia, Taiwan, Vietnam, and possibly Brunei over _____.

    a. the Spratley Islands
    b. Abu Sayyaf
    c. its membership in NATO
    d. East Timor

83. In 1996 the government of the Philippines began implementing the terms of a peace agreement with which terrorist organization?

    a. Jemaah Islamiyyah
    b. Moro Islamic Liberation Front
    c. Abu Sayyaf
    d. Moro National Liberation Front

84. What is the name of the legislative body largely appointed by President Suharto that reelected him to a seventh term as President of Indonesia?

    a. The Democracy Assembly
    b. The Peoples Assembly
    c. The Peoples Consultative Assembly
    d. The Democratic Peoples Assembly

85. During his reign, General Diaz (1816-1911) created a broad coalition of military colleagues and followers and in order to control the vast population of Mexicans that lived in the countryside he created _____.

    a. rural secret police teams
    b. rural Police
    c. rural military commands
    d. All of the above.

86. The Mini-Manual of the Urban Guerrilla was written by _____.

    a. Manual Rodriguez
    b. Carlos the Jackal
    c. Abimael Guzman
    d. Carlos Marighella

87. Land disputes between the Mexican Government and peasant farmers and landowners has been ongoing in which regions of Mexico?

    a. Vera Cruz
    b. Chiapas and Hidalgo
    c. Oaxaca and Peubla
    d. All of the above.

88. Mexico's Popular Revolutionary Army (EPR) received support training and logistics from which South American terrorist group?

   a. Shining Path
   b. Rebel Armed Forces of Colombia
   c. Contras
   d. ELZN

89. Which one of the following groups did NOT merge to form the Guatemalan National Unity Group?

   a. Organization of People in Arms
   b. Guerrilla Army of the Poor
   c. Morazanist Patriotic Front
   d. Rebel Armed Forces

90. In 1968 the commander of El Salvador's National Guard created what intelligence gathering organization?

   a. URNG
   b. FAR
   c. Contras
   d. ORDEN

91. What is considered to be Central America's number one crime problem?

   a. Kidnapping
   b. Gangs
   c. Drugs
   d. All of the above.

92. Arabic news media, _____, is the largest and most controversial Arabic news channel in the Middle East.

   a. Al Jazeera
   b. Al Hamza
   c. Abu Dhabi
   d. Iran News Service

93. The futility of using military combat units in a policing role was graphically demonstrated by the U.S. military in which country?

   a. Somali
   b. Iran
   c. Iraq
   d. Sudan

EXH-305-265

94. The Israeli national airline, El Al, has been _____ passengers attempting to board its flights for the past thirty plus years with considerable success.

   a. body scanning
   b. profiling
   c. interviewing
   d. pre-screening

95. In June 2007, a full frontal attack using a vehicle as a means to deliver an incendiary bomb took place at _____.

   a. Heathrow International Airport
   b. Munich
   c. Tel Aviv
   d. Glasgow International Airport

96. Operation Bojinka was planned in 1995 and was uncovered by _____ when they stumbled by accident on a bomb making factory in an apartment block that had caught fire.

   a. The FBI
   b. Australian authorities
   c. Philippine authorities
   d. German police

97. What is the term given to those agents often found in tear gas used for riot control situations?

   a. irritating agents
   b. vesicants
   c. nerve agents
   d. choking agents

98. The SAS has also been used effectively against the IRA in Europe. In 1988, the SAS followed an IRA unit to _____, where intelligence sources indicated the terrorists would detonate a bomb during a military parade.

   a. Spain
   b. Gibraltar
   c. Ibiza
   d. Malta

99. Avian Flue or "Bird Flu" is a highly contagious disease caused by viruses that normally only infect birds. The virus when it jumps from animals to human beings is identified as _____ virus.

   a. severe acute respiratory
   b. HN51
   c. H5N1
   d. tularemia

100. GSG-9 was formed following the disaster at _____.

     a. Munich Olympic Games
     b. Entebbe
     c. The World Trade Center
     d. Gibraltar

EXH-305-267

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty

Note/Message   ACenina   Production Environment

# Verify Test

Student ID:       Student: Morteza
66976             Amiri
Program: DCJ01   BKNum: BCJ303

## Test Information

BKNum: BCJ303 ☐ Old
Exam Format
Test Type: CBX
Revision: 12/2014
Exam: Final Exam 1
Web Test: Y
Proctored by: Emily Azevedo
Score: 88 out of 100
Grade: B

| Return to Grading | Save Test | Edit Test | Re-score | Delete Test | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | A | Missed | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | B | Correct | |
| 7 | A | Correct | |
| 8 | D | Correct | |
| 9 | C | Correct | |
| 10 | B | Correct | |
| 11 | A | Correct | |
| 12 | D | Correct | |
| 13 | C | Correct | |
| 14 | B | Correct | |
| 15 | B | Correct | |
| 16 | D | Correct | |
| 17 | D | Missed | |
| 18 | C | Correct | |
| 19 | C | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | D | Correct | |
| 23 | D | Correct | |
| 24 | B | Correct | |
| 25 | B | Correct | |
| 26 | A | Correct | |
| 27 | B | Correct | |
| 28 | C | Correct | |
| 29 | C | Correct | |
| 30 | D | Correct | |
| 31 | C | Correct | |
| 32 | A | Correct | |
| 33 | A | Correct | |
| 34 | D | Missed | |
| 35 | F | Missed | Credit Awarded |
| 36 | C | Correct | |
| 37 | A | Correct | |
| 38 | C | Correct | |
| 39 | B | Correct | |
| 40 | A | Correct | |
| 41 | B | Correct | |
| 42 | C | Correct | |

EXH-305-268

| 43 | A | Correct | |
| 44 | B | Correct | |
| 45 | A | Correct | |
| 46 | D | Correct | |
| 47 | D | Correct | |
| 48 | B | Correct | |
| 49 | C | Correct | |
| 50 | C | Missed | |
| 51 | D | Correct | |
| 52 | F | | Credit Denied |
| 53 | C | Correct | |
| 54 | A | Correct | |
| 55 | A | Correct | |
| 56 | C | Correct | |
| 57 | A | Correct | |
| 58 | B | Correct | |
| 59 | D | Correct | |
| 60 | D | Correct | |
| 61 | D | Correct | |
| 62 | B | Correct | |
| 63 | A | Correct | |
| 64 | C | Correct | |
| 65 | B | Correct | |
| 66 | A | Correct | |
| 67 | D | Correct | |
| 68 | A | Correct | |
| 69 | C | Correct | |
| 70 | A | Correct | |
| 71 | B | Correct | |
| 72 | D | Correct | |
| 73 | C | Correct | |
| 74 | B | Correct | |
| 75 | A | Correct | |
| 76 | D | Correct | |
| 77 | C | Missed | |
| 78 | B | Missed | |
| 79 | A | Missed | |
| 80 | B | Correct | |
| 81 | B | Missed | |
| 82 | A | Correct | |
| 83 | D | Correct | |
| 84 | C | Correct | |
| 85 | B | Correct | |
| 86 | D | Correct | |
| 87 | F | | Credit Denied |
| 88 | A | Correct | |

| | | | |
|---|---|---|---|
| 89 | C | Correct | |
| 90 | D | Correct | |
| 91 | B | Correct | |
| 92 | A | Correct | |
| 93 | C | Missed | |
| 94 | B | Correct | |
| 95 | D | Correct | |
| 96 | C | Correct | |
| 97 | A | Correct | |
| 98 | A | Missed | |
| 99 | C | Correct | |
| 100 | A | Correct | |

EXH-305-270

# BCJ 340 CRIMINAL BEHAVIOR COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976



**June 25, 2024**

**Morteza Amiri**

██████████████

█████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ340

**Course Title:** CRIMINAL BEHAVIOR

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** March 20, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 03/09/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ340 - CRIMINAL BEHAVIOR
**Unit:** 1

Morteza Amiri

66976

BCJ 340

Criminal Behavior

Differentiate between Parental Practices and Parental Styles. Discuss each of Baumrind's four types of parental styles.

As a parent, every one demonstrate different types of parenting styles amongst their children.  Some parents tend to be more lenient or "cooler" than the other parent, leaving all responsibility on the other known as the disciplinary parent.  This essay will differentiate between parental practices and parental styles.  I will also discuss each of Baumrind's four type of parental styles.  They include authoritarian/ disciplinarian, permissive/ indulgent, uninvolved and authoritative.

Parental practices can be defined as a practice or behavior that parents use when raising their child.   It is a context specific behavior parents demonstrate to help their children achieve social goals.  A common example would be reading a book to your child every night, to promote academic success throughout school.  Storytelling has become very important to many American indigenous communities. Parental Style is a mental or psychological set up to represent a set of standard strategies that parents tend to following during the bring up of their child.  The style is based on the quality of parenting rather than the quantity of time that is spent with a child.

Diana Baumrind developed four types of parental styles including authoritarian/ disciplinarian, permissive/ indulgent, uninvolved and authoritative.  Authoritarian style of parenting as characterized by high, rigid demands with little response usually abuse parenting falls under this style.  Permissive parenting is often characterized as being too soft or by high responsiveness to low demands.  These parents rarely enforce consistent rules and response to demands of child, known as a "spoiled child."  Uninvolved parenting or often referred to as neglectful parenting style is the lack response to a child's needs.  They often make little to no demands and dismiss or ignore the child.  Lastly, authoritative is known as "just right parenting."  This style is highly demanding with large responsiveness to their child.  Parents demonstrating authoritative style have firm consistent rules and expectations and responses to children's needs without indulgence.

In conclusion, there is parental practices and parental styles differing in style of behavior of parenting. Baumrind created four types of parenting styles that parents tend to follow throughout the up bring of their child, these include authoritarian/ disciplinarian, permissive/ indulgent, uninvolved and authoritative.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ340
**Writing Assignment 1** Score: 22 out of 25
Grade: Passed



---

### Grand Total: 22

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                    Date: **3/18/2020**

---

### Total: 22

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-274

**Notes**

Appreciate your submission, you started some good points,
am looking for more content so please try to be more
content oriented in your essays. Try to include in from your
own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **3/18/2020**

**Received Date:** 03/09/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ340 - CRIMINAL BEHAVIOR
**Unit:** 2

Morteza Amiri

66976

BCJ 340

Criminal Behavior

Identify and discuss the three classifications of juvenile delinquency prevention and intervention programs. Give an example of each classification.

Juvenile delinquency is the habitual action of criminal offenses by a person below the age of 18 years, before ordinary adult criminal processing would occur.  The Juvenile Justice system was created in the 19th century to handle the youth who are convicted of criminal actions.  The system runs on the belief that getting involved in a delinquents behavior at an early stage of life will help deter them as adults from engaging in criminal acts. This essay will identify and discuss the three classifications of juvenile delinquency prevention and intervention programs, along with examples of each classification.

Probation, community service and youth incarceration are some of the various preventions and interventions programs that the Juvenile Justice system have developed.  Probation is a period of supervision by a juvenile probation officer.  The courts can set up rules and regulations that the juvenile must follow in order to complete probation.  For example a delinquent may have an earlier curfew, driving restrictions and GPA standards for school.  Another program is community service, a nonpaying job that is performed by the youth to better their community or the place at which the crime was committed. Delinquency may be ordered by court to complete a certain amount of hours helping the community instead of surviving time.  Examples of community service are picking up trash along cities, cleaning schools or other acts to help the community. Lastly, youth incarceration is a prison for under age youth, they can be sentenced or detained for a particular amount of time while they await trail.   One example of youth incarceration is the Byron Boy's Ranch, a rehabilitation facility that boys are sentenced to serve time at.

In conclusion, the Juvenile Justice system is a system created to handle the youth that are convicted of crimes and intervene in their behavior at a young age to deter criminal adult behavior.  There are three types of prevention and intervention programs including probation, community service and youth incarceration.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ340
**Writing Assignment 2** Score: 21 out of 25
Grade: Passed



**Grand Total: 21**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**            Date: **3/20/2020**

**Total: 21**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-277

**Notes**

Please try to be more detailed in your essay, you provided some good points, but they need to be elaborated upon. Try to include in your own opinion of the topic as well as the content you learned from the material. Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **3/20/2020**

**Received Date:** 03/09/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ340 - CRIMINAL BEHAVIOR
**Unit:** 3

Morteza Amiri

66976

BCJ 340

Criminal Behavior

Identify and discuss the four theoretical explanations for the potential causes of pedophilia.

Pedophilia originates from the Greek meaning child lover, it is defined as a habitually intense sexual arousal, urges, fantasies or behaviors involving prepubescent children around the age of 13 or younger. The term pedophile refers to the person who is committed for committing sexual crimes against children. There are four theoretical explanations for the cause of pedophilia, these include blockage, emotional congruence, sexual arousal and dis-inhibition theory. In this essay I will identify and discuss the four theoretical explanations for the potential causes of pedophilia.

Sexual arousal theories are theories that try to explain characteristics of pedophiles that are sexually aroused by children. When a pedophile encounters or sees a child they develop sexual arousal that other adults wouldn't normally generate. Researchers have discovered that normal children enjoy engaging in sexual play, making those experiences more enjoyable to pedophiles rather than adult experiences. Fantasizing and masturbating to release sexual tension toward a child will only inversely make a pedophiles attraction to children stronger.

Emotional congruence theories try explaining why an adult finds it emotionally fulfilling to engage in sexual relations of a child rather than an adult. Researcher assume that these adults have similar emotional interests that a child under 13 would display. One reason pedophiles may prefer children is due to their low self-esteem and low success, they can exert control and feel power over the child.

Blockage theories states that pedophilia behavior spread from the obstruction of normal sexual gratification of adult interactions. The theory poses that a person becomes a pedophile after frustrating events of sexual encounters with adults. Pedophiles tend to show timid and awkward personalities which hinder the development of a sexual relation with an adult.

Lastly, dis-inhibition theory is the theory of self-control and restraint behavior. The abuse of drugs and alcohol can enlarge stress and poor impulse control influencing engagement of pedophilia.

In conclusion, there are four theoretical explanations for the cause of pedophilia, these include blockage, emotional congruence, sexual arousal and dis-inhibition theory. All four of these theories explain the potential causes for pedophilia.

# Writing Assignment Evaluation Form

## Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ340
**Writing Assignment 3** Score: 21 out of 25
Grade: Passed



---

**Grand Total: 21**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                Date: **3/20/2020**

---

**Total: 21**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-280

**Notes**

Appreciate your submission, you started some good points,
am looking for more content so please try to be more
content oriented in your essays. Try to include in from your
own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **3/20/2020**

**Received Date:** 03/09/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ340 - CRIMINAL BEHAVIOR
**Unit:** 4

Morteza Amiri

66976

BCJ 340

Criminal Behavior

Discuss Green's occupational crime typology, and give an example of a crime which falls into each of the four categories.

Occupational crime typology is the concept of merging fundamental activities hindering theoretical, policy related and empirical progress throughout the field of white collar crimes.  Green developed four occupational crime typology including organizational occupational crime, state authority crime, professional occupational crime, and individual occupational crime.  In this essay I will discuss Green's occupational crime typology and I will give examples of a crime which falls under each of the four categories.

In the text Criminal Behavior, Curt and Anne Bartol discuss the four categories of occupational crime typology that Gary S. Green discovered.  The first category is organizational occupational crime is consider a white collar crime that is committed by employees of an organization without the consent of a manager.  These crime will have little benefit to the organization.  Second is the state authority crime is a crime committed by government officials during the course of their position.  The crimes may include spying, smuggling drugs and supporting terrorist groups.  Professional occupational crime is crimes that are committed during the course of their employment.  The most common form are financial crimes that are committed by a business professional.  Lastly individual occupational crime is an individual committing a crime, solely benefiting themselves or personal gain, at the cost of their employer.  These crime include embezzlement, theft and misuse of information.

An example of a crime that falls into these four categories is white collar crimes.  White collar crimes are usually financially motivated/ non-violent crimes that are committed by government officials or big businesses.  Edwin Sutherland was the first to define it in 1939, he stated it was a crime that is committed by respectable individuals with high statuses.  Some of these crimes include cyber crime, embezzlement, money laundering, fraud and insider trading.

In conclusion, Green developed four occupational crime typology which include organizational occupational crime, state authority crime, professional occupational crime, and individual occupational crime.  One example all four of these categories is white collar crimes.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ340
**Writing Assignment 4** Score: 21 out of 25
Grade: Passed



**Grand Total: 21**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**            Date: **3/20/2020**

**Total: 21**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-283

**Notes**

Appreciate your submission, you started some good points, am looking for more content so please try to be more content oriented in your essays. Try to include in from your own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**            Date: **3/20/2020**

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Psychological criminology recently shifted its focus to a more _____ and _____ approach to the study of criminal behavior.

    a. forensic; scientific
    b. trait-focused; instrumental
    c. personality; biological
    d. cognitive; developmental
    e. sociological; psychiatric

2. Compared with the UCR, the NIBRS:

    a. provides information on international crime.
    b. is older.
    c. provides more detailed information about a criminal event.
    d. includes conviction data as well as arrest data.
    e. is more reliable.

3. Conduct disorder is characterized by the ____ and ____ pattern of behavior that violates the basic rights of others.

    a. cruel; unusual
    b. aggressive; repetitive
    c. persistent; aggressive
    d. repetitive; persistent
    e. antisocial; aggressive

4. Berkowitz's two criminal personality classifications are:

    a. psychopathic/nonpsychopathic
    b. violent/nonviolent
    c. greedy/altruistic
    d. socialized/individual
    e. pyschopathic/sociopathic

5. After getting into a physical altercation with a co-worker at his job site, George tailgates two cars on the drive home and throws a cell phone at his wife when he arrives home to find that dinner is not ready. The above scenario is an example of:

    a. excitation transfer theory.
    b. Medea complex.
    c. road rage.
    d. rumination.
    e. weapons effect.

EXH-305-285

6. Overt and covert aggression are different in:

    a. behavioral patterns.
    b. cognitions.
    c. development.
    d. All of the above.
    e. None of the above.

7. According to Berkowitz, high levels of arousal _____ aggressive behavior in certain situations.

    a. completely dissipate
    b. facilitate
    c. slightly reduce
    d. dramatically reduce
    e. None of the above.

8. Recent research using factor analysis on the behavioral characteristics suggests that there appear(s) to be _____ factor(s) that adequately describe(s) the behavioral dimensions of psychopaths.

    a. only two
    b. three or more
    c. hundreds of
    d. two or three
    e. one central

9. According to Quay, the actions of psychopaths are motivated by:

    a. an abundance of sensations from the environment.
    b. excessive neuropsychological need for thrills and excitement.
    c. the behaviors of others.
    d. interactions with society.
    e. All of the above.

10. What is the most commonly used physiological indicator of emotional arousal?

    a. SCR/GSR.
    b. hypothalamus.
    c. thalamus.
    d. cerebral cortex.
    e. hippocampus.

EXH-305-286

11. In Foucha v. Louisiana, the U.S. Supreme Court ruled that defendants found NGRI could:

    a. not be retried once they were no longer insane.
    b. not remain hospitalized once they were no longer mentally disordered.
    c. be hospitalized for as long as they remain dangerous.
    d. be given medication to treat their disorder.
    e. not be given medication to treat their disorder.

12. The most common result of a successful PTSD defense has been one of:

    a. diminished responsibility.
    b. guilty, but mentally ill.
    c. not guilty by reason of insanity.
    d. incompetent to stand trial.
    e. guilty.

13. Which disorder has been referred to as the "UFO of psychiatry" (Ondrovik & Hamilton, 1991)?

    a. Multiple Personality Disorder
    b. Postpartum Psychosis
    c. Dysthymic Disorder
    d. Bipolar II Disorder
    e. Borderline Personality Disorder

14. Filicide refers to the killing of a(n):

    a. infant.
    b. child older than 24 hours.
    c. child by the mother.
    d. child within the first 24 hours after birth.
    e. sibling.

15. As a clinical diagnosis, Battered Woman Syndrome is thought to be a form of:

    a. clinical depression.
    b. paranoid disorder, undifferentiated type.
    c. post-traumatic stress disorder.
    d. bipolar disorder.
    e. personality disorder.

EXH-305-287

16. Males are more likely than females to perpetrate which act of family violence?

a. Munchausen Syndrome by Proxy
b. neonaticide
c. Elderly abuse
d. filicide
e. Shaken Baby Syndrome

17. Research by Fox and Levin found that most mass killings are motivated by:

a. profit.
b. fear.
c. power.
d. anger.
e. revenge.

18. Which worker would be least at risk for Type I workplace violence?

a. Sandy, who works 6 p.m. until closing at the Burger King counter.
b. David, who works the midnight shift at the Mobil Station.
c. Gretchen, who works 3-11 p.m. as a nursing assistant at the hospital.
d. Al, who owns his own liquor store and often works alone 3 p.m.-midnight.
e. Tony, who drives a taxi at night.

19. In a sample of convicted rapists studied by Scully and Marolla:

a. an overwhelming majority had prior criminal records.
b. half did not have any prior convictions.
c. 90% had previously been convicted of sexual offenses.
d. 40% admitted to having been victims of sexual assault.
e. None of the above.

20. Most adult rapists:

a. regularly view pornography.
b. subscribe to attitudes and ideology that encourage men to dominate and control women.
c. are mentally disordered.
d. have considerable facial hair.
e. are married.

21. Research shows that a major motivation for rape is to:

    a. harm or derogate the victim.
    b. instigate sexual arousal in the victim.
    c. act out a sexual fantasy.
    d. satisfy a biological impulse.
    e. b and d only

22. The _____ pedophile seeks children primarily to satisfy his sexual needs.

    a. aggressive
    b. fixated
    c. exploitative
    d. regressed
    e. immature

23. Hebephilia is sexual contact by adult males with:

    a. children.
    b. inappropriate objects.
    c. immediate adult family members.
    d. adult, non-family members.
    e. young adolescents.

24. Evocative therapy is a treatment approach for sex offenders that focuses on:

    a. helping offenders understand their motivations for sexual behavior.
    b. increasing their empathy for their victims.
    c. increasing their social competence.
    d. a and b
    e. a and c

25. How does larceny-theft differ from burglary?

    a. It doesn't involve unlawful entry.
    b. It doesn't involve violent crime.
    c. It is committed by professionals.
    d. It is almost always carefully planned.
    e. All of the above.

EXH-305-289

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340 ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: PreTest 1

Web Test: Y

Score: 2 out of 25

Grade: F

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Missed | |
| 2 | C | Correct | |
| 3 | A | Missed | |
| 4 | C | Missed | |
| 5 | B | Missed | |
| 6 | A | Missed | |
| 7 | A | Missed | |
| 8 | D | Missed | |
| 9 | C | Missed | |
| 10 | B | Missed | |
| 11 | A | Missed | |
| 12 | B | Missed | |
| 13 | D | Missed | |
| 14 | C | Missed | |
| 15 | B | Missed | |
| 16 | A | Missed | |
| 17 | B | Missed | |
| 18 | A | Missed | |
| 19 | A | Correct | |
| 20 | A | Missed | |
| 21 | C | Missed | |
| 22 | B | Missed | |
| 23 | C | Missed | |
| 24 | B | Missed | |
| 25 | C | Missed | |

BCJ 340 Criminal Behavior

Unit 1 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1.  The basic premise of strain theory is that crime occurs when:

     a. there is a discrepancy between the materialistic values and goals cherished in our
        society and the availability of legitimate means for reaching these goals.
     b. a society's values are too materialistic.
     c. there is not enough value placed on doing the "right thing".
     d. the economically and socially disadvantaged give up on the American dream.
     e. one's level of stress far outweighs one's coping mechanisms.

2. Social control theory is an example of _____ perspective.

     a. the conformity
     b. the confirmation
     c. Merton's strain
     d. the nonconformist
     e. the learning

3. Which one of the following would NOT be a primary concern of sociological criminology?

     a. the mental process of a criminal
     b. age characteristics of murderers
     c. gender of victims of aggravated assault
     d. relationship of victim to offender
     e. none of the above

4. The psychodynamic approach explains behavior in terms of:

     a. motives and drives.
     b. personality traits.
     c. free will.
     d. logic.
     e. heredity and family history.

5. Social control theorists contend that crime occurs when:

     a. an individual's ties to the conventional order are weak.
     b. an individual's ties to normative standards are nonexistent.
     c. an individual behaves in a positive way.
     d. a and b only
     e. None of the above.

38

6. When examining the relationship between single-parent homes and delinquency, it is important to focus on:

   a. socioeconomic status.
   b. the past criminal behavior of the primary caregiver.
   c. family size.
   d. the number of employed adults in the home.
   e. process rather than structure.

7. Snyder and Patterson's (1987) enmeshed parenting style is similar to Baumrind's _____ style.

   a. laissez –faire
   b. lax
   c. authoritarian
   d. neglecting
   e. authoritative

8. Research has shown that children who are both physically aggressive and _____ have a high probability of becoming serious delinquents.

   a. living in poverty
   b. emotionally aggressive
   c. socially rejected by peers
   d. struggling in school
   e. living in a single parent home

9. Several studies suggest that parental monitoring is especially important between the ages of:

   a. nine to sixteen.
   b. six weeks to five.
   c. five to eighteen.
   d. twelve to seventeen.
   e. thirteen to sixteen.

10. Research on sibling influence on delinquency indicates:

   a. the risk of delinquency is lower when the delinquent sibling is closer in age.
   b. older siblings reinforce antisocial behavior regardless of the relationship between the siblings.
   c. older siblings reinforce antisocial behavior only when the siblings have a close relationship.
   d. the delinquent sibling reinforces antisocial behavior when siblings are of the same gender.
   e. a and c only

EXH-305-292

11. Rudy rarely cries when his mother leaves the room and shows no reaction when his mother picks him up. Rudy is displaying signs of _____ attachment.

    a. avoidant
    b. secure
    c. ambivalent
    d. enmeshed
    e. unemotional

12. Which statement is NOT true about language impairment and antisocial behavior?

    a. It increases frustration levels in children who have difficulty expressing themselves.
    b. It teaches children to think outside the box and problem-solve in socially appropriate ways.
    c. It can lead to peer rejection and poor academic performance.
    d. It can be a strong predictor of later adult criminal behavior.
    e. It is evident in the background of a high percentage of children diagnosed with conduct disorders.

13. The small group of nerve cells in the brain involved in aggressive behavior is called the _____ and is part of the _____ system.

    a. amygdala; limbic
    b. frontal lobe; central nervous
    c. hippocampus; limbic
    d. atempora; activating
    e. lafleur; peripheral nervous

14. The phenomenon in which the brain's structure and function are affected by experience is called:

    a. intelligence quotient.
    b. elasticity.
    c. durability.
    d. plasticity.
    e. neural synapse.

15. Most contemporary researchers of temperament focus on:

    a. school-aged children.
    b. incarcerated males.
    c. families with two or more children.
    d. infants.
    e. pre-school girls.

EXH-305-293

16. According to Akers' differential association reinforcement theory, criminal behavior develops primarily as the result of:

    a. frustration.
    b. heightened expectancies that are innate in the individual.
    c. social reinforcements given by significant others.
    d. classical conditioning.
    e. modeling.

17. Akers' differential association reinforcement theory is based largely on the criminological theory of:

    a. Edwin Sutherland.
    b. Albert Bandura.
    c. Albert Cohen.
    d. Walter Miller.
    e. B.F. Skinner.

18. According to Julian Rotter, whether a particular pattern of behavior will occur depends on:

    a. operant conditioning.
    b. classical conditioning.
    c. our ability to control biological drives.
    d. biological programming.
    e. our expectancies and how much we value the outcome.

19. The common human tendency to discount the influence of a situation and explain behavior by referring to the personality of an actor is called:

    a. reductionism.
    b. type I error.
    c. ecological error.
    d. fundamental attribution error.
    e. type II error.

20. Milgram's famous studies on obedience to authority indicate that:

    a. people pay little attention to authority figures once they become adults.
    b. in general, Americans are not obedient or conforming.
    c. most people are obedient to authority even if it causes pain to others.
    d. children are less obedient to authority than adults.
    e. adults are more obedient to authority than children.

41

21. Which of the following conclusions is supported by Philip Zimbardo's Stanford Prison Experiment?

   a. Situational variables are powerful determinants of behavior.
   b. An individual's personality is more important than situational factors in determining behavior.
   c. Most people remain true to their principles, even when put into psychologically compelling situations.
   d. People do not easily become deindividuated.
   e. One's spiritual beliefs largely determine behavior.

22. Behaviorism is to _____ as social learning is to _____.

   a. biological drives; socialization
   b. objectivity; subjectivity
   c. reinforcement; environmental stimuli
   d. past; present
   e. environmental stimuli; cognition

23 According to Sutherland's theory of differential association:

   a. criminal behavior can be learned only by associating with others who are criminal.
   b. violent behavior is biologically determined.
   c. criminal behavior is learned like any other behavior.
   d. criminal behavior is learned primarily through classical conditioning.
   e. None of the above.

24. If Bandura's position is essentially correct, then aggressive and violent behavior can be substantially reduced by:

   a. providing appropriate models.
   b. physically punishing children for aggressive behavior.
   c. allowing children to blow off steam in socially desirables ways.
   d. controlling the sale of guns and weapons in our society.
   e. reducing high school truancy.

25. The belief that all behavior is at the mercy of stimuli in the environment is called:

   a. the ecological fallacy.
   b. situationism.
   c. fundamental attribution error.
   d. empiricism.
   e. expectancy theory.

EXH-305-295

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

**Note/Message    ACenina**    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340    ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: Unit Exam 1

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | D | Correct | |
| 3 | B | Missed | |
| 4 | A | Correct | |
| 5 | D | Correct | |
| 6 | E | Correct | |
| 7 | C | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | C | Correct | |
| 11 | A | Correct | |
| 12 | B | Correct | |
| 13 | A | Correct | |
| 14 | D | Correct | |
| 15 | D | Correct | |
| 16 | C | Correct | |
| 17 | A | Correct | |
| 18 | E | Correct | |
| 19 | D | Correct | |
| 20 | C | Correct | |
| 21 | A | Correct | |
| 22 | E | Correct | |
| 23 | C | Correct | |
| 24 | A | Correct | |
| 25 | B | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. One of the criticisms of "Stand-Your-Ground" laws is that they:

   a. obligate the potential victim to flee.
   b. promote racial discrimination.
   c. encourage confrontation.
   d. pertain to homeowners in high socioeconomic neighborhoods.
   e. require an individual to be in grave danger before using force.

2. The psychodynamic approach to the treatment of aggressive behavior would most likely emphasize:

   a. appropriate modeling.
   b. reinforcement.
   c. reduction of aggressive energy through supervised aggressive behavior.
   d. avoidance of aggressive-provoking stimuli.
   e. None of the above.

3. The social learning approach to the reduction of aggressive behavior would most likely emphasize:

   a. appropriate modeling.
   b. reinforcement for nonaggressive behavior in situations where aggressive behavior was previously demonstrated.
   c. punishment of aggressive models.
   d. All of the above.
   e. None of the above.

4. According to the social learning position, the manifestation of aggressive behavior depends on:

   a. what happens to the model as a consequence of his or her behavior.
   b. the reinforcement gained as a result of the behavior.
   c. the attention and cognitive ability of the observer when watching the model.
   d. All of the above.
   e. a and b only

5. Malicious gossip is an example of what type of human aggression?

   a. direct active verbal
   b. indirect active verbal
   c. direct passive verbal
   d. indirect passive verbal
   e. directive instrumental

EXH-305-297

6. Cognitive scripts are _____ behavioral patterns for certain situations that are _____ to change.

    a. available; relatively easy
    b. persistent; resistant
    c. innate; impossible
    d. aggressive; relatively easy
    e. simple; impossible

7. The tendency of a variety of people across the country to model or copy particular criminal activity portrayed by the entertainment media is called:

    a. contagion effect.
    b. copy-cat syndrome.
    c. escalation.
    d. circular imagining.
    e. media modeling.

8. The tendency to perceive hostile intent in others even when it is totally lacking is called:

    a. hostile preference.
    b. Meckel's syndrome.
    c. hostile attribution bias.
    d. inductive bias.
    e. grisi siknis.

9. During early stages of frustration or general arousal, cognitive processes appear to have little influence beyond the immediate appraisal that the situation is aversive. This description outlines a stage of what model of aggression and violence?

    a. cognitive expectancy theory
    b. neo-frustration-aggression model
    c. cognitive neoassociation model
    d. weapons effect model
    e. cognitive scripts model

10. The type of aggression that includes anger expressions, temper tantrums, vengeful hostility, and more generally "hot-blooded" aggressive acts is called:

    a. proactive aggression.
    b. mediated aggression.
    c. aggressive mimicry.
    d. reactive aggression.
    e. expressive aggression.

EXH-305-298

11. Which statement is untrue about gender differences in status offenses?

    a. Girls are more likely than boys to be taken into custody for status offending.
    b. Recent research suggests that gender differences in offending may be explained by innate biological factors.
    c. Girls are more likely to run away from home because of victimization in the home.
    d. Historically, girls and boys' socialization resulted in impacted gender differences.
    e. None of the above.

12. A boy who hits at age three, shoplifts at age ten, commits burglary at age 19, and rapes at 26 would be considered a(n):

    a. life-course persistent offender.
    b. ADHD offender.
    c. adolescent-limited offender.
    d. antisocial offender.
    e. incorrigible delinquent.

13. Which of the following is not a characteristic of successful intervention programs for serious juvenile offenders?

    a. follows developmental principles
    b. focuses on the juvenile's family
    c. begins early in the developmental trajectory of the child
    d. uses peer groups as models for change
    e. respects cultural backgrounds

14. Most of the crime of the young is committed by:

    a. AL offenders.
    b. LCP offenders.
    c. psychopaths.
    d. gang members.
    e. ADHD offenders.

15. Poor interpersonal skills, conduct disorders, and difficult temperaments are often found in the background of _____ offenders.

    a. AL
    b. ADHD
    c. LCP
    d. delinquent
    e. status

EXH-305-299

16. The age at which an individual is no longer considered a juvenile offender:

    a. is 16.
    b. varies from state to state.
    c. is 17.
    d. is 18.
    e. ranges from 5 to 13.

17. _____ prevention consists of working with children and adolescents who demonstrate some early signs of aggressive, antisocial, conduct disorder, or delinquent behavior but have not yet been formally classified as delinquent.

    a. Primary
    b. Multisystemic
    c. Tertiary
    d. Indicated
    e. Secondary

18. Those psychopaths who commit antisocial or violent acts because of severe emotional problems or inner conflicts are referred to as _____ psychopaths.

    a. primary
    b. mentally disordered
    c. secondary
    d. psychotic
    e. disassociative

19. Robert Hare's research focuses on the _____ of the psychopath.

    a. family background
    b. neurological features
    c. socioeconomic status
    d. intelligence
    e. antisocial tendencies

20. The behavior of the psychopath appears to be primarily an attempt to:

    a. receive sexual satisfaction.
    b. obtain adequate stimulation.
    c. relive his or her childhood.
    d. avoid punishment.
    e. get back at society.

EXH-305-300

21. The childhood of the psychopath is often characterized by:

    a. hyperactivity.
    b. cruelty to animals.
    c. enuresis.
    d. fire setting.
    e. poor school performance.

22. Criminal psychopaths make up about what percent of the adult prison population?

    a. 5–8%
    b. 15–25%
    c. 85–0%
    d. 45–55%
    e. 30-43%

23. A psychopath would most likely explain his/her criminal behavior by saying:

    a. "I did it because everyone else was doing it."
    b. "I did it for the hell of it."
    c. "I did it because it is what I do best."
    d. "I did it for the money."
    e. "I did it because I've been wronged."

24. The core behavioral dimension that reflects a socially deviant lifestyle, such as impulsiveness, excessive needs for stimulation, and lack of realistic goals is referred to as psychopathic:

    a. factor I.
    b. factor 2.
    c. factor 3.
    d. factor 4.
    e. asymmetry.

25. Robert Hare's research studies have found that criminal psychopaths appear to be deficient in:

    a. linguistic processing.
    b. common sense.
    c. intelligence.
    d. logic.
    e. boundary apathy.

EXH-305-301

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340  ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: Unit Exam 2

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | C | Correct | |
| 3 | A | Missed | |
| 4 | D | Correct | |
| 5 | B | Correct | |
| 6 | B | Correct | |
| 7 | A | Correct | |
| 8 | C | Correct | |
| 9 | C | Correct | |
| 10 | D | Correct | |
| 11 | B | Correct | |
| 12 | A | Correct | |
| 13 | D | Correct | |
| 14 | A | Correct | |
| 15 | C | Correct | |
| 16 | A | Missed | |
| 17 | E | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | B | Correct | |
| 24 | B | Correct | |
| 25 | A | Correct | |

EXH-305-302

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The most common form of intrafamilial violence involves:

   a. siblings.
   b. spouses.
   c. parent acting violently toward a child.
   d. child acting violently toward a parent.
   e. step-child acting violently toward step-parent.

2. In family violence, the term "battering" is generally reserved for:

   a. heterosexual physical violence.
   b. psychological abuse.
   c. emotional abuse.
   d. physical violence.
   e. sexual violence.

3. The Violent Crime Control and Law Enforcement Act of 1974 made what activity a federal crime?

   a. trading in unregistered guns for cash
   b. ownership of assault-type weapons
   c. juvenile possession of handgun ammunition
   d. shooting animals without a license
   e. owning a pistol without a license

4. The likeliest candidates for elder abuse appear to be:

   a. African American women ages 75–85, upper class.
   b. African American women ages 55–65, lower class.
   c. white women ages 75–85, upper class.
   d. white women ages 75–85, lower class.
   e. African American males ages 75-85.

5. Terrorist activity is often included in which of the FBI's category of homicide?

   a. group cause homicide
   b. criminal enterprise murder
   c. personal cause murder
   d. sexual homicide
   e. politically motivated homicide

EXH-305-303

6. The most effective way of breaking the wife-abuse cycle appears to be to:

   a. change the abuser's attitudinal system.
   b. change an abuser's social network.
   c. use legal sanctions.
   d. All of the above.
   e. None of the above.

7. When a caregiver fabricates or intentionally causes symptoms in those they are caring for in order to seek and obtain medical treatment, it is usually a case of:

   a. the woozle effect.
   b. phanerothyme.
   c. Munchausen syndrome by proxy.
   d. Landau-Kleffner syndrome.
   e. Guillain-Barre syndrome.

8. Research on family violence indicates:

   a. participants in family violence were themselves childhood victims of family violence.
   b. no clear or consistent evidence that individuals who violently attack family members were themselves childhood victims of family violence.
   c. spouse batterers have a history of being physically and sexually abused as children.
   d. All of the above.
   e. None of the above.

9. Alcohol and drug abuse appear to:

   a. play a causal role in family violence.
   b. exacerbate but not cause in family violence.
   c. cause child abuse but not spouse abuse.
   d. cause spousal abuse but not child abuse.
   e. a and d only

10. According to the text, criminal profiling is currently most useful in identifying the perpetrator of what type of offense?

   a. serial homicide
   b. drug-induced crime
   c. political crimes
   d. serial rape
   e. aggravated assault

EXH-305-304

11. The tendency to gather evidence that confirms one's pre-existing expectations, while failing to seek contradictory information, is called:

    a. biased profiling.
    b. pre-existing orientation.
    c. tunnel effect.
    d. skewed reconnaissance.
    e. confirmation bias.

12. A serial violent offender who does not specifically search for victims is using which one of Rossmo's four hunting patterns?

    a. Poacher
    b. Scavenger
    c. Trapper
    d. Hunter
    e. Troller

13. A term coined by Havelock Ellis that refers to self-arousal and the self-gratification of sexual arousal is:

    a. autoeroticism.
    b. authochthonous.
    c. autoplasty.
    d. autophagy.
    e. autopagnosia.

14. The primary difference between what qualifies as serial murders and what qualifies as mass murders is:

    a. premeditation.
    b. the selection of victims.
    c. a cooling-off period.
    d. the number of victims.
    e. the weapons used.

15. The murders at Virginia Tech in 2007 is an example of:

    a. domestic terrorism.
    b. spree murder.
    c. serial murder.
    d. classic mass murder.
    e. b and d only

EXH-305-305

16. The strongest determining factor of victim selection for most serial murders is the _____ of the victim.

    a. availability
    b. appearance
    c. sexuality
    d. psychological characteristics
    e. social isolation

17. Which of the following is not listed in the text as a motive of male serial murderers?

    a. domination
    b. sexual excitement
    c. media attention
    d. material gain
    e. game playing

18. Jenkins' 1988 study of serial killers in England found that:

    a. serial killers had a long history of violent offenses before caught.
    b. serial killers began killing at a late age.
    c. serial killers had extensive juvenile records.
    d. many were divorced.
    e. the majority were former police officers.

19. What practice accounts in part for the fact that ethnic minorities are disproportionately represented in arrest statistics?

    a. racial profiling
    b. geographic profiling
    c. psychological autopsy
    d. criminal profiling
    e. None of the above.

20. Bandura believes that terrorists justify their horrific acts in what way?

    a. through a process of cognitive restructuring
    b. by associating themselves with religious zeal
    c. by accepting responsibility for their actions
    d. by denying that their actions are truly harmful
    e. through a process of learned helplessness

EXH-305-306

BCJ 340 Criminal Behavior

Unit 3 Examination

21. A process that reduces human beings to the level of nonhuman animals without individuality, dignity or autonomy is known as:

    a. animal morphism.
    b. deferred prosecution.
    c. dehumanization.
    d. degradation.
    e. deindividuation.

22. Terrorists may view their actions as stemming from the dictates of authorities and leaders rather than from their own personal responsibility. This process is called:

    a. dehumanization.
    b. deindividuation.
    c. dichotomy of the identity.
    d. disassociation.
    e. displacement of responsibility.

23. Diffusion of responsibility is similar to the concept of:

    a. deindividuation.
    b. risky shift.
    c. authority conformity.
    d. moral destruction.
    e. maturation-degeneration hypothesis.

24. When a person lacks motivation to act after exposure to unpleasant events over which he feels he has not control, he is probably experiencing:

    a. learned helplessness.
    b. learned aversion.
    c. proactive depression.
    d. nuchal rigidity.
    e. Erickson's industry versus inferiority stage of moral development.

25. Highly violent anti-abortion activists are placed in which one of the FBI terrorists groups?

    a. radical misogynists
    b. religious radicals
    c. psychologically motivated terrorists
    d. radical psychological terrorists
    e. special interest extremists

EXH-305-307

**Home**    **Prospects/Application**    **Billing**    **Retention**    **Transcript**    **Testing**    **Rental Library**    **Faculty**

**Note/Message**    **ACenina**    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340    ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: Unit Exam 3

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | D | Correct | |
| 3 | C | Correct | |
| 4 | D | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | C | Correct | |
| 8 | B | Correct | |
| 9 | B | Correct | |
| 10 | D | Correct | |
| 11 | E | Correct | |
| 12 | E | Correct | |
| 13 | A | Correct | |
| 14 | C | Correct | |
| 15 | D | Missed | |
| 16 | A | Correct | |
| 17 | D | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | C | Correct | |
| 22 | E | Correct | |
| 23 | A | Correct | |
| 24 | A | Correct | |
| 25 | B | Missed | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Available research on shoplifting indicates that it is:

    a. almost exclusively a female offense.
    b. physically motivated.
    c. only performed principally by teenagers.
    d. largely due to spontaneous impulses rather than careful planning.
    e. performed by those in need.

2. Which of the following does not appear to determine whether or not a person is arrested for shoplifting?

    a. the value of the item stolen
    b. the address of the shoplifter
    c. the gender of the shoplifter
    d. the shoplifter's resistance to being apprehended
    e. None of the above.

3. In Moore's study of 300 convicted shoplifters, over half were designated as:

    a. amateurs.
    b. emotionally disturbed.
    c. semi-professional.
    d. impulse shoplifters.
    e. older women.

4. Softlifting is defined as:

    a. the stealing of items worth less than fifty dollars.
    b. the illegal duplication of copyrighted software.
    c. shoplifting when someone else orders the crime.
    d. legal piracy.
    e. commercial shoplifting.

5. A situation in which a shoplifter follows someone else's orders in committing the crime is referred to as:

    a. vicarious gratification.
    b. neutralization.
    c. shoplifting by proxy.
    d. softlifting.
    e. coercive crime.

EXH-305-309

6. The most common form of violence in burglaries is:

    a. aggravated assault.
    b. forcible rape.
    c. arson.
    d. larceny-theft.
    e. simple assault.

7. Which statement is true about carjacking?

    a. Women are carjacked more than men.
    b. The driver is frequently killed by the carjacker.
    c. Eighty-seven percent of carjackers are drinking alcohol at the time of the crime.
    d. Carjacking incidents are highest in urban areas.
    e. Incidents often take place during the daytime.

8. Which one of the following individuals first used the term "white collar crime?"

    a. Peter Letkemann
    b. Edwin Sutherland
    c. Gresham Sykes
    d. Nelson Rockefeller
    e. Marvin Wolfgang

9. What is the essential difference between occupational crime and corporate crime?

    a. Occupational crime involves large sums of money; whereas corporate crime involves smaller amounts of money.
    b. In occupational crime, the individual benefits; whereas in corporate crime, the corporation benefits from the crime.
    c. Corporate crime is illegal, occupational crime is legal.
    d. The perpetrator of corporate crime almost always is wealthy, which is not so in occupational crime.
    e. All of the above.

10. Green's concept of occupational crime would include all of the following except:

    a. a bank officer embezzling funds.
    b. a corporation illegally dumping hazardous waste.
    c. a police officer using excessive force against a suspect.
    d. a restaurant employee stealing food from the restaurant.
    e. All of the above are included in Green's concept of occupational crime.

EXH-305-310

11. In dealing with a barricade situation, which of the following is not recommended to hostage negotiators?

   a. denying the hostage taker's desired excitement or stimulation
   b. calm handling
   c. threatening to involve the hostage-taker's family in negotiations
   d. providing minimum media attention
   e. prolonging the negotiation if necessary as long as some progress is being made

12. Which of the following is not one of the FBI's categories of hostage takers?

   a. prisoners
   b. criminals
   c. politicals
   d. terrorists
   e. mentally disordered

13. The primary motive for adult arsons in this category includes jilted lovers, etc.

   a. revenge
   b. crime concealment
   c. financial gain
   d. vandalism
   e. fame

14. The primary motive for juvenile firesetters appears to be:

   a. parental revenge.
   b. crime concealment.
   c. financial gain.
   d. anger.
   e. fame.

15. _____ stalkers do not seek a personal relationship with their targets.

   a. Love obsession
   b. Possessive
   c. Vengeance
   d. Erotomania
   e. Simple obsession

EXH-305-311

16. Research on repetitive arsonists has recently identified some common characteristics. Which of the following is not one of them?

   a. They feel they have little control over their environments.
   b. They are usually from a socially disadvantaged segment of the population.
   c. Their educational achievement is below average.
   d. They have a discernible pattern of sexual deviations.
   e. They often began firesetting in childhood.

17. Persistent, youthful firesetters tend to exhibit all of the following except:

   a. hyperactivity.
   b. impulsiveness.
   c. conduct problems.
   d. high study habits.
   e. cruelty to animals.

18. The backgrounds of persistent firesetters reveal that they were often:

   a. the target of punishment where fire was used as the painful stimulus.
   b. from families with alcoholic parents.
   c. sexually abused.
   d. from broken homes.
   e. the youngest child in the family.

19. Which psychiatrist contends that there is a relationship between sexual arousal and firesetting?

   a. Miron
   b. Bromberg
   c. MacDonald
   d. Lunde
   e. Lindell

20. Which type of robbery occurs in urban areas and is less likely to be planned?

   a. commercial robbery
   b. bank robbery
   c. street robbery
   d. amateur robbery
   e. strong-arm robbery

174

21. Which of the following is produced by narcotics?

    a. hyperactivity
    b. sleepiness
    c. restlessness
    d. inability to concentrate
    e. elation

22. Heroin is usually classified as a:

    a. semi-synthetic narcotic.
    b. synthetic narcotic.
    c. pseudo-narcotic.
    d. polymorphous substance.
    e. natural narcotic.

23. PCP is classified as a central nervous system:

    a. depressant.
    b. tranquilizer.
    c. hallucinogen.
    d. All of the above.
    e. None of the above.

24. Some experts regard _____ as the most addictive drug available on the street, but other experts have questioned this assumption in recent years.

    a. crack
    b. heroin
    c. dexedrine
    d. PCP
    e. marijuana

25. Which is not one of the four categories of drugs reported to the Department of Justice?

    a. opium
    b. synthetic narcotics
    c. dangerous nonnarcotics
    d. marijuana
    e. alcohol

EXH-305-313

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340 ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: Unit Exam 4

Web Test: Y

Score: 21 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | C | Correct | |
| 3 | A | Correct | |
| 4 | B | Correct | |
| 5 | C | Correct | |
| 6 | E | Correct | |
| 7 | D | Correct | |
| 8 | B | Correct | |
| 9 | B | Correct | |
| 10 | D | Missed | |
| 11 | C | Correct | |
| 12 | C | Correct | |
| 13 | A | Correct | |
| 14 | D | Correct | |
| 15 | C | Correct | |
| 16 | E | Missed | |
| 17 | E | Missed | |
| 18 | A | Correct | |
| 19 | C | Correct | |
| 20 | C | Correct | |
| 21 | B | Correct | |
| 22 | A | Correct | |
| 23 | C | Missed | |
| 24 | A | Correct | |
| 25 | E | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Which of the following offenses is not considered a violent crime, according to the UCR?

    a. forcible rape
    b. arson
    c. nonnegligent manslaughter
    d. robbery
    e. aggravated assault

2. Three disciplines that have traditionally dominated the study of crime are:

    a. sociology, psychology and psychiatry.
    b. psychology, sociology and anthropology.
    c. psychology, anthropology and economics.
    d. psychology, anthropology and medicine.
    e. medicine, psychology and criminal justice.

3 .Sigmund Freud is most associated with which one of the following fields?

    a. traditional psychiatric criminology
    b. sociological criminology
    c. psychological criminology
    d. contemporary psychiatric criminology
    e. molecular criminology

4. Psychological criminology recently shifted its focus to a more _____ and _____ approach to the study of criminal behavior.

    a. forensic; scientific
    b. trait-focused; instrumental
    c. personality; biological
    d. cognitive; developmental
    e. sociological; psychiatric

5. The difference-in-kind perspective argues that humans are distinctly different from animals in which of the following ways?

    a. spiritually
    b. mentally
    c. psychologically
    d. a and c only
    e. All of the above.

EXH-305-315

6.  Illegal behavior that only juveniles can commit such as incorrigibility, running away, and truancy are called:

    a. offenses against the public order.
    b. Part I crimes.
    c. status offenses.
    d. age-related crimes.
    e. juvenile violations.

7. Official crime statistics, such as those produced by the FBI:

    a. normally overestimate the true incidence of crime.
    b. have been found to be highly accurate.
    c. report approximately the same amount of crime as victimization surveys.
    d. normally underestimate the true incidence of crime.
    e. overestimate the number of sexual offenses.

8. Compared with the UCR, the NIBRS:

    a. provides information on international crime.
    b. is older.
    c. provides more detailed information about a criminal event.
    d. includes conviction data as well as arrest data.
    e. is more reliable.

9. Which statement is not true about language impairment and antisocial behavior?

    a. It increases frustration levels in children who have difficulty expressing themselves.
    b. It teaches children to think outside the box and problem-solve in socially appropriate ways.
    c. It can lead to peer rejection and poor academic performance.
    d. It can be a strong predictor of later adult criminal behavior.
    e. It is evident in the background of a high percentage of children diagnosed with conduct disorders.

10. According to Virginia Douglas (2004), the core problem in ADHD children involves:

    a. executive function skills.
    b. not knowing.
    c. self-regulation.
    d. overprescribed stimulant drugs.
    e. a and c only

7

11. Which of the following is not a feature of attention deficit hyperactivity disorder?

    a. easily distracted
    b. fidgety
    c. impulsiveness
    d. poor self-regulation
    e. poor language development

12. Conduct disorder is characterized by the _____ and _____ pattern of behavior that violates the basic rights of others.

    a. cruel; unusual
    b. aggressive; repetitive
    c. persistent; aggressive
    d. repetitive; persistent
    e. antisocial; aggressive

13. Hodgins, Cree and Mark (2008) found that conduct disorder present prior to age 15 is:

    a. effectively treated with medication.
    b. strongly associated with violent behavior into middle age.
    c. strongly associated with crime in females.
    d. effectively treated with psychotherapy.
    e. related to quality of the marital relationship in the home.

14. One of the strongest predictors of later antisocial behavior is:

    a. peer rejection.
    b. lack of interests or hobbies.
    c. dysfunctional family dynamics.
    d. overexposure to nature and the outdoors.
    e. excessive television viewing.

15. According to Akers' theory, groups tend to adopt certain rules of conduct concerning what is bad, right or wrong, justified or unjustified. These group attitudes are called:

    a. discriminative stimuli.
    b. ecological norms.
    c. normative definitions.
    d. neutralizing stimuli.
    e. group dynamics.

EXH-305-317

16. Berkowitz's two criminal personality classifications are:

    a. psychopathic/nonpsychopathic.
    b. violent/nonviolent.
    c. greedy/altruistic.
    d. socialized/individual.
    e. pyschopathic/sociopathic.

17. When we specifically attribute good aspects about ourselves to dispositional factors, and bad things to the environment, we are demonstrating:

    a. fundamental attribution error.
    b. self-serving bias.
    c. reactance.
    d. wrongful attribution.
    e. self-fulfilling prophecy.

18. According to differential association-reinforcement theory, signals that communicate that certain behaviors are encouraged and reinforced are:

    a. neutralizing stimuli.
    b. justifying discriminative stimuli.
    c. neutralizing stimuli.
    d. social reinforcements.
    e. positive discriminative stimuli.

19. In his recent theory, Bandura states that before people can engage in behavior that violates their moral principles they must:

    a. learn the techniques of that behavior.
    b. believe that the reward outweighs the punishment.
    c. reject their moral principles.
    d. accept a higher authority.
    e. disengage from their moral principles.

20. After getting into a physical altercation with a co-worker at his job site, George tailgates two cars on the drive home and throws a cell phone at his wife when he arrives home to find that dinner is not ready. The above scenario is an example of:

    a. excitation transfer theory.
    b. Medea complex.
    c. road rage.
    d. rumination.
    e. weapons effect.

EXH-305-318

21. The weapon used in road rage is:

    a. tire iron.
    b. the vehicle.
    c. one's fist.
    d. firearms.
    e. all of the above

22. Which statement most accurately reflects research findings on gender differences in aggression?

    a. Boys are generally more aggressive than girls.
    b. Gender differences in aggression are primarily due to biology.
    c. Gender differences are due to cultural and socialization processes that promote different kinds of aggression.
    d. Girls are more aggressive than boys during the pre-school years only.
    e. Boys are more overtly aggressive than girls during the pre-school years, then aggression rapidly decreases.

23. The term defined as an incident in which an angry, impatient, or aroused motorist intentionally injures or kills, or tries to injure or kill, another motorist, passenger, or pedestrian in response to a traffic dispute, altercation, or grievance is called:

    a. aggressive driving.
    b. hostile driving.
    c. immature driving.
    d. road rage.
    e. vehicular homicide.

24. Overt and covert aggression are different in:

    a. behavioral patterns.
    b. cognitions.
    c. development.
    d. All of the above.
    e. None of the above.

25. The tendency to attack space violators is referred to as:

    a. territoriality.
    b. hydraulic model of aggression.
    c. passive violence.
    d. animality.
    e. instinctual violence.

EXH-305-319

26. _____ refers to self-focused attention toward one's thoughts and feelings. In other words, the person keeps thinking about an incident long after it is over.

    a. Expressive aggression
    b. Rumination
    c. Nodal behavior
    d. Antinodal behavior
    e. Subliminal foci

27. An approach in psychology that views human cognition and behavior in a broadly Darwinian context of adaptation to evolving physical and social environments is called _____ psychology.

    a. Darwinian
    b. adaptation
    c. positive
    d. evolutionary
    e. psychodynamic

28. According to Berkowitz, high levels of arousal _____ aggressive behavior in certain situations.

    a. completely dissipate
    b. facilitate
    c. slightly reduce
    d. dramatically reduce
    e. None of the above.

29. Which statement is not true of $I^3$ theory?

    a. It organizes aggression risk factors into three categories.
    b. It emphasizes the concept of self-regulation.
    c. It is an expansion of the hostile attribution model.
    d. It provides a structure for understanding the process by which a factor promotes aggression.
    e. It specifies different ways in which aggression risk factors produce violence.

30. Robert Hare's research studies have found that criminal psychopaths appear to be deficient in:

    a. linguistic processing.
    b. common sense.
    c. intelligence.
    d. logic.
    e. boundary apathy.

EXH-305-320

Final Examination

31. Psychopaths demonstrate normal appraisal of emotional cues and situations in the abstract (i.e., verbal discussion), but they are deficient in using emotional cues to guide their judgments and behavior in the process of living. This phenomenon is referred to as:

    a. emotional paradox.
    b. emotional imbalance.
    c. habituation.
    d. narcomania.
    e. callous unemotionality.

32. Recent research using factor analysis on the behavioral characteristics suggests that there appear(s) to be _____ factor(s) that adequately describe(s) the behavioral dimensions of psychopaths.

    a. only two
    b. three or more
    c. hundreds of
    d. two or three
    e. one central

33. APD stands for:

    a. antisocial psychopathic disorder.
    b. asocial personality disorder.
    c. antisocial personality disorder.
    d. atypical personal depression.
    e. asymmetrical personality disorder.

34. Compared to criminal nonpsychopaths, criminal psychopaths are more likely to kill:

    a. males who are strangers.
    b. females who are strangers.
    c. males who they know well.
    d. females who they know well.
    e. children under age ten.

35. Those researchers who advocate for a fourth core factor in psychopathy argue that _____ should be included with the three core factors.

    a. low intelligence
    b. arrogance
    c. lack of guilt
    d. impulsiveness
    e. antisocial behavior

EXH-305-321

BCJ 340 Criminal Behavior

Final Examination

36. According to Quay, the actions of psychopaths are motivated by:

    a. an abundance of sensations from the environment.
    b. excessive neuropsychological need for thrills and excitement.
    c. the behaviors of others.
    d. interactions with society.
    e. All of the above.

37. Which of the following statements about juvenile psychopathy is correct?

    a. There are no instruments available for measuring juvenile psychopathy.
    b. Juvenile psychopathy, as a construct, clearly does not exist.
    c. Some researchers are concerned about the negative implications of labeling juveniles
       as psychopaths.
    d. Juvenile psychopaths display behavior identical to that of adult psychopaths.
    e. Juvenile psychopathy is correlated with sexual aggression.

38. Compared to male psychopaths, female psychopaths:

    a. commit more property crime.
    b. have higher recidivism rates.
    c. are less aggressive and violent.
    d. have lower recidivism rates.
    e. receive higher PCL-R scores.

39. Neuropsychological indicators have been repeatedly found in psychopaths, as reflected in
    electrodermal (skin conductance) measures, cardiovascular, and other nervous system
    indices. These indicators are called:

    a. confluence.
    b. markers.
    c. cloaca.
    d. neuroindicators.
    e. CVAs.

40. What is the most commonly used physiological indicator of emotional arousal?

    a. SCR/GSR.
    b. hypothalamus.
    c. thalamus.
    d. cerebral cortex.
    e. hippocampus.

41. Generally speaking, the autonomic nervous system of the psychopath appears to be:

    a. deformed.
    b. insufficient.
    c. ineffective.
    d. overreactive.
    e. underaroused.

42. Research by Robert Hare on the orienting response suggests that psychopaths:

    a. do not habituate to stimuli easily.
    b. give larger orienting responses to stimuli than nonpsychopaths.
    c. usually exhibit no discernible orienting response to stimuli.
    d. are less sensitive and alert to their environment.
    e. have difficulty adjusting to new situations.

43. In general, the U.S. federal court system currently uses what insanity standard?

    a. The Durham Rule
    b. The M'Naghten Rule
    c. ALI/Brawner Rule
    d. Insanity Defense Reform Act
    e. Amicus curiae

44. In Foucha v. Louisiana, the U.S. Supreme Court ruled that defendants found NGRI could:

    a. not be retried once they were no longer insane.
    b. not remain hospitalized once they were no longer mentally disordered.
    c. be hospitalized for as long as they remain dangerous.
    d. be given medication to treat their disorder.
    e. not be given medication to treat their disorder.

45. A rare but severe mental disorder believed to be linked to childbirth and similar to serious bipolar depression is postpartum:

    a. blues.
    b. psychopathy.
    c. delusions.
    d. psychosis.
    e. depression.

EXH-305-323

46. IST stands for:

    a. invasive sexual treatment.
    b. intrusive sexual treatment.
    c. incompetent to stand trial.
    d. incentive system targets.
    e. intensive schizophrenic treatment.

47. The right and wrong test refers to which one of the following insanity defenses?

    a. Magna Carta
    b. The M'Naghten Rule
    c. ALI/Brawner Rule
    d. Insanity Defense Reform Act
    e. The Durham Rule

48. The most common result of a sucessful PTSD defense has been one of:

    a. diminished responsibility.
    b. guilty, but mentally ill.
    c. not guilty by reason of insanity.
    d. incompetent to stand trial.
    e. guilty.

49. _____ refers to the phenomenon that occurs when a mental disorder or syndrome is unintentionally caused by a clinician or practitioner.

    a. Iatrogenic
    b. Tautological fallacy
    c. Projection syndrome
    d. Symptom substitution
    e. Transference

50. Which diagnostic label has been associated with the iatrogenic phenomenon in recent years?

    a. paranoid schizophrenia
    b. histrionic personality disorder
    c. post-traumatic stress disorder
    d. delusional disorders
    e. dissociative identity disorder

EXH-305-324

BCJ 340 Criminal Behavior

Final Examination

51. In the Supreme Court ruling Sell v. U.S. (2003), the Court ruled that:

   a. in cases that did not involve violence, courts should be very careful in ordering medication to treat mentally disordered offenders who refuse the medication.
   b. mentally disordered offenders should be sedated in the courtroom.
   c. psychoactive drugs should not be ordered by any court against the wishes of the defendant, even if the mentally disordered offender tends to be violent.
   d. mentally disordered offenders should be institutionalized until cured.
   e. mentally disordered offenders cannot be given psychotropic medication during their trial.

52. Which disorder has been referred to as the "UFO of psychiatry" (Ondrovik & Hamilton, 1991)?

   a. Multiple Personality Disorder
   b. Postpartum Psychosis
   c. Dysthymic Disorder
   d. Bipolar II Disorder
   e. Borderline Personality Disorder

53. What form of amnesia is the most widely used justification for an insanity defense or mitigation of criminal responsibility in the U.S. courts today?

   a. chronic organic amnesia
   b. spontaneous amnesia
   c. Wernicke's amnesia
   d. limited amnesia
   e. Anxiolytic-Induced Persisting Amnestic Disorder

54. The most common abuse of the elderly by caretakers is:

   a. physical abuse.
   b. emotional abuse.
   c. neglect.
   d. a combination of psychological abuse and neglect.
   e. financial abuse.

55. In an important study of American children by Ullman and Straus (2003), it was discovered that approximately _____ percent of adolescents participated in child-to-parent violence during the previous 12 months.

   a. 20
   b. 25
   c. 5
   d. 10
   e. None of the above.

16

EXH-305-325

56. Filicide refers to the killing of a(n):

    a. infant.
    b. child older than 24 hours.
    c. child by the mother.
    d. child within the first 24 hours after birth.
    e. sibling.

57. What is not a category or symptom of mental or emotional reaction after childbirth?

    a. postpartum blues
    b. postpartum depression
    c. postpartum psychosis
    d. postpartum violence
    e. all of the above are symptoms of mental or emotional reaction after childbirth

58. Families that are characterized by continuous cycles of physical aggression and violence inside the family are called:

    a. multiassaultive.
    b. genetically imbalanced.
    c. dysfunctional.
    d. maladaptive.
    e. multigenerational aggressives.

59. Symptoms thought to frequently accompany Battered Woman Syndrome include all of the following except:

    a. narcissism.
    b. selflessness.
    c. low self-esteem.
    d. helplessness.
    e. depression.

60. As a clinical diagnosis, Battered Woman Syndrome is thought to be a form of:

    a. clinical depression.
    b. paranoid disorder, undifferentiated type.
    c. post-traumatic stress disorder.
    d. bipolar disorder.
    e. personality disorder.

EXH-305-326

61. A sibling killing a sister is called:

    a. matricide.
    b. particide.
    c. parricide.
    d. sororicide.
    e. filicide.

62. Neonaticide refers to the killing of:

    a. an infant.
    b. a child older than 24 hours.
    c. a child within the first 24 hours after birth.
    d. a child by the mother.
    e. a fetus.

63. George and Bill walk into a bar, order a drink and begin playing pool. Several minutes later, one of the bar's regulars, Steve, hollers across the bar and calls Bill a sissy girl. Bill punches Steve and a fist fight ensues. This scenario depicts an example of:

    a. emasculated jealousy.
    b. reactive aggression.
    c. alcohol induced violence.
    d. conduct disorder.
    e. None of the above.

64. Males are more likely than females to perpetrate which act of family violence?

    a. Munchausen Syndrome by Proxy
    b. Neonaticide
    c. elderly abuse
    d. filicide
    e. Shaken Baby Syndrome

65. According to La Fon (2002), the two basic types of psychological autopsies are:

    a. suicide and equivocal death.
    b. empirical and anecdotal.
    c. compensatory and reconstructive.
    d. testimonial and random.
    e. aggressive and non-aggressive.

EXH-305-327

Final Examination

66. Homicides are:

    a. deliberate
    b. not premeditated
    c. mental
    d. provocations
    e. interpersonal agreements

67. According to Hickey (1991), there was _____ documented female serial murders.

    a. 56
    b. 34
    c. 20
    d. 5
    e. 100

68. Research by Fox and Levin found that most mass killings are motivated by:

    a. profit.
    b. fear.
    c. power.
    d. anger.
    e. revenge.

69. When victims are chosen because the killer associates them with a primary target against whom revenge is sought, this is called:

    a. murder by proxy.
    b. associative murder.
    c. associative selection.
    d. loyalty murder.
    e. None of the above.

70. Research has found that the two consistent characteristics of school shooters are:

    a. cruelty to animals and easy access to weapons.
    b. desire for revenge and history of drug use.
    c. interest in unusual hobbies and history of drug use.
    d. peer rejection and social rejection.
    e. current depression diagnosis and history of violent behavior.

71. The weapon of choice in school homicides is:

    a. razor blades.
    b. beatings.
    c. strangulations.
    d. firearms.
    e. sharp objects.

72. Which worker would be least at risk for Type I workplace violence?

    a. Sandy, who works 6 p.m. until closing at the Burger King counter.
    b. David, who works the midnight shift at the Mobil Station.
    c. Gretchen, who works 3-11 p.m. as a nursing assistant at the hospital.
    d. Al, who owns his own liquor store and often works alone 3 p.m.-midnight.
    e. Tony, who drives a taxi at night.

73. An incident in which the offender commits serious physical or bodily harm to several workers within an organization is called:

    a. workplace violence.
    b. workplace aggression.
    c. occupational violence.
    d. occupational aggression.
    e. All of the above.

74. Geographical profiling was initially designed to:

    a. help investigations of arson.
    b. help investigations of murder.
    c. help investigations of rape.
    d. All of the above.
    e. None of the above.

75. Research on rape reveals that, in general, men who rape:

    a. are addicted to sex.
    b. have uncontrollable or irresistible impulses to rape.
    c. are suffering from various forms of mental illness.
    d. suffer from displaced anger at their mothers.
    e. None of the above.

76. In a sample of convicted rapists studied by Scully and Marolla:

    a. an overwhelming majority had prior criminal records.
    b. half did not have any prior criminal records.
    c. 90% had previously been convicted of sexual offenses.
    d. 40% admitted to having been victims of sexual assault.
    e. None of the above.

77. What was NOT a finding in the study on convicted rapists by Scully and Marolla?

    a. 12 previous rapes
    b. 39 previous burglaries
    c. 29 kidnappings
    d. 25 sodomies
    e. 21 first/second degree murders

78. The Groth rape typology is similar to the original MTC typology, except that Groth:

    a. emphasizes the motives for the rape.
    b. has more categories of rape behavior than the MTC.
    c. has better behavioral descriptions of the categories.
    d. emphasizes victim reactions.
    e. includes homosexual rape.

79. Which one of the following is an example of a sex offender registration and notification law?

    a. Shannon's Law
    b. The Adam Walsh Child Protection and Safety Act
    c. Violence Against Women Act
    d. Copycat Law
    e. Three Strikes Law

80. Most adult rapists:

    a. regularly view pornography.
    b. subscribe to attitudes and ideology that encourage men to dominate and control
       women.
    c. are mentally disordered.
    d. have considerable facial hair.
    e. are married.

81. Abel and his associates found that men convicted of rape:

   a. show high and nearly equal sexual arousal to portrayals of both violent, nonconsenting
      sexual acts and nonviolent, consenting sexual acts.
   b. were more sexually aroused toward attractive victims than nonattractive victims.
   c. felt they had little control over their sexual impulses.
   d. have a very limited ability to fantasize.
   e. were using drugs at the time of the crime.

82. How many categories did Groth divide rape behavior into?

   a. six
   b. two
   c. five
   d. four
   e. three

83. According to Kilpatrick et al. (2000), victimization information on adult women gathered
    from the National Women's Survey indicate _____ of the rapists were strangers.

   a. 14.6%
   b. 19.5%
   c. 24.4%
   d. 21.9%
   e. 9.8%

84. Research shows that a major motivation for rape is to:

   a. harm or derogate the victim.
   b. instigate sexual arousal in the victim.
   c. act out a sexual fantasy.
   d. satisfy a biological impulse.
   e. b and d only

85. According to the text, although myths about rape are changing, college students continue to
    hold myths about _____ rape.

   a. date
   b. marital
   c. homosexual
   d. statutory
   e. forcible

EXH-305-331

86. A sexual disorder in which bizarre fantasies are necessary for sexual excitement is called:

    a. hebephilia.
    b. paraphrenia.
    c. pornography.
    d. paraphilia.
    e. voyeurism.

87. When a person demonstrates a long standing exclusive preference for children as both sexual and social companions.

    a. regressed pedophile
    b. fixated pedophile
    c. exploitative pedophile
    d. aggressive pedophile
    e. sadistic pedophile

88. The _____ pedophile seeks children primarily to satisfy his sexual needs.

    a. aggressive
    b. fixated
    c. exploitative
    d. regressed
    e. immature

89. Which of the following is correct?

    a. Juvenile sex offenders are significantly less likely to re-offend than adult offenders.
    b. Female juveniles who sexually offend are far more likely to have been sexually abused themselves than male juvenile sex offenders.
    c. When female juveniles sexually offend, the victim is usually a child younger than themselves by 5 years or more.
    d. All of the above.
    e. None of the above.

90. When pedophile offenders claim that poor impulse control, excessive use of alcohol and drugs, and an assortment of stressors in his life lead him to sexually molest children, he is using what theory of pedophilia?

    a. Disinhibition theory
    b. Blockage theory
    c. Emotional congruence theory
    d. Sexual arousal theory
    e. Diffusion of responsibility theory

91. According to the DSM-IV, those individuals who are drawn to children and adults for sexual gratification are diagnosed as which type of pedophile?

    a. exclusive type
    b. nonexclusive type
    c. mixed age type
    d. combination type
    e. heterogeneous type

92. Hebephilia is sexual contact by adult males with:

    a. children.
    b. inappropriate objects.
    c. immediate, adult family members.
    d. older non-family members.
    e. young adolescents.

93. The term pedophilia is derived from the:

    a. Spanish word for children.
    b. Latin word for love of feet.
    c. Greek word for child lover.
    d. French word for paraphilia.
    e. Italian word for abhorrent behavior.

94. Research on the victims of pedophilia indicates that:

    a. sexual abuse produces long-term psychological problems in many children.
    b. most victims recover quickly without any long-lasting effects.
    c. boys recover quickly without psychological effects, but girls show long-lasting effects.
    d. "mild" abuse does not generate any long-lasting effects.
    e. victims who are groomed beforehand recover quicker, both physically and psychologically.

95. Which one of the following is NOT a notable commonality among aggressive pedophiles, rapists, and the prison population in general?

    a. alcohol problems
    b. high school failure/dropout
    c. often female
    d. unstable work history
    e. low socioeconomic class

EXH-305-333

96. Evocative therapy is a treatment approach for sex offenders that focuses on:

    a. helping offenders understand their motivations for sexual behavior.
    b. increasing their empathy for their victims.
    c. increasing their social competence.
    d. a and b only
    e. a and c only

97. Of the following treatment approaches, which has shown the most promise in the overall treatment of sexual offenders?

    a. behavior modification
    b. reality therapy
    c. implosive therapy
    d. relapse prevention
    e. psychoeducational counseling

98. Green's concept of occupational crime would include all of the following except:

    a. a bank officer embezzling funds.
    b. a corporation illegally dumping hazardous waste.
    c. a police officer using excessive force against a suspect.
    d. a restaurant employee stealing food from the restaurant.
    e. ALL of the above are included in occupational crime.

99. Green subdivides occupational crime into four categories that include all of the following EXCEPT:

    a. organizational
    b. professional
    c. state-authority
    d. corporate
    e. individual

100. How does larceny-theft differ from burglary?

    a. It doesn't involve unlawful entry.
    b. It doesn't involve violent crime.
    c. It is committed by professionals.
    d. It is almost always carefully planned.
    e. All of the above.

EXH-305-334

**Home**  **Prospects/Application**  **Billing**  **Retention**  **Transcript**  **Testing**  **Rental Library**  **Faculty**

**Note/Message**  **ACenina**  Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ340

## Test Information

BKNum: BCJ340  ☐ Old Exam Format

Test Type: CBX

Revision: 02/2015

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 84 out of 100

Grade: B

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | D | Correct | |
| 5 | E | Correct | |
| 6 | C | Correct | |
| 7 | A | Missed | |
| 8 | C | Correct | |
| 9 | B | Correct | |
| 10 | B | Missed | |
| 11 | C | Missed | |
| 12 | D | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | C | Correct | |
| 16 | D | Correct | |
| 17 | B | Correct | |
| 18 | D | Missed | |
| 19 | E | Correct | |
| 20 | A | Correct | |
| 21 | B | Missed | |
| 22 | C | Correct | |
| 23 | D | Correct | |
| 24 | D | Correct | |
| 25 | A | Correct | |
| 26 | B | Correct | |
| 27 | D | Correct | |
| 28 | B | Correct | |
| 29 | C | Correct | |
| 30 | A | Correct | |
| 31 | A | Correct | |
| 32 | B | Correct | |
| 33 | C | Correct | |
| 34 | A | Correct | |
| 35 | E | Correct | |
| 36 | E | Missed | |
| 37 | C | Correct | |
| 38 | C | Correct | |
| 39 | B | Correct | |
| 40 | A | Correct | |
| 41 | E | Correct | |
| 42 | D | Correct | |

EXH-305-335

| 43 | D | Correct |  |
| 44 | B | Correct |  |
| 45 | D | Correct |  |
| 46 | C | Correct |  |
| 47 | B | Correct |  |
| 48 | A | Correct |  |
| 49 | A | Correct |  |
| 50 | E | Correct |  |
| 51 | A | Correct |  |
| 52 | A | Correct |  |
| 53 | E | Missed |  |
| 54 | D | Correct |  |
| 55 | D | Correct |  |
| 56 | C | Missed |  |
| 57 | E | Missed |  |
| 58 | A | Correct |  |
| 59 | A | Correct |  |
| 60 | C | Correct |  |
| 61 | D | Correct |  |
| 62 | A | Missed |  |
| 63 | B | Correct |  |
| 64 | D | Missed |  |
| 65 | A | Correct |  |
| 66 | A | Correct |  |
| 67 | A | Missed |  |
| 68 | E | Correct |  |
| 69 | A | Correct |  |
| 70 | D | Correct |  |
| 71 | D | Correct |  |
| 72 | C | Correct |  |
| 73 | A | Correct |  |
| 74 | D | Correct |  |
| 75 | B | Missed |  |
| 76 | D | Missed |  |
| 77 | E | Correct |  |
| 78 | A | Correct |  |
| 79 | B | Correct |  |
| 80 | B | Correct |  |
| 81 | A | Correct |  |
| 82 | E | Correct |  |
| 83 | D | Missed |  |
| 84 | A | Correct |  |
| 85 | B | Correct |  |
| 86 | D | Correct |  |
| 87 | B | Correct |  |
| 88 | C | Correct |  |

| 89 | D | Correct | |
|----|---|---------|--|
| 90 | A | Correct | |
| 91 | B | Correct | |
| 92 | E | Correct | |
| 93 | C | Correct | |
| 94 | A | Correct | |
| 95 | C | Correct | |
| 96 | D | Correct | |
| 97 | A | Missed | |
| 98 | E | Correct | |
| 99 | D | Correct | |
| 100 | A | Correct | |

# BCJ 351 FORENSIC SCIENCE COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-338



**June 25, 2024**

**Morteza Amiri**

███████████

██████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ351

**Course Title:** FORENSIC SCIENCE

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** February 08, 2020



**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 02/06/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ351 - FORENSIC SCIENCE
**Unit:** 1
**Question:** Describe the five things a first responder should document when arriving at a crime scene. Conclude by defining the chain of custody and discussing its importance.

---

Morteza Amiri

66976

BCJ 351

Forensic Science

Describe the five things a first responder should document when arriving at a crime scene. Conclude by defining the chain of custody and discussing its importance.

Hundreds of crimes occur every day around the United States from misdemeanors to felonies. Seconds after a crime has been committed it is important for first responders to document everything at a crime scene. When a police officer first arrives at a scene they must follow the chain of custody and document five items at the crime scene. In this essay I will describe the five things a first responder should document when arriving at a crime scene. Also I will conclude with defining the chain of custody and discuss its importance.

The first responder's number one priority after a crime has occurred is offering assistance to any victims after the detrainment of any immediate threat. After a police officer should document the condition of the scene, existing state, bystander's information, and witness's statements and the state of objects surrounding the scene. After the lock down of a scene, police officers will begin the documentation and collection of any evidence that may have been related to the crime along with the documentation of the scene. This will include the location and appearance of objects and people in the vicinity. Secondly they will document the existing state of the location such as open doors, windows and rooms that have been left in distress. Information regarding eye witnesses and suspects such as contact info, description and identification card should be documented. Witnesses or bystanders around during the time of the crime entering or exiting must be documented. Lastly, items that have been moved out of place or look in a suspicious place must be documented.

While documenting a crime scene it is important for first responders to always follow a chain of custody to prove that none of the evidence has been changed or tampered with prior to an analysis. Recording of physical evidence by photographing, note taking or sketching is known as the chain of custody. It helps document the crime scene and helps support a visual explanation for evidence.

In conclusion, during the second following a crime scene first responders such as police officers must document the condition of the scene, existing state, bystander's information, and witness's statements and the state of objects surrounding the scene. It is important to properly follow the chain of custody to present reliable evidence to the court room.

Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ351
**Writing Assignment 1** Score: 23 out of 25
Grade: Passed



CALIFORNIA COAST
U N I V E R S I T Y

**Grand Total: 23**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Carl Rushmeyer**                    Date: **2/7/2020**

**Total: 23**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ◉ | ○ | ○ |

citing your textbook as a source of information for each
essay you source of information APA Citation
style, please refer to the following links:
Books-
https://owl.engish.purdue.edu/owl/resource/560/08/
(https://owl.engish.purdue.edu/owl/resource/560/08/)
Electronic Sources-
https://owl.engish.purdue.edu/owl/resource/560/10
(https://owl.engish.purdue.edu/owl/resource/560/10)/

Evaluated by **Carl Rushmeyer**                    Date: **2/7/2020**

**Received Date:** 02/06/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ351 - FORENSIC SCIENCE
**Unit:** 2
**Question:** Describe the different methods used to collect fingerprint evidence from hard/non-absorbent surfaces and soft/porous surfaces.

---

Morteza Amiri

66976

BCJ 351

Forensic Science

Describe the different methods used to collect fingerprint evidence from hard/non-absorbent surfaces and soft/porous surfaces.

A fingerprint is a unique impression that is left by friction from ridges of a human finger. No one in the world has the same finger print as you. The recovery of fingerprints from a crime scene is a very important method in forensic science. In this essay I will describe the different methods used to collect fingerprint evidence from hard/non-absorbent surfaces and soft/porous surfaces. There are many different techniques for recovering fingerprints from multiple types of surfaces including gray, black and florescent powders, iodine fuming, ninhydrin, silver nitrate and super glue fuming.

Surfaces like hard or nonabsorbent surfaces such as tile, glass and smooth hard surfaces, an investigator will use specific finger powders to recover partial prints. Gray powders can be used on colors that are darker or mirrored and are consisting of ground aluminums. The black powder is applied to light colored surfaces and is made of black carbon for easier visibility. Fluorescent powders help develop latent fingerprints that are not easily detected by the naked eye.

 Soft absorbent or porous surfaces such as paper, clothing and cardboards need to be treated with chemical treatments. The most popular chemical developer is a 6% solution dissolved into acetone called ninhydrin. Iodine fuming is one of the oldest chemical developers that forensic scientist use to view partial fingerprints. After the use of iodine fuming, silver nitrate is affective in detecting finger prints if all other options have been exhausted. Lastly, super glue fuming is a heated vapor that reacts with chemicals found in fingerprints to produce a white latent fingerprint.

In conclusion, fingerprints are a unique impression left by friction from ridges on a human finger. There are multiple different powders and chemical developers to detect fingerprints on hard/ nonabsorbent surfaces and soft/ porous surfaces. For hard surfaces forensic scientist use black, gray and fluorescent powders while soft surfaces require iodine fuming, ninhydrin, super glue fuming and silver nitrate.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ351
**Writing Assignment 2** Score: 23 out of 25
Grade: Passed



**Grand Total: 23**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Carl Rushmeyer**                Date: **2/7/2020**

**Total: 23**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ◉ | ○ | ○ |

EXH-305-344

**Notes**

Morteza, you have some good information of the various methods used to locate fingerprint evidence.  However, please cite your sources used to write your essay.

Evaluated by **Carl Rushmeyer**                    Date: **2/7/2020**

**Received Date:** 02/06/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ351 - FORENSIC SCIENCE
**Unit:** 3
**Question:** Give three examples of synthetic opioids and describe their accepted medical uses.

Morteza Amiri

66976

BCJ 351

Forensic Science

Give three examples of synthetic opioids and describe their accepted medical uses.

Opioids are usually a naturally occurring substance used for pain relief or anesthesia, they act on opioid receptors to produce numbing affects. Forensic scientist come across various synthetic opioids at crime scenes. A synthetic opioid is the most potent man made opioid, it is a synthetic chemical based upon morphine. In this essay I will give three examples of synthetic opioids and describe their accepted medical uses including fentanyl, methadone and OxyContin.

The most notorious, potent pain reliever, Fentanyl is 50 times more potent than morphine and acts as an opioid receptor. It is considered a schedule two prescription drug that is prescribed by a physician for severe or chronic pain management. Fentanyl may also be prescribed to patients that have an increased tolerance to other pain medications. As an alternative to pharmaceutical grade fentanyl, individuals have taken upon themselves to manufacture and sell their own from home labs.

A synthetic narcotic that is known to be highly addictive is Methadone. Methadone is used for the treatment of heroin addiction but has limited success. Unlike heroin, methadone is taken orally and has similar traits to heroin without the "stupor" affect. When methadone is in the system of an addict, heroin isn't able to attach to receptors giving a euphoric rush. Unintentionally heroin addicts have traded to lifelong methadone users, instead of curing an addiction.

Lastly, OxyContin is a synthetic narcotic with similar chemical structures to heroin and morphine. It contains oxycodone and an analgesic compound. OxyContin was originally prescribed to patients experiencing severe or chronic pain but recently has been associated with crimes and overdoses despite its "low risk of abuse." The drug slowly release over a 12 hour period into the system if taken how prescribed. Instead users have been snorting the substances altering its time release causing increased potency.

To conclude, a synthetic opioid is the most potent man made opioid with a similar chemical base to morphine. Over the last decade fentanyl, methadone and OxyContin have been miss used and made for personal use.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ351
**Writing Assignment 3**
Score: 23 out of 25
Grade: Passed



**Grand Total: 23**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Carl Rushmeyer**                    Date: **2/7/2020**

**Total: 23**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ◉ | ○ | ○ |

EXH-305-347

**Notes**

Morteza, nice job on this essay.  Just make sure to use the APA Citation style to document the sources of information used to write your essay.

Evaluated by **Carl Rushmeyer**                    Date: **2/7/2020**

**Received Date:** 02/06/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ351 - FORENSIC SCIENCE
**Unit:** 4
**Question:** Discuss the organization of DNA. Conclude by discussing the new method of human identification that examines the proteins of human hair.

---

Morteza Amiri

66976

BCJ 351

Forensic Science

Discuss the organization of DNA. Conclude by discussing the new method of human identification that examines the proteins of human hair.

A double helix to determine our fundamentally unique and distinctive characteristics is known as DNA or deoxyribonucleic acid.  It is a genetic instruction to determine our development, function, growth and reproduction.  In this essay I will discuss how DNA is organized and conclude by discussing a new method of human identification from the examination of human hair proteins.

Deoxyribonucleic acid is a highly organized chain containing a sequence called genes.  Genes contain information that synthesis various proteins.  There is information that helps to direct protein synthesis, it is split into different sections called exons.  In a gene between each exon is introns, also known as intragenic deoxyribonucleic acid.  Introns interpret the sequence of genes but they do not have the ability to code for proteins.  Intergenic are between individual genes in DNA and are for noncoding.  Hundreds of DNA sequences bind together to create a chromosome.

Researchers have developed a new method to identify humans by the use of proteins from human hair.  Human hair is primarily composed of keratin, a strong protein that retains chemical structure and resistance to most chemical decomp.  Hair has proteins that are made primarily of nitrogen, oxygen and carbon that are strongly bonded together ensuring strength and durability.  The proteins are composed of amino acids that are unique and are linked together defining a sequence of peptide bonds.  These proteins are withdrawn from human hair samples and broken into tiny amino acids.  Breaking down the hair sample helps to detect specific peptide sequences that can be compared to the SAPS database.

Therefore, two coiled chains are linked by genes that are composed by exons, intragenic deoxyribonucleic and intergenic.  Forensic researchers use protein from human hair samples to compare amino acids to a SAPS database to identify human beings.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ351
**Writing Assignment 4** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Carl Rushmeyer**                Date: **2/7/2020**

---

**Total: 22**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ◉ | ○ | ○ |

EXH-305-350

**Notes**

Morteza, you have a good discussion. However, I have a couple comments about your essay. Your essay is under-developed. Please follow the guidelines for written assignments in the study guide. The word count for essays should be between 350-500 words. This reflects the level of detail/development that is expected for written assignments. Additionally, it is important to use proper citation for both in-text citation and to document the sources of information used to write your essay. To see citation in a sample essay, log into the CCU Student Portal, then on Student Resources, and then on Writing Basics. This is an easy fix.

Evaluated by **Carl Rushmeyer**          Date: **2/7/2020**



**Student ID: 66976**
**BCJ351 Rev. 09/2019**
**Pre-Test Exam**
**Exam ID: 38beeb8c-eea5-444e-830b-ee74d70164e8**

1. The _____ technique uses restriction enzymes that cut DNA strands into fragments at specific base sequences.

   a. STR

   b. PCR

   c. RFLP

   d. PCR-RI

2. A(n) _____ crack radiates outward, away from the load point.

   a. impact

   b. tensile

   c. radial

   d. mobs

3. A scanning electron microscope can magnify an image up to _____ times.

   a. 1500

   b. 10,000

   c. 50,000

   d. 100,000

4. Genes are the segments of DNA that control the production of different _____ in an organism.

   a. proteins

   b. molecules

   c. stimuli

   d. cells

5. The _____ is the computer's main storage device. It is the only component of the computer that can store data while the computer is turned off.

1

EXH-305-352

    a. RAM

    b. ROM

    c. BIOS

    d. HDD

6. _____ is a fast method that allows many copies of a particular portion of the DNA sequence to be manufactured in the laboratory.

    a. STR

    b. PCR

    c. RFLP

    d. nDNA

7. _____ is a technique in which multiple STR loci are amplified and analyzed simultaneously.

    a. Multiplexing

    b. Thermocycling

    c. Annealing

    d. Denaturation

8. The two most common blood types in the United States are _____ and _____.

    a. O; A

    b. B; C

    c. A; C

    d. D; B

9. _____ physical properties are independent of the amount of substance measured and depend only on the identity of the substance.

    a. Intensive

    b. Extensive

    c. Internal

    d. Associative

10. The most abused and controversial hallucinogen is _____.

    a. PCP

    b. LSD

2

EXH-305-353

c. marijuana

d. MDMA

11. The process of proving that a particular unknown sample is unique, even among objects of the same class, is referred to as _____.

   a. classification

   b. individualization

   c. identification

   d. compartmentalization

12. The number of _____ found within an atom's nucleus gives the element its atomic number.

   a. electrons

   b. neutrons

   c. molecules

   d. protons

13. Critical evidence may be lost if _____ are overlooked or destroyed.

   a. tablets

   b. smartphones

   c. smart watches

   d. all of the above

14. A Trojan Horse program is an example of _____.

   a. spyware

   b. malware

   c. phishing

   d. spamming

15. In a fire investigation, the place where a fire starts is referred to as the _____.

   a. combustion point

   b. ignition point

   c. point of origin

   d. origin of combustion

3

16. Under the CSA, drugs that have no recognized medical use are placed in Schedule _____.

   a. I

   b. II

   c. III

   d. V

17. Hair is composed primarily of a very strong protein called _____ that is resistant to chemical decomposition.

   a. molecules

   b. keratin

   c. cells

   d. follicle

18. With regards to refractive index determination, GRIM refers to _____.

   a. General Refractive Index Matrix

   b. Glass Refractive Index Measurement

   c. Glass Refractive Index Matrix

   d. General Refractive Index Measurement

19. The liquid portion of blood is called _____.

   a. plasma

   b. serum

   c. cytoplasm

   d. hemoglobin

20. In the United States, one person dies in an alcohol-related traffic crash approximately every _____.

   a. 4 minutes

   b. 48 minutes

   c. 2 hours

   d. 24 hours

21. Handwriting analysis that indicates circular movement of the pen in a clockwise direction indicates _____-handedness.

4

EXH-305-355

a. left

b. right

c. neither, it is impossible to judge such things

d. center

22. Which is NOT one of the three stages of hair development?

a. anagenic phase

b. amorphouse phase

c. catagenic phase

d. telogenic phase

23. Which of the following is NOT an optical physical property of glass?

a. color

b. refractive index

c. density

d. texture

24. In the PCR amplification process, DNA is repeatedly heated and cooled in a process that is known as _____.

a. multiplexing

b. thermocycling

c. annealing

d. denaturation

25. Protein synthesis is carried out in a series of complex steps involving _____.

a. RNA

b. DNA

c. karotypes

d. introns

5

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976         Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ351

## Test Information

BKNum: BCJ351    ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: PreTest 1

Web Test: Y

Score: 12 out of 25

Grade: F

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Missed | |
| 2 | D | Missed | |
| 3 | D | Correct | |
| 4 | A | Correct | |
| 5 | B | Missed | |
| 6 | A | Missed | |
| 7 | A | Correct | |
| 8 | B | Missed | |
| 9 | A | Correct | |
| 10 | C | Correct | |
| 11 | A | Missed | |
| 12 | D | Correct | |
| 13 | A | Missed | |
| 14 | B | Correct | |
| 15 | C | Correct | |
| 16 | A | Correct | |
| 17 | C | Missed | |
| 18 | B | Correct | |
| 19 | D | Missed | |
| 20 | A | Missed | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | C | Missed | |
| 24 | A | Missed | |
| 25 | B | Missed | |



**Student ID: 66976**
**BCJ351 Rev. 09/2019**
**Unit Exam 1**
**Exam ID: 627611b2-04f3-447d-981a-2c67296c017d**

1. If a powerful explosive is used, investigators can estimate the weight of the bomb by determining the _____.

    a. smoke at the scene

    b. size of the crater

    c. amount of collateral damage

    d. distance evidence is found from the crater

2. In the case of Mincey v. Arizona, the Supreme Court ruled that a _____ should have been obtained.

    a. contact approval

    b. warrant

    c. identification card

    d. form 39

3. _____ is the natural drop in body temperature that occurs after death.

    a. Rigor mortis

    b. Livor mortis

    c. Algor mortis

    d. Vitreous reduction

4. _____ is a measure of the quantity of matter that an object contains.

    a. Weight

    b. Span

    c. Mass

    d. Girth

5. _____ physical properties are independent of the amount of substance measured and depend only on the identity of the substance.

1

a. Intensive

b. Extensive

c. Internal

d. Associative

6. With regards to personnel health and safety on the job, what does OSHA stand for?

a. Overall Safety and Health Accountability

b. Occupational Security and Health Administration

c. Occupational Safety and Health Administration

d. Overall Security and Health Accountability

7. The basic SI unit for mass is the _____.

a. kilogram

b. inch

c. gram

d. milligram

8. The forensic examination of soil usually begins with _____.

a. using a nest of sieves

b. microscopy

c. using a density gradient column

d. a visual examination

9. A _____ is created when some kind of tool creates an impression, cut, scratch, or abrasion on another surface.

a. gouge

b. toolmark

c. tool scrape

d. evidentiary gouge

10. Known samples are also referred to as _____.

a. control samples

b. reference samples

2

c. standard samples

d. all of the above

11. More than _____ minerals naturally occur on Earth.

   a. 2,000

   b. 5,000

   c. 7,000

   d. 9,000

12. A(n) _____ bloodstain is formed from the force of gravity.

   a. passive

   b. active

   c. Frye

   d. fresh

13. Soil color has been standardized according to a notation that allows the color of each soil sample in question to be compared to a color chart, where each color is given a _____ code.

   a. master

   b. Munsell

   c. mustard

   d. miscellaneous

14. In Federal Courts in the U.S., evidence is defined by the F.R.E, which stands for _____.

   a. Fundamental Research of Evidence

   b. Federal Research of Evidence

   c. Federal Review of Evidence

   d. Federal Rules of Evidence

15. A temperature scale on which water freezes at 0 degrees and boils at 100 degrees at sea level is the _____ scale.

   a. Kelvin

   b. Fahrenheit

   c. Celsius

3

EXH-305-360

d. International

16. The process of proving that a particular unknown sample is unique, even among objects of the same class, is referred to as _____.

   a. classification

   b. individualization

   c. identification

   d. compartmentalization

17. _____ tend to expand on contact and are more likely to break up on impact with a hard surface.

   a. High-velocity, lightweight bullets

   b. Low-velocity, heavy bullets

   c. High-velocity, heavy bullets

   d. Low-velocity, lightweight bullets

18. _____ measure temperature without having to have contact with the object being measured.

   a. Electronic thermometers

   b. Optical thermometers

   c. Elliptical thermometers

   d. Differential equation thermometers

19. In court proceedings, it is the responsibility of the _____ to determine what is relevant and what is not.

   a. judge

   b. prosecutor

   c. facilitator

   d. arbitrator

20. To establish the variation in soil at the crime scene, the investigator should collect reference specimens within a _____ radius of the scene of the crime.

   a. 100 yard

   b. 200 yard

   c. 150 yard

   d. 250 yard

4

21. To make a rough estimate of the density of an object, simply immerse it in water. If the object sinks, it has a density greater than _____ g/mL. If it floats, it has a density less than _____ g/mL.

    a. 1; 1

    b. 4; 4

    c. 6; 6

    d. 10; 10

22. Units within the SI always differ by factors of ___.

    a. 5

    b. 10

    c. 100

    d. 1000

23. _____ physical properties are independent of the amount of substance measured and depend only on the identity of the substance.

    a. Intensive

    b. Extensive

    c. Internal

    d. Associative

24. Toolmarks are often left during the course of a(n) _____.

    a. homicide

    b. burglary

    c. accident

    d. arson

25. To preserve tire tracks or shoeprints made in dirt or snow, the investigator should _____ the impression.

    a. make a cast of

    b. use clear tape to lift

    c. use an electrostatic lifting device to lift

    d. sprinkle fingerprint powder over

5

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ351

## Test Information

BKNum: BCJ351    ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: Unit Exam 1

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | C | Correct | |
| 4 | C | Correct | |
| 5 | B | Missed | |
| 6 | C | Correct | |
| 7 | A | Correct | |
| 8 | D | Correct | |
| 9 | B | Correct | |
| 10 | D | Correct | |
| 11 | B | Missed | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | D | Correct | |
| 15 | C | Correct | |
| 16 | B | Correct | |
| 17 | A | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | A | Correct | |
| 24 | B | Correct | |
| 25 | A | Correct | |

**CALIFORNIA COAST**
**U N I V E R S I T Y**

**Student ID: 66976**
**BCJ351 Rev. 09/2019**
**Unit Exam 2**
**Exam ID: 1a121292-4fd4-4214-b1c2-626f1c44723d**

1. A scanning electron microscope can magnify an image up to _____ times.

    a. 1500

    b. 10,000

    c. 50,000

    d. 100,000

2. Which of the following is a printing method in which a metal printing plate is engraved, producing a raised image on the document?

    a. screen printing

    b. lithography

    c. letterpress printing

    d. intaglio

3. The accepted scale of glass hardness is the _____ scale.

    a. tensile

    b. radial

    c. Mohs

    d. fixture

4. When photographing shoeprints, the investigator must use a measuring device called a _____.

    a. bureau scale

    b. l-shaped scale

    c. millimeter scale

    d. crosshair scale

5. The primary protein that forms hair and nails is _____.

    a. histones

1

EXH-305-364

b. keratin

c. myosin

d. collagen

6. _____ glass can be distinguished from other glass by heating the glass fragments.

   a. Tempered

   b. Safety

   c. Green

   d. Ballistic

7. Soon, all U.S. passports will contain a(n) _____ chip, which the government hopes will strengthen national security.

   a. RFID

   b. Micro

   c. PFIS

   d. Macro

8. Another term for "anisotropic" materials is _____.

   a. isotropic

   b. birefringent

   c. polarized

   d. infrared

9. The reaction of ninhydrin with an amino acid, such as from perspiration, forms a purple-blue product, called _____ purple.

   a. rudimentary

   b. Richard's

   c. indigo

   d. Ruhemann's

10. Two-dimensional shoeprints are most often produced from the transfer of some material that was acquired by the shoe sole during prior steps. This is what is known as a(n) _____ impression.

   a. dry origin

   b. wet origin

2

c. transfer

d. imprint

11. _____ is a computer chip that uses communication via a radio frequency to uniquely identify an object, such as a passport.

a. UVIR

b. AFIRM

c. NAME

d. RFID

12. A(n) _____ is a fingerprint pattern in which ridges enter on one side of the print, form a wave, and flow out the other side.

a. loop

b. whorl

c. arch

d. triangle

13. A force that expands glass is called a(n) _____ force.

a. impact

b. radial

c. tensile

d. tucker

14. Which of the following is NOT an optical physical property of glass?

a. color

b. refractive index

c. density

d. texture

15. During the final phase of hair growth, known as the _____ phase, hair becomes loose and falls out.

a. official

b. second

c. telogenic

3

    d. keratin

16. The thickness of paper sheets can be precisely measured by using a(n) _____.

    a. ruler

    b. tape measure

    c. micrometer

    d. scale

17. A force that squeezes glass is called a _____ force.

    a. shear

    b. compressive

    c. crushing

    d. striated

18. Latent prints on a smooth surface are typically processed by the application of _____.

    a. powder

    b. liquid

    c. hydrogen

    d. salt

19. A(n) _____ crack radiates outward, away from the load point.

    a. impact

    b. tensile

    c. radial

    d. mobs

20. With regards to refractive index determination, GRIM refers to _____.

    a. General Refractive Index Matrix

    b. Glass Refractive Index Measurement

    c. Glass Refractive Index Matrix

    d. General Refractive Index Measurement

21. Most individuals' handwriting is a combination of which two basic handwriting types?

    a. block capital and cursive

EXH-305-367

b. cursive and script

c. script and block capital

d. Palmer Method and block capital

22. Non-destructive elemental composition analysis of glass can be measured by using
_____.

a. inductively coupled plasma (ICP)

b. flameless atomic absorption spectrophotometry (FAAS)

c. X-ray fluorescence (XRF)

d. ICP-OES

23. Some expensive paper, when held up to light, displays a translucent design referred to as a(n)
_____.

a. watermark

b. pylori

c. augmentation

d. ID trait

24. Handwriting analysis has shown that handwriting slope can vary through a range of _____
degrees forward to a slope of _____ degrees backward from vertical.

a. 10; 25

b. 10; 50

c. 50; 10

d. 50; 25

25. The $_____ bill is the most commonly counterfeited U.S. banknote.

a. 20

b. 100

c. 10

d. 5

5

EXH-305-368

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty

Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ351

## Test Information

BKNum: BCJ351 ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: Unit Exam 2

Web Test: Y

Score: 22 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | D | Correct | |
| 3 | C | Correct | |
| 4 | B | Missed | |
| 5 | B | Correct | |
| 6 | D | Missed | |
| 7 | A | Correct | |
| 8 | B | Correct | |
| 9 | D | Correct | |
| 10 | C | Correct | |
| 11 | D | Correct | |
| 12 | C | Correct | |
| 13 | C | Correct | |
| 14 | D | Correct | |
| 15 | C | Correct | |
| 16 | C | Correct | |
| 17 | B | Correct | |
| 18 | A | Correct | |
| 19 | C | Correct | |
| 20 | B | Correct | |
| 21 | A | Missed | |
| 22 | C | Correct | |
| 23 | A | Correct | |
| 24 | C | Correct | |
| 25 | A | Correct | |

EXH-305-369

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**BCJ351 Rev. 09/2019**
**Unit Exam 3**
**Exam ID: e34f337b-c825-4edb-846a-27e0dc5bee0d**

1. The most abused and controversial hallucinogen is _____.

   a. PCP

   b. LSD

   c. marijuana

   d. MDMA

2. There are _____ elements listed on the periodic table.

   a. 118

   b. 120

   c. 100

   d. 108

3. Substances that diminish a person's functional activity are called _____.

   a. depressants

   b. adulterants

   c. hallucinogens

   d. stimulants

4. Laws that require motorists to undergo an alcohol breath test or blood test or face sanctions are known as _____ laws.

   a. per se

   b. de facto

   c. implied consent

   d. aggressive

5. The periodic table is divided into 7 horizontal rows called _____.

   a. groups

1

b. periods

c. families

d. orbitals

6. Which is NOT a listed indicator of arson?

a. certain charring patterns

b. odors

c. paper

d. certain smoke patterns

7. _____ was the first state to enact a "drunk driving" law in which the BAC was used as the basis determining a person's sobriety.

a. Indiana

b. Virginia

c. Wisconsin

d. California

8. The synthetic narcotic that is widely used to treat heroin addiction, albeit with limited success, is _____.

a. quinine

b. methadone

c. mescaline

d. hashish

9. _____ is an alkaloid narcotic that is less potent than morphine.

a. Codeine

b. Morphine

c. Marijuana

d. Alcohol

10. _____ acts on opioid receptors with about 50–100 times the potency of morphine. It is a Schedule II prescription drug.

a. Fentanyl

b. Nortriptyline

2

EXH-305-371

c. Cataphyll

d. None of the above.

11. The number of naturally occurring elements on Earth is _____.

a. 50

b. 75

c. 92

d. 118

12. The number of _____ found within an atom's nucleus gives the element its atomic number.

a. electrons

b. neutrons

c. molecules

d. protons

13. Arsenic concentrates in the _____ of the person who was poisoned.

a. liver

b. kidneys

c. gastro-intestinal tract

d. hair

14. The pressures generated by _____ can cause significant structural damage and endanger the lives of firefighters.

a. a backdraft

b. pyrolysis

c. a flashover

d. combustion

15. In _____, the Supreme Court affirmed states' laws that impose criminal penalties on suspected drunk drivers who refuse to take a breath test to measure the concentration of alcohol.

a. Henry's Law

b. the Fourth Amendment

c. the Indiana Principle

d. Birchfield v. North Dakota

3

16. The minimum temperature at which a liquid fuel will produce enough vapor to burn is known as the

_____.

a. lower explosive limit

b. flammable point

c. flash point

d. combustion point

17. The _____ stage is the growth phase of a fire, which begins at ignition.

a. smoldering

b. free-burning

c. incipient

d. explosive

18. "Per se" means _____.

a. "as you see it"

b. "suffice it to say"

c. "by itself"

d. "nothing else needed"

19. A(n) _____ will produce a flame only when a sufficient number of fuel molecules exist in the gaseous state.

a. fuel

b. starter

c. fire

d. gas

20. In a fire investigation, the place where a fire starts is referred to as the _____.

a. combustion point

b. ignition point

c. point of origin

d. origin of combustion

21. A(n) _____ is a material that is used to start or sustain a fire.

a. primer

4

b. accelerant

c. starter

d. incendiary

22. _____ are the most common accelerants and include many petroleum-derived liquids as well as alcohols.

    a. Hydrocarbons

    b. Riboflavins

    c. Carbonites

    d. Hydroalkanes

23. An electron has a(n) _____ charge.

    a. negative

    b. positive

    c. neutral

    d. doubling

24. Under the CSA, the least dangerous controlled substances are placed in Schedule _____.

    a. I

    b. II

    c. III

    d. V

25. A positive immunoassay test leads to a confirmation test that is usually performed by _____.

    a. GC-MS

    b. Hd-M3

    c. AS-Ka

    d. Beta-2

EXH-305-374

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976
Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ351

## Test Information

BKNum: BCJ351    ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: Unit Exam 3

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | C | Correct | |
| 5 | B | Correct | |
| 6 | C | Correct | |
| 7 | A | Correct | |
| 8 | B | Correct | |
| 9 | A | Correct | |
| 10 | A | Correct | |
| 11 | C | Correct | |
| 12 | D | Correct | |
| 13 | D | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | C | Correct | |
| 17 | C | Correct | |
| 18 | C | Correct | |
| 19 | A | Correct | |
| 20 | C | Correct | |
| 21 | B | Correct | |
| 22 | A | Correct | |
| 23 | A | Correct | |
| 24 | D | Correct | |
| 25 | A | Correct | |

EXH-305-375

**CALIFORNIA COAST**
U N I V E R S I T Y

**Student ID: 66976**
**BCJ351 Rev. 09/2019**
**Unit Exam 4**
**Exam ID: 1463bfe4-2da0-4573-b758-404158914677**

1. _____ is a fast method that allows many copies of a particular portion of the DNA sequence to be manufactured in the laboratory.

   a. STR

   b. PCR

   c. RFLP

   d. nDNA

2. A maximum of _____ alleles are possible for each SNP.

   a. 4

   b. 3

   c. 2

   d. 1

3. A hard drive is divided into _____ so that files can be organized and retrieved quickly.

   a. bits

   b. bytes

   c. segments

   d. sectors

4. RNA is found in the _____ of the cell.

   a. nucleus

   b. mitochondria

   c. cytoplasm

   d. chromosomes

5. Shapshot DNA phenotyping generates a description of _____.

   a. ancestry

1

b. face morphology

c. excluded phenotypes

d. all of the above

6. If a genetic locus is located at a different position, it is called a(n) _____.

a. allele

b. loci

c. aversion

d. transfer

7. The liquid portion of blood is called _____.

a. plasma

b. serum

c. cytoplasm

d. hemoglobin

8. Hair is composed primarily of _____, a very strong protein that is resistant to chemical decomposition and is known to retain its chemical structure for centuries.

a. nitrogen

b. cytosine

c. keratin

d. ribonucleic acid

9. Genes are the segments of DNA that control the production of different _____ in an organism.

a. proteins

b. molecules

c. stimuli

d. cells

10. White blood cells are called _____.

a. erythrocytes

b. leukocytes

c. thrombocytes

2

d. histones

11. _____ are loci on the sample DNA that contain a short sequence of bases that is repeated over and over.

a. STR

b. RFLP

c. PCR

d. ssDNA

12. CODIS matches _____ core loci as of 2017.

a. 10

b. 12

c. 15

d. 20

13. In _____ the Supreme Court ruled that placing a GPS device on a vehicle constituted a search and was a violation of the Fourth Amendment.

a. United States v. Hall

b. America Online v. Virginia

c. Torey Dale Grady v. North Carolina

d. United States v. Jones

14. Red blood cells have specific carbohydrate molecules on their surface that are called _____.

a. antigens

b. pathogens

c. androgens

d. mitogens

15. The use of fraudulent email sent in an attempt to trick the recipient into disclosing personal information is known as _____.

a. hacking

b. phishing

c. spamming

d. malware

3

EXH-305-378

16. A(n) _____ is a list of every character, letter, number, and word in all files on a computer, created by the forensic utility software.

    a. index

    b. cluster

    c. byte

    d. sector

17. When animals are injected with human blood, they form _____.

    a. antigens

    b. histones

    c. antibodies

    d. amylase

18. _____ is created when a file is saved and if the file does not take up an entire sector on the disk.

    a. File slack

    b. Slack space

    c. Sector saving

    d. Open field

19. When powering up the computer, the _____ enables a CPU to communicate with the HDD.

    a. PB

    b. BIOS

    c. PIOS

    d. BP

20. The DNA copies that are produced by PCR amplification are called a(n) _____.

    a. amplicon

    b. thermocycle

    c. denaturant

    d. PCR's

21. Which is NOT one of a CPU's four basic steps?

    a. Fetch

4

b. Execute

c. Regain

d. Decode

22. _____ is the separation of two complementary strands of DNA upon heating above a certain temperature.

a. Multiplexing

b. Thermocycling

c. Annealing

d. Denaturation

23. Protein synthesis is carried out in a series of complex steps involving _____.

a. RNA

b. DNA

c. karotypes

d. introns

24. Complementary DNA strands will _____ if they are heated above a certain temperature.

a. anneal

b. bond

c. denature

d. disarticulate

25. An HDD is divided into _____ so that files can be organized and found more quickly.

a. sectors

b. divisions

c. segments

d. properties

5

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ351

## Test Information

BKNum: BCJ351 ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: Unit Exam 4

Web Test: Y

Score: 22 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | A | Correct | |
| 3 | D | Correct | |
| 4 | C | Correct | |
| 5 | D | Correct | |
| 6 | A | Correct | |
| 7 | A | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | B | Correct | |
| 11 | A | Correct | |
| 12 | B | Missed | |
| 13 | D | Correct | |
| 14 | A | Correct | |
| 15 | B | Correct | |
| 16 | A | Correct | |
| 17 | C | Correct | |
| 18 | B | Missed | |
| 19 | B | Correct | |
| 20 | B | Missed | |
| 21 | C | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | C | Correct | |
| 25 | A | Correct | |

## CALIFORNIA COAST
### U N I V E R S I T Y

**Student ID: 66976**

**BCJ351 Rev. 09/2019**

**Final Exam**

**Exam ID: 665d69bd-1f5d-403e-a45f-4745bd489bb2**

1. A(n) _____ is a substance that increases the rate of a chemical reaction without being consumed during that reaction.

    a. anticoagulant

    b. metabolite

    c. catalyst

    d. accelerant

2. Genes are the segments of DNA that control the production of different _____ in an organism.

    a. proteins

    b. molecules

    c. stimuli

    d. cells

3. According to the text, what is the MOST common reason for evidence to be excluded from court?

    a. violation of Fourth Amendment privileges somewhere during investigation

    b. improper documentation

    c. lack of chain of custody

    d. contamination or destruction of evidence

4. _____ physical properties depend on the amount of substance present.

    a. Intensive

    b. Extensive

    c. Internal

    d. Associative

5. The minimum temperature at which a liquid fuel will produce enough vapor to burn is known as the _____.

1

EXH-305-382

a. lower explosive limit

b. flammable point

c. flash point

d. combustion point

6. A neutron has a(n) _____ charge.

a. positive

b. negative

c. neutral

d. central

7. _____ is a measure of the quantity of matter that an object contains.

a. Weight

b. Span

c. Mass

d. Girth

8. The bodies of adults hold approximately _____ quarts of blood.

a. 2 to 4

b. 3 to 4

c. 4 to 6

d. 6 to 8

9. Handwriting analysis has shown that handwriting slope can vary through a range of _____ degrees forward to a slope of _____ degrees backward from vertical.

a. 10; 25

b. 10; 50

c. 50; 10

d. 50; 25

10. The _____ is the computer's main storage device. It is the only component of the computer that can store data while the computer is turned off.

a. RAM

b. ROM

EXH-305-383

c. BIOS

d. HDD

11. Handwriting analysis that indicates circular movement of the pen in a clockwise direction indicates _____-handedness.

a. left

b. right

c. neither, it is impossible to judge such things

d. center

12. Units within the SI always differ by factors of ___.

a. 5

b. 10

c. 100

d. 1000

13. A Trojan Horse program is an example of _____.

a. spyware

b. malware

c. phishing

d. spamming

14. Latent prints on a smooth surface are typically processed by the application of _____.

a. powder

b. liquid

c. hydrogen

d. salt

15. In _____ the Supreme Court ruled that placing a GPS device on a vehicle constituted a search and was a violation of the Fourth Amendment.

a. United States v. Hall

b. America Online v. Virginia

c. Torey Dale Grady v. North Carolina

d. United States v. Jones

3

16. Another term for "anisotropic" materials is _____.

    a. isotropic

    b. birefringent

    c. polarized

    d. infrared

17. _____ are loci on the sample DNA that contain a short sequence of bases that is repeated over and over.

    a. STR

    b. RFLP

    c. PCR

    d. ssDNA

18. _____ measures the force exerted on an object by the pull of gravity.

    a. Inertia

    b. Weight

    c. Mass

    d. Matter

19. Toolmarks are often left during the course of a(n) _____.

    a. homicide

    b. burglary

    c. accident

    d. arson

20. _____ properties of a substance are those properties that can be observed and recorded without referring to any other substance.

    a. Chemical

    b. Physical

    c. Extensive

    d. Internal

21. _____ glass is glass that has been heat-treated to give it strength.

    a. Tempered

4

b. Laminated

c. Green

d. Ballistic

22. _____ DNA typing is used when the quantifying test indicates there is too little DNA to perform a regular DNA analysis.

a. PCR

b. RFLP

c. STR

d. LCN

23. Hair grows at a constant rate of approximately _____ cm per month.

a. 1

b. 2

c. 3

d. 4

24. A scanning electron microscope can magnify an image up to _____ times.

a. 1500

b. 10,000

c. 50,000

d. 100,000

25. A(n) _____ is a material that is used to start or sustain a fire.

a. primer

b. accelerant

c. starter

d. incendiary

26. A(n) _____ crack radiates outward, away from the load point.

a. impact

b. tensile

c. radial

5

    d. mobs

27. Arsenic concentrates in the _____ of the person who was poisoned.

    a. liver

    b. kidneys

    c. gastro-intestinal tract

    d. hair

28. The DNA copies that are produced by PCR amplification are called a(n) _____.

    a. amplicon

    b. thermocycle

    c. denaturant

    d. PCR's

29. One chemical test for locating GSR residues is the _____.

    a. anhydrous test

    b. nitrate localizing examination

    c. modified Greiss Test

    d. grease examination

30. The $_____ bill is the most commonly counterfeited U.S. banknote.

    a. 20

    b. 100

    c. 10

    d. 5

31. To make a rough estimate of the density of an object, simply immerse it in water. If the object sinks, it has a density greater than _____ g/mL. If it floats, it has a density less than _____ g/mL.

    a. 1; 1

    b. 4; 4

    c. 6; 6

    d. 10; 10

32. All medical evidence currently available shows _____ to be the most abused drug in Western countries.

6

EXH-305-387

a. marijuana

b. cocaine

c. heroin

d. ethyl alcohol

33. Which is the correct method of packaging evidence?

a. all items of the same class should be packaged together

b. all items from the same room/location should be packaged together

c. all items should be packaged separately

d. none of the above

34. A _____ is created when some kind of tool creates an impression, cut, scratch, or abrasion on another surface.

a. gouge

b. toolmark

c. tool scrape

d. evidentiary gouge

35. Complementary DNA strands will _____ if they are heated above a certain temperature.

a. anneal

b. bond

c. denature

d. disarticulate

36. _____ measure temperature without having to have contact with the object being measured.

a. Electronic thermometers

b. Optical thermometers

c. Elliptical thermometers

d. Differential equation thermometers

37. Non-destructive elemental composition analysis of glass can be measured by using _____.

a. inductively coupled plasma (ICP)

b. flameless atomic absorption spectrophotometry (FAAS)

7

EXH-305-388

c. X-ray fluorescence (XRF)

d. ICP-OES

38. U.S. currency is printed using _____ printing.

a. intaglio

b. particular

c. myrrh

d. hardened

39. Any site where a subsequent criminal activity took place is known as a(n) _____.

a. point after

b. secondary crime scene

c. alter-location

d. post-crime locale

40. Currently, the laws governing the use of a motor vehicle after use of marijuana fall into what category?

a. effect-based laws

b. per se DUID laws

c. zero tolerance laws

d. all of the above

41. The forensic examination of soil usually begins with _____.

a. using a nest of sieves

b. microscopy

c. using a density gradient column

d. a visual examination

42. In Federal Courts in the U.S., evidence is defined by the F.R.E, which stands for _____.

a. Fundamental Research of Evidence

b. Federal Research of Evidence

c. Federal Review of Evidence

d. Federal Rules of Evidence

8

EXH-305-389

43. The _____ stage is the growth phase of a fire, which begins at ignition.

   a. smoldering

   b. free-burning

   c. incipient

   d. explosive

44. Crude petroleum is sent to a refinery and separated by _____, a process that separates the hydrocarbons according to their boiling points.

   a. fermentation

   b. fractional distillation

   c. oxidation

   d. pyrolysis

45. Known samples are also referred to as _____.

   a. control samples

   b. reference samples

   c. standard samples

   d. all of the above

46. Given that all proteins are made from only 20 amino acids, there is some redundancy in the _____.

   a. genetic code

   b. DNA class

   c. family code

   d. genetic class

47. Which of the following is NOT a dye used to help identify shoeprints made with blood?

   a. Amido Black dye

   b. Acid Fuchsin

   c. Leuco Crystal Violet

   d. Green Acid 7

48. _____ tend to expand on contact and are more likely to break up on impact with a hard surface.

9

a. High-velocity, lightweight bullets

b. Low-velocity, heavy bullets

c. High-velocity, heavy bullets

d. Low-velocity, lightweight bullets

49. Which of the following is NOT a common search pattern, according to your text?

a. wheel

b. grid

c. zone

d. spiral

50. The liquid portion of blood is called _____.

a. plasma

b. serum

c. cytoplasm

d. hemoglobin

51. Hair is composed primarily of a very strong protein called _____ that is resistant to chemical decomposition.

a. molecules

b. keratin

c. cells

d. follicle

52. During the final phase of hair growth, known as the _____ phase, hair becomes loose and falls out.

a. official

b. second

c. telogenic

d. keratin

53. Under the CSA, the least dangerous controlled substances are placed in Schedule _____.

a. I

b. II

EXH-305-391

c. III

d. V

54. A force that expands glass is called a(n) _____ force.

a. impact

b. radial

c. tensile

d. tucker

55. _____ is an alkaloid narcotic that is less potent than morphine.

a. Codeine

b. Morphine

c. Marijuana

d. Alcohol

56. A hard drive is divided into _____ so that files can be organized and retrieved quickly.

a. bits

b. bytes

c. segments

d. sectors

57. Most forensic STRs have _____ bases that repeat.

a. 3

b. 4

c. 5

d. 6

58. The basic SI unit for volume is the _____.

a. cubic meter

b. gallon

c. ounce

d. cup

59. Some expensive paper, when held up to light, displays a translucent design referred to as a(n)

11

_____.

   a. watermark

   b. pylori

   c. augmentation

   d. ID trait

60. A _____ is typically documented by casting the impression.

   a. two-dimensional impression

   b. three-dimensional impression

   c. flat impression

   d. wet footprint on ceramic tile

61. "Per se" means _____.

   a. "as you see it"

   b. "suffice it to say"

   c. "by itself"

   d. "nothing else needed"

62. Which of the following is a printing method in which a metal printing plate is engraved, producing a raised image on the document?

   a. screen printing

   b. lithography

   c. letterpress printing

   d. intaglio

63. The basic SI unit for length is the _____.

   a. meter

   b. yard

   c. foot

   d. inch

64. The sum of the number of protons and the number of neutrons in the nucleus of an atom is known as the _____.

   a. atomic number

EXH-305-393

b. atomic mass number

c. molecular mass

d. molecular number

65. An electron has a(n) _____ charge.

a. negative

b. positive

c. neutral

d. doubling

66. The number of naturally occurring elements on Earth is _____.

a. 50

b. 75

c. 92

d. 118

67. The density of water is _____ g/mL.

a. 1

b. 2

c. 3

d. 4

68. The most abused and controversial hallucinogen is _____.

a. PCP

b. LSD

c. marijuana

d. MDMA

69. A computer's _____ is volatile memory that loses its information when the power is turned off. It operates quickly and only comes in a limited amount per computer.

a. RAM

b. ROM

c. CPU

13

d. HDD

70. Substances that diminish a person's functional activity are called _____.

   a. depressants

   b. adulterants

   c. hallucinogens

   d. stimulants

71. Which of the following is NOT an optical physical property of glass?

   a. color

   b. refractive index

   c. density

   d. texture

72. _____ is a computer chip that uses communication via a radio frequency to uniquely identify an object, such as a passport.

   a. UVIR

   b. AFIRM

   c. NAME

   d. RFID

73. _____ liquids, such as kerosene and fuel oil, are those with flash points of 100 degrees Fahrenheit or higher.

   a. Ignitable

   b. Combustible

   c. Flammable

   d. Explosive

74. Protein synthesis is carried out in a series of complex steps involving _____.

   a. RNA

   b. DNA

   c. karotypes

   d. introns

75. In the PCR amplification process, DNA is repeatedly heated and cooled in a process that is known

14

as _____.

a. multiplexing

b. thermocycling

c. annealing

d. denaturation

76. Which is NOT the correct complimentary base pairing?

a. A with T

b. C with A

c. G with C

d. C with G

77. If a powerful explosive is used, investigators can estimate the weight of the bomb by determining the _____.

a. smoke at the scene

b. size of the crater

c. amount of collateral damage

d. distance evidence is found from the crater

78. _____ was the first state to enact a "drunk driving" law in which the BAC was used as the basis determining a person's sobriety.

a. Indiana

b. Virginia

c. Wisconsin

d. California

79. A temperature scale on which water freezes at 0 degrees and boils at 100 degrees at sea level is the _____ scale.

a. Kelvin

b. Fahrenheit

c. Celsius

d. International

80. _____ is a legal, over-the-counter drug that is controlled by ATF rather than the DEA.

15

EXH-305-396

a. Oxycontin

b. Hydrocodone

c. Ethyl alcohol

d. Pseudoephedrine

81. The human eye is capable of seeing only visible light that falls between the wavelength range of approximately _____.

a. 100–400 nm

b. 200–500 nm

c. 400–700 nm

d. 700–1000 nm

82. Which is NOT one of a CPU's four basic steps?

a. Fetch

b. Execute

c. Regain

d. Decode

83. Another name for physical evidence is the _____ sample.

a. questioned

b. taken

c. existing

d. scrape

84. The periodic table is divided into 18 vertical columns called _____.

a. pairs

b. families

c. divisions

d. groups

85. _____ is/are the characteristic way(s) in which career criminals commit a particular type of crime.

a. corpus delicti

b. Modus operandi

16

EXH-305-397

c. Signature

d. all of the above

86. The basic SI unit for mass is the _____.

a. kilogram

b. inch

c. gram

d. milligram

87. Most individuals' handwriting is a combination of which two basic handwriting types?

a. block capital and cursive

b. cursive and script

c. script and block capital

d. Palmer Method and block capital

88. Under the CSA, drugs that have no recognized medical use are placed in Schedule _____.

a. I

b. II

c. III

d. V

89. The process of proving that a particular unknown sample is unique, even among objects of the same class, is referred to as _____.

a. classification

b. individualization

c. identification

d. compartmentalization

90. _____ is a technique in which multiple STR loci are amplified and analyzed simultaneously.

a. Multiplexing

b. Thermocycling

c. Annealing

d. Denaturation

17

EXH-305-398

91. The two most common blood types in the United States are _____ and _____.

    a. O; A

    b. B; C

    c. A; C

    d. D; B

92. With regards to refractive index determination, GRIM refers to _____.

    a. General Refractive Index Matrix

    b. Glass Refractive Index Measurement

    c. Glass Refractive Index Matrix

    d. General Refractive Index Measurement

93. The _____ technique uses restriction enzymes that cut DNA strands into fragments at specific base sequences.

    a. STR

    b. PCR

    c. RFLP

    d. PCR-RI

94. _____ physical properties are independent of the amount of substance measured and depend only on the identity of the substance.

    a. Intensive

    b. Extensive

    c. Internal

    d. Associative

95. The number of _____ found within an atom's nucleus gives the element its atomic number.

    a. electrons

    b. neutrons

    c. molecules

    d. protons

96. Which is NOT one of the three stages of hair development?

    a. anagenic phase

EXH-305-399

b. amorphouse phase

c. catagenic phase

d. telogenic phase

97. _____ is a fast method that allows many copies of a particular portion of the DNA
sequence to be manufactured in the laboratory.

a. STR

b. PCR

c. RFLP

d. nDNA

98. Critical evidence may be lost if _____ are overlooked or destroyed.

a. tablets

b. smartphones

c. smart watches

d. all of the above

99. In a fire investigation, the place where a fire starts is referred to as the _____.

a. combustion point

b. ignition point

c. point of origin

d. origin of combustion

100. In the United States, one person dies in an alcohol-related traffic crash approximately every
_____.

a. 4 minutes

b. 48 minutes

c. 2 hours

d. 24 hours

EXH-305-400

**Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty**

**Note/Message   ACenina**   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ351

## Test Information

BKNum: BCJ351   ☐ Old Exam Format

Test Type: CBX

Revision: 09/2019

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 94 out of 100

Grade: A

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | B | Correct | |
| 5 | C | Correct | |
| 6 | C | Correct | |
| 7 | C | Correct | |
| 8 | C | Correct | |
| 9 | C | Correct | |
| 10 | B | Missed | |
| 11 | A | Correct | |
| 12 | B | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | A | Correct | |
| 18 | B | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | D | Correct | |
| 25 | B | Correct | |
| 26 | C | Correct | |
| 27 | D | Correct | |
| 28 | C | Missed | |
| 29 | B | Missed | |
| 30 | A | Correct | |
| 31 | A | Correct | |
| 32 | D | Correct | |
| 33 | C | Correct | |
| 34 | B | Correct | |
| 35 | C | Correct | |
| 36 | B | Correct | |
| 37 | C | Correct | |
| 38 | A | Correct | |
| 39 | B | Correct | |
| 40 | D | Correct | |
| 41 | D | Correct | |
| 42 | D | Correct | |

EXH-305-401

| 43 | C | Correct | |
| 44 | B | Correct | |
| 45 | D | Correct | |
| 46 | A | Correct | |
| 47 | D | Correct | |
| 48 | A | Correct | |
| 49 | A | Correct | |
| 50 | A | Correct | |
| 51 | B | Correct | |
| 52 | C | Correct | |
| 53 | D | Correct | |
| 54 | C | Correct | |
| 55 | A | Correct | |
| 56 | D | Correct | |
| 57 | B | Correct | |
| 58 | A | Correct | |
| 59 | A | Correct | |
| 60 | B | Correct | |
| 61 | C | Correct | |
| 62 | D | Correct | |
| 63 | A | Correct | |
| 64 | B | Correct | |
| 65 | A | Correct | |
| 66 | C | Correct | |
| 67 | A | Correct | |
| 68 | C | Correct | |
| 69 | A | Correct | |
| 70 | A | Correct | |
| 71 | D | Correct | |
| 72 | D | Correct | |
| 73 | B | Correct | |
| 74 | A | Correct | |
| 75 | D | Missed | |
| 76 | B | Correct | |
| 77 | B | Correct | |
| 78 | A | Correct | |
| 79 | C | Correct | |
| 80 | C | Correct | |
| 81 | C | Correct | |
| 82 | C | Correct | |
| 83 | C | Missed | |
| 84 | D | Correct | |
| 85 | B | Correct | |
| 86 | A | Correct | |
| 87 | B | Correct | |
| 88 | A | Correct | |

| 89 | B | Correct | |
|-----|---|---------|---|
| 90 | A | Correct | |
| 91 | A | Correct | |
| 92 | B | Correct | |
| 93 | C | Correct | |
| 94 | B | Missed | |
| 95 | D | Correct | |
| 96 | B | Correct | |
| 97 | B | Correct | |
| 98 | D | Correct | |
| 99 | C | Correct | |
| 100 | B | Correct | |

# BCJ 450 DOMESTIC VIOLENCE COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976



**June 25, 2024**

**Morteza Amiri**

<span style="background:black">████████████</span>
<span style="background:black">████████</span>

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ450

**Course Title:** DOMESTIC VIOLENCE

**Course Grade:** B

**Credit(s) Earned:** 3

**Course Completion Date:** February 23, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 02/13/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ450 - DOMESTIC VIOLENCE
**Unit:** 1

Morteza Amiri

66976

BCJ 450

Domestic Violence

What is family violence? Identify and discuss the three primary categories of family violence.

A family relationship or domestic relationship is defined as a spouse, blood relative, relationship or cohabitation (partner). Crimes such as neglect or abuse that are committed by one family member to another is considered family violence. In this essay I will define what family violence. I will also identify and discuss the three primary categories of family violence.

Family violence is the abuse or neglect of a blood relative such as a child, parent, sibling and etc. There are three primary categories of abuse and neglect that may occur between family members. The first is intimate partner violence, often known as domestic violence. It refers to the violence that is committed between an intimate partner whether it be a hetero or homosexual partnership and mostly is an ongoing pattern of violence. Since 1993, there has been a decline in intimate partner violence due to improved law/ services and police arrests. Intimate partners tend to use coercive behavior to gain control of their partner. The control may include cutting off money, communication with family/friends, denying transportation or healthcare and verbal/emotional assault making it so difficult that the victim chooses to avoid activities.

The second category is child abuse and neglect of child that is defined by the state and federal laws. Child abuse/ neglect is defined as any act that is committed against a child by their parent, guardian or caretaker causing harm, death or potential harm such as psychological, sexual or physical. The federal government has resources that are devoted to the protection of children including the CDC, Children's Bureau and Child Welfare info.

Elderly abuse is the last category of family violence. It is defined as the abuse or neglect of an elderly family member whether it be physical, emotional, psychological, sexual violence and financial exploitation, abandonment and/or neglect. There are two general formers of elder abuse including domestic and institutional. Domestic is considered various forms of maltreatment from a spouse, partner or blood relative. Institutional abuse is abuse in any form, at a residential facility, by a caregiver including nurses, doctors and medical assistance.

In conclusion, family violence is any crime committed against a domestic partner, spouse or blood relative. There are three categories of family violence including domestic violence, child abuse/ neglect and elder abuse/ neglect.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ450
**Writing Assignment 1** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **ctrujillo**                    Date: **2/21/2020**

**Total: 24**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ● |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ● |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ● |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ● |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ● | ○ |

EXH-305-407

**Notes**

Good information just make sure that you are citing your source of information at the end of the essay. Remember you are graded based off of the textbook so you should be using that as your primary source.

Evaluated by **ctrujillo**                    Date: **2/21/2020**

**Received Date:** 02/13/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ450 - DOMESTIC VIOLENCE
**Unit:** 2

Morteza Amiri

66976

BCJ 450

Domestic Violence

As identified in Figure 4-4, discussed the four primary categories of child maltreatment.

Child maltreatment is any behavior toward a child that may involve substantial risk of emotional or physical harm. Most states recognize at least four primary categories of child maltreatment including emotional/ psychological abuse, neglect, physical abuse, and sexual abuse. In this essay I will identify and discuss the four primary categories of child maltreatment that are mentioned in figure 4-4.

The first category of child maltreatment is emotional or psychological abuse, it is recognized by all 50 states and territories in the United States. The abuse is defined by an injury to their emotional stability or psychological capacity by a substantial change in behavior, cognitive or emotional response by showing with drawl, anxiety or depression. It's a pattern of abuse that may impair their emotional development and safety. The emotional abuse accounts for more than 6% of child cases and occurs when a parent, blood relative or caretaker often ridicules or makes the child feel unworthy.

Neglect is the second category of child maltreatment and is the most common form of abuse against a child, accounting for 78 percent. It is the failure to provide basic needs such as food, water and an adequate form of shelter. Caretakers are also required to provide education and medical treatment, if there is failure to provide within accepted standards it is considered neglect. Neglect includes 4 categories: educational, emotional/ psychological, medical and physical.

Any intentional physical injury to a child is considered child physical abuse which is the third category of child maltreatment. This includes the act of stabbing, striking, burning, kicking, biting, shaking or throwing a child. Most states also define abuse as acts of threatening harm or creating harm of a child's wellbeing or health.

Lastly, sexual abuse is the fourth category of child maltreatment and is included in all states definition of child abuse. It is defined as the use, employment, inducement, coercion or persuasion of a child to assist or engage in any form of sexual conduct. This also includes rape, molestation or prostitution by caretaker or family member.

In conclusion, as identified by figure 4-4, the four primary categories of child maltreatment is emotional/ psychological abuse, neglect, physical abuse, and sexual abuse. Maltreatment is defined as any behavior toward a child that is considered to be out of the norm and may involve emotional or physical harm.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ450
**Writing Assignment 2** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**                    Date: **2/21/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-410

**Notes**

You provided some good information however make sure
that you are citing your source of information.

Evaluated by **ctrujillo**                          Date: **2/21/2020**

**Received Date:** 02/17/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ450 - DOMESTIC VIOLENCE
**Unit:** 3

Morteza Amiri

66976

BCJ 450

Domestic Violence

According to the textbook, what have researchers found regarding police officers who batter?

Police officers are first responders, they endure much emotional and psychological trama throughout their line of work.  Battering is an action of repeatedly striking someone with hard blows, police officers are of high concern for partner intimate violence such as battering.  In this essay I will discuss what researchers have found regarding police officers who batter.

In the text, Denise Gossein states "One study reported higher rates: Between 20 percent and 40 percent of police families experience family violence." Limited research has been provided to indicate that there is in fact a higher rate of partner violence within professions of law-enforcement, but within a few large studies the rate of partner intimate violence among police officers have been high.  The International Association of Chiefs of Police also known as the IACP is based in Virginia, they work to develop a policy response for reports of police battering.  The IACP states they believe regardless of limited studies, a problem exists at a significant level and should be attended to regardless of "lower" occurrences.  In 2003 the IACP created a policy for domestic violence by a law enforcement professional, it provides policy and procedures for handling such act when committed by a police officer.  The policy concurs with federal law regarding the release of weapons if an officer is convicted of a misdemeanor and the termination of their job through criminal proceedings.  A large component of policing is possessing an authoritarian personality, causing stress for law enforcement off duty.

In conclusion, law enforcement professional have to hold an authoritarian personality throughout their careers, causing tension and stress at home.  According the text researchers have found limited data to support higher rates of partner violence stemming from law enforcement.  IACP has been created to manage domestic partner violence for law enforcement throughout the United States.

EXH-305-412

# Writing Assignment Evaluation Form

## Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ450
**Writing Assignment 3** Score: 24 out of 25
Grade: Passed



---

**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **ctrujillo**                              Date: **2/23/2020**

---

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-413

**Notes**

Good information just make sure that you are citing your source.

Evaluated by **ctrujillo**                    Date: **2/23/2020**

**Received Date:** 02/17/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ450 - DOMESTIC VIOLENCE
**Unit:** 4

Morteza Amiri

66976

BCJ 450

Domestic Violence

Define stalking (from the textbook) and discuss some common stalking behaviors.

Stalking is characterized as a repeated pattern of unwanted attention including harassment, contact and any other action that causes fear to the individual. Large amounts of fear were created in the 90s, accounting for many brutal murders amongst celebrities and politicians. Researchers have closely documented relationships between predators and their victims and found that stalking has closely linked domestic violence and homicide.  In this essay I will state the textbooks definition of stalking and discuss some common stalking behaviors.

In 1989, the public's awareness was greatly heightened after the stalking and brutal murder of the actress Rebecca Shaeffer.  Along with Jodie Foster, Theresa Saldana and Madonna, Robert Bardo stalked Ms. Shaeffer for three year following the night she was shot in her West Hollywood home.  Following this tragic murder, California was the first state to pass an anti-stalking law.  Statistic show that domestic violence stalking is the most common type of stalking and are known to be the most violent.  Researchers state the most likely group to be violent with their victims is an intimate partner.  In the text, researchers state "Eight percent of women and 2 percent of men surveyed said they had been stalked at some time in their lives."  That is an estimation of 1.5 million men and women being stalked annually, concluding that stalking a popular and dangerous crime that should be taken seriously amongst our criminal justice system.

Offenders use similar behaviors to routinely attempt to control and intimidate their victims including harassment, threatening or following of their victims.  A couple of the most repeated actions to gain contact is telephoning, surveillance, approaching person, sending gifts/letters and cyberstalking.

In conclusion, stalking has become a well-known dangerous crime amongst everyday individuals after several murders in the 90s.   The anti-stalking act was the first criminal law to protect fearful victims from predators gaining contact through repeated telephoning, following, approaching, cyberstalking and the sending of gifts.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ450
**Writing Assignment 4** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **ctrujillo**                    Date: **2/23/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ● |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ● |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ● |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ● |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ● | ○ |

EXH-305-416

**Notes**

Good information just make sure that you are citing your source of information. Keep up the good work.

Evaluated by **ctrujillo**                    Date: **2/23/2020**

BCJ 450 Domestic Violence

Pre-test

1. Which dishonorable act of a Muslim daughter in Afghanistan demands "punishment?"

   a. attempting to assimilate into Western culture
   b. seeking an education
   c. seeking employment
   d. not wearing a headscarf

2. What do experts suggest the inequality of the sexes is a foundation for?

   a. intimate partner violence
   b. male superiority
   c. more physical abuse and violence
   d. None of above.

3. The British immigrants reestablished their customs of inheritance by the eldest son, called
   _____.

   a. prodigy
   b. primogeniture
   c. prodigal
   d. parochial

4. The deductive model, which uses fixed research objectives, defines the terms that are relevant
   for the research, follows a fixed sequence of steps, and typically measures data using numbers,
   is called _____ research.

   a. quantitative
   b. qualitative
   c. survey
   d. None of the above.

5. Which of the following is NOT one of the three major schools of criminological theory?

   a. Classical School
   b. Positive School
   c. Biological School
   d. Conflict School

6. Educational neglect is defined as:

   a. The allowing of chronic truancy.
   b. Failure to enroll a child of mandatory school age in school.
   c. The failure to attend to a special educational need.
   d. All the above.

BCJ 450 Domestic Violence

Pre-test

7. _____ is frequently defined in terms of deprivation of adequate food, clothing, shelter, medical care or supervision.

    a. Neglect
    b. Abuse
    c. Torture
    d. All of the above.

8. Filicide is the killing of children by:

    a. siblings.
    b. cousins.
    c. fathers.
    d. parents.

9. _____ is the taking, keeping, or concealing of a child or children by a parent, other family member, or person acting on behalf of the parent or family member that deprives another individual of his or her custody or visitation rights.

    a. Abduction
    b. highjacking
    c. both a and b
    d. None of the above.

10. Bestiality is:

    a. animal to human sexual activity.
    b. human to animal sexual activity.
    c. abuse of animals by humans.
    d. a form of punishment.

11. Which refers to the act of killing one's father?

    a. parricide
    b. patricide
    c. patronage
    d. portage

12. Men are less likely to report intimate violence and seek services because:

    a. of the stigma of being a male victim and fear of not being believed.
    b. they are said to be too stubborn to report anything.
    c. they are ashamed of themselves.
    d. None of the above.

13. The dominant theoretical explanation for family violence since the 1970s has been the _____ sociopolitical theory.

     a. Feminist
     b. cycle of violence
     c. psychological
     d. None of the above.

14. In this battering relationship, victims experience abuse only once or twice as a result of a crisis situation.

     a. situational battering
     b. chronic battering
     c. emotional or psychological battering
     d. All of the above.

15. The _____ approach is often used to describe the context of battering within GLBT relationships as well as heterosexual abuse.

     a. masculine
     b. feminist
     c. socialist
     d. deviant

16. For failing to report abuse, a mandatory reporter could be found guilty of what?

     a. felony
     b. misdemeanor
     c. They can't be charged for anything for not reporting abuse.
     d. None of the above.

17. _____ is the intentional and permanent desertion of an elder in any place (such as a hospital, nursing facility, shopping center, or public location) or leaving the person without the means or ability to obtain necessary food, clothing, shelter, health care, or financial support.

     a. Deterrence
     b. Negligence
     c. Abandonment
     d. None of the above.

18.  Which of the following individual factors is NOT a risk factor for intimate partner violence?

    a. Depression
    b. Insecurity
    c. Narcissism
    d. Empathy

19.  _____ is believed to be the first state to allow animals to be included in protection orders in cases of domestic violence.

    a. Maine
    b. New Jersey
    c. California
    d. Connecticut

20. Which of the following is not a part of the interview process?

    a. preparation
    b. establishment of the psychological content
    c. intervention
    d. questioning

21. The _____ aggressor in intimate partner violence is the person who is responsible for the perpetuation of the violence, not necessarily who initiated it in one particular incident.

    a. primary
    b. secondary
    c. direct
    d. indirect

22.  Violence is associated with stalking, since it is thought to occur in approximately _____ % of cases.

    a. 25-35
    b. 55-65
    c. 75-85
    d. None of the above.

23. _____ was the first state to pass anti-stalking laws.

    a. Michigan
    b. California
    c. Wisconsin
    d. Nevada

BCJ 450 Domestic Violence

Pre-test

24. Which courts assign judicial officers to hear a special domestic violence calendar, regardless of whether or not they hear those cases exclusively?

    a. Spousal Violent Court
    b. Civil Court
    c. Domestic Violence court
    d. Integrated Domestic Violence Court

25. Which of the following is a typical piece of information asked for in a request for protection?

    a. any knowledge of weapons that the defendant may possess
    b. age of victim
    c. any knowledge of prior or pending court action involving the victim and defendant
    d. All of the above.

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ450

## Test Information

BKNum: BCJ450    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: PreTest 1

Web Test: Y

Score: 6 out of 25

Grade: F

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | C | Missed | |
| 2 | A | Correct | |
| 3 | C | Missed | |
| 4 | B | Missed | |
| 5 | D | Missed | |
| 6 | A | Missed | |
| 7 | D | Missed | |
| 8 | B | Missed | |
| 9 | B | Missed | |
| 10 | B | Correct | |
| 11 | D | Missed | |
| 12 | B | Missed | |
| 13 | C | Missed | |
| 14 | A | Correct | |
| 15 | D | Missed | |
| 16 | B | Correct | |
| 17 | A | Missed | |
| 18 | B | Missed | |
| 19 | D | Missed | |
| 20 | C | Correct | |
| 21 | C | Missed | |
| 22 | C | Missed | |
| 23 | A | Missed | |
| 24 | C | Correct | |
| 25 | B | Missed | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Similarly to other countries, Canada:

   a. has strict policies regarding violence against women.
   b. enforces all laws to ensure violence is kept to a minimum.
   c. does not acknowledge that violence occurs to more than just women.
   d. has no specific offense of violence against women or spousal assault.

2. A common practice in India is:

   a. female foeticide.
   b. large families of females.
   c. females in high positions of authority.
   d. large numbers of unmarried females.

3. Who is most at risk for intimate partner abuse in Australia?

   a. women in the suburbs
   b. women in the city
   c. Aboriginal women
   d. immigrant women

4. Section 498–A of the Indian Penal Code deals with illegal cruel conduct against women. Which of the following is a type of this conduct?

   a. conduct that is likely to drive a woman to suicide
   b. conduct that is likely to cause grave injury to the life, limb, or health of the woman
   c. harassment with the purpose of forcing the woman or her relatives to give some property
   d. All of the above.

5. Approximately 20 to 30% of all murders committed in Russia take place:

   a. amongst friends.
   b. between strangers.
   c. in public locations.
   d. in the family.

6. A ritual in Mozambique wherein a widow must have unprotected sex with a member of her deceased husband's family or risk losing their inheritance is called:

   a. family relations.
   b. purification.
   c. mourning.
   d. producing future heirs.

EXH-305-424

7. Until very recently marital rape and domestic violence were not offenses in this country.

   a. Philippines
   b. Republic of Iraq
   c. Peru
   d. Mozambique

8. Laws on violence differ from:

   a. country to country.
   b. society to society.
   c. religion to religion.
   d. societies to homes.

9. Referring back to history, what was recognized as the most common and enduring social system?

   a. matriarchy
   b. hierarchy
   c. patriarchy
   d. monarchy

10. Originally, in Rome, the husband or father had the right to kill his wife/daughter if she:

   a. got caught cheating.
   b. attempted to divorce.
   c. committed adultery.
   d. did not submit to rules.

11. The earliest case of intimate partner violence was heard in _____ Court.

   a. British
   b. Roman
   c. French
   d. None of the above.

12. The _____ of the sexes is a foundation for intimate partner violence.

   a. equality
   b. inequality
   c. limitation
   d. restriction

EXH-305-425

BCJ 450 Domestic Violence

Unit 1 Examination

13. Early _____ statutes made it a criminal act to marry outside one's race or to conduct such a marriage ceremony.

   a. English
   b. German
   c. Colonial
   d. Roman

14. Most Native American cultures were _____ family membership and descents were traced through the mother's side.

   a. sibling
   b. adopted
   c. patriarchial
   d. matriarchal

15. The contemporary field of violence is the study of a _____ problem.

   a. emotional
   b. psychological
   c. private
   d. social

16. In 1882, _____ became the first state to pass a law that made wife-beating a crime punishable by 40 lashes or a year in jail.

   a. Ohio
   b. Maryland
   c. New York
   d. California

17. The National Crime Victimization Survey:

   a. is conducted by the National Information Reference Service.
   b. is conducted by the Bureau of Justice Statistics.
   c. collects information on police arrests.
   d. documents court dispositions.

18. According to the Survey of Inmates in State and Federal Correctional Facilities, most inmates in prison for family violence were convicted for:

   a. child abuse.
   b. a violent crime against a male.
   c. a violent crime against a female.
   d. All of the above.

31

19. The Classical School includes which theoretical perspective(s)?

    a. Rational Choice Theory
    b. Deterrence Theory
    c. Biological Theory
    d. a and b only

20. The research approach that looks at phenomena in the natural setting and focuses on in-depth
    interviews or analysis of historical materials is called _____ research.

    a. quantitative
    b. qualitative
    c. survey
    d. None of the above.

21. The major source of official information on crime comes from the:

    a. National Crime Survey.
    b. Uniform Crime Reports.
    c. National Incident-Based Reference Service.
    d. None of the above

22. Which of the following is NOT one of the three major schools of criminological theory?

    a. Classical School
    b. Positive School
    c. Biological School
    d. Conflict School

23. Which of the following is not a source of family violence data from the criminal justice system?

    a. National Crime Victimization Survey
    b. Uniform Crime Report
    c. survey of inmates in local jails
    d. survey of probation officers

24. _____ theory is a more current application of the principles contained in classical thought.
    It includes an economic perspective and an updated view of the behavioral sciences within the
    context of deterrence.

    a. Neoclassical
    b. Positive
    c. Free
    d. None of the above.

EXH-305-427

BCJ 450 Domestic Violence

Unit 1 Examination

25. The Uniform Crime Reporting System is an example of _____ research.

    a. qualitative
    b. theoretical
    c. quantitative
    d. proportional

EXH-305-428

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty

Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976   Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ450

## Test Information

BKNum: BCJ450 ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 1

Web Test: Y

Score: 20 out of 25

Grade: B

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | A | Correct | |
| 3 | C | Correct | |
| 4 | D | Correct | |
| 5 | D | Correct | |
| 6 | B | Correct | |
| 7 | D | Correct | |
| 8 | D | Missed | |
| 9 | C | Correct | |
| 10 | C | Correct | |
| 11 | B | Missed | |
| 12 | B | Correct | |
| 13 | D | Missed | |
| 14 | D | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | B | Correct | |
| 18 | D | Missed | |
| 19 | D | Correct | |
| 20 | B | Correct | |
| 21 | A | Missed | |
| 22 | C | Correct | |
| 23 | D | Correct | |
| 24 | A | Correct | |
| 25 | C | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. During ancient times infants were:

    a. neglected because they could not work.
    b. property of their fathers.
    c. well cared for by their mothers.
    d. abused for no reason.

2. The commandment "Thou shalt not kill" was linked with:

    a. infanticide.
    b. patricide.
    c. suicide.
    d. All of the above.

3. An act of _____ is the failure to provide for a child's basic physical, emotional, or educational needs.

    a. commission
    b. omission
    c. permission
    d. rendition

4. An act of _____ refers to the deliberate and intentional words or overt acts that cause harm or threat of harm to a child, regardless of the intended consequences.

    a. commission
    b. omission
    c. permission
    d. rendition

5. Child Emotional or psychological _____ is typically defined as injury to the psychological capacity or emotional stability of the child, as evidenced by an observable or substantial change in behavior.

    a. abuse
    b. neglect
    c. endangerment
    d. advocating

EXH-305-430

6. _____ abuse is the rape, molestation, prostitution, or other forms of sexual exploitation of children by a caretaker.

   a. Physical
   b. Emotional
   c. Psychological
   d. Sexual

7. Educational _____ is when a parent fails to educate the child as required by law and to provide behavioral limits that are age-appropriate.

   a. abuse
   b. neglect
   c. endangerment
   d. advocating

8. Criminal prosecution of physical abuse is more common than the prosecution:

   a. for sexual abuse.
   b. of emotional maltreatment.
   c. of domestic abuse.
   d. of verbal abuse.

9. The most common dangerous weapon is:

   a. a belt.
   b. a fly swatter.
   c. a bat.
   d. the hand.

10. A child will suffer a burn in:

   a. the same amount of time as an adult.
   b. the same amount of time as a teenager.
   c. less time than adult.
   d. more time than an adult.

11. Which of the following is NOT a physical indicator of abuse?

   a. child fearful or unwilling to explain the cause of an injury
   b. scratching or rubbing the genitals
   c. current physical injury accompanied by signs of multiple prior injuries
   d. walking with legs slightly splayed apart

EXH-305-431

12. Which of the following is not a location typical of accidental injury?

   a. elbows
   b. forehead
   c. knees
   d. neck

13. The International Parental Kidnapping Crime Act of _____ makes it a federal offense for a parent to abduct a child from the United States to another country. It also criminalizes keeping a child who is in the United States away from a person with parental rights custody.

   a. 1988
   b. 1991
   c. 1993
   d. 1998

14. Research indicates that children ages _____ and younger are the most frequent victims of child fatalities.

   a. one
   b. two
   c. three
   d. four

15. Sexual abuse of children is an issue of power and control, not love and _____.

   a. hate
   b. intimacy
   c. acceptance
   d. None of the above.

16. _____ includes looking at the victim in various stages of undress. The victims may or may not be aware that the perpetrator is watching them.

   a. Voyeurism
   b. Exhibitionism
   c. Bestiality
   d. All of the above.

17. Which is the most critical factor in the development of children?

   a. siblings
   b. parents
   c. teachers
   d. peers

EXH-305-432

18.  The consequences of abuse will vary according to all of the following factors except:

   a. characteristics of the child.
   b. the way a child is raised to be an adult.
   c. type of trauma.
   d. co-occurrences of types of abuse and neglect.

19.  Recent reports indicate that victimization of children has grave _____ consequences.

   a. social
   b. sexual
   c. physical
   d. mental

20.  Which is not a category of child fire-setters?

   a. normal curiosity
   b. plea for help
   c. delinquent
   d. despondent

21. Which refers to the act of killings one's parent and is a form of murder committed by juvenile?

   a. Parricide
   b. Patricide
   c. Patronage
   d. Portage

22. _____ who are physically abused are more likely to experience neurological alterations such as irritability, lethargy, tremors, and vomiting.

   a. Infants
   b. Teens
   c. Older adults
   d. All of the above.

23. The intergenerational cycle of _____ asserts that abused children are more likely to become abusers themselves than those who are not abused.

   a. life
   b. violence
   c. grief
   d. addiction

EXH-305-433

BCJ 450 Domestic Violence

Unit 2 Examination

24. _____ refers to a major transition in the life of a person when she or he takes on a new set of roles, enters into fresh relationships with a new set of people, and achieves a new self-concept.

    a. Spinning
    b. Circling
    c. Turning
    d. Flipping

25. _____, the desire to hide the damage to self from others, may result from childhood abuse and, in particular, from sexual abuse.

    a. Vulnerability
    b. Guilt
    c. Distrust
    d. Shame

EXH-305-434

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ450

## Test Information

BKNum: BCJ450    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 2

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | A | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | B | Correct | |
| 8 | B | Correct | |
| 9 | D | Correct | |
| 10 | D | Missed | |
| 11 | A | Correct | |
| 12 | D | Correct | |
| 13 | C | Correct | |
| 14 | A | Missed | |
| 15 | B | Correct | |
| 16 | A | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | A | Correct | |
| 22 | A | Correct | |
| 23 | B | Correct | |
| 24 | C | Correct | |
| 25 | D | Correct | |

Unit 3 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. _____ is defined as an unwanted intercourse or penetration (vaginal, anal, or oral) obtained by force, threat of force, or when the wife is unable to consent.

   a. Marital rape
   b. The marital exception
   c. Spouse abuse
   d. None of the above.

2. The first shelter in the United States for battered women opened in:

   a. St. Paul, Minnesota.
   b. Chicago, Illinois.
   c. Albany, New York.
   d. Baltimore, Maryland.

3. About what percentage of women have reported being raped by an intimate partner in their lifetime?

   a. 5
   b. 10
   c. 15
   d. 20

4. The victims of intimate partner violence are _____% female.

   a. 75
   b. 80
   c. 85
   d. 99

5. The most frequent victims of intimate partner violence are:

   a. men.
   b. women.
   c. older adults.
   d. African Americans.

EXH-305-436

6. _____ experience violent victimization at a higher rate than any other U.S. population.

   a. White women
   b. African American women
   c. Native American women
   d. The rate is fairly equal among these groups.


7. Internalized _____ refers to the internalized stress due to fear of those who are homosexual, which consists of condemnation, loathing, fear, societal disdain, and religious rejection of all things homosexual and of those who practice it.

   a. hemophilia
   b. homophobia
   c. homogenous
   d. homogeneity


8. Same-sex intimate partner violence includes:

   a.  physical abuse.
   b.  emotional abuse.
   c.  sexual abuse.
   d.  all of the above


9.  According to the Renzetti typology, which describes lesbian battering?

   a.  situational battering
   b.  chronic battering
   c.  emotional or psychological battering
   d.  All of the above.


10.  In this type of battering relationship, violence typically escalates in its severity over time.  It is characterized by two or more occurrences of physical violence that demonstrate increasingly destructive behavior.

   a.  situational battering
   b.  chronic battering
   c.  emotional or psychological battering
   d.  All of the above.


11.  More than _____ women and men are the victims of rape, physical violence, or stalking by an intimate partner in the U.S. each year.

   a.  500
   b.  6,000
   c.  980,000
   d.  12 million

EXH-305-437

12. Police have the duty to enforce domestic violence restraining orders that were issued from another state under the Violence Against Women Act (VAWA), passed by Congress as part of the Federal crime bill. This is known as:

   a. double credit.
   b. equal enforcement.
   c. full faith and credit.
   d. true credit.

13. Which is not a condition that allows for the use of restraints on someone in a nursing home?

   a. When a person is confused and unable to comprehend or remember that by moving about, he or she may harm himself or herself or someone else.
   b. When a person is a hassle for the staff and the person currently watching over them needs a break but wants to make sure they don't go anywhere.
   c. When a person is unable to maintain his or her position because of a severe physical handicap such as paralysis.
   d. All are acceptable conditions.

14. What is a sign of sexual abuse?

   a. torn or bloody underwear
   b. lack of interest in social contact
   c. repeated unexplained injuries
   d. rope marks or welts on the wrists or ankles

15. Undue influence occurs when people use their role with the elder to exploit:

   a. trust.
   b. dependency.
   c. fear of others.
   d. All of the above.

16. The misuse of _____ can occur in a nursing home setting.

   a. ombudsman
   b. dementia
   c. alzheimer's
   d. restraints

17. Which is the most common form of abuse and neglect investigated?

   a. caregiver
   b. self
   c. emotional
   d. financial

EXH-305-438

18. The most common perpetrator of abuse against an older adult is:

    a. an adult child.
    b. nurses
    c. unknown persons.
    d. ex-spouse or ex intimate partner

19.  Which is not a descriptor of tactics used by abusers?

    a. manipulation
    b. depression
    c. controlling behaviors
    d. isolation

20.  An exploder offender:

    a. knows what he's doing and intends to frighten, intimidate, and punish his partner.
    b. usually acknowledges that he has used the violence, but blames his partner for provoking him.
    c. describes his partner as being submissive and careful around him.
    d. a and c only

21.  A limitation to restricted reporting is that:

    a. the offender is NOT held accountable and thus they may continue to be abusive.
    b. the victim is forced to leave the military to avoid contact with the offender.
    c. files on the incident are easily available to all those serving in the military, breaching the privacy of the victim.
    d. None of the above.

22. Results from the _____ indicate that males are the majority of offenders of intimate partner violence and females are the primary victims.

    a. NCVS
    b. UCR
    c. NIBRS
    d. BJS

23. According to the text, relationship conflict, including insults and psychological abuse, is further escalated by the use/ abuse of _____.

    a. cocaine
    b. opiates
    c. amphetamines
    d. marijuana

EXH-305-439

Unit 3 Examination

24. Which is not a description of typical batterer behavior?

   a. controlling
   b. manipulating
   c. procrastinating
   d. isolating

25. _____ was the first state to include the protection of animals in cases of domestic violence in 2006.

   a. Massachusetts
   b. Maine
   c. Minnesota
   d. Michigan

Home   **Prospects/Application**   **Billing**   **Retention**   **Transcript**   **Testing**   **Rental Library**   **Faculty**

**Note/Message**   **ACenina**   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ450

## Test Information

BKNum: BCJ450 ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 3

Web Test: Y

Score: 18 out of 25

Grade: C

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | B | Missed | |
| 5 | A | Missed | |
| 6 | C | Correct | |
| 7 | B | Correct | |
| 8 | D | Correct | |
| 9 | B | Missed | |
| 10 | D | Missed | |
| 11 | D | Correct | |
| 12 | C | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | B | Missed | |
| 17 | D | Missed | |
| 18 | D | Missed | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | A | Correct | |
| 23 | D | Correct | |
| 24 | C | Correct | |
| 25 | B | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. What called for officers in the Minneapolis Police Department (MPD) to carry out one of three responses when they had probable cause to believe a misdemeanor assault had occurred between cohabitants or spouses?

   a. Spouse Assault Replication Program
   b. Minneapolis Domestic Violence Experiment
   c. Family Crisis Model
   d. Minneapolis Assault Prevention Experiment

2. Which is not one of the three basic phases of the interview process?

   a. preparation
   b. documentation
   c. establishment of psychological content
   d. actual questioning

3. Why might it be necessary to remove possible suspects right away from the scene of the incident?

   a. mental health codes
   b. probable cause
   c. civil protection codes
   d. All of the above.

4. Violation of a domestic violence protection order involves mandatory arrest in the majority of states. In which state is it not mandated?

   a. Texas
   b. Main
   c. California
   d. Florida

5. _____ arrest laws give authority for an arrest without a warrant as the preferred, but not required, action in cases involving domestic partners.

   a. Mandatory
   b. Pro
   c. Pre
   d. Discretionary

EXH-305-442

BCJ 450 Domestic Violence

Unit 4 Examination

6. _____ arrest requires a police officer to arrest a person without a warrant, based on a probable cause determination, that an offense occurred and that the accused person committed the offense.

    a. Mandatory
    b. Pro
    c. Pre
    d. Dual

7. When both parties in a domestic related assault are arrested, it is called a _____ arrest.

    a. pro
    b. pre
    c. dual
    d. discretionary

8. Stalking is a crime where the majority of perpetrators are:

    a. men.
    b. women.
    c. teenagers.
    d. any demographic—stalking has no specific perpetrators.

9. Types of stalking behavior include:

    a. following the victim.
    b. harassing the victim.
    c. threatening the victim.
    d. All of the above.

10. Which homicide is the intentional taking of another's life that is lawful, such as police officers responding to the commission of a felony with deadly force that could not be avoided?

    a. justifiable
    b. excusable
    c. felonious
    d. None of the above.

11. According to the Stalking Resource Center, the District of Columbia and _____ of the states have statutes establishing a civil order specific for protection of stalking victims.

    a. none
    b. the majority
    c. a few
    d. all

EXH-305-443

12. A stalker who breaks into (by key or force) the victim's home and leaves evidence that someone was in the house is guilty of a form of:

    a. stalking.
    b. vandalizing.
    c. harassment.
    d. threatening.

13. Approximately _____ % of all homicides in the United States are classified as a murder-suicide.

    a. 2
    b. 10
    c. 13
    d. 17

14. _____ is defined as a multiple-victim homicide incident in which the killer's spouse or ex-spouse and one or more children are slain.

    a. matricide
    b. parricide
    c. infanticide
    d. familicide

15. An example of _____ homicide is the defense of battered women's syndrome.

    a. intentional
    b. excusable
    c. negligent
    d. partial

16. In response to the murder of actress Rebecca Schaeffer, _____ became the first state to pass an anti-stalking law in 1998.

    a. Alaska
    b. Ohio
    c. California
    d. North Carolina

17. The prosecution of intimate partner violence has been dealt a blow in what recent court decisions?

    a. state court
    b. county
    c. Supreme Court
    d. federal court

EXH-305-444

18. The scope and power of authority for each court is called its:

    a. jurisdiction.
    b. control.
    c. command.
    d. authority.

19. Which significant points can lead to the decision of whether a case belongs in the family or in a criminal court?

    a. type of offense
    b. relationship of the victim to the offender
    c. age of the perpetrator
    d. All of the above.

20. A client may be terminated prior to completion for a number of reasons. Among them are the following except:

    a. alcohol and drug abuse.
    b. failure to take responsibility for abusive acts.
    c. attending group sessions regularly.
    d. revocation of probation.

21. Under the Driver Privacy Protection Act:

    a. any information that can be found on a driver's license of a convicted batterer is readily available to the survivor of the abuser upon request.
    b. personal information from the driver's license can be disclosed only to certain categories of requestors.
    c. information from a person's driver's license is only available to police and nobody else.
    d. None of the above.

22. The holding in Davis and Hammond decided statements are testimonial and therefore triggers the Crawford analysis if:

    a. circumstances indicate that there was no ongoing emergency during the statement.
    b. the primary purpose of the interrogation is to aid prosecution.
    c. a and b only
    d. None of the above.

23. Which is not a significant point that leads to a decision of whether a case belongs in the family or in a criminal court?

    a. type of offense
    b. age of the victim
    c. relationship of the victim to the offender
    d. age of the perpetrator

EXH-305-445

24. The application for a protection order is called a:

    a. protection order application.
    b. request.
    c. DV form.
    d. petition.

25. Violation of a civil protection order may be a:

    a. misdemeanor.
    b. felony.
    c. contempt of court.
    d. All of the above.

EXH-305-446

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ450

## Test Information

BKNum: BCJ450    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 4

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | A | Correct | |
| 4 | D | Correct | |
| 5 | B | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | A | Correct | |
| 9 | D | Correct | |
| 10 | A | Correct | |
| 11 | B | Correct | |
| 12 | C | Correct | |
| 13 | A | Correct | |
| 14 | D | Correct | |
| 15 | B | Correct | |
| 16 | C | Correct | |
| 17 | C | Correct | |
| 18 | A | Correct | |
| 19 | D | Correct | |
| 20 | A | Missed | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | B | Correct | |
| 24 | D | Correct | |
| 25 | A | Missed | |

BCJ 450 Domestic Violence

Final Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Femicide is:

    a. the killing of women because of their gender.
    b. committed by non-family members.
    c. another label for homicide.
    d. done out of respect for women.

2. In what year was the first campaign against intimate partner violence launched in Romania?

    a. 2001
    b. 2003
    c. 2007
    d. 2009

3. In India, which of the following is an example of violence against women in the family?

    a. forced prostitution
    b. dowry-related violence
    c. trafficking of women
    d. sexual harassment at work

4. Which dishonorable act of a Muslim daughter in Afghanistan demands "punishment"?

    a. attempting to assimilate into Western culture
    b. dropping out of school
    c. unemployment
    d. wearing a headscarf

5. In early 2006, it was reported that up to 10 million female fetuses were aborted in India over the past 20 years. This practice is known as:

    a. dowry.
    b. female foeticide.
    c. preferred infanticide.
    d. gender-specific abortion.

6. Sexual abuse is a topic rarely studied in the People's Republic of China and _____ is not acknowledged as occurring.

    a. rape
    b. child pornography
    c. incest
    d. All of the above.

6

7. The contemporary field of violence is the study of a _____ problem.

    a. psychological
    b. historical
    c. social
    d. philosophical

8. What do experts suggest the inequality of the sexes is a foundation for?

    a. intimate partner violence
    b. female superiority
    c. more physical abuse and violence
    d. None of the above.

9. The earliest known body of law is:

    a. the Code of Hammurabi.
    b. Draconian law.
    c. the Solomon Code.
    d. Roman law.

10. What was believed to have been accepted under English law?

    a. Women could divorce their husbands.
    b. having more than one wife
    c. physical force
    d. arranged marriages

11. Olympe de Gouge was known for:

    a. The Declaration of Rights of Men.
    b. her accomplishments regarding French Law.
    c. the Civil Code of Law.
    d. The Declaration of Rights of Women.

12. The British immigrants reestablished their customs of inheritance by the eldest son, called _____.

    a. prodigy
    b. primogeniture
    c. prodigal
    d. parochial

EXH-305-449

13. Which research method(s) is/are used in the criminal justice field?

    a. quantitative
    b. qualitative
    c. multidimensional
    d. a and b only

14. Which of the following is a form of quantitative research?

    a. survey design
    b. descriptive research
    c. applied research
    d. All of the above.

15. What school of thought recognizes that the causes of violence can be seen by biological, psychological, and sociological viewpoints?

    a. Classical
    b. Positive
    c. Sociological
    d. Conflict

16. The deductive model, which uses fixed research objectives, defines the terms that are relevant for the research, follows a fixed sequence of steps, and typically measures data using numbers, is called:

    a. quantitative research.
    b. qualitative research.
    c. survey research.
    d. None of the above.

17. The major source of information on criminal victimization is called the:

    a. National Crime Victimization Survey.
    b. Uniform Crime Reports.
    c. National Incident-Based Reference Service.
    d. None of the above.

18. Which is the most current and updated method for the official reporting of crime?

    a. National Crime Victimization Survey
    b. The Uniform Crime Reports
    c. The National Incident-Based Reporting System
    d. None of the above.

EXH-305-450

19. Which school of thought believes that law is the means by which the ruling class maintains its control?

    a. Classical
    b. Positive
    c. Sociological
    d. Conflict

20. Which of the following is NOT one of the three major schools of criminological theory?

    a. Classical
    b. Positive
    c. Biological
    d. Conflict

21. Child Protective Services (CPS) are required by all states to investigate reports of:

    a. child abuse.
    b. ignorance.
    c. neglect.
    d. a and c only

22. The murder of a child before his or her first birthday is known as:

    a. infanticide.
    b. patricide.
    c. suicide.
    d. All of the above.

23. Emotional psychological abuse involves a pattern of behavior that impairs a child's:

    a. ability to grow up.
    b. emotional development.
    c. sense of well being.
    d. b and c only

24. Educational neglect is defined as:

    a. the allowing of chronic truancy.
    b. failure to enroll a child of mandatory school age in school.
    c. the failure to attend to a special educational need.
    d. All the above.

EXH-305-451

25. _____ is the concept of a parent failing to provide for the basic needs of a child.

    a. Abuse
    b. Neglect
    c. Endangerment
    d. Advocating

26. Child physical _____ is generally defined as any non-accidental physical injury to the child.

    a. abuse
    b. neglect
    c. endangerment
    d. advocating

27. Medical _____ is when a parent fails in their duty to seek necessary medical care for their children.

    a. abuse
    b. neglect
    c. endangerment
    d. advocating

28. _____ is frequently defined in terms of deprivation of adequate food, clothing, shelter, medical care or supervision.

    a. Neglect
    b. Abuse
    c. Torture
    d. All of the above.

29. Children with disabilities are:

    a. responsible for being neglected and abused.
    b. not able to determine abuse from love.
    c. at significantly increased risk for neglect and abuse of all forms.
    d. at a decreased risk for neglect/abuse of all forms because people take pity on them.

30. Blue or purple bruises are indicative of an injury:

    a. 5 days old.
    b. 15 days old.
    c. one week old.
    d. 10 days old.

EXH-305-452

31.  Shaken Baby Syndrome:

     a. is a relatively new classification of death or injury to infants.
     b. does not exist.
     c. is common in the United States more than any other country.
     d. is the medical term used to describe the violent shaking of a child and the injuries
        that can occur.

32.  Filicide is the killing of children by:

     a. siblings.
     b. cousins.
     c. fathers.
     d. parents.

33.  Of all domestic cases, child abuse investigations are the most time-consuming and difficult
     for:

     a. police officers.
     b. social workers.
     c. forensic investigators.
     d. All of the above.

34.  Bruises that are bluish or purple are typically how many days old?

     a. 0 to 2
     b. 2 to 5
     c. 5 to 7
     d. 7 to 10

35.  _____ of bruises involves noting the color of bruising present on a victim and
     documenting this information using a specific time frame.

     a. Carbon dating
     b. Age dating
     c. Type dating
     d. None of the above.

36.  _____ is the taking, keeping, or concealing of a child or children by a parent, other
     family member, or person acting on behalf of the parent or family member that deprives
     another individual of his or her custody or visitation rights.

     a. Borrowing
     b. Ajudication
     c. Turning
     d. Abduction

EXH-305-453

37. Family-based theories are examples of:

    a. single dimensional theories.
    b. theoretical approaches.
    c. multidimensional theories.
    d. a and c only

38. Chronic physical abuse can result in long-term:

    a. physical disabilities.
    b. brain damage.
    c. hearing loss.
    d. All of the above.

39. Which abused children are at an increased risk of developing delinquent behavior?

    a. sexually abused children
    b. emotionally abused children
    c. physically abused children
    d. All of the above.

40. Bestiality is:

    a. animal to human sexual activity.
    b. human to animal sexual activity.
    c. abuse of animals by humans.
    d. a form of punishment.

41. Juvenile victim pornography is frequently associated with:

    a. a sexual offense.
    b. a physical offense.
    c. a violent offense.
    d. a and c only

42. Research and theory suggest that some forms of victimization increase the risk of:

    a. juvenile criminal offending.
    b. adult criminal offending.
    c. arson.
    d. continued abuse through generations to come.

EXH-305-454

43. Which refers to the act of killing one's parent and is a form of murder committed by juveniles?

    a. Parricide
    b. Patricide
    c. Patronage
    d. Portage

44. Which refers to the act of killing one's father?

    a. Parricide
    b. Patricide
    c. Patronage
    d. Portage

45. Physical abuse behaviors do NOT include:

    a. punching.
    b. shoving.
    c. asking for some kind of abuse.
    d. using an object against a spouse.

46. Intimate partner violence is believed to be strongly linked to:

    a. divorce.
    b. homelessness.
    c. the development of chronic offenders.
    d. economic issues and families.

47. _____ women's encounters with racism are believed to contribute to mistrust and reluctance in accessing mainstream support systems.

    a. Caucasian
    b. Asian
    c. African American
    d. American Indian

48. Men are less likely to report intimate partner violence and seek services because:

    a. of the stigma of being a male victim and fear of not being believed.
    b. they are said to be too stubborn to report anything.
    c. they are ashamed of themselves.
    d. None of the above.

EXH-305-455

49. _____ partner violence is violence committed by a current or former spouse, opposite sex co-habiting partner, same sex co-habiting partner, date, boyfriend, or girlfriend.

    a. Child
    b. Intimate
    c. Psychological
    d. Emotional

50. The three-stage description for the abusive pattern of battering is called the:

    a. cycle of violence.
    b. honeymoon phase.
    c. noncompliance theory.
    d. patriarchy.

51. _____ is a repetitive pattern of behavior that is intended to gain power and control over a person.

    a. Physical abuse
    b. Sexual abuse
    c. Battering
    d. Child abuse

52. The dominant theoretical explanation for family violence since the 1970s has been the _____ sociopolitical theory.

    a. feminist
    b. cycle of violence
    c. psychological
    d. None of the above.

53. In _____, as part of the Violent Crime Control and Law-Enforcement Act, Congress stipulated that police have a duty to enforce domestic violence restraining orders that were issued from another state.

    a. 1990
    b. 1992
    c. 1994
    d. 1996

54. Which is not one of the theoretical explanations for abuse in the LGBT community?

    a. feminist approach
    b. social-psychological model
    c. psychological model
    d. macho approach

EXH-305-456

55. This term refers to the condemnation, loathing, fear, societal disdain, and religious rejection of all things homosexual and those who practice it.

    a. internalized homophobia
    b. homophobia
    c. homonegativity
    d. heterophobia

56. In this battering relationship, victims experience abuse only once or twice as a result of a crisis situation.

    a. situational battering
    b. chronic battering
    c. emotional or psychological battering
    d. All of the above.

57. It is a unique correlate specific to same-sex partner abuse and it is the internalized stress to homophobia, sometimes called internalized homonegativity by clinicians; it refers to lesbian, gay, bisexual, and transgendered people and the internalization of negative societal and environmental attitudes against them.

    a. homophobia
    b. internalized homophobia
    c. biphobia
    d. All of the above.

58. _____ refers to the condemnation, loathing, fear, societal disdain, and religious rejection of all things homosexual and those who practice it.

    a. Homosapien
    b. Homophobia
    c. Hominophobia
    d. Heterophobia

59. Police have the duty to enforce domestic violence restraining orders that were issued from another state under the Violence Against Women Act (VAWA), passed by Congress as part of the Federal crime bill of _____.

    a. 1994
    b. 1998
    c. 2001
    d. 2004

EXH-305-457

60. The _____ approach is often used to describe the context of battering within GLBT relationships as well as heterosexual abuse.

    a. masculine
    b. feminist
    c. socialist
    d. deviant

61. _____ abuse is defined by intentional actions that cause harm or risk serious harm to a vulnerable older adult by a caregiver or a failure to satisfy his/her basic needs.

    a. Adult
    b. Elder
    c. Companion
    d. Institutional

62. Which is a sign of self-neglect?

    a. refusing medications
    b. lacking food or basic utilities
    c. alcohol or drug dependence
    d. All of the above.

63. Which is not a risk factor for abandonment?

    a. physical impairment
    b. adequate personal resources
    c. depression
    d. decreased health status

64. For failing to report abuse, a mandatory reporter could be found guilty of what?

    a. felony
    b. misdemeanor
    c. They can't be charged for anything for not reporting abuse.
    d. None of the above.

65. Which of the following is not a sign of self-neglect?

    a. inability to manage finances
    b. hoarding animals or trash
    c. taking medications
    d. lacking food or basic utilities

16

66. _____ is a term used to describe the deterioration of intellectual faculties, such as memory, concentration, and judgment.

   a. Alzheimer
   b. Aging
   c. Schizophrenia
   d. Dementia

67. Inflicting mental pain, anguish, or distress on an older adult by verbal or nonverbal acts constitutes _____ abuse.

   a. physical
   b. emotional
   c. psychological
   d. All of the above.

68. _____ is the intentional and permanent desertion of an elder in any place (such as a hospital, nursing facility, shopping center, or public location) or leaving the person without the means or ability to obtain necessary food, clothing, shelter, health care, or financial support.

   a. Deterrence
   b. Negligence
   c. Abandonment
   d. None of the above.

69. After an abusive attack, it is not unusual for the offender to:

   a. leave for an extended period of time.
   b. beg for forgiveness.
   c. turn themselves over to the police.
   d. instantly abuse again.

70. A tyrannical offender:

   a. knows what he's doing and intends to frighten, intimidate, and punish his partner.
   b. usually acknowledges that he has used the violence, but blames his partner for provoking him.
   c. describes his partner as being submissive and careful around him.
   d. a and c only

EXH-305-459

71. There is a strong association between police officer perpetrators of domestic violence and _____ abuse.

    a. physical
    b. sexual
    c. animal
    d. alcohol

72. Which of the following individual factors is NOT a risk factor for intimate partner violence?

    a. depression
    b. insecurity
    c. narcissism
    d. empathy

73. The Department of Defense has established two different reporting criteria for victims of intimate partner abuse which are restricted reporting and _____ reporting.

    a. classified
    b. unclassified
    c. unlimited
    d. unrestricted

74. The majority of family violence offenders are white males ages _____ and older.

    a. 20
    b. 30
    c. 40
    d. 50

75. Which of the following is not an offender characteristic type?

    a. Twisted
    b. Tyrannical
    c. Exploder
    d. High-risk

76. _____ is believed to be the first state to allow animals to be included in protection orders in cases of domestic violence.

    a. Maine
    b. New Jersey
    c. California
    d. Connecticut

EXH-305-460

77. The _____ of probable cause is critical to any police action that may involve an arrest; therefore, the officer must collect evidence and interrogate suspects.

    a. examination
    b. foundation
    c. determination
    d. All of the above.

78. Police departments require specialized domestic violence training for officers:

    a. once a year.
    b. once a month.
    c. only if officers are interested in domestic violence.
    d. and training time varies between police departments.

79. Who is most likely to collect evidence to turn over to prosecutors and get the victims to testify in court?

    a. specialized domestic violence units
    b. private investigators
    c. undercover domestic violence units
    d. detectives

80. Which of the following is not a part of the interview process?

    a. preparation
    b. establishment of the psychological content
    c. intervention
    d. questioning

81. Which is not one of the five questions that police officers must consider when making the decision to arrest?

    a. Does the action constitute a crime?
    b. Is there probable cause that the crime was committed?
    c. Is the crime a misdemeanor or a felony?
    d. Did the victim do something to enrage the perpetrator?

82. In Marvin _____ 1958 study, 65% of homicide victims were found to be relatives, close friends, paramours, or homosexual partners to the principle offender.

    a. Wolfgang's
    b. Solon's
    c. Thurman's
    d. Meyer's

EXH-305-461

83. Academies that offer domestic violence training will frequently provide between _____ days and one week of instruction for recruit and special unit training.

    a. 1-2
    b. 2-3
    c. 3-4
    d. 4-5

84. The _____ aggressor in intimate partner violence is the person who is responsible for the perpetuation of the violence, not necessarily who initiated it in one particular incident.

    a. primary
    b. secondary
    c. direct
    d. indirect

85. The groups that are most likely to be violent and stalk others are those:

    a. that have had an intimate relationship with the victim.
    b. that wish they had a relationship with the victim.
    c. are jealous of the victim because they are in a different relationship.
    d. that hated being noticed by the victim.

86. Stalking is different from the majority of crimes because it consists of:

    a. one single act.
    b. harassing the victim.
    c. threatening the victim.
    d. All of the above.

87. The one trait all stalkers have in common is that they:

    a. were stalked themselves previously in their lives.
    b. will never stalk someone just once.
    c. suffer from a personality or mental disorder.
    d. None of the above.

88. Violence is associated with stalking since it is thought to occur in approximately _____ % of cases.

    a. 25-35
    b. 55-65
    c. 75-85
    d. None of the above.

EXH-305-462

89. Under _____ v. Arizona, guidelines were established to assist police officers and to ensure the rights of domestic violence victims.

    a. Mincey
    b. Chapman
    c. Corry
    d. Maxwell

90. An example of _____ homicide is the defense referred to as battered women's syndrome.

    a. inexcusable
    b. excusable
    c. justifiable
    d. felonious

91. The most common type of stalker is the _____ or simple obsessional stalker.

    a. resentful
    b. intimate
    c. relationship
    d. predatory

92. _____ was the first state to pass anti-stalking laws.

    a. Michigan
    b. California
    c. Wisconsin
    d. Nevada

93. Jurisdictions with specialized domestic violence prosecution programs typically have the highest rates; a court in San Diego documented that _____ of cases brought by the police were prosecuted.

    a. 70%
    b. 30%
    c. 50%
    d. 75%

94. The creation of cross-agency response teams involves all of the following except a(n):

    a. advocate.
    b. police officer.
    c. probation officer.
    d. prosecutor.

EXH-305-463



95. _____ of general jurisdiction has/have the authority to try all cases, both civil and criminal.

    a. Federal courts
    b. State courts
    c. The Supreme Court
    d. None of the above.

96. Which courts assign judicial officers to hear a special domestic violence calendar, regardless of whether or not they hear those cases exclusively?

    a. Spousal Violent Court
    b. Civil Court
    c. Domestic Violence court
    d. Integrated Domestic Violence Court

97. Which is not an example of a protection or resource available through domestic violence advocates?

    a. victim shelters
    b. victim services
    c. weapons confiscation
    d. batterer imprisonment

98. Family and probate courts typically have jurisdiction over:

    a. divorce.
    b. custody.
    c. guardianships.
    d. All of the above.

99. Which is not a reason for the emergence of domestic violence courts?

    a. There has been a large increase in the number of domestic violence cases.
    b. There is an increasing awareness that specialized services and responses are needed.
    c. There has been a large increase in the severity of domestic violence cases.
    d. When left in traditional courts, those with low injury or non-injury cases tend to be upstaged by more serious crimes, regardless of the potential violence attached to these offenses.

100. Which of the following is a typical piece of information asked for in a request for protection?

    a. any knowledge of weapons that the defendant may possess
    b. age of victim
    c. any knowledge of prior or pending court action involving the victim and defendant
    d. All of the above.

EXH-305-464

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ450

## Test Information

BKNum: BCJ450    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 93 out of 100

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Missed | |
| 2 | B | Correct | |
| 3 | B | Correct | |
| 4 | A | Correct | |
| 5 | B | Correct | |
| 6 | C | Correct | |
| 7 | C | Correct | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | C | Correct | |
| 11 | D | Correct | |
| 12 | B | Correct | |
| 13 | D | Correct | |
| 14 | D | Correct | |
| 15 | B | Correct | |
| 16 | A | Correct | |
| 17 | A | Correct | |
| 18 | C | Correct | |
| 19 | D | Correct | |
| 20 | D | Missed | |
| 21 | C | Missed | |
| 22 | A | Correct | |
| 23 | D | Correct | |
| 24 | D | Correct | |
| 25 | B | Correct | |
| 26 | A | Correct | |
| 27 | B | Correct | |
| 28 | A | Correct | |
| 29 | C | Correct | |
| 30 | A | Correct | |
| 31 | D | Correct | |
| 32 | D | Correct | |
| 33 | A | Correct | |
| 34 | B | Correct | |
| 35 | B | Correct | |
| 36 | D | Correct | |
| 37 | C | Correct | |
| 38 | D | Correct | |
| 39 | D | Correct | |
| 40 | B | Correct | |
| 41 | D | Correct | |
| 42 | A | Correct | |

EXH-305-465

| 43 | A | Correct |  |
| 44 | B | Correct |  |
| 45 | C | Correct |  |
| 46 | B | Correct |  |
| 47 | C | Correct |  |
| 48 | A | Correct |  |
| 49 | B | Correct |  |
| 50 | A | Correct |  |
| 51 | C | Correct |  |
| 52 | A | Correct |  |
| 53 | C | Correct |  |
| 54 | D | Correct |  |
| 55 | B | Correct |  |
| 56 | A | Correct |  |
| 57 | D | Missed |  |
| 58 | B | Correct |  |
| 59 | A | Correct |  |
| 60 | B | Correct |  |
| 61 | D | Missed |  |
| 62 | D | Correct |  |
| 63 | B | Correct |  |
| 64 | B | Correct |  |
| 65 | C | Correct |  |
| 66 | D | Correct |  |
| 67 | B | Correct |  |
| 68 | C | Correct |  |
| 69 | B | Correct |  |
| 70 | D | Correct |  |
| 71 | A | Missed |  |
| 72 | D | Correct |  |
| 73 | D | Correct |  |
| 74 | B | Correct |  |
| 75 | A | Correct |  |
| 76 | A | Correct |  |
| 77 | C | Correct |  |
| 78 | D | Correct |  |
| 79 | A | Correct |  |
| 80 | C | Correct |  |
| 81 | D | Correct |  |
| 82 | A | Correct |  |
| 83 | B | Correct |  |
| 84 | A | Correct |  |
| 85 | A | Correct |  |
| 86 | B | Correct |  |
| 87 | C | Correct |  |
| 88 | A | Correct |  |

| 89  | A | Correct |  |
| 90  | B | Correct |  |
| 91  | B | Missed  |  |
| 92  | B | Correct |  |
| 93  | A | Correct |  |
| 94  | D | Correct |  |
| 95  | B | Correct |  |
| 96  | C | Correct |  |
| 97  | D | Correct |  |
| 98  | D | Correct |  |
| 99  | C | Correct |  |
| 100 | D | Correct |  |

# BCJ 470 RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-468



**June 25, 2024**

**Morteza Amiri**

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** BCJ470

**Course Title:** RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** March 26, 2020



**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 03/17/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ470 - RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY
**Unit:** 1

Morteza Amiri

66976

BCJ 470

Research Methods in Criminal Justice and Criminology

Discuss the general steps in empirical research in criminal justice.

Empirical research is research that is based upon observation or measurement of an event that has been experienced by the person who conducts the research.  The results of the data that is collected is compared to theories and hypotheses, but based on life events.  During the course of this essay I will discuss the general steps in empirical research in criminal justice.  The general steps that will be discussed include problem formulation, research design, data collection methods, analysis/ presentation of findings and conclusion/ interpretation/ limitations.

The first step in empirical research in criminal justice is the formulation of a problem.  In this step a researcher must review the event, select which problem to focus on and specify the area of the problem that is being investigated.  Problem formulation can take a period of time to sense what the existing problem is and identifying what factors could be contributing to the existing problem.  After the problem must be defined and structured.  Secondly researchers will design research based on their problem formulation.  Researchers will conduct a type of experimental or nonexperimental approach, study specific groups over a certain period of time and/or use a control group.  Research design helps create a method of data collection for the third step: data collection method.  It is the choice of methods that researcher use to question, observe, and reanalyze data.  The data is collected and organized for researchers to then analyze and present findings in the fourth step.  The fourth step, analysis and presentation of findings, includes a summary of reports and statistical analyzation of findings presented.  Lastly researcher must determine the conclusion of the problem, its interpretation and the problems limitations.  They will conclude with what they believe the research states.

In conclusion, empirical research is based on observation and measurements of a real life event that researchers directly experience.  This essay has explained the general steps of empirical research including problem formulation, research design, data collection methods, analysis/ presentation of findings and conclusion/ interpretation/ limitations.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ470
**Writing Assignment 1** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ⦿ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ⦿ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ⦿ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**          Date: **3/26/2020**

---

**Total: 22**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ⦿ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ⦿ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ⦿ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ⦿ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ⦿ | ○ |

EXH-305-471

**Notes**

Please try to be more detailed in your essay, you provided some good points, but they need to be elaborated upon. Try to include in your own opinion of the topic as well as the content you learned from the material. Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**              Date: **3/26/2020**

**Received Date:** 03/18/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ470 - RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY
**Unit:** 2

Morteza Amiri

66976

BCJ 470

Research Methods in Criminal Justice and Criminology

Discuss the principal advantages and disadvantages of mail surveys?

In the criminal justice system government agencies and institutions, deliver justice to those of who have committed crimes. In some cases the criminal justice system will use mail surveys or questionnaire to get the opinion of the public. In this essay I will discuss the principal advantages and disadvantages of mail surveys. Some advantages of mail surveys are they cover large parts, easy, inexpensive, limited interview bias. Along with disadvantages such as low response rate, limiting questions, and no control.

Mail surveys or questionnaire is one way in which a postal service or other delivery services will use to mail survey material or questionnaires to the public or specific addresses. There are many advantages to mail questionnaires such as it being inexpensive and easy for the sender. Mailing surveys can cost about half the amount of money, compared to interviewing a couple hundred people. The survey is also easier and more efficient to send out rather than finding volunteers to come in for an interview. Secondly, mail surveys, unlike interviews can reach a very wide variety of people and a larger geographical area. Lastly with a mail survey it will causing limited interview basis or the help of a person swaying your opinion and leading you.

On the other hand, there are various disadvantages to using mail surveys. When a survey is mailed out people tend to either throw it out or view it as junk mail, contributing to its low response rate. In order for a person to understand most questions on a survey, they must be limited and kept short, making it difficult to get a point across. The last disadvantage to a mail in survey is the lack of control, in an interview, interviewers are somewhat able to control the situation and answers whereas a mail in, you are unable to control almost all aspects of the survey.

In conclusion, the
criminal justice system uses mail in surveys to determine the public opinion on
subject matter related to crime. Mail
surveys have various advantages including covering large areas, inexpensive,
limited interview basis, and disadvantages such as low response rate, limited
questioning and no control.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ470
**Writing Assignment 2** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ● |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                Date: **3/26/2020**

---

**Total: 22**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ● | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ● |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ● |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ● | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ● | ○ |

EXH-305-474

**Notes**

Appreciate your submission, you started some good points, am looking for more content so please try to be more content oriented in your essays. Try to include in from your own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **3/26/2020**

**Received Date:** 03/18/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ470 - RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY
**Unit:** 3

---

Morteza Amiri

66976

BCJ 470

Research Methods in Criminal Justice and Criminology

List and discuss the major types of unobtrusive methods to gather data.

Out in the field during undercover operations, government agencies must collect evidence or data without interfering with the subject that is being studied or watched, as known as unobtrusive methods. Unobtrusive research is a method of collecting data on a subject that is under study without interfering. There are various unobtrusive methods of research including crime records, consumer data and census bureau data. In this essay, we will explore the major types of unobtrusive methods to gather data.

The interference of a subject during a study can cause behavior, action and swayed outcomes to occur. In the criminal justice, researchers use unobtrusive methods of collecting data from subjects that are under the course of a study. Both quantitative and qualitative researchers conduct research through unobtrusive methods. These methods have a unique quality that requires no interaction between the research and subject, finding that human's social behavior creates plenty of evidence for action.

Many researchers rely on criminal records, consumer data and census bureau data to study a subject without interaction. Criminal records are compiled of police records and/ or rap sheets, it is a record of an individual's criminal history with variation between countries and states. Consumer data is another way that researchers will utilize unobtrusive research methods. It is data collected of a person's behavior or demographic, often companies will collect this data over the internet. Lastly data may be collected from the census bureau. The census bureau is an agency of the federal government, they are responsible for collecting data in regards to the American people and the economy. All of the data is assembled into a system for unobtrusive research.

Therefore, there are various forms of unobtrusive research for both quantitative and qualitative researchers to conduct. Some of these ways include criminal records, consumer data and census bureau data.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ470
**Writing Assignment 3** Score: 22 out of 25
Grade: Passed



**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                Date: **3/26/2020**

**Total: 22**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-477

**Notes**

Appreciate your submission, you started some good points,
am looking for more content so please try to be more
content oriented in your essays. Try to include in from your
own views as well as the learning from the course.
Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**                    Date: **3/26/2020**

**Received Date:** 03/18/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** BCJ470 - RESEARCH METHODS IN CRIMINAL JUSTICE AND CRIMINOLOGY
**Unit:** 4

---

Morteza Amiri

66976

BCJ 470

Research Methods in Criminal Justice and Criminology

Discuss the two types of statistics. What are their purposes? Give some examples for each type.

The criminal justice system heavy relies on the use of statistical analysis to determine what programs are most effective for government officials to implement to protect the population and social impact on economy. There are to two types of statistical methods to analyze data including inferential statistics and descriptive statistics.  In this essay I will discuss both types of statistics and what their purposes are.  I will also give examples for both types.

Inferential statistic or statistical inference is the process of using collected data to conclude the probability of events occurring.  Researchers will use inference statistic to predict the probability of crime to occur in particular geographical locations, based on income and status of economy.  Some examples of statistical inferences in the criminal justice are stats on burglaries and traffic collisions.  Investigators will research specific areas and highlight underlying objectives, high income and vacancy of home, to determine the percentage at which homes will be broken into and even on what days of the week.  Another example is the percentage at which a traffic collision would happen based on blind spots, speed and time of day.

Descriptive statistic is used to focus on simplifying and summarizing data, assuming that the data is a census. It is a brief description of coefficients that help to summarize data sets.  The set can either represent the population as a whole or a small sample.  Some examples of descriptive statistics are creating charts such as pie or bar charts to describe or simplify data.  Data could explain the likelihood or frequency of females committing nonviolent crimes on a bar graph.

In conclusion, there are two types of statistical methods in criminal justice.  These include inferential statistics and descriptive statistics.  Statistical inference is the process of using collected data to conclude probability, while descriptive statistics is used to summarizing and simplifying census data, for better understanding.

# Writing Assignment Evaluation Form

## Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** BCJ470
**Writing Assignment 4** Score: 22 out of 25
Grade: Passed



---

**Grand Total: 22**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ○ | ○ | ◉ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Mohamad Khatibloo**                    Date: **3/26/2020**

---

**Total: 22**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-480

**Notes**

Please try to be more detailed in your essay, you provided some good points, but they need to be elaborated upon. Try to include in your own opinion of the topic as well as the content you learned from the material. Mohamad Khatibloo, PhD

Evaluated by **Mohamad Khatibloo**          Date: **3/26/2020**

BCJ 470 Research Methods in Criminal Justice and Criminology

Pre-test

1. Which of the following refers to a view that if one cannot quantitatively measure a phenomenon, it is not worth studying?

    a. scientism
    b. operationalization
    c. historicism
    d. research shock

2. Which of the following is true of researchers who exercise objectivity and professional integrity in performing and reporting research?

    a. Researchers should have a political approach to the subject matter.
    b. Researchers should always generalize beyond their data.
    c. Researchers should not study subjects for which they cannot control subjectivity.
    d. Researchers should choose techniques that produce positive results.

3. The exclusion of most social science research from review by DHHS guidelines was a frank recognition that _____.

    a. there has been little documented harm associated with such studies
    b. there was abuse and a need for more strict regulation
    c. the social sciences were not prepared to regulate themselves
    d. growing liability required legislation

4. Which of the following experiments employed one-group before–after design?

    a. Monahan and Walker's analysis of the impact of the Community Mental Health Centers Act
    b. Pierce and Bowers' analysis of the impact of the Massachusetts Bartley–Fox gun law
    c. Zimring's analysis of the impact of the Federal Gun Control Act
    d. Cressey's study of incarcerated embezzlers

5. Which of the following terms is used to describe experimental designs in which neither the subjects nor the administrators know which group is receiving the treatment?

    a. double-blind experiment
    b. cross-sectional design
    c. panel experiment
    d. longitudinal design

6. Which of the following is the new category of crime that NIBRS created?

    a. crimes against persons
    b. crimes against God
    c. crimes against society
    d. crimes against property

BCJ 470 Research Methods in Criminal Justice and Criminology

**Pre-test**

7. The victimization studies conducted by the U.S. Census Bureau on behalf of the Bureau of Justice Statistics is an example of _____.

    a. a survey
    b. participant observation
    c. a case study
    d. unobtrusive measures

8. Which of the following is NOT listed in the text as a suggestion on questionnaire wording and construction?

    a. Avoid biased or leading questions.
    b. Avoid double-barreled questions.
    c. Avoid sensitive questions.
    d. Avoid vague wording.

9. Ways of increasing response rates on Web surveys include all of the following, EXCEPT:

    a. banner ads on websites
    b. e-mail invitations
    c. questionnaires with leading questions
    d. telephone invitations

10. What is one of the strengths of the Uniform Crime Reports (UCR) program?

    a. It collects information about the number of arrests and who was arrested.
    b. It measures both reported and unreported crimes.
    c. It collects information that's not available when the initial police report is made.
    d. It is not affected by improvements in police record-keeping technology.

11. Which of the following is employed to determine appropriate respondents for the main portion of a survey?

    a. screening questions
    b. random digit dialing
    c. simulation techniques
    d. reverse record checking

12. Which, according to Trulson, Marquart, and Mullings, is one of the ten tips for "breaking into prisons" and other criminal justice organizations?

    a. Show up when it is convenient to you.
    b. Deal with adversity by planning ahead.
    c. Indicate the true purpose as soon as you can.
    d. Never pretend to be one of them.

Pre-test

13. Which of the following is an example of a multiple-treatment design?

   a. ABAB
   b. ABACA
   c. ABA
   d. AB

14. Reanalysis of data that was originally gathered for other purposes or by other researchers refers to _____ analysis.

   a. content
   b. secondary
   c. small space
   d. physical trace

15. Which is the strategy of data collection in which the investigator attempts to examine the activity of subjects while keeping her or his presence secret?

   a. content analysis
   b. observation
   c. simulation
   d. meta-analysis

16. Concept validity is another name for _____ validity.

   a. convergent
   b. construct
   c. concurrent
   d. conductive

17. What is the main purpose of the Drug Use Forecasting Program?

   a. to survey prisoners regarding drug use
   b. to survey arrestees regarding drug use
   c. to use prediction tables to foretell future drug use
   d. to survey users of methadone clinics

18. Measurement that places responses in mutually exclusive categories and has no mathematical meaning refers to which one of the following?

   a. ratio level variables
   b. nominal level variables
   c. ordinal level variables
   d. interval level variables

Case 4:23-cr-00264-JSW    Document 415-43    Filed 11/04/24    Page 485 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Pre-test

19. What is the Repeat Offenders Project?

    a. studies of recidivism of parolees
    b. a Washington, D.C. police program
    c. a federal rehabilitation of prisoners program
    d. restitution probation projects

20. Which of the following is true of policy analysis?

    a. It is a study of corporate policies.
    b. It is an applied interdisciplinary subfield of pure science.
    c. It is the same as operations research.
    d. It studies the causes and consequences of government behavior.

21. According to Sherman's analysis, which of the following steps taken by the government has
    been effective in preventing crime?

    a. peer counseling of students in schools
    b. rehabilitation programs with risk-focused treatments
    c. community mobilization against crime in high-crime poverty areas
    d. diversion from court to job training as a condition of case dismissal

22. Which of the following is the poorest means of presenting data?

    a. pie charts
    b. tables
    c. statistics
    d. crime clocks

23. In which of the following steps in constructing a frequency distribution would the use of over
    or under categories for extreme cases be a major exception?

    a. deciding on the number of categories (classes) into which the data will be grouped
    b. ensuring that the groups cover the entire distribution, with the within-group intervals
       as equal in size as possible
    c. assigning each case to one and only one group
    d. assigning each case to multiple groups

24. Which measures the midpoint of a distribution?

    a. mean
    b. median
    c. mode
    d. standard deviation

BCJ 470 Research Methods in Criminal Justice and Criminology

Pre-test

25. Which measure of central tendency is best suited for interval data?

    a. mean
    b. median
    c. mode
    d. standard deviation

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ470

## Test Information

BKNum: BCJ470    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: PreTest 1

Web Test: Y

Score: 5 out of 25

Grade: F

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Missed | |
| 2 | A | Missed | |
| 3 | B | Missed | |
| 4 | D | Missed | |
| 5 | C | Missed | |
| 6 | B | Missed | |
| 7 | B | Missed | |
| 8 | A | Missed | |
| 9 | C | Correct | |
| 10 | A | Correct | |
| 11 | D | Missed | |
| 12 | B | Correct | |
| 13 | C | Missed | |
| 14 | A | Missed | |
| 15 | C | Missed | |
| 16 | A | Missed | |
| 17 | B | Correct | |
| 18 | D | Missed | |
| 19 | D | Missed | |
| 20 | A | Missed | |
| 21 | B | Correct | |
| 22 | A | Missed | |
| 23 | D | Missed | |
| 24 | C | Missed | |
| 25 | C | Missed | |

EXH-305-487

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. _____ research is the term used to define research concerned with the acquisition of new knowledge for the sake of science or the development of the field.

    a. Pure
    b. Applied
    c. Secondary
    d. Unobtrusive

2. What does evaluation research focus on?

    a. public programs and policies
    b. persons and organizations involved in conspiratorial activities
    c. investigative leads
    d. hoaxes and scams

3. Which of the following stages, as mentioned by Comte, is a part of the progression of knowledge?

    a. astrological
    b. supernatural
    c. irrational
    d. emotional

4. Which of the following steps in empirical research in criminal justice refers to what the researcher believes the study has to say?

    a. data collection methods
    b. analysis and presentation of findings
    c. problem formulation
    d. conclusions, interpretations, and limitations

5. Which of the following is accurate regarding criminal justice research?

    a. It is simply a matter of common sense.
    b. Researchers expect absolute determinism.
    c. Researchers assume their subject matter is probabilistic.
    d. Researchers assume their relationships will hold in each individual case.

6. What type of research design was featured in the Chicago "Project on Human Development"?

    a. ex post facto
    b. Solomon four-group
    c. classical experimental design
    d. accelerated longitudinal design

EXH-305-488

BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 1 Examination

7. Which of the following protects individuals by forbidding the use of any research from identifying them?

    a. Institutional Review Boards
    b. NIJ's Regulations on Confidentiality
    c. the National Advisory Committee on Criminal Justice Standards and Goals
    d. the Academy of Criminal Justice Sciences

8. Which of the following is true of shield laws?

    a. Shield laws protect government agencies from prosecution.
    b. Shield laws deal with the possible hazards to human subjects.
    c. Shield laws grant a state-guaranteed right to confidentiality for researchers.
    d. Shield laws deal with agreement of subjects to participate in research.

9. Which of the following cases supports the view that serious scholars can't be required to turn over their field notes in a grand jury investigation?

    a. Ofshe
    b. Hutchinson
    c. Scarce
    d. Brajuha

10. Which of the following deals with organizations or individuals filing lawsuits against researchers?

    a. Weinstein decision
    b. the Rik Scarce case
    c. the Belmont Report
    d. the Ofshe case

11. Which of the following recommended looser standards for informed consent in field research?

    a. Shield laws
    b. Institutional Review Boards
    c. the Belmont Report
    d. National Institute of Justice

12. Which is a paradox of consent associated with the practice of fieldwork?

    a. Consent is a continual process dependent on mutual learning and evolution.
    b. The subjects give consent on the basis of their knowledge of ethnography.
    c. Ethnography involves a rationalistic a priori analysis.
    d. The subjects of investigation are unlikely to change during the course of study.

EXH-305-489

13. Which of the following is NOT linked to the classic experimental design?

    a. establishing equivalence
    b. excluding control group results
    c. conducting pre- and posttests
    d. studying experimental groups

14. What involves choosing nonequivalent groups for comparison?

    a. selection bias
    b. statistical regression
    c. experimental mortality
    d. multiple-treatment interference

15. The biological or psychological changes in the respondents during the course of a study that are not due to the experimental variable are called _____.

    a. maturation
    b. testing
    c. instrumentation
    d. experimental mortality

16. Which of the following refers to the tendency of control groups to react to believed treatment in a positive manner?

    a. the Hawthorne effect
    b. regression effect
    c. the halo effect
    d. the placebo effect

17. Which of the following is NOT an example of a longitudinal design?

    a. trend
    b. cohort
    c. post hoc error
    d. panel

18. Which of the following intends to control the problem of multiple-treatment inference?

    a. interrupted time-series design
    b. two-group ex post facto design
    c. posttest-only control group design
    d. counterbalanced design

EXH-305-490

BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 1 Examination

19. The UCR is comprised of crimes that were _____.

    a. recorded by local police departments
    b. reported in the media
    c. recorded in the courts
    d. known to the public

20. Which of the following does NOT belong to the violent crime index?

    a. arson
    b. forcible rape
    c. aggravated assault
    d. nonnegligent manslaughter

21. What is the maximal age range of criminality for adults in the UCR crime rates?

    a. 40-45
    b. 20–24
    c. 25–28
    d. 29–33

22. Which of the following is NOT an index offense?

    a. murder
    b. rape
    c. burglary
    d. embezzlement

23. The hierarchy rule as used in the original UCR system _____.

    a. reports only the most serious offense
    b. orders factors according to importance
    c. describes index offenses first
    d. excludes Part II offenses

24. While added to the crime index by an act of Congress in 1978, which of the following is not included in the actual calculation of the crime index?

    a. arson
    b. rape
    c. larceny
    d. vehicle theft

EXH-305-491

BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 1 Examination

25. The redesigned UCR considers crimes such as drug offenses, gambling violations, pornography, and prostitution as _____.

    a. crimes against society
    b. crimes against person
    c. crimes against property
    d. victimless crimes

EXH-305-492

Home | Prospects/Application | Billing | Retention | Transcript | Testing | Rental Library | Faculty

Note/Message | ACenina  Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ470

## Test Information

BKNum: BCJ470  ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 1

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | D | Correct | |
| 7 | B | Correct | |
| 8 | C | Correct | |
| 9 | D | Correct | |
| 10 | D | Correct | |
| 11 | C | Correct | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | A | Correct | |
| 16 | D | Correct | |
| 17 | C | Correct | |
| 18 | D | Correct | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | A | Correct | |
| 25 | A | Correct | |

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Which of the following is likely to obtain the lowest response rate in mail surveys?

    a. a survey with endorsements
    b. a survey with sponsorship
    c. a survey by unattached researchers
    d. a survey by well-known organizations

2. Which of the following is NOT a part of the preliminary operations in the development of a potentially useful survey?

    a. use of dummy tables
    b. use of a variables list
    c. administration of pretest
    d. a personal visit to the actual respondents

3. Which is one of the possible ways of reducing nonresponses in mail surveys?

    a. altruistic appeals
    b. impersonalization
    c. lengthened format
    d. restricting remuneration

4. Which of the following methods employs a series of questions that measure truthfulness of respondents in answering a survey as a means of validating self-report surveys?

    a. use of lie scales
    b. use of polygraphs
    c. known-group validation
    d. measures of internal consistency

5. Dillman's "tailored design method" relies heavily on _____ theory as a framework.

    a. differential association
    b. social exchange
    c. labeling
    d. social control

6. Which of the following is a major problem with self-report surveys?

    a. poor correlation with other measures
    b. unspecified choice of settings
    c. poor or inaccurate reporting
    d. selective use of instruments

EXH-305-494

7. The _____ is a self-report survey that included a multicohort design, a national probability sample of youth born in the period from 1959 to 1965.

   a. Uniform Crime Report
   b. National Youth Survey
   c. Youth in Transition Study
   d. National Crime Victimization Survey

8. The dark figure of crime refers to _____.

   a. crimes committed late at night
   b. officially recorded crime
   c. unreported crime
   d. crimes cleared by arrest

9. Which of the following is a common means of controlling for error in victim surveys?

   a. bounding of target groups
   b. telescoping of respondents
   c. sampling bias
   d. random interviewing of commercial establishments

10. Which of the following is no longer a part of the National Crime Victimization Survey?

   a. bounding
   b. rotation of subsamples
   c. crime panels
   d. central city surveys

11. Which problem associated with victim surveys is occurring when a crime that happened two years ago is mistakenly reported as having taken place within the last six months?

   a. interviewer effects
   b. telescoping
   c. sampling bias
   d. underreporting

12. In which of the following do the respondents register their reaction to various stimuli on an ongoing basis using a handheld keypad?

   a. computer-assisted telephone interviewing
   b. computer-assisted programmed interviewing
   c. continuous audience response technology
   d. statistical package for the social sciences

EXH-305-495

13. Which of the following is true regarding telephone surveys?

    a. Telephone surveys have a higher risk of interviewer bias.
    b. Telephone surveys eliminate the need for field staff.
    c. Telephone surveys suffer from difficulty in follow-up.
    d. Telephone surveys generally yield a very high nonresponse rate.

14. Which is NOT a feature of the NCVS crime panel?

    a. bounding
    b. orientation session
    c. screening questions
    d. incident reports

15. Following up an initial question with a request for more in-depth explanation is called
    _____.

    a. bounding
    b. reverse record checking
    c. probing
    d. simulation

16. Random digit dialing enables _____.

    a. the inclusion of unlisted numbers in the survey
    b. the encouragement of responses to sensitive questions
    c. computer assisted interviewing
    d. control for interviewer bias

17. In which of the following does the researcher make his or her presence known and tries to
    objectively observe the activities of the group, without influencing situations?

    a. complete participation
    b. participant as observer
    c. observer as participant
    d. complete observation

18. Which of the following is a participant observation study of gangs in Boston, New York, and
    Los Angeles?

    a. Sutherland's The Professional Thief
    b. Klockars' The Professional Fence
    c. Chambliss' Box Man
    d. Jankowski's Islands in the Streets

EXH-305-496

Case 4:23-cr-00264-JSW     Document 415-43     Filed 11/04/24     Page 497 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 2 Examination

19. Which is NOT a validity check done by Steffensmeier in "The Fence: In the Shadow of Two Worlds"?

    a. assigning high priority to data gathered from only one source
    b. examining documents such as newspapers, court records, and sales receipts
    c. supplementing observations with interviews with customers, friends, and dealers
    d. checking consistency of data with biographies and autobiographies of thieves


20. What inference did Travis draw on the case study approach?

    a. that there has been too much reliance on the case study approach in criminal justice
    b. that there is a need for more case study based research in criminal justice
    c. that the case study approach has eclipsed quantitative methods recently
    d. that there has been a decline in coverage of the case study approach in recent texts


21. Which of the following refers to researchers understanding a group by immersing themselves in the world of the group?

    a. grounded theory approach
    b. verstehen approach
    c. case study approach
    d. mnemonics


22. Which of the following is an advantage of participant observation?

    a. gaining acceptance
    b. maintaining objectivity
    c. qualitative nature
    d. tendency to oversocialize


23. Which of the following violates an essential element of good participant observation?

    a. avoiding overidentification
    b. influencing the behavior of subjects
    c. announcing one's intentions
    d. obtaining a gatekeeper


24. Which of the following refers to a situation in which the researcher becomes a member of the study group and abandons his or her role as an objective researcher?

    a. single subject designs
    b. unobtrusive measures
    c. going native
    d. observer as participant


82

25. What approach did Hamm use while conducting research on American skinheads?

    a. native field study approach
    b. verstehen approach
    c. grounded theory approach
    d. going native approach

EXH-305-498

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ470

## Test Information

BKNum: BCJ470 ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 2

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | D | Correct | |
| 3 | A | Correct | |
| 4 | A | Correct | |
| 5 | B | Correct | |
| 6 | C | Correct | |
| 7 | B | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | D | Correct | |
| 11 | B | Correct | |
| 12 | C | Correct | |
| 13 | B | Correct | |
| 14 | B | Correct | |
| 15 | C | Correct | |
| 16 | A | Correct | |
| 17 | B | Correct | |
| 18 | D | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | B | Correct | |
| 24 | C | Correct | |
| 25 | A | Correct | |

Case 4:23-cr-00264-JSW    Document 415-43    Filed 11/04/24    Page 500 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 3 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Which of the following refers to confederates in the context of disguised observation?

     a. study of interpersonal dynamics in a simulated prison
     b. use of control groups in simulations
     c. person planted to facilitate that which is to be observed
     d. systematic classification and analysis of data

2. What is the leading disadvantage of unobtrusive measures?

     a. ethical and privacy invasion issues
     b. generalizable to larger similar groups
     c. overreliance on attitudinal data
     d. license to confidentiality

3. Studying the influence of lunar cycles on homicides by analyzing both UCR data and meteorological data is an example of which of the following?

     a. a self-report survey
     b. physical trace analysis
     c. disguised observation
     d. secondary analysis

4. A statistical analysis of data from many different studies dealing with the same research question to determine general findings describes _____.

     a. re-analysis
     b. physical trace analysis
     c. meta-analysis
     d. secondary analysis

5. Which of the following is a basic procedure in content analysis?

     a. the use of sophisticated prewritten computer programs for analysis
     b. the investigator assuming a clandestine role for conducting the analysis
     c. the rigorous establishment of criteria for inclusion of subjects to be analyzed
     d. the researcher dismantling the preestablished classification scheme

6. The subsequent explanation of the true purposes of deceptive research to participants is called _____.

     a. debriefing
     b. disguised observation
     c. secondary analysis
     d. meta-analysis

115

7. Which is a step involved in meta-analysis?

    a. commissioning individuals to maintain a record of activities for specified time
    b. searching for circumstantial evidence analogous to indirect research indicators
    c. searching literature and selecting a representative set of studies apt for review
    d. attempting to mimic key features of reality pertaining to subjects being researched

8. Which of the following is NOT indicated as a reason for the lack of validation in criminal justice studies?

    a. little professional esteem in replication
    b. design faults in original study
    c. unfavorable climate
    d. lack of usefulness of such studies

9. _____ is determined by whether, assuming that conditions (rival causal factors) have not changed, a respondent will give the same answer to the same question on second testing.

    a. Stability of measurement
    b. Repeated measurement
    c. Unreliability of measurement
    d. Consistency of measurement

10. Asking whether each element measures the concept in question describes which of the following types of validity?

    a. face validity
    b. pragmatic validity
    c. content validity
    d. discriminant validity

11. "Different measures should yield the same result" is a description of which of the following types of validity?

    a. convergent validity
    b. construct validity
    c. discriminant validity
    d. pragmatic validity

12. The stable and consistent replication of findings under repeated measurement is called _____.

    a. construct validity
    b. reliability
    c. unidimensionality
    d. factor analysis

13. _____ refers to the fit between theoretical and operational definitions of terms.

    a. Construct validity
    b. Concurrent validity
    c. Convergent validity
    d. Charismatic validity

14. No area of criminology contains a literature as nonscientific as that of the study of _____.

    a. organized crime
    b. drug abuse
    c. domestic violence
    d. vandalism

15. The primary means of validation in the DUF program is _____.

    a. reverse record checks
    b. known group studies
    c. polygraphs
    d. urine tests

16. In 2004, the George W. Bush Administration discontinued the ADAM program, citing _____ reasons.

    a. terrorism
    b. budgetary
    c. effectiveness
    d. security

17. The UCR crime index is an example of a(n) _____ scale.

    a. arbitrary
    b. Thurstone
    c. Likert
    d. Guttman

18. Which scaling procedure employs judges in order to select appropriate items?

    a. Thurstone
    b. Likert
    c. Guttman
    d. Bogardus

EXH-305-502

Case 4:23-cr-00264-JSW     Document 415-43     Filed 11/04/24     Page 503 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 3 Examination

19. A _____ is a simple summated scale consisting of a five-point, bipolar response ranging from strongly agree to strongly disagree.

    a. Thurstone scale
    b. Likert scale
    c. Guttman scale
    d. Semantic Differential scale

20. The _____ scaling procedure insists upon unidimensionality.

    a. Thurstone
    b. Likert
    c. Guttman
    d. semantic differential

21. In a _____ scaling procedure, respondents rather than judges place a series of statements into previously predetermined categories.

    a. Q sort
    b. Likert
    c. Guttman
    d. semantic differential

22. Base expectancy tables are employed in _____.

    a. crime seriousness scales
    b. crime prediction scales
    c. crime detection scales
    d. crime prevention scales

23. What method of data gathering was employed in developing Greenwood's "Rand Seven Factor Index"?

    a. existing data
    b. self-reports
    c. victim surveys
    d. observation

24. Which type of scale is referred to as a simple summated rating scale with items ranging from strongly agree to strongly disagree?

    a. Thurstone
    b. Likert
    c. Guttman
    d. Sellin-Wolfgang

EXH-305-503

25. Salient factor scores are used for _____.

    a. factor analysis
    b. parole prediction
    c. scaleability
    d. item analysis

EXH-305-504

**Home**   **Prospects/Application**   **Billing**   **Retention**   **Transcript**   **Testing**   **Rental Library**   **Faculty**

**Note/Message**   **ACenina**   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: BCJ470

## Test Information

BKNum: BCJ470   ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 3

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | D | Correct | |
| 4 | C | Correct | |
| 5 | C | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | D | Correct | |
| 9 | A | Correct | |
| 10 | C | Correct | |
| 11 | A | Correct | |
| 12 | B | Correct | |
| 13 | A | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | A | Correct | |
| 18 | A | Correct | |
| 19 | B | Correct | |
| 20 | C | Correct | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | B | Correct | |
| 24 | B | Correct | |
| 25 | B | Correct | |

BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 4 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Which of the following would help improve evaluation research in criminal justice?

    a. co-optation of evaluation design
    b. co-optation of evaluation staff
    c. focus on process, not method
    d. focus on the method, not process

2. Under which of the project components of a systems model does the authorization to introduce new policies in an experimental treatment fall?

    a. inputs
    b. activities
    c. results
    d. outcomes

3. According to OJJDP, which of the following factors is NOT considered as crucial as others before an evaluation is undertaken?

    a. location of the project
    b. evaluability of the project
    c. people to be involved in the project
    d. usability of the findings

4. Which of the following activities falls under the "legitimating policies" stage of the policy process?

    a. selecting a proposal
    b. organizing bureaucracies
    c. levying taxes
    d. studying programs

5. Which of the following steps in designing a policy experiment could encourage widespread adoption of experimentally successful treatments?

    a. rigorously maintaining the random assignment of cases into treatment and control groups
    b. adopting a team approach between researchers and practitioners
    c. using an experiment to make policy, not to inform policy
    d. replicating the experiment in a variety of settings

EXH-305-506

6. In which of the steps of evaluability assessment does one determine whether the model and activities are measurable?

     a. bounding the problem or program
     b. analyzing plans
     c. collecting program information
     d. modeling of the program and the interrelationships of program activities

7. In which of the following steps of evaluation research does one identify and operationalize the key components of the program to be analyzed?

     a. design of instruments
     b. research design
     c. data collection
     d. utilization

8. How are percentages calculated?

     a. by dividing a frequency by the total N and multiplying the result by 100
     b. by dividing frequency 1 by frequency 2
     c. by dividing frequency of criterion variable by total population
     d. by dividing and multiplying the total population by a frequency variable

9. The initial step in data analysis involves _____.

     a. analysis of a graphic display
     b. running the marginals
     c. examining cross-tabulations
     d. reading two-variable tables

10. Which of the following examines one variable in terms of another variable?

     a. cross tabulation
     b. text encoding
     c. data verification
     d. running marginals

11. Where should the unknowns eliminated from the base total in percentaging a table be stated?

     a. headnote
     b. footnote
     c. stubs
     d. title

EXH-305-507

12. Which of the following refers to the process of introducing or controlling for third variables by subclassifying tables?

    a. tabulation
    b. resolution
    c. verification
    d. elaboration

13. What is the concluding step in percentaging a bivariate table?

    a. plot independent variables
    b. read across dependent variable
    c. plot dependent variables
    d. choose a title

14. A/An _____ takes place when the partial tables reproduce the relationship in the original table.

    a. replication
    b. suppression
    c. specification
    d. explanation

15. Which software is most widely used for data management?

    a. JAVA
    b. PC
    c. SAV
    d. SPSS

16. Which of the following items in a variable list would include information on desired occupational mobility, job satisfaction, and characteristics of work?

    a. demographic variables
    b. professional—paraprofessional roles
    c. utilization
    d. recruitment to rehabilitation work

17. Analysis of variance is used in order to _____.

    a. describe the relationship between variables
    b. analyze underlying factors in a group of scores
    c. compare the statistical significance of three or more means
    d. measure central tendency

18. Which of the following is NOT a measure of relationship?

    a. Spearman's rho
    b. gamma
    c. student's t
    d. Pearson's r

19. Which of the following is an example of a nonparametric test?

    a. Spearman's rho
    b. Pearson's r
    c. Z scores
    d. Cramer's V

20. Which is a measure of dispersion?

    a. mean
    b. median
    c. mode
    d. standard deviation

21. The null hypothesis is a _____.

    a. research hypothesis
    b. parametric statistic
    c. descriptive device
    d. statement of no difference

22. Which of the following is a descriptive statistic?

    a. range
    b. t test
    c. Z test
    d. chi-square

23. Which measure of central tendency is appropriate for nominal data?

    a. mean
    b. median
    c. mode
    d. standard deviation

EXH-305-509

Case 4:23-cr-00264-JSW     Document 415-43     Filed 11/04/24     Page 510 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Unit 4 Examination

24. What would a Pearson's r of ±1.00 indicate?

    a. a perfect relationship
    b. an impossible relationship
    c. no relationship
    d. a moderate relationship

25. A measure of dispersion describes the _____.

    a. relationship of variables
    b. spread of a distribution
    c. significance of a relationship
    d. average score

EXH-305-510

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ470

## Test Information

BKNum: BCJ470 ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Unit Exam 4

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | A | Correct | |
| 5 | B | Missed | |
| 6 | B | Correct | |
| 7 | A | Correct | |
| 8 | A | Correct | |
| 9 | B | Correct | |
| 10 | A | Correct | |
| 11 | C | Missed | |
| 12 | D | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | D | Correct | |
| 16 | C | Correct | |
| 17 | C | Correct | |
| 18 | C | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | D | Correct | |
| 22 | A | Correct | |
| 23 | C | Correct | |
| 24 | A | Correct | |
| 25 | B | Correct | |

EXH-305-511

BCJ 470 Research Methods in Criminal Justice and Criminology

Final Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Which of the following was NOT a suggested factor by Hirschi and Selvin for either doing or critiquing the research of others?

   a. objectivity
   b. intolerance for error
   c. vigilance
   d. empathy

2. Which of the following was an inference drawn in Durkheim's study of suicide?

   a. Catholicism requires lesser group religious orientation than Protestantism.
   b. Group membership affects suicide.
   c. Singles have greater group ties than married people.
   d. Singles have lower suicide rates than married people.

3. A new model or revolutionary scheme with which to view reality is described by Kuhn as _____.

   a. a paradigm shift
   b. a manifest function
   c. the Matthew effect
   d. operationalization

4. Which of the following refers to a view that if one cannot quantitatively measure a phenomenon, it is not worth studying?

   a. scientism
   b. operationalization
   c. historicism
   d. research shock

5. Which of the following involves comparing mental age to chronological age?

   a. cynicism
   b. risk on parole
   c. intelligence
   d. police patrol

6. Which of the following is usually the primary step in the research process?

   a. research design
   b. data analysis
   c. data gathering
   d. problem formulation

6

7. Pursuant to the DHHS Model Policy on Human Research, each research project falling within these guidelines must be_____.

   a. approved by the recipient's IRB prior to initiation of the project
   b. approved by the recipient's IRB after completion of the project
   c. evaluated by a private auditor prior to initiation of the project
   d. evaluated by a public auditor after completion of the project

8. Which of the following is true of researchers who exercise objectivity and professional integrity in performing and reporting research?

   a. Researchers should have a political approach to the subject matter.
   b. Researchers should always generalize beyond their data.
   c. Researchers should not study subjects for which they cannot control subjectivity.
   d. Researchers should choose techniques that produce positive results.

9. Which of the following is NOT described as one of the three forms that the regulation of ethically acceptable research conduct may take?

   a. enforcement by state and local police
   b. codes of ethics and institutional review boards
   c. procedures imposed by the federal government
   d. legal regulation in the courts

10. Which of the following roles of the researcher is identified in the text as the researcher's primary role?

   a. criminal justice practitioner
   b. scientist
   c. citizen
   d. academician

11. Which is the most important source of guidance for ethical research in the United States since 1980?

   a. Department of Health and Human Services
   b. National Criminal Justice Reference Service
   c. Criminal Justice Archive and Information Network
   d. National Institute of Justice

12. The exclusion of most social science research from review by DHHS guidelines was a frank recognition that _____.

   a. there has been little documented harm associated with such studies
   b. there was abuse and a need for more strict regulation
   c. the social sciences were not prepared to regulate themselves
   d. growing liability required legislation

7

Case 4:23-cr-00264-JSW    Document 415-43    Filed 11/04/24    Page 514 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Final Examination

13. Which of the following factors describes the atypical behavior of respondents when they are aware of being studied?

    a. Hawthorne effect
    b. placebo effect
    c. post hoc error
    d. statistical regression

14. Which of the following was a finding of the Louisiana boot camp experiment conducted by Mackenzie and Shaw?

    a. The shock graduates had lower rates of technical violations and revocations than the probationers and parolees.
    b. The shock graduates had lower rates of new convictions than the probationers and parolees.
    c. The shock graduates had higher rates of arrests and revocations for new crimes than the probationers and parolees.
    d. The shock graduates had the same number of technical violations and revocations as the probationers and parolees.

15. Which of the following is NOT true of the Candid Camera project?

    a. The Seattle Police Department installed hidden cameras in seventy-five commercial establishments identified as high-risk potential robbery victims.
    b. The pretest for experimental and control groups consisted of gathering statistics on the percentage of robberies cleared by arrest and conviction rates.
    c. A posttest comparing the groups found that 55 percent of the robberies of experimental companies were cleared by arrest versus 25 percent of the control firms.
    d. According to posttest findings, 19 percent of robbers at hidden camera sites were convicted, compared with 48 percent of the control group robbers.

16. Which of the following experiments employed one-group before–after design?

    a. Monahan and Walker's analysis of the impact of the Community Mental Health Centers Act
    b. Pierce and Bowers' analysis of the impact of the Massachusetts Bartley–Fox gun law
    c. Zimring's analysis of the impact of the Federal Gun Control Act
    d. Cressey's study of incarcerated embezzlers

17. Which of the following ideas suggested by sociologist, W. I. Thomas, holds that if a situation is defined as real, it is real in its consequences?

    a. placebo effect
    b. stooge effect
    c. post hoc error
    d. self-fulfilling prophecy

EXH-305-514

18. The Minneapolis domestic violence experiment was criticized because _____.

    a. officer participation in the study was not only voluntary, but poor
    b. the areas chosen for study had unusually low domestic violence rates
    c. 60 percent of the sample of victims and suspects were employed
    d. about two-thirds of the sample were married couples

19. Which of the following is true of an experimental group?

    a. An experimental group is always a subset of the predictor variable.
    b. An experimental group is never exposed to multiple variables.
    c. An experimental group is not exposed to treatment or stimuli.
    d. An experimental group is exposed to treatment or stimuli.

20. Which of the following terms is used to describe experimental designs in which neither the
    subjects nor the administrators know which group is receiving the treatment?

    a. double-blind experiment
    b. cross-sectional design
    c. panel experiment
    d. longitudinal design

21. Generally speaking, _____ are the most artificial alternative data-gathering strategy in
    criminal justice.

    a. experiments
    b. participant observations
    c. unobtrusive measures
    d. case studies

22. Which of the following is the most qualitative data-gathering method?

    a. unobtrusive measures
    b. experiments
    c. participant observation
    d. social surveys

23. _____ is a nonindex crime.

    a. Robbery
    b. Larceny-theft
    c. Motor vehicle theft
    d. Gambling

EXH-305-515

24. Which of the following is the new category of crime that NIBRS created?

    a. crimes against persons
    b. crimes against God
    c. crimes against society
    d. crimes against property

25. Which of the following should NOT be considered a limitation of the UCR?

    a. includes too many white-collar crimes
    b. politics in the statistical tabulating process affects rates
    c. changes in police administration affect rates
    d. recorded statistics represent only partial truth

26. The fact that the crime index is an unweighted index means that it _____.

    a. does not have control over internal validity
    b. is a hypothesis-generating device
    c. does not consider the seriousness of crimes
    d. fails to control for gender

27. Which of the following is a nonprobability stratified sampling method?

    a. systematic sampling
    b. multistage sampling
    c. quota sampling
    d. cluster sampling

28. The victimization studies conducted by the U.S. Census Bureau on behalf of the Bureau of Justice Statistics is an example of _____.

    a. a survey
    b. participant observation
    c. a case study
    d. unobtrusive measures

29. Dummy tables are _____.

    a. preliminary blank tables used to indicate anticipated analysis
    b. tables constructed post data gathering for analysis
    c. tables listing concepts and variables measured
    d. research designs to remove the effects of rival causal factors

EXH-305-516

30. Which of the following is an example of inappropriate timing for a survey mailing?

      a. business surveys arriving at the beginning of a week
      b. surveys mailed during summer vacation periods
      c. household surveys arriving near the end of a week
      d. surveys mailed during non-competitive seasons

31. The chief problem with many mail surveys is _____.

      a. erratic response to follow-up attempts
      b. too much similarity in response
      c. unpredictable cost of administration
      d. nonresponsive subjects

32. Which of the following is NOT listed in the text as a suggestion on questionnaire wording and construction?

      a. Avoid biased or leading questions.
      b. Avoid double-barreled questions.
      c. Avoid sensitive questions.
      d. Avoid vague wording.

33. Which of the following is an example of a biased or leading question?

      a. Do you support the Miranda decision?
      b. Do you still beat your spouse?
      c. Do you walk to work or carry your lunch?
      d. What is your sex?

34. Which of the following is an advantage of using Internet surveys?

      a. instant publishing of results
      b. anonymity in responses
      c. improved sampling with e-mail accounts
      d. use of safeguards to protect respondents

35. The _____ of an individual's response can be measured by using interlocking items. This involves the repetition of similar items, sometimes expressing them first in a positive and then a negative manner.

      a. operationalization
      b. reliability
      c. internal consistency
      d. impact

36. Ways of increasing response rates on Web surveys include all of the following, EXCEPT:

    a. banner ads on websites
    b. e-mail invitations
    c. questionnaires with leading questions
    d. telephone invitations


37. Which of the following is NOT one of the ten commandments of interviewing listed by Berg?

    a. Don't begin an interview cold.
    b. Don't be satisfied with monosyllabic answers.
    c. Don't bother to consider your appearance.
    d. Don't close the door for future researchers by inappropriate actions.


38. Which of the following is NOT considered as a major problem in victim surveys?

    a. cost of large samples
    b. sampling bias
    c. mistaken interpretation of incidents
    d. exclusion of crimes against commercial establishments


39. Which sampling structure is used to conduct the National Crime Victimization Survey?

    a. simple unstratified single-stage cluster
    b. simple stratified single-stage cluster
    c. complex stratified multi-stage cluster
    d. neutral unstratified multi-stage cluster


40. What is one of the strengths of the Uniform Crime Reports (UCR) program?

    a. It collects information about the number of arrests and who was arrested.
    b. It measures both reported and unreported crimes.
    c. It collects information that's not available when the initial police report is made.
    d. It is not affected by improvements in police record-keeping technology.


41. Which of the following is NOT an item of concrete advice listed by Decker on conducting
    offender interviews?

    a. Use branching procedure.
    b. Maintain field relations.
    c. Convince the subjects to participate.
    d. Establish the goals of the interview.

EXH-305-518

BCJ 470 Research Methods in Criminal Justice and Criminology

Final Examination

42. Which of the following refers to an interview technique that is used to narrow down sensitive responses such as income into less threatening categories or ranges?

    a. random digit dialing
    b. probing
    c. bounding
    d. branching procedure


43. A procedure in which the interviewer is blind to the specific item (either a sensitive or probability one) being answered is called _____.

    a. randomized response technique
    b. random digit dialing
    c. branching technique
    d. dark figure response


44. Which of the following is employed to determine appropriate respondents for the main portion of a survey?

    a. screening questions
    b. random digit dialing
    c. simulation techniques
    d. reverse record checking


45. Which of the following is true of participant observation?

    a. Participant observation pertains to ignoring an individual for a limited period.
    b. Participant observation entails becoming an insider while remaining an outsider.
    c. The researcher need not report patterns of behavior in participant observation.
    d. Objectivity in research is of little significance in participant observation.


46. Which of the following is NOT one of the general procedures involved in participant observation?

    a. keeping detailed field notes or diaries
    b. using photographs in field studies
    c. over-identifying with groups
    d. using simple memorizing devices


47. Which is a sampling technique in which the investigator builds subjects on the basis of faith and introductions of former subjects?

    a. snowball
    b. mnemonics
    c. going native
    d. autodriving

48. Which, according to Trulson, Marquart, and Mullings, is one of the ten tips for "breaking into prisons" and other criminal justice organizations?

   a. Show up when it is convenient to you.
   b. Deal with adversity by planning ahead.
   c. Indicate the true purpose as soon as you can.
   d. Never pretend to be one of them.

49. Which is NOT a problem with quantitative means of data gathering such as experiments and surveys?

   a. typicality of the cases chosen
   b. artificiality
   c. nonresponse bias
   d. biased sponsorship

50. What is the principal disadvantage of participant observation?

   a. less prejudgments about respondents
   b. less disturbance to respondents
   c. inadequate time to complete research
   d. more time-consuming nature

51. Which of the following techniques used by Franz Boas involved showing photographs to subjects to get them to talk about specific rituals?

   a. photo novella
   b. photo-elicitation
   c. reflexive photography
   d. autodriving

52. Which of the following is an example of a multiple-treatment design?

   a. ABAB
   b. ABACA
   c. ABA
   d. AB

53. Which of the following is identified as an advantage of unobtrusive measures?

   a. state-granted right to confidentiality
   b. nonreactivity of the method
   c. generalizable to larger groups
   d. immunity to observer bias

EXH-305-520

54. Which of the following is NOT true of simulations?

    a. Simulations are an example of unobtrusive measures.
    b. Simulations attempt to mimic or imitate key features of reality.
    c. Simulations are used to predict actual jury deliberations.
    d. Simulations avoid debriefing of subjects.

55. Detectives looking for dirty license plates on clean cars or clean plates on dirty cars to spot stolen vehicles is an example of which of the following?

    a. physical trace analysis
    b. simple observation
    c. disguised observation
    d. simulation

56. Reanalysis of data that was originally gathered for other purposes or by other researchers refers to _____ analysis.

    a. content
    b. secondary
    c. small space
    d. physical trace

57. The application of empirical social scientific methods to the analysis of history is called _____.

    a. histograms
    b. historiography
    c. factor analysis
    d. causal analysis

58. A mock jury study would be an example of a _____.

    a. physical trace analysis
    b. disguised observation
    c. secondary analysis
    d. simulation

59. An existing research study that uses the UCR and other sources to predict crime trends would be a _____.

    a. neutral resource
    b. simulated resource
    c. primary data source
    d. secondary source

EXH-305-521

Final Examination

60. Which is the strategy of data collection in which the investigator attempts to examine the activity of subjects while keeping her or his presence secret?

    a. content analysis
    b. observation
    c. simulation
    d. meta-analysis

61. Which of the following is NOT a means of attempting to demonstrate scale reliability?

    a. split half
    b. multiple forms
    c. indirect dimensions approach
    d. test-retest

62. "Using different methods to measure the same thing," is a description of which of the following?

    a. convergent validity
    b. construct validity
    c. pragmatic validity
    d. ex officio validity

63. "Does the measuring instrument measure that which I am attempting to measure?" describes which of the following types of validity?

    a. face validity
    b. concurrent validity
    c. construct validity
    d. convergent validity

64. Concept validity is another name for _____ validity.

    a. convergent
    b. construct
    c. concurrent
    d. conductive

65. Triangulation is another name for _____ validity.

    a. convergent
    b. construct
    c. pragmatic
    d. concurrent

Case 4:23-cr-00264-JSW    Document 415-43    Filed 11/04/24    Page 523 of 786
BCJ 470 Research Methods in Criminal Justice and Criminology

Final Examination

66. The administration of one test at one time to one group and intercorrelation of odd with even items is called _____.

    a. test-retest
    b. multiple forms
    c. split-half
    d. wishbone

67. The type of validity that asks, "Does it work?" is called _____ validity.

    a. face
    b. pragmatic
    c. endemic
    d. construct

68. What is the main purpose of the Drug Use Forecasting Program?

    a. to survey prisoners regarding drug use
    b. to survey arrestees regarding drug use
    c. to use prediction tables to foretell future drug use
    d. to survey users of methadone clinics

69. The type of scale which permits the reproduction of response patterns on the basis of total scale score is _____.

    a. Thurstone
    b. Likert
    c. Guttman
    d. Sellin-Wolfgang

70. Replication involves _____.

    a. operationalization
    b. coding monitoring
    c. repeated measurement
    d. reconceptualization of variables

71. The Machiavellianism scale discussed in the text is an example of which type of scale?

    a. Thurstone
    b. Likert
    c. Guttman
    d. Bogardus

EXH-305-523

72. Measurement that places responses in mutually exclusive categories and has no mathematical meaning refers to which one of the following?

    a. ratio level variables
    b. nominal level variables
    c. ordinal level variables
    d. interval level variables

73. A _____ scaling procedure consists of a seven- or nine-point, bipolar rating scale.

    a. Q sort
    b. Thurstone
    c. Likert
    d. semantic differential

74. The Sellin-Wolfgang Index is an example of a _____.

    a. crime seriousness scale
    b. crime prediction scale
    c. crime detection scale
    d. secondary analysis

75. Which of the following is used by the U.S. Parole Commission in predicting a prisoner's recidivism on parole?

    a. Sellin-Wolfgang scale
    b. Bogardus scale
    c. factor analysis
    d. Salient Factor Score

76. What is the Repeat Offenders Project?

    a. studies of recidivism of parolees
    b. a Washington, D.C. police program
    c. a federal rehabilitation of prisoners program
    d. restitution probation projects

77. Which of the following is true regarding the use of randomized designs in criminal justice field evaluations?

    a. The program planners and staff prefer treatment assignments based on need or merit.
    b. The design always results in equivalent experimental and control groups.
    c. The design usually presents few cases of experimental mortality.
    d. The design never creates focused inequity.

EXH-305-524

78. Which of the following practices would likely cause relations between a researcher and the host agency to deteriorate?

   a. researchers working for the host agency being evaluated
   b. reaching clear agreements between the host agency and the researcher before beginning the research
   c. funding agencies considering reimbursement of expenses incurred by the host agency in cooperating with the research project
   d. arranging for host agencies to receive timely feedback on research progress or results

79. An investigation as to whether the activities are related to the inputs is known as _____.

   a. process evaluation
   b. impact evaluation
   c. needs assessment
   d. monitoring

80. Which of the following is true of policy analysis?

   a. It is a study of corporate policies.
   b. It is an applied interdisciplinary subfield of pure science.
   c. It is the same as operations research.
   d. It studies the causes and consequences of government behavior.

81. In the systems approach to evaluation research, the accomplishment of broader range societal goals such as better justice or safety is called _____.

   a. inputs
   b. activities
   c. results
   d. outcomes

82. Which of the types of evaluation specifically focuses on the outcome?

   a. process evaluation
   b. needs assessment
   c. impact evaluation
   d. monitoring

83. Which of the following is an important part of analysis in Stage II of Rabow's research model?

   a. determining the theory of causation upon which treatment is proceeding
   b. determining the population of offenders from which groups will be selected
   c. identifying the mechanics of selection
   d. determining the goals of the treatment

84. According to Sherman's analysis, which of the following steps taken by the government has been effective in preventing crime?

    a. peer counseling of students in schools
    b. rehabilitation programs with risk-focused treatments
    c. community mobilization against crime in high-crime poverty areas
    d. diversion from court to job training as a condition of case dismissal

85. Which of the following refers to assignment of numbers to responses?

    a. coder reconciliation
    b. codesheet filling
    c. coding
    d. coder verification

86. Which of the following is NOT a graphic presentation technique?

    a. pie charts
    b. bar graphs
    c. frequency polygons
    d. tables

87. Which of the following steps in the data management process would involve the use of computer memory or data decks?

    a. codebooking
    b. data filing
    c. data entry
    d. data verification

88. Which of the following is the poorest means of presenting data?

    a. pie charts
    b. tables
    c. statistics
    d. crime clocks

89. How are codes developed for open-ended items in a questionnaire?

    a. reading through a sufficient number of responses and creating a preliminary code
    b. using precoded structured questions for coding
    c. working directly with the questionnaires rather than the summarized information (numbers)
    d. filing data onto data disks

EXH-305-526

90. A type of elaboration in which an antecedent variable causes the original relationship to weaken or disappear in the partial tables is called _____.

    a. replication
    b. specification
    c. explanation
    d. interpretation

91. How are problems created by comparing unequal-size groups controlled while percentaging a table?

    a. percentaging within the dependent variable rather than the independent variable
    b. percentaging within the independent variable rather than the dependent variable
    c. including uneven-size groups to be contrasted
    d. using univariate tables for analysis

92. In which of the following steps in constructing a frequency distribution would the use of over or under categories for extreme cases be a major exception?

    a. deciding on the number of categories (classes) into which the data will be grouped
    b. ensuring that the groups cover the entire distribution, with the within-group intervals as equal in size as possible
    c. assigning each case to one and only one group
    d. assigning each case to multiple groups

93. Which of the following is NOT a chi-square based measure of association?

    a. Pearson's correlation
    b. phi-square
    c. contingency coefficient
    d. Cramer's V

94. Which of the following does a perfect inverse relationship indicate?

    a. as one variable increases in value, the other also increases
    b. as one variable increases in value, the other decreases
    c. as one variable increases in value, the other remains constant
    d. there is no relationship between the two variables

95. The ecological fallacy refers to _____.

    a. the error in assuming that relationships based upon groups can be validly inferred to individuals
    b. the error in assuming that relationships based upon individuals can be validly inferred to groups
    c. a PRE measure appropriate for ordinal data
    d. the relationship between two or more interval level variables

EXH-305-527

96. Which measures the midpoint of a distribution?

    a. mean
    b. median
    c. mode
    d. standard deviation

97. Which of the following is true of nonparametric statistics?

    a. Nonparametric statistics assume a normal distribution.
    b. Nonparametric statistics are distribution free.
    c. Nonparametric statistics assume interval level measurement.
    d. Nonparametric statistics are exemplified by Pearson's r.

98. The "difference of means test" is another name for _____.

    a. chi-square
    b. student's t
    c. ANOVA
    d. Pearson's r

99. Which measure of central tendency is most appropriate for ordinal data?

    a. mean
    b. median
    c. range
    d. standard deviation

100. Which measure of central tendency is best suited for interval data?

    a. mean
    b. median
    c. mode
    d. standard deviation

EXH-305-528

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: BCJ470

## Test Information

BKNum: BCJ470    ☐ Old Exam Format

Test Type: CBX

Revision: 03/2015

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 98 out of 100

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | A | Correct | |
| 4 | A | Correct | |
| 5 | C | Correct | |
| 6 | D | Correct | |
| 7 | A | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | B | Correct | |
| 11 | A | Correct | |
| 12 | A | Correct | |
| 13 | A | Correct | |
| 14 | B | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | D | Correct | |
| 18 | A | Correct | |
| 19 | D | Correct | |
| 20 | A | Correct | |
| 21 | A | Correct | |
| 22 | A | Correct | |
| 23 | D | Correct | |
| 24 | C | Correct | |
| 25 | A | Correct | |
| 26 | C | Correct | |
| 27 | C | Correct | |
| 28 | A | Correct | |
| 29 | A | Correct | |
| 30 | B | Correct | |
| 31 | D | Correct | |
| 32 | C | Correct | |
| 33 | B | Correct | |
| 34 | A | Correct | |
| 35 | C | Correct | |
| 36 | C | Correct | |
| 37 | C | Correct | |
| 38 | D | Correct | |
| 39 | C | Correct | |
| 40 | A | Correct | |
| 41 | A | Correct | |
| 42 | D | Correct | |

| 43 | A | Correct | |
| 44 | A | Correct | |
| 45 | B | Correct | |
| 46 | C | Correct | |
| 47 | A | Correct | |
| 48 | B | Correct | |
| 49 | A | Correct | |
| 50 | D | Correct | |
| 51 | B | Correct | |
| 52 | B | Correct | |
| 53 | B | Correct | |
| 54 | D | Correct | |
| 55 | A | Correct | |
| 56 | B | Correct | |
| 57 | B | Correct | |
| 58 | D | Correct | |
| 59 | D | Correct | |
| 60 | B | Correct | |
| 61 | C | Correct | |
| 62 | A | Correct | |
| 63 | A | Correct | |
| 64 | B | Correct | |
| 65 | A | Correct | |
| 66 | C | Correct | |
| 67 | B | Correct | |
| 68 | B | Correct | |
| 69 | C | Correct | |
| 70 | C | Correct | |
| 71 | B | Correct | |
| 72 | B | Correct | |
| 73 | D | Correct | |
| 74 | A | Correct | |
| 75 | D | Correct | |
| 76 | B | Correct | |
| 77 | A | Correct | |
| 78 | A | Correct | |
| 79 | D | Correct | |
| 80 | D | Correct | |
| 81 | D | Correct | |
| 82 | C | Correct | |
| 83 | A | Correct | |
| 84 | B | Correct | |
| 85 | C | Correct | |
| 86 | D | Correct | |
| 87 | B | Correct | |
| 88 | D | Correct | |

| 89 | A | Correct | |
|---|---|---|---|
| 90 | C | Correct | |
| 91 | B | Correct | |
| 92 | B | Correct | |
| 93 | A | Correct | |
| 94 | B | Correct | |
| 95 | B | Missed | |
| 96 | B | Correct | |
| 97 | A | Missed | |
| 98 | B | Correct | |
| 99 | B | Correct | |
| 100 | A | Correct | |

# GED 102 HUMAN BODY COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976



**June 25, 2024**

**Morteza Amiri**

███████████
███████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** GED102

**Course Title:** HUMAN BODY

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** January 19, 2020



**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 01/15/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED102 - HUMAN BODY
**Unit:** 1

Morteza Amiri

66976

GED 102

Human Body

List and briefly define the human body's organization levels from smallest to largest

The human body is a complex structure composed of many different types of cells that come together to create tissues, organs and the organ system.  12 systems function to ensure homeostasis and keep the body functioning.  All these systems are composed of multiple different atoms, cells and tissue to form all the different structures each organ system has.  In this essay I will list and briefly define the human body's organization levels from smallest to largest.

All matter in the universe is composed of elements including hydrogen, carbon, oxygen, nitrogen, iron and calcium.  The smallest unit of these substances is an atom, they are made up of subatomic particles: protons, neutrons, and electrons.  When two or more atoms are combined they form a molecule.  Molecules like a sugar molecule, are the chemical building block of body structures.  A cell is an independently functioning until that is the smallest living part of an organism.  Every living structure of the human body contains a cell including microscopic bacteria.  The human cell contains a membrane that encapsulates a water based cellular fluid known as cytoplasm.   It has a variety of functioning units including the mitochondria or power house of the cell also known as organelles.  Various cells form together and perform specific functions to create tissue.  Two or more tissues compose together to create an organ that performs different functions for the body.  An organ system is formed from the individual organs to work together to perform homeostasis.  Lastly is an organism.  An organism is an individual entity that embodies life such as an animal, human, plant or single cell life form.

In conclusion, the human body is a complex organization starting from the smallest unit known as an atom to a cell, the smallest living unit forming an organism.  All 12 systems are created from tissues combing together to form complex organs that help our bodies maintain homeostasis and function as a whole unit.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED102
**Writing Assignment 1** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ⦿ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ⦿ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ⦿ | ○ | ○ |

Evaluated by **Daniel Elias**    Date: **1/19/2020**

**Total: 24**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ⦿ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ⦿ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ⦿ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ⦿ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ⦿ | ○ |

EXH-305-535

**Notes**

Nice work Amiri, make sure you include the source of your information in a reference section.

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

**Received Date:** 01/15/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED102 - HUMAN BODY
**Unit:** 2

---

Morteza Amiri

66976

GED 102

Human Body

Explain the five functions of the skeletal system.

The human skeletal system is our bodies internal frame work.  At birth we are composed of about 270 bones and later some fuse together to decrease to about 206.  It can be divided into the axial skeleton or the trunk and the appendicular skeleton or the upper and lower limbs.  In this essay I will explain the five different functions the skeletal system has including providing structure, movement, protection, storage and production of blood cells.

Without our skeletal system we would be a skin bag full of organ systems and blood.  Our skeletal system provides our body with structure, it is the body's internal framework. The bones in the body not only provide support but it also helps the body maintain its shape.  Ligaments and muscles associated with the pelvis create a floor for the pelvic structure.  Lungs strongly depend on the rib cage to support and structure the chest wall or the lungs would collapse.

Movement is dependent on the joints between the bones, allowing for a wider range depending on the type of joint.  Ball and socket joints allow for the greatest of movement, they can be found in the shoulders and hips.  Skeletal muscle is attached to various parts of the skeleton which powers movement.

During a fall, the skeletal system protects our vital internal organs from damage.  The skull provides protection of the brain along with CSF.  Our spinal cord is connected to the brain and provides communication throughout the body for movement, it is protected by the bony vertebrae that extends down our back.  One of our most vital organ the heart and major blood vessels is protected by the rib cage, sternum and spine.

Another function of the skeletal system is storage of minerals.  The bone matrix, composing of organic and inorganic compounds, stores, moves and regulates calcium.  Its bone marrow is the site of storage for iron regulating movement and levels.

Lastly, the skeletal system is in charge of production of blood cells.  Red bone marrow is the site production of blood cells also known as hematopoiesis.  The red bone marrow produces red blood cells called erythrocytes that contain hemoglobin. Hemoglobin carries and transport oxygen throughout the body.  It also creates white blood cells that make up our immune system, helping us fight off bacteria.

In conclusion, the skeletal system is an important part of the human body.  It is the internal frame work of our body providing it with support, movement, protection, storage and blood cell production.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED102
**Writing Assignment 2** Score: 24 out of 25
Grade: Passed



---

### Grand Total: 24

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

---

### Total: 24

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-538

**Notes**

Nice work Amiri, make sure you include the source of your information in a reference section.

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

**Received Date:** 01/16/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED102 - HUMAN BODY
**Unit:** 3

Morteza Amiri

66976

GED 102

The Human Body

Explain the two major chemical classifications of hormones

A hormone is signaling molecule or chemical that is produced by glands and affect same cells or nearby cells. The circulatory system transports them to other organs to maintain homeostasis. In this essay I will explain and define the two major chemical classifications of hormones. The two major chemical classifications of hormones include Peptides and steroid hormones.

The first major chemical classification of hormones is peptide. The simplest and shortest polypeptide with a known function is a peptide. Polypeptides that are longer in length with a tertiary structure are known as proteins. Peptide hormones can range from small peptides that only have 3 amino acids to a large protein that may contain a carbohydrate making them a glycoprotein. These hormones are synthesized initially on the ribosomes of an endocrine cell making a preprohormone. It is then split into a prohormone by protease, an enzyme that breaks long chains, in the RER. The Golgi apparatus then packages the prohormone into a secretory vesicle. When the cell is eventually stimulated it releases the content of the vesicle through exocytosis.

Steroid hormones are four interlocking rings of carbon atoms. The hormone is produced primarily by the adrenal gland and the testes (male), ovaries (female) and during pregnancy by the placenta. Steroids are stimulated by binding to the anterior pituitary hormone to its plasma membrane. These receptors are attached to G proteins that activate the production of cAMP and adenylyl cyclase. All steroid hormones consist of cholesterol that is either synthesized by intracellular enzymes or taken up by cells from extracellular fluid. Almost all steroids are reversibly bound in plasma to a carrier protein.

Therefore, the two major chemical classification of hormones in the body are peptides or proteins ad steroids. Each one serves a different purpose in the body and is stored differently based on their solubility. These hormones help the body maintain homeostasis and continue our physiological functions.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED102
**Writing Assignment 3**   Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ● | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Daniel Elias**                Date: **1/19/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ● |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ● |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ● |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ● |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ● | ○ |

EXH-305-541

**Notes**

Nice work Amiri, make sure you include the source of your information in a reference section.

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

**Received Date:** 01/16/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED102 - HUMAN BODY
**Unit:** 4

Morteza Amiri

66976

GED 102

The Human Body

Explain the roles of mucus and cilia in the respiratory system.

The respiratory system consist of organ and structures that are responsible for gas exchange of oxygen and carbon dioxide.  This system includes the nasal cavity, mouth, pharynx, trachea, lungs, bronchus and diaphragm.  As we inspire and expire air, dust, dander and bacteria may be inhaled through our nasal cavity or mouth.  In this essay I will explain the roles of mucus and cilia and why they are so important in the function of our respiratory system.

Cilia are hair like extensions that project off the surface of most cells.  There are two types of cilia in the human body: motile cilia and nonmotile cilia.  Motile cilia is located in epithelial cells, microtubules and is combined with contractile proteins.  The movement of the cilia functions as sweeping clearance of mucus and dirt, it repels foreign objects out of hollow organs.  An example of this cilia is along the epithelium of the trachea, it helps remove inhaled particles that could cause bacteria in the lungs.  The second type of cilia that is located in the human body is non motile cilia.  This cilia is known as primary cilium and is found in nearly every cell.  Unlike motile cilia, non-motile cilia do not activity move but instead are important function of a sensory receptor.  An example of this is the cilia is seen in the olfactory sensory neurons located in the nasal cavity, it contains odor detecting proteins that activate smell.

Mucus is a slippery, protective secretion that is glycoprotein rich and produced by epithelial cells.  The cells are located throughout the gastrointestinal tract and protect from potentially harmful chemicals and bacteria.  Mucus is consistent in saliva.  It's important for moistening, lubricating and breaking down of food and buffers acidity of food being digested.  The slippery secretion can trap inhaled dust particles or foreign objects that could potentially infect or damage the lungs.  It can them be excreted through the mouth with the help of cilia.

In conclusion, the respiratory system is responsible for gas exchange in our bodies. Cilia and mucus plays an important role in the respiratory system by sweeping out and trapping dust and dirt that is inhaled.  It also plays a role in the function of digestion.

EXH-305-543

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED102
**Writing Assignment 4** Score: 24 out of 25
Grade: Passed



---

**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

---

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-544

**Notes**

Nice work Amiri, make sure you include the source of your
information in a reference section.

Evaluated by **Daniel Elias**                    Date: **1/19/2020**

1. The femoral region is _____ to the crural region.

    a. superior (proximal)
    b. inferior (distal)
    c. anterior
    d. lateral

2. Polar molecules, like water, result when electrons are shared _____.

    a. unequally between atoms
    b. between ions
    c. equally between atoms
    d. or transferred between atoms

3. Glycogen and starch are examples of a specific category of carbohydrates called _____.

    a. monosaccharides
    b. triglycerides
    c. steroids
    d. polysaccharides

4. The movement of substances through the cell membrane against their concentration gradient
is a type of _____ process.

    a. active
    b. passive
    c. diffusion
    d. filtration

5. The type of burn that involves injury to the epidermis and the upper region of the dermis and
is red, blistered, and painful is termed as a _____-degree burn.

    a. first
    b. second
    c. third
    d. fourth

6. The layer of the serous membrane that covers an organ is known as the _____ layer.

    a. bursa
    b. visceral
    c. lamina propria
    d. parietal

7. The large hole located in the base of the occipital bone that allows the spinal cord and brain to connect is the _____.

    a. occipital condyle
    b. vertebral foramen
    c. intervertebral foramen
    d. foramen magnum

8. When a skeletal muscle is fully contracted, the _____ are closer to the thick filaments.

    a. Z discs
    b. M lines
    c. cross bridges
    d. A bands

9. The point of muscle attachment to an immovable or less movable bone is known as the _____.

    a. innervation
    b. action
    c. insertion
    d. origin

10. Myelinated fibers (tracts) form _____ matter while unmyelinated fibers form _____ matter.

    a. sensory; motor
    b. gray; white
    c. motor; sensory
    d. white; gray

11. The gel-like substance housed in the posterior segment of the eye is the _____.

    a. aqueous humor
    b. lens
    c. vitreous humor (body)
    d. cornea

12. Loss of the same side of the visual field of both eyes from damage to the visual cortex on one side only is called _____.

    a. hemianopia
    b. emmetropia
    c. myopia
    d. presbyopia

13. Mineralocorticoids regulate the concentration of _____ and _____ ions in our blood.

    a. iron; magnesium
    b. calcium; phosphorus
    c. water; glucose
    d. sodium; potassium

14. Bronze skin color, hypoglycemia, and a reduced ability to cope with stress (burnout) are signs and symptoms of _____.

    A) Addison's disease
    B) Graves' disease
    C) Cushing's disease
    D) goiter

15. White blood cells containing granules and lobed nuclei are classified as _____.

    a. agranulocytes
    b. granulocytes
    c. thrombocytes
    d. neutrophils

16. The transportation of blood from the right side of the heart to the lungs and back to the left side of the heart is known as _____ circulation.

    a. systemic
    b. cardiac
    c. pulmonary
    d. coronary

17. The bicuspid valve is also referred to as the _____ valve.

    a. mitral
    b. pulmonary
    c. semilunar
    d. aortic

18. The third line of defense involves the adaptive response mediated by _____.

    a. lymphocytes
    b. antigens
    c. mucous membranes
    d. pathogens

19. When breathing in, air enters the trachea through the _____.

    a. glottis
    b. epiglottis
    c. esophagus
    d. thyroid cartilage

20. The serous membrane that surrounds each lung is created by a parietal and visceral _____.

    a. pleura
    b. pericardium
    c. peritoneum
    d. mediastinum

21. The three subdivisions of the small intestine are _____.

    a. cecum, colon, rectum
    b. duodenum, jejunum, ileum
    c. cardiac, body, pylorus
    d. ileum, cecum, rectum

22. Cells abundant within the large intestine that produce large amounts of lubricating mucus to aid in the passage of feces to the end of the digestive tract are called _____.

    a. parietal cells
    b. chief cells
    c. goblet cells
    d. enteroendocrine cells

23. Specific gravity is the term used to compare how much heavier urine is than _____.

    a. distilled water
    b. milk
    c. saliva
    d. blood

24. The process that streamlines spermatids into sperm is known as _____.

    a. mitosis
    b. spermiogenesis
    c. oogenesis
    d. spermatogenesis

GED 102 The Human Body

25. The ducts or tubes responsible for receiving the ovulated oocyte and providing the site for fertilization are the _____.

    a. uterine (fallopian) tubes
    b. vagina
    c. ductus (vas) deferens
    d. uterus

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty

Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: GED102

## Test Information

BKNum: GED102   ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: PreTest 1

Web Test: Y

Score: 6 out of 25

Grade: F

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Missed | |
| 2 | C | Missed | |
| 3 | A | Missed | |
| 4 | D | Missed | |
| 5 | D | Missed | |
| 6 | B | Correct | |
| 7 | C | Missed | |
| 8 | A | Correct | |
| 9 | B | Missed | |
| 10 | B | Missed | |
| 11 | D | Missed | |
| 12 | C | Missed | |
| 13 | A | Missed | |
| 14 | C | Missed | |
| 15 | A | Missed | |
| 16 | B | Missed | |
| 17 | D | Missed | |
| 18 | B | Missed | |
| 19 | A | Correct | |
| 20 | A | Correct | |
| 21 | D | Missed | |
| 22 | C | Correct | |
| 23 | A | Correct | |
| 24 | D | Missed | |
| 25 | B | Missed | |

EXH-305-551

GED 102 The Human Body

Unit 1 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. A structure composed of two or more tissue types that performs a specific function for the body is a(n) _____.

   a. organ
   b. tissue
   c. cell
   d. organ system

2. The heart and blood vessels are the primary organs of the _____ system.

   a. lymphatic
   b. integumentary
   c. cardiovascular
   d. muscular

3. The skeletal muscles that contract and shorten to move the bones form the _____ system.

   a. skeletal
   b. muscular
   c. endocrine
   d. reproductive

4. The _____ system rids the body of indigestible food residue in feces while the _____ system removes nitrogen-containing metabolic waste in urine.

   a. urinary; digestive
   b. cardiovascular; urinary
   c. digestive; urinary
   d. reproductive; digestive

5. _____ refers to all of the chemical reactions in the body.

   a. Metabolism
   b. Homeostasis
   c. Hematopoiesis
   d. Irritability

6. Normal human body temperature is _____° C (or _____° F).

   a. 37; 98
   b. 100; 212
   c. 98; 37
   d. 72; 102

38

7. The component of a control system that provides the means for the control center's response (output) is called the _____.

    a. stimulus
    b. effector
    c. receptor
    d. control center

8. Anything that has mass and takes up space is considered to be _____.

    a. a solid
    b. matter
    c. an element
    d. energy

9. Nerve impulses involve the flow of an electrical current, a type of energy known as _____ energy.

    a. radiant
    b. mechanical
    c. electrical
    d. chemical

10. Atoms that have lost or gained electrons are known as _____.

    a. isotopes
    b. reactants
    c. molecules
    d. ions

11. The most common element in the human body is _____.

    a. carbon
    b. oxygen
    c. hydrogen
    d. All of the above.

12. The atomic number of an atom is equal to the number of _____ an atom contains.

    a. protons
    b. neutrons
    c. protons and neutrons
    d. neutrons and electrons

EXH-305-553

Unit 1 Examination

13. Compounds that contain carbon-hydrogen bonding are collectively termed _____ compounds.

    a. electrolytic
    b. organic
    c. inorganic
    d. acidic

14. Cellular material located outside the nucleus yet inside the plasma membrane is the _____.

    a. nucleolus
    b. cytoplasm
    c. interstitial fluid
    d. extracellular fluid

15. The specialized cellular compartments within the cytosol of the cell are collectively called _____.

    a. organelles
    b. cilia
    c. flagella
    d. microvilli

16. _____, a type of cell junction, anchor adjacent cells together and prevent cells from being pulled apart.

    a. Tight junctions
    b. Gap junctions
    c. Desmosomes
    d. Cytoplasm

17. The phospholipid tails are _____, which make the plasma membrane impermeable to water.

    a. water-loving
    b. hydrophilic
    c. polar
    d. hydrophobic

18. The organelle responsible for making the majority of ATP in a cell is the _____.

    a. Golgi apparatus
    b. mitochondrion
    c. rough endoplasmic reticulum
    d. lysosome

EXH-305-554

19. The membrane connections that prevent the leaking of fluid between cells are called _____.

    a. gap junctions
    b. tight junctions
    c. desmosomes
    d. microvilli

20. The pleura and pericardium are examples of _____ membranes that cover organs in a body cavity closed to the exterior.

    a. mucous
    b. serous
    c. cutaneous
    d. synovial

21. The _____ membrane lines the fibrous capsule surrounding joints.

    a. synovial
    b. serous
    c. mucous
    d. cutaneous

22. The part of a hair that projects from the surface of the scalp or skin is called the _____.

    a. follicle
    b. root
    c. cuticle
    d. shaft

23. The outermost layer of the epidermis is keratinized and known as stratum _____.

    a. basale
    b. granulosum
    c. corneum
    d. spinosum

24. The three pigments that contribute to skin color are _____, _____, and _____.

    a. collagen; elastic; keratin
    b. melanin; jaundice; erythema
    c. sebum; sweat; urea
    d. melanin; carotene; hemoglobin

25. The sebaceous and sweat glands associated with the skin are classified as _____ glands because they release secretions to the skin's surface via ducts.

    a. exocrine
    b. endocrine
    c. serous
    d. mucous

EXH-305-556

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED102

## Test Information

BKNum: GED102 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: Unit Exam 1

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | A | Correct | |
| 2 | C | Correct | |
| 3 | B | Correct | |
| 4 | C | Correct | |
| 5 | A | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | B | Correct | |
| 9 | C | Correct | |
| 10 | D | Correct | |
| 11 | D | Missed | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | B | Correct | |
| 15 | A | Correct | |
| 16 | C | Correct | |
| 17 | D | Correct | |
| 18 | B | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | D | Correct | |
| 23 | C | Correct | |
| 24 | D | Correct | |
| 25 | A | Correct | |

GED 102 The Human Body

Unit 2 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Blood cell formation is called _____.

   a. ossification
   b. hematopoiesis
   c. homeostasis
   d. metabolism

2. What bones protect the spinal cord?

   a. ribs
   b. sternum
   c. vertebrae
   d. coxal bones

3. Cube-shaped bones that contain mostly spongy bone are called _____ bones.

   a. flat
   b. long
   c. short
   d. irregular

4. Small canals that connect osteocytes in their lacunae to the central canal are known as _____.

   a. canaliculi
   b. perforating (Volkmann's) canals
   c. central (Haversian) canals
   d. perforating (Sharpey's) fibers

5. The process of bone formation is known as _____.

   a. hematopoiesis
   b. hemostasis
   c. metabolism
   d. ossification

6. Bone-destroying cells known as osteoclasts are activated by the hormone _____.

   a. calcitonin
   b. parathyroid hormone (PTH)
   c. insulin
   d. growth hormone

EXH-305-558

7. Striated involuntary muscle tissue is classified as _____ muscle.

    a. skeletal
    b. cardiac
    c. smooth
    d. either smooth or skeletal

8. The epimysium covering on the outside of the muscle can blend into cordlike _____ or sheetlike _____.

    a. tendons; aponeuroses
    b. ligaments; tendons
    c. fascia; ligaments
    d. aponeuroses; ligaments

9. The _____ is an organelle that wraps and surrounds the myofibril and stores calcium.

    a. cross bridge
    b. sarcomere
    c. sarcolemma
    d. sarcoplasmic reticulum

10. Muscle tissue has the ability to shorten when adequately stimulated, a characteristic known as _____.

    a. elasticity
    b. irritability
    c. contractility
    d. extensibility

11. One neuron and all the skeletal muscles it stimulates is known as a _____.

    a. sarcoplasmic reticulum
    b. motor unit
    c. synaptic cleft
    d. neuromuscular junction

12. The heads of the myosin myofilaments are called _____ when they link the thick and thin filaments together during skeletal muscle contraction.

    a. neuromuscular junctions
    b. synapses
    c. cross bridges
    d. motor units

EXH-305-559

GED 102 The Human Body

Unit 2 Examination

13. The gap between the motor neuron and the muscle fiber it supplies at the neuromuscular junction is called the _____.

    a. synaptic cleft
    b. motor unit
    c. cross bridge
    d. H zone

14. The nervous system is structurally subdivided into two systems: _____ nervous system and _____ nervous system.

    a. central; peripheral
    b. somatic; autonomic
    c. parasympathetic; sympathetic
    d. autonomic; sympathetic

15. _____ cells form the myelin sheaths around nerve fibers in the PNS.

    a. Satellite
    b. Ependymal
    c. Schwann
    d. Nerve

16. Support cells in the central nervous system are collectively called _____.

    a. myelin sheaths
    b. neuroglia
    c. oligodendrocytes
    d. microglia

17. The part of the neuron that typically conducts nerve impulses away from the cell body is the _____.

    a. dendrite
    b. cell body
    c. synaptic cleft
    d. axon

18. The gaps between Schwann cells found at regular intervals in peripheral system neurons are called _____.

    a. synaptic clefts
    b. axon terminals
    c. nodes of Ranvier
    d. myelin sheaths

EXH-305-560

19. Sensory receptors located in muscles and tendons are termed _____.

      a. Meissner's corpuscles
      b. proprioceptors
      c. lamellar corpuscles
      d. association neurons

20. The membrane that covers the outer surface of the eye and lines the eyelids is the _____.

      a. choroid
      b. sclera
      c. conjunctiva
      d. retina

21. The _____ gland is located above the lateral end of each eye and releases tears.

      a. tarsal
      b. ceruminous
      c. lacrimal
      d. ciliary

22. The fibrous covering of the eye consists of the white outer layer, known as the _____, and a transparent portion known as the _____.

      a. sclera; cornea
      b. conjunctiva; sclera
      c. iris; pupil
      d. pupil; cornea

23. The innermost sensory layer of the eye that contains bipolar cells and ganglion cells is the _____.

      a. choroid
      b. retina
      c. sclera
      d. cornea

24. The region of the optic nerve lacking photoreceptor cells is known as the _____.

      a. retina
      b. optic disc (blind spot)
      c. choroid
      d. iris

EXH-305-561

GED 102 The Human Body

Unit 2 Examination

25. The biconvex structure that focuses light on the retina is the _____.

    a. cornea
    b. pupil
    c. lens
    d. iris

EXH-305-562

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED102

## Test Information

BKNum: GED102 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: Unit Exam 2

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | C | Correct | |
| 3 | C | Correct | |
| 4 | A | Correct | |
| 5 | D | Correct | |
| 6 | B | Correct | |
| 7 | B | Correct | |
| 8 | A | Correct | |
| 9 | D | Correct | |
| 10 | C | Correct | |
| 11 | B | Correct | |
| 12 | C | Correct | |
| 13 | A | Correct | |
| 14 | A | Correct | |
| 15 | C | Correct | |
| 16 | B | Correct | |
| 17 | D | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | C | Correct | |
| 21 | C | Correct | |
| 22 | A | Correct | |
| 23 | B | Correct | |
| 24 | B | Correct | |
| 25 | C | Correct | |

EXH-305-563

GED 102 The Human Body

Unit 3 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. Water-soluble hormones, such as proteins and peptide hormones, activate target cells using _____.

   a. direct gene activation
   b. the second-messenger system
   c. steroid hormone action
   d. diffusion

2. The most common stimulus for prodding endocrine glands into action is _____.

   a. hormonal
   b. humoral
   c. neural
   d. direct gene activation

3. The endocrine gland most closely associated with the hypothalamus is the _____.

   a. thymus
   b. pineal gland
   c. thyroid gland
   d. pituitary gland

4. The target organ of thyrotropic hormone (TH), or thyroid-stimulating hormone (TSH), is the _____ gland.

   a. adrenal
   b. pineal
   c. pituitary
   d. thyroid

5. Alcohol suppresses the production of this hormone, _____, which normally promotes water retention and prevents dehydration.

   a. antidiuretic hormone (ADH)
   b. aldosterone
   c. thyroid-stimulating hormone (TSH)
   d. cortisol

EXH-305-564

6. The hypothalamus makes two hormones, _____ and _____, that are stored by the posterior pituitary.

    a. oxytocin; antidiuretic hormone (ADH)
    b. cortisol; aldosterone
    c. growth hormone; prolactin
    d. antidiuretic hormone (ADH); prolactin

7. Normal blood pH falls in a range between _____ to _____.

    a. 7.1; 7.2
    b. 7.35; 7.45
    c. 7.6; 7.75
    d. 7.85; 8.05

8. An important plasma protein that contributes to the osmotic pressure of blood is _____.

    a. thyroglobulin
    b. fibrin
    c. albumin
    d. glucose

9. The percentage of erythrocytes in blood is known as the _____.

    a. hematocrit
    b. buffy coat
    c. hemoglobin
    d. plasma

10. Each hemoglobin molecule is able to transport _____ molecule(s) of oxygen.

    a. one
    b. two
    c. three
    d. four

11. A decrease in the oxygen-carrying ability of the blood, for any reason, is a condition known as _____.

    a. polycythemia
    b. leukemia
    c. anemia
    d. leukocytosis

EXH-305-565

12. Life at a high altitude can lead to a red blood cell disorder known as _____.

    a. anemia
    b. polycythemia
    c. leukocytosis
    d. leukemia

13. The cardiac muscle layer of the heart wall is called the _____.

    a. pericardium
    b. epicardium
    c. endocardium
    d. myocardium

14. The partition where the bundle branches are located is called the _____.

    a. left atrioventricular groove
    b. interatrial septum
    c. interventricular septum
    d. right atrioventricular groove

15. The pointed, inferior portion of the heart, known as the _____, rests on the diaphragm and is oriented toward the left hip.

    a. base
    b. mediastinum
    c. apex
    d. pericardium

16. The visceral layer of the serous pericardium is actually the same layer as the _____.

    a. epicardium
    b. myocardium
    c. fibrous pericardium
    d. endocardium

17. The two superior receiving chambers of the heart are known as the _____, while the two inferior discharging chambers of the heart are known as the _____.

    a. ventricles; atria
    b. atria; ventricles
    c. arteries; veins
    d. veins; arteries

EXH-305-566

18. The valves located between the atria and ventricles are known as the _____ valves.

    a. pulmonary
    b. atrioventricular (AV)
    c. aortic
    d. semilunar

19. Blood leaves the left ventricle through an artery known as the _____.

    a. pulmonary trunk
    b. aorta
    c. superior vena cava
    d. coronary sinus

20. Lymph fluid and some plasma proteins originate (escape) from the _____.

    a. intracellular fluid
    b. blood vascular system
    c. endocrine system
    d. respiratory system

21. Excess accumulation of fluid, which impairs the exchange of materials within the tissues, is called _____.

    a. stroke
    b. shock
    c. edema
    d. MALT (mucosa-associated lymphatic tissue)

22. The _____ duct drains lymph from the right arm and the right side of the head and thorax.

    a. brachiocephalic
    b. subclavian
    c. thoracic
    d. right lymphatic

23. Bacteria and tumor cells are removed from lymph by _____.

    a. lymph nodes
    b. tonsils
    c. the spleen
    d. thymus

EXH-305-567

24. The role of the _____ is to trap and remove bacteria or other foreign pathogens entering the throat.

    a. thymus
    b. spleen
    c. tonsils
    d. lymph node

25. Peyer's patches and the tonsils are part of the collection of small lymphoid tissues that protect the upper respiratory and digestive tracts from infection and are referred to as _____.

    a. lymph nodes
    b. MALT or mucosa-associated lymphatic tissue
    c. germinal centers
    d. lymphatics

EXH-305-568

Home   Prospects/Application   Billing   Retention   Transcript   Testing   Rental Library   Faculty
Note/Message   ACenina   Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01   BKNum: GED102

## Test Information

BKNum: GED102 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: Unit Exam 3

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Missed | |
| 3 | D | Correct | |
| 4 | D | Correct | |
| 5 | A | Correct | |
| 6 | D | Missed | |
| 7 | B | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | D | Correct | |
| 11 | C | Correct | |
| 12 | B | Correct | |
| 13 | D | Correct | |
| 14 | C | Correct | |
| 15 | C | Correct | |
| 16 | A | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | C | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | C | Correct | |
| 25 | B | Correct | |

GED 102 The Human Body

Unit 4 Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The three mucosa-covered projections into the nasal cavity that greatly increase surface area of mucosa exposed to air are called _____.

   a. tonsils
   b. adenoids
   c. conchae
   d. paranasal sinuses

2. The posterior portion of the palate that is not supported by bone is called the _____.

   a. soft palate
   b. paranasal sinus
   c. epiglottis
   d. hard palate

3. From superior to inferior, the three regions of the pharynx are the _____.

   a. oropharynx, nasopharynx, laryngopharynx
   b. nasopharynx, oropharynx, laryngopharynx
   c. laryngopharynx, oropharynx, nasopharynx
   d. nasopharynx, laryngopharynx, oropharynx

4. The _____ tonsil, or adenoid, is located high in the nasopharynx region.

   a. lingual
   b. laryngeal
   c. pharyngeal
   d. palatine

5. The _____ routes air and food into their proper channels and plays a role in speech.

   a. tongue
   b. pharynx
   c. nasal conchae
   d. larynx

6. The mucosa-lined windpipe that extends from the larynx to the level of the fifth thoracic vertebra is called the _____.

   a. trachea
   b. oropharynx
   c. main (primary) bronchus
   d. nasopharynx

171

7. _____ lining the mucosa of the trachea beat continuously to propel contaminated mucus to the throat.

    a. Microvilli
    b. Coarse hairs
    c. Cilia
    d. Flagella

8. The process of physically and chemically breaking food particles down is referred to as _____.

    a. digestion
    b. defecation
    c. ingestion
    d. absorption

9. The _____ runs from the pharynx through the diaphragm to the stomach.

    a. trachea
    b. esophagus
    c. larynx
    d. small intestine

10. The innermost layer of the alimentary canal is referred to as the _____.

    a. serosa
    b. submucosa
    c. mucosa
    d. muscularis externa

11. The two intrinsic nerve plexuses serving the alimentary canal are the _____.

    a. solar; sympathetic
    b. submucosa; myenteric
    c. autonomic; somatic
    d. mucosa; submucosa

12. The _____ sphincter, or valve, controls food movement from the stomach into the small intestine.

    a. ileocecal
    b. cardioesophageal
    c. pyloric
    d. anal

EXH-305-571

GED 102 The Human Body

13. Large wrinkle-like folds in the stomach lining, present when the stomach is empty, that allow for expansion when the stomach is filling are called _____.

    a. villi
    b. haustra
    c. microvilli
    d. rugae

14. The medial indentation where the ureter, blood vessels, and nerves are connected to the kidney is called the _____.

    a. renal capsule
    b. renal column
    c. renal pyramid
    d. renal hilum

15. There are three regions of the kidney; the outermost region is known as the _____.

    a. renal medulla
    b. renal cortex
    c. renal pelvis
    d. renal hilum

16. Renal (medullary) pyramids are separated by extensions of cortex-like tissue called the _____.

    a. renal columns
    b. renal pelvis
    c. renal hilum
    d. renal capsule

17. The blood vessel carrying blood from the aorta into the kidney is the _____.

    a. hepatic artery
    b. renal artery
    c. renal vein
    d. glomerulus

18. The functional unit of the kidney that filters blood and forms urine is the _____.

    a. glomerulus
    b. nephron
    c. renal pyramid
    d. renal pelvis

EXH-305-572

GED 102 The Human Body

19. The blood vessel directly feeding the glomerulus with blood from the cortical radiate artery is the _____.

   a. peritubular capillary
   b. efferent arteriole
   c. renal vein
   d. afferent arteriole

20. The gonads produce sex cells, also known as _____,

   a. zygotes
   b. interstitial cells
   c. gametes
   d. spermatids

21. Sperm are formed in tightly coiled tubes called seminiferous tubules that are found within each _____.

   a. spermatic cord
   b. testis
   c. ductus (vas) deferens
   d. epididymis

22. The glands that produce a thick, yellowish secretion which nourishes and activates sperm are the _____.

   a. bulbo-urethral glands
   b. prostate
   c. seminal glands (vesicles)
   d. ejaculatory duct

23. The _____ gland surrounds the upper portion of the urethra just below the junction with the urinary bladder.

   a. ejaculatory
   b. seminal
   c. bulbo-urethral
   d. prostate

24. The enlarged tip of the penis is called the _____.

    a. glans penis
    b. shaft
    c. scrotum
    d. prepuce (foreskin)

25. The male external genitalia include the _____ and the _____.

    a. testes; ductus (vas) deferens
    b. spermatic cord; glans penis
    c. penis; scrotum
    d. seminal glands (vesicles); ejaculatory duct

EXH-305-574

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: GED102

## Test Information

BKNum: GED102 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: Unit Exam 4

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | C | Correct | |
| 5 | D | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | A | Correct | |
| 9 | B | Correct | |
| 10 | C | Correct | |
| 11 | B | Correct | |
| 12 | C | Correct | |
| 13 | D | Correct | |
| 14 | D | Correct | |
| 15 | B | Correct | |
| 16 | A | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | D | Correct | |
| 20 | C | Correct | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | D | Correct | |
| 24 | A | Correct | |
| 25 | C | Correct | |

EXH-305-575

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The net effect of the effector is to shut off the original _____, or reduce its intensity, during the negative feedback mechanism to restore homeostasis.

    a. response
    b. receptor
    c. control center
    d. stimulus

2. When we imagine a person exhibiting anatomical position, the palms of the hands are assumed to be facing _____.

    a. to the side
    b. forward
    c. down
    d. behind

3. The body's ability to maintain stable internal conditions is referred to as _____.

    a. metabolism
    b. homeostasis
    c. irritability
    d. output

4. The femoral region is _____ to the crural region.

    a. superior (proximal)
    b. inferior (distal)
    c. anterior
    d. lateral

5. The armpit area is called the _____ region.

    a. brachial
    b. antebrachial
    c. axillary
    d. femoral

6. The vertebral region is _____ to the sternal region.

    a. lateral
    b. dorsal (posterior)
    c. ventral (anterior
    d. medial

5

7. The central region of the thoracic cavity containing the heart is called the _____.

     a. pleural cavity
     b. mediastinum
     c. quadrant
     d. visceral cavity

8. Polar molecules, like water, result when electrons are shared _____.

     a. unequally between atoms
     b. between ions
     c. equally between atoms
     d. or transferred between atoms

9. An atom's outermost shell is known as its _____ shell.

     a. valence
     b. ionic
     c. isotopic
     d. inorganic

10. An acid is a molecule that releases (donates) _____.

     a. protons (hydrogen ions)
     b. hydroxyl ions
     c. neutrons
     d. electrons

11. Proteins are synthesized from _____ during synthesis reactions.

     a. monosaccharides
     b. amino acids
     c. glycerol and fatty acids
     d. nucleotides

12. Glycogen and starch are examples of a specific category of carbohydrates called _____.

     a. monosaccharides
     b. triglycerides
     c. steroids
     d. polysaccharides

EXH-305-577

13. The _____ is a network of proteins that forms an internal framework for the cell.

   a. mitochondrion
   b. cytoskeleton
   c. rough endoplasmic reticulum
   d. Golgi apparatus

14. The passive process that involves the movement of water through aquaporins is _____.

   a. facilitated diffusion
   b. endocytosis
   c. solute pumping
   d. osmosis

15. The nucleoplasm and cytosol make up the _____ fluid.

   a. interstitial
   b. intracellular
   c. extracellular
   d. nuclear

16. The movement of substances through the cell membrane against their concentration gradient is a type of _____ process.

   a. active
   b. passive
   c. diffusion
   d. filtration

17. The nucleotides of DNA join in a complementary way in which adenine pairs with _____ while cytosine pairs with _____.

   a. adenine; cytosine
   b. uracil; guanine
   c. thymine; guanine
   d. guanine; thymine

18. In cell division, the term that refers to division of the cytoplasm is _____.

   a. mitosis
   b. interphase
   c. cytokinesis
   d. meiosis

EXH-305-578

19. "Goosebumps" are caused by contractions of the _____.

   a. eccrine glands
   b. synovial membranes
   c. arrector pili muscles
   d. apocrine glands

20. The type of burn that involves injury to the epidermis and the upper region of the dermis and is red, blistered, and painful is termed as a _____-degree burn.

   a. first
   b. second
   c. third
   d. fourth

21. The white, cheesy-looking substance that is produced by the sebaceous glands and protects a baby's skin while it is floating in its water-filled sac inside the mother is called _____.

   a. lanugo
   b. vernix caseosa
   c. milia
   d. vellus

22. Hair color is due to a pigment known as _____.

   a. hemoglobin
   b. carotene
   c. keratin
   d. melanin

23. The white crescent area located over the nail matrix is called the _____.

   a. lunule
   b. cuticle
   c. matrix
   d. bed

24. The layer of the serous membrane that covers an organ is known as the _____ layer.

   a. bursa
   b. visceral
   c. lamina propria
   d. parietal

EXH-305-579

GED 102 The Human Body

Final Examination

25. The first step in bone healing involves the formation of a blood-filled swelling known as a(n) _____.

    a. epiphyseal line
    b. bony callus
    c. hematoma
    d. fibrocartilage callus

26. An incomplete bone break, known as a(n) _____ fracture, is commonly seen in children.

    a. spiral
    b. greenstick
    c. impacted
    d. comminuted

27. The skull, vertebral column, and thoracic cage form the _____ skeleton.

    a. appendicular
    b. central
    c. axial
    d. main

28. The large hole located in the base of the occipital bone that allows the spinal cord and brain to connect is the _____.

    a. occipital condyle
    b. vertebral foramen
    c. intervertebral foramen
    d. foramen magnum

29. The temporal bones are joined with the parietal bones at the _____ sutures.

    a. coronal
    b. sagittal
    c. squamous
    d. lambdoid

30. The shin bone is called the _____.

    a. tibia
    b. fibula
    c. femur
    d. radius

9

Final Examination

31. The head of the humerus fits into the _____ of the scapula.

    a. acromion process
    b. glenoid cavity
    c. suprascapula notch
    d. coracoid process

32. When a skeletal muscle is fully contracted, the _____ are closer to the thick filaments.

    a. Z discs
    b. M lines
    c. cross bridges
    d. A bands

33. Anaerobic glycolysis requires _____ to make ATP.

    a. creatine phosphate
    b. oxygen
    c. glucose
    d. both oxygen and glucose

34. A smooth, sustained contraction is called _____.

    a. fused, or complete, tetanus
    b. a twitch
    c. unfused, or incomplete, tetanus
    d. summing of contractions

35. Contractions in which muscles shorten and produce movement are known as _____.

    a. isometric contractions
    b. twitches
    c. isotonic contractions
    d. resistance exercises

36. The point of muscle attachment to an immovable or less movable bone is known as the _____.

    a. innervation
    b. action
    c. insertion
    d. origin

37. Muscles that perform opposite actions to one another are termed _____.

    a. synergists
    b. prime movers
    c. antagonists
    d. fixators

38. Bundles of nerve fibers (neuron processes) running through the CNS are called _____,
    whereas in the PNS they are called _____.

    a. tracts; nerves
    b. gray matter; white matter
    c. axons; dendrites
    d. afferent neurons; efferent neurons

39. The cell bodies of the _____ neurons are always located within the CNS.

    a. proprioceptor
    b. afferent
    c. motor
    d. sensory

40. Myelinated fibers (tracts) form _____ matter while unmyelinated fibers form _____
    matter.

    a. sensory; motor
    b. gray; white
    c. motor; sensory
    d. white; gray

41. _____ connect sensory and motor neurons in neural pathways and their cell bodies are
    typically located in the central nervous system.

    a. Interneurons (association neurons)
    b. Afferent
    c. Efferent
    d. Proprioceptors

42. During repolarization, _____ ions are pumped out of the cell.

    a. sodium and potassium
    b. potassium and calcium
    c. sodium and calcium
    d. calcium

EXH-305-582

43. _____ reflexes include the secretion of saliva, changes in the size of our pupils, and digestion involve the activities of smooth muscles.

    a. Somatic
    b. Voluntary
    c. Autonomic
    d. Sympathetic

44. The gel-like substance housed in the posterior segment of the eye is the _____.

    a. aqueous humor
    b. lens
    c. vitreous humor (body)
    d. cornea

45. The ability of the eye to focus on close objects is known as _____.

    a. accommodation
    b. refraction
    c. binocular vision
    d. inversion

46. Fibers from the medial side of each eye cross over to the opposite side of the brain at the _____.

    a. convergence
    b. optic radiation
    c. optic tracts
    d. optic chiasma

47. The overlapping of the two visual fields that provides for depth perception (3-D vision) results in _____.

    a. accommodation
    b. convergence
    c. binocular vision
    d. refraction

EXH-305-583

Final Examination

48. Loss of the same side of the visual field of both eyes from damage to the visual cortex on one side only is called _____.

    a. hemianopia
    b. emmetropia
    c. myopia
    d. presbyopia

49. The external acoustic meatus (auditory canal) is a narrow chamber situated in the _____ bone.

    a. frontal
    b. sphenoid
    c. temporal
    d. occipital

50. The structure that divides the outer ear from the middle ear is a membrane known as the _____.

    a. tympanic membrane (ear drum)
    b. auricle (pinna)
    c. vestibule
    d. cochlea

51. Calcitonin is made by the _____ cells of the thyroid gland.

    a. follicle
    b. parafollicular
    c. beta
    d. alpha

52. Mineralocorticoids regulate the concentration of _____ and _____ ions in our blood.

    a. iron; magnesium
    b. calcium; phosphorus
    c. water; glucose
    d. sodium; potassium

53. Cortisone and cortisol are types of _____ produced by the middle cortical layer of the adrenal gland.

    a. mineralocorticoids
    b. glucocorticoids
    c. sex hormones
    d. catecholamines

54. A hormone produced by the heart, known as _____, prevents the release of aldosterone in order to reduce blood volume and blood pressure.

    a. atrial natriuretic peptide (ANP)
    b. cortisol
    c. antidiuretic hormone (ADH)
    d. glucagon

55. Male sex hormones produced by the adrenal cortex are called _____.

    a. estrogens
    b. glucocorticoids
    c. androgens
    d. mineralocorticoids

56. Bronze skin color, hypoglycemia, and a reduced ability to cope with stress (burnout) are signs and symptoms of _____.

    a. Addison's disease
    b. Graves' disease
    c. Cushing's disease
    d. goiter

57. A total white blood cell count above 11,000 cells/mm3 is a condition known as _____.

    a. leukopenia
    b. leukocytosis
    c. polycythemia
    d. anemia

58. The process by which white blood cells travel through the wall of blood vessels is termed _____.

    a. diffusion
    b. diapedesis
    c. filtration
    d. chemotaxis

59. Abnormally low levels of white blood cells causes a condition known as _____.

    a. leukocytosis
    b. anemia
    c. thrombocytopenia
    d. leukopenia

EXH-305-585

Final Examination

60. White blood cells containing granules and lobed nuclei are classified as _____.

    a. agranulocytes
    b. granulocytes
    c. thrombocytes
    d. neutrophils

61. Platelets are fragments of a multinucleate cell known as a _____.

    a. megakaryocyte
    b. erythrocyte
    c. reticulocyte
    d. monocyte

62. The process by which bleeding is stopped is called _____.

    a. hematopoiesis
    b. erythropoiesis
    c. homeostasis
    d. hemostasis

63. The rate of erythrocyte production is controlled by a hormone known as _____.

    a. erythropoietin
    b. insulin
    c. growth hormone
    d. aldosterone

64. The transportation of blood from the right side of the heart to the lungs and back to the left side of the heart is known as _____ circulation.

    a. systemic
    b. cardiac
    c. pulmonary
    d. coronary

65. The tiny white cords that anchor the cusps or flaps of endocardium to the walls of the ventricles are called the _____.

    a. chordae tendineae
    b. ligamentum arteriosum
    c. ductus venosus
    d. myocardium

EXH-305-586

66. Oxygented blood nourishing the myocardium comes from vessels that branch off the aorta called _____.

    a. pulmonary arteries
    b. pulmonary veins
    c. coronary arteries
    d. venae cavae

67. The walls of the _____ are substantially thicker because that chamber acts as the more powerful systemic pump of the heart.

    a. left atrium
    b. left ventricle
    c. right atrium
    d. right ventricle

68. The bicuspid valve is also referred to as the _____ valve.

    a. mitral
    b. pulmonary
    c. semilunar
    d. aortic

69. When ventricles _____, the AV valves are closed.

    a. relax
    b. open
    c. contract
    d. dilate

70. Harmful or disease-causing microorganisms from which nonspecific defenses protect the body are called _____.

    a. macrophages
    b. antibodies
    c. pathogens
    d. allergens

71. Redness, heat, swelling, and pain are the four most common indicators of _____.

    a. fever
    b. dehydration
    c. edema
    d. acute inflammation

16

72. The third line of defense involves the adaptive response mediated by _____.

    a. lymphocytes
    b. antigens
    c. mucous membranes
    d. pathogens

73. The binding of complement proteins to certain sugar or proteins on a foreign cell's surface is called _____.

    a. cellular immunity (cellular-mediated immunity)
    b. complement fixation
    c. positive chemotaxis
    d. diapedesis

74. Small proteins known as _____ are secreted by virus-infected cells to help defend cells that have not yet been infected.

    a. haptens
    b. pyrogens
    c. interferons
    d. antigens

75. A(n) _____ is any substance capable of mobilizing our immune system and provoking an immune response.

    a. interferon
    b. antibody
    c. antigen
    d. pyrogen

76. When breathing in, air enters the trachea through the _____.

    a. glottis
    b. epiglottis
    c. esophagus
    d. thyroid cartilage

77. The C-shaped rings that reinforce the trachea are constructed of _____.

    a. fibrocartilage
    b. elastic cartilage
    c. hyaline cartilage
    d. compact bone

EXH-305-588

78. The flap of _____ cartilage that protects the opening of the larynx is called the epiglottis.

    a. thyroid cartilage
    b. elastic
    c. hyaline
    d. fibrous

79. Folds of mucous membrane called _____ vibrate to provide speech.

    a. vocal folds (true vocal cords)
    b. hyaline cartilage rings
    c. epiglottis
    d. uvula

80. The serous membrane that surrounds each lung is created by a parietal and visceral _____.

    a. pleura
    b. pericardium
    c. peritoneum
    d. mediastinum

81. The division of the trachea produces two tubes called the right and left main (primary) _____.

    a. bronchioles
    b. bronchi
    c. alveolar ducts
    d. alveolar sacs

82. The smallest conducting passageways of the lungs are known as _____.

    a. main (primary) bronchi
    b. alveoli
    c. bronchioles
    d. alveolar ducts

83. Intrinsic factor, produced by cells in the stomach, is necessary for the absorption of vitamin _____ in the small intestine.

    A) B9
    B) B3
    C) B6
    D) B12

EXH-305-589

Final Examination

84. The three subdivisions of the small intestine are _____.

    a. cecum, colon, rectum
    b. duodenum, jejunum, ileum
    c. cardiac, body, pylorus
    d. ileum, cecum, rectum

85. The fingerlike projections of the small intestine increase the surface area and are known as _____.

    a. haustra
    b. cilia
    c. villi
    d. rugae

86. Bile is formed by the _____.

    a. spleen
    b. liver
    c. gallbladder
    d. pancreas

87. Deep folds of both the mucosa and submucosa in the small intestine that increase surface are known as _____.

    a. circular folds (plicae circulares)
    b. microvilli
    c. haustra
    d. villi

88. Cells abundant within the large intestine that produce large amounts of lubricating mucus to aid in the passage of feces to the end of the digestive tract are called _____.

    a. parietal cells
    b. chief cells
    c. goblet cells
    d. enteroendocrine cells

89. Filtrate formed during glomerular filtration is captured by the _____.

    a. renal pyramid
    b. renal hilum
    c. glomerular (Bowman's) capsule
    d. renal column

90. The process that removes ions such as potassium and hydrogen from the blood and places them into the nephron for removal from the body as urine is known as _____.

    a. glomerular filtration
    b. tubular reabsorption
    c. tubular secretion
    d. osmosis

91. Filtrate contains everything in blood plasma except for _____.

    a. water
    b. blood proteins
    c. solutes
    d. electrolytes

92. Specific gravity is the term used to compare how much heavier urine is than _____.

    a. distilled water
    b. milk
    c. saliva
    d. blood

93. The tube connecting each kidney to the urinary bladder is the _____.

    a. urethra
    b. calyx
    c. ureter
    d. ductus (vas) deferens

94. The smooth triangular region of the urinary bladder base that is outlined by the openings of the two ureters and the urethra is called the _____.

    a. trigone
    b. calyx
    c. pelvis
    d. hilum

95. The helmet-like region of the sperm that is similar to a large lysosome and assists penetration of the egg is called the _____.

    a. flagellum
    b. midpiece
    c. spermatid
    d. acrosome

EXH-305-591

96. The process that streamlines spermatids into sperm is known as _____.

    a. mitosis
    b. spermiogenesis
    c. oogenesis
    d. spermatogenesis

97. The hormone testosterone is produced by the _____ cells of the testes.

    a. spermatogonia
    b. oogonia
    c. seminiferous
    d. interstitial

98. The female reproductive organs, known as _____, produce both eggs (ova) and hormones such as estrogen and progesterone.

    a. follicles
    b. uterine (fallopian) tubes
    c. testes
    d. ovaries

99. A mature ovarian follicle that is ready to be ejected from an ovary is called a _____.

    a. primary oocyte
    b. vesicular (Graafian) follicle
    c. ovum
    d. corpus luteum

100. The ducts or tubes responsible for receiving the ovulated oocyte and providing the site for fertilization are the _____.

    a. uterine (fallopian) tubes
    b. vagina
    c. ductus (vas) deferens
    d. uterus

EXH-305-592

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED102

## Test Information

BKNum: GED102    ☐ Old Exam Format

Test Type: CBX

Revision: 11/2015

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 97 out of 100

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | B | Correct | |
| 3 | B | Correct | |
| 4 | A | Correct | |
| 5 | C | Correct | |
| 6 | B | Correct | |
| 7 | B | Correct | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | A | Correct | |
| 11 | B | Correct | |
| 12 | D | Correct | |
| 13 | B | Correct | |
| 14 | D | Correct | |
| 15 | B | Correct | |
| 16 | C | Missed | |
| 17 | C | Correct | |
| 18 | C | Correct | |
| 19 | C | Correct | |
| 20 | B | Correct | |
| 21 | B | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | B | Correct | |
| 25 | C | Correct | |
| 26 | B | Correct | |
| 27 | C | Correct | |
| 28 | D | Correct | |
| 29 | C | Correct | |
| 30 | A | Correct | |
| 31 | B | Correct | |
| 32 | A | Correct | |
| 33 | B | Correct | |
| 34 | A | Correct | |
| 35 | A | Missed | |
| 36 | D | Correct | |
| 37 | C | Correct | |
| 38 | A | Correct | |
| 39 | C | Correct | |
| 40 | D | Correct | |
| 41 | A | Correct | |
| 42 | C | Missed | |

EXH-305-593

| 43 | C | Correct | |
| 44 | C | Correct | |
| 45 | A | Correct | |
| 46 | D | Correct | |
| 47 | C | Correct | |
| 48 | A | Correct | |
| 49 | C | Correct | |
| 50 | A | Correct | |
| 51 | B | Correct | |
| 52 | D | Correct | |
| 53 | B | Correct | |
| 54 | A | Correct | |
| 55 | C | Correct | |
| 56 | A | Correct | |
| 57 | B | Correct | |
| 58 | B | Correct | |
| 59 | D | Correct | |
| 60 | B | Correct | |
| 61 | A | Correct | |
| 62 | D | Correct | |
| 63 | A | Correct | |
| 64 | C | Correct | |
| 65 | A | Correct | |
| 66 | C | Correct | |
| 67 | B | Correct | |
| 68 | A | Correct | |
| 69 | C | Correct | |
| 70 | C | Correct | |
| 71 | D | Correct | |
| 72 | A | Correct | |
| 73 | B | Correct | |
| 74 | C | Correct | |
| 75 | C | Correct | |
| 76 | A | Correct | |
| 77 | C | Correct | |
| 78 | B | Correct | |
| 79 | A | Correct | |
| 80 | A | Correct | |
| 81 | B | Correct | |
| 82 | C | Correct | |
| 83 | D | Correct | |
| 84 | B | Correct | |
| 85 | C | Correct | |
| 86 | B | Correct | |
| 87 | A | Correct | |
| 88 | C | Correct | |

| 89 | C | Correct | |
| 90 | C | Correct | |
| 91 | B | Correct | |
| 92 | A | Correct | |
| 93 | C | Correct | |
| 94 | A | Correct | |
| 95 | D | Correct | |
| 96 | B | Correct | |
| 97 | D | Correct | |
| 98 | D | Correct | |
| 99 | B | Correct | |
| 100 | A | Correct | |

# GED120 INTRODUCTION TO HUMANITIES COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976



**June 25, 2024**

**Morteza Amiri**

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** GED120

**Course Title:** INTRODUCTION TO HUMANITIES

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** February 27, 2020



**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Received Date:** 02/24/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED120 - INTRODUCTION TO HUMANITIES
**Unit:** 1
**Question:** Using your experience in perceiving either Blume's "The Eternal City" (Figure1-3) or David Alfaro Siqueiros's "Echo of a Scream" (Figure 1-2), discuss how education and experience changed your perception of the art. Were your values identified at all? If so, how?

Morteza Amiri

66976

GED 120

Introduction to Humanities

Using your experience in perceiving either Blume's "The Eternal City" (Figure1-3) or David Alfaro Siqueiros's "Echo of a Scream" (Figure 1-2), discuss how education and experience changed your perception of the art. Were your values identified at all? If so, how?

From 1934 to 1937, painter Peter Blume created "the Eternal City," in reference to the city of Rome. Peter Blume was an American sculptor and painter, using elements of surrealism, folk art and etc. throughout his career. Through my experience of perceiving Blume's "The Eternal City," I will discuss how my education and experience has changed how I perceive art and whether my values are identified and how they were.

In "the Eternal City," Peter Blume makes the center of his painting the Roman Forum and on the right is Christ with a crippled women beneath him, praying. To the left are the Italian National Fascist party, the Blackshirts, beating people. During the time of this painting Nazi's were taking over Germany, the fascists were taking control of Italy and we were at the tipping point of World War II. At the bottom of the painting depicts Mussolini (the founder of fascism) as the evil jack in the box with a couple beneath him, fearing for the lives of one another.

When the painting is first analyze, it seems like beautiful chaos. Various part of the world coming together during a time of destruction. This painting makes me think of beauty, sorrow and a time of strength. After educating myself on the painting, my response has changed from beauty to disgust of the world. With the knowledge of Nazi and Fascist taking over changed our perspective of the painting to anger and sorrow when we think about all the innocent lives.

Therefore, art may express many forms of an artist emotions and the artist relies on our deception to tell its story. Education and knowledge of the background of the painting, such as, era or time at which it is painted and what is being painted may form our opinions of how we perceive the painting.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED120
**Writing Assignment 1** Score: 23 out of 25
Grade: Passed



---

**Grand Total: 23**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Elizabeth Ramsey**        Date: **2/26/2020**

---

**Total: 23**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-599

**Notes**

Good essay on how education and experience changed your perception of Blume's "The Eternal City." Your essay demonstrated thorough understanding of course content and key concepts. I would encourage you to elaborate your conclusion, and to use APA style citation. Excellent overview and analysis. Please let me know if you have any questions.

Evaluated by **Elizabeth Ramsey**          Date: **2/26/2020**

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED120
**Writing Assignment 2** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

## Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Elizabeth Ramsey**                    Date: **2/26/2020**

**Total: 24**

## Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-601

**Notes**

Good essay comparing and contrasting Old comedy and New comedy. Your essay demonstrated thorough understanding of course content and key concepts. I would encourage you to use APA style citation. Excellent overview and analysis. Please let me know if you have any questions.

Evaluated by **Elizabeth Ramsey**                    Date: **2/26/2020**

**Received Date:** 02/24/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED120 - INTRODUCTION TO HUMANITIES
**Unit:** 2
**Question:** Compare and contrast Old Comedy and New Comedy. Describe characteristics of each. Give examples.

---

Morteza Amiri

66976

GED 120

Introduction to Humanities

Compare and contrast Old Comedy and New Comedy. Describe characteristics of each. Give examples.

Aristotle traced comedy back to the Komos.  The word comedy is devired from an ancient Greek word, komoidia, which means celebration and signing.  They used comedy to influence the public's opinion with theater during times of Athenian democracy.  Comedy has drastically changed from the times of ancient Greece.  I will compare and contrast Old Comedy and New Comedy and describe the characteristics of each with examples.

Old Comedy was created to entertain and persuade the public's opinion during time of Athenian democracy.  The Greeks would set two group against each other to create conflict and dramatize the performance.   The theater was often characterized as joyful satire paired with dancing, singing, philosophical topics and criticism based upon politics.  Greeks often categorized comedy with the idea of happy endings.  They used props such as mask and other ugly, humorous items to keep the audience laughing.  There are three categories including satire, romance and farce in old comedy.  One example of Old comedy is "The Clouds," which date back to 423BC based on satire and the misuse of philosophical arguments.

Since the last century, comedy has changed bring humor in various different forms to theaters, television sets and radio sets.  Unlike Old Comedy, New Comedy is a violation of sense  or illogic, producing humorous behaviors that lack sense.  This includes sexual humor, gender and racial humor.  An example of this is newer television shows such as "SpongeBob Square Pants."  The write uses unrealistic acts of life to create a humorous show for children.

In conclusion, comedy has drastically changed since the use of comedy in Ancient Greece.  Comedy has gone from the influence or persuasion of the public during times of political voting to illogic, creating humor.  But both Old and New comedy have the goal of laughter amongst the public.

**Received Date:** 02/25/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED120 - INTRODUCTION TO HUMANITIES
**Unit:** 3
**Question:** Explain the significance of understanding the context in which a film exists. How does contextual knowledge influence our participative experience with film? Give examples to illustrate your point.

---

Morteza Amiri

66976

GED 120

Introduction to Humanities

Explain the significance of understanding the context in which a film exists. How does contextual knowledge influence our participative experience with film? Give examples to illustrate your point.

Films are a production of visual arts used to communicate experiences, emotions, geography, stories and ideas also known as a movie.  It includes moving images or photography to stimulate the eyes and sound to stimulate hearing.  I will explain the significance of understanding the context in which fil exists.  I will also explain how contextual knowledge influences our participative experience with film and give examples.

Understanding film through context means that you know the circumstances during the time of filmmaking. Society's attitude during the time of film making can drastically influence the content of the film and help the viewer understand the film.  An example of a movement that has influenced films over the past couple years is the Me Too movement, Black Lives Matter movement and Police Brutality.  Throughout a film, the filmmaker often gives background information or title cards so the audience can be informed.

Contextual knowledge is the education of events, statements or ideas relating to circumstances that help create the setting.  It influences our participative experience with film because it constrains our decisions or often gives us steps in the decision making process.  An example of contextual knowledge is watching a movie about a mom taking her children to school, making dinner and going to bed alone.  Before we have fully understood the context we would assume that the mother is single with no helping, giving us an emotional response but what we don't know is her husband is a police officer working long days and nights to support his family.

In conclusion, context in a film is important to understand what the film is about.  Knowledge of the films setting including the time in which the film was made can drastically influence how we emotionally feel towards a film.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED120
**Writing Assignment 3** Score: 23 out of 25
Grade: Passed



---

**Grand Total: 23**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Elizabeth Ramsey**          Date: **2/27/2020**

---

**Total: 23**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-605

**Notes**

Good essay explaining the significance of understanding the context in which a film exists. Your essay demonstrated thorough understanding of course content and key concepts. I would encourage you to elaborate your conclusion, and to use APA style citation. Excellent overview and analysis. Please let me know if you have any questions.

Evaluated by **Elizabeth Ramsey**          Date: **2/27/2020**

**Received Date:** 02/25/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED120 - INTRODUCTION TO HUMANITIES
**Unit:** 4
**Question:** Explain the origins of Dadaism. What did it aim to achieve? What distinctions are made between Dadaism and Duchampism? Why are these "isms" categorized as idea art?

---

Morteza Amiri

66976

GED 120

Introduction to Humanities

Explain the origins of Dadaism. What did it aim to achieve? What distinctions are made between Dadaism and Duchampism? Why are these "isms" categorized as idea art?

Art has a very diverse range of creativity including the creation of visual and auditory art.  Visual and auditory art include sculpting, painting, music, filming and photography.  The earliest known formations of art can be found in caves known as cave art.  After this essay you will be able to understand the origins of Dadaism and what it is aimed to achieve.  Also you will be able to describe the distinctions being made between Dadaism and Duchampism and why "isms" is categorized as idea art.

In the early 20th century Dadaism centered in Switzerland as a European movement, it flourished right around the time of World War II and later in Paris at the end of war.  Dada's is a movement of artist that rejected the idea of reason and logic of modern capitalistic societies.  The artist of the Dada movement created various sculptures, painting, poems, collages and scripture expressing the hatred of patriotism and the violence of war.

A French painter named Marcel Duchamp later invented the idea of "anti-art" or a forerunner to the movement of Dada called Duchampism in 1913.  During the 20th century he was well known for his impact on conceptual art and the development of his art made of plastic.  Duchamp wanted art to serve the eyes as well as the mid, he wanted his viewers to conceptualize his art.

Ism was earlier introduced in the 19th century.  It was derived from the ancient Greek word meaning to "take sides with" and is grouped as idea art because of it specific practices linking the ideology.  Ism is used to describe religion, theory, and movements.   An example of the term ism being used in a social, artist or religious movement is the word feminism or spiritualism.

In conclusion, both Dada and Duchampism are movement used by artist to express their emotion.  Dadaism is an art movement that expresses hatred of the involvement of violence, war and anything that is patriotic.  Unlike Dada, Duchampism is the rejection of art or a practice of an ideology such as feminism.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED120
**Writing Assignment 4** Score: 24 out of 25
Grade: Passed



**Grand Total: 24**

### Format Evaluation

| | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Elizabeth Ramsey**          Date: **2/27/2020**

**Total: 24**

### Writing Assignment Evaluation

| | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ○ | ◉ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ○ | ◉ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ○ | ◉ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-608

**Notes**

Good essay on the origin of Dadaism. Your essay demonstrated thorough understanding of course content and key concepts. I would encourage you to use APA style citation. Excellent overview and analysis. Please let me know if you have any questions.

Evaluated by **Elizabeth Ramsey**          Date: **2/27/2020**

**CALIFORNIA COAST**
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Pre-Test Exam**
**Exam ID: 3a24ead6-5982-4fab-b788-905e54d907de**

1. Which term refers to works that realistically depict easily identifiable objects and events in a pretentiously vulgar, awkward, sentimental, and often obscene manner?

   a. propaganda

   b. kitsch

   c. folk art

   d. decoration

2. Which of the following is an example of Pop Art?

   a. Warhol's "200 Campbell Soup Cans"

   b. Hanson's "Woman with a Purse"

   c. Duchamp's "L.H.O.O.Q."

   d. Rousseau's "The Sleeping Gypsy"

3. Which of the following is true about Bill Viola's work?

   a. It rejects religion and spirituality.

   b. It is heavily influenced by contemporary painters.

   c. It is often playful and lighthearted.

   d. It makes effective use of a slow-motion technique.

4. In representational painting, "sensa" are:

   a. associated with specific objects or events

   b. always representative of the painter's inner psyche

   c. dissociated from specific objects or events

   d. the logic of the composition

5. Artaud's "Theater of Cruelty" views the audience as:

   a. innocent spectators willing to be entertained

1

EXH-305-610

b. valued critics with unique perspectives

c. privileged people who deserve to be assaulted

d. cruel masses of highly critical viewers

6. Lin's Vietnam Veterans Memorial is an example of:

a. public sculpture

b. earth sculpture

c. environmental sculpture

d. sculpture in the round

7. Normative values are set forth as:

a. norms or ideals

b. value facts

c. theoretical truths

d. intrinsic-extrinsic claims

8. What can art provide that cannot be expressed by data and information?

a. factual details

b. emotional understanding

c. visual clarity

d. Empirical evidence

9. According to Aristotle, what should cause the tragic hero's failure?

a. lust

b. strength

c. hamartia

d. the events

10. In painting, what is an axis line?

a. an imaginary line that helps determine basic visual directions

b. the intersection of two points on a canvas

c. the property of reflecting light of a particular wavelength

d. a continuum of changes in the details and regions

2

11. Which of the following is true about Isadora Duncan?

    a. She felt that the emphasis of ballet should be on the movement of the arms and legs.

    b. The dances she developed were built mainly on narrative pretexts.

    c. She rebelled against the stylization of ballet practiced by the early Greek dancers.

    d. She often danced in bare feet.

12. Which type of narrative implies a close relationship of all the details including unity of events and character(s)?

    a. organic

    b. episodic

    c. quest

    d. lyric

13. which best describes the early pictorialist photographer's treatment of details?

    a. apply critical depth of field

    b. subordinate details to structure

    c. capture bright, bold colors

    d. reveal true emotion

14. Which principle of composition refers to the emphasis achieved by the scaling of sizes or shapes?

    a. balance

    b. proportion

    c. gradation

    d. unity

15. Hamlet's famous speech, "To be, or not to be..." is an example of a/an:

    a. soliloquy

    b. dialogue

    c. catharsis

    d. archetype

16. Sky-oriented architecture may do all of the following, EXCEPT:

    a. emphasize or accent the earth around it

EXH-305-612

b. appear to defy gravity

c. stand high and centered

d. integrate outer and inner light

17. The statement that the bull in Picasso's "Guernica" symbolizes Franco's utter insensitivity to suffering is:

a. interpretive

b. descriptive

c. evaluative

d. historical

18. Duchamp's art differed from other Dadaists in its:

a. anti-civilization content

b. humorous undertones

c. shock value

d. use of chance

19. Which of the following is based largely on African American spirituals and experience?

a. "Swan Lake"

b. "New Dance"

c. "Revelations"

d. "Medea"

20. In appropriation, what is the artistic process?

a. to use only the media appropriate to the artist's own art

b. to mix the media of other art forms with the artist's own

c. to subordinate the media of the artist's own art to another artistic medium

d. none of the above

21. Which statement best corresponds with the author's approach to the humanities?

a. The commercial success of a work of art is the best way to understand its value.

b. Matters of taste are indisputable; beauty is in the eye of the beholder.

c. Go beyond the facts to the values that evoke our feelings.

4

d. It is nearly impossible to fully analyze works of art that are not considered beautiful.

22. What is the subject of abstract art?

a. the sensuous

b. the mundane

c. the future

d. the past

23. During the silent film years, films were usually shown:

a. in a theater that was completely silent

b. to the accompaniment of carefully coordinated music

c. while a narrator contributed a running explanation

d. with the dialogue being read by live actors in the theater

24. Which literary structure is a poem with emphasis on feelings as the subject matter?

a. organic narrative

b. quest narrative

c. the lyric

d. episodic narrative

25. How do states of mind differ from feelings?

a. They are more transient.

b. Unlike feelings, they are synonymous with passions.

c. They are more enduring.

d. They cannot be pretexts for dance.

EXH-305-614

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID:          Student: Morteza
66976                Amiri

Program: DCJ01       BKNum: GED120

## Test Information

BKNum: GED120 ☐ Old
Exam Format

Test Type: CBX

Revision: 07/2019

Exam: PreTest 1

Web Test: Y

Score: 7 out of 25

Grade: F

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Missed | |
| 2 | D | Missed | |
| 3 | B | Missed | |
| 4 | A | Correct | |
| 5 | B | Missed | |
| 6 | C | Missed | |
| 7 | B | Missed | |
| 8 | A | Missed | |
| 9 | C | Correct | |
| 10 | D | Missed | |
| 11 | B | Missed | |
| 12 | A | Correct | |
| 13 | D | Missed | |
| 14 | A | Missed | |
| 15 | C | Missed | |
| 16 | A | Correct | |
| 17 | C | Missed | |
| 18 | B | Correct | |
| 19 | A | Missed | |
| 20 | B | Correct | |
| 21 | C | Correct | |
| 22 | D | Missed | |
| 23 | A | Missed | |
| 24 | A | Missed | |
| 25 | B | Missed | |

**CALIFORNIA COAST**
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Unit Exam 1**
**Exam ID: 5a8d92a2-0880-4732-86a4-42d6c1dbabc0**

1. Which principle of composition refers to the emphasis achieved by the scaling of sizes or shapes?

    a. balance

    b. proportion

    c. gradation

    d. unity

2. The purity, vividness, or intensity of a hue refers to its _____.

    a. shading

    b. saturation

    c. value

    d. texture

3. Which statement best corresponds with the author's approach to the humanities?

    a. The commercial success of a work of art is the best way to understand its value.

    b. Matters of taste are indisputable; beauty is in the eye of the beholder.

    c. Go beyond the facts to the values that evoke our feelings.

    d. It is nearly impossible to fully analyze works of art that are not considered beautiful.

4. In representational painting, "sensa" are:

    a. associated with specific objects or events

    b. always representative of the painter's inner psyche

    c. dissociated from specific objects or events

    d. the logic of the composition

5. The statement that Picasso's "Guernica" is a better painting than Blume's "The Eternal City" is:

    a. interpretive

    b. historical

1

EXH-305-616

c. descriptive

d. evaluative

6. An example of complementary colors is:

a. orange and blue

b. blue and green

c. red and blue

d. orange and green

7. Interpretive criticism centers upon:

a. formal elements of a work

b. the content

c. the relative merits of a work

d. the degree of beauty of a work of art

8. Broad areas of human creativity involving analysis of values are collectively referred to as:

a. the humanities

b. scientific methodologies

c. the arts and sciences

d. the history of mankind

9. Which statement best describes Robert Herrick's poem, "The Pillar of Fame"?

a. It lacks a clearly defined structure.

b. Its visual formal structure illuminates the subject of fame.

c. Its structure and the theme are unrelated.

d. It conveys objectivity.

10. A participative experience involves:

a. undivided and sustained attention

b. weak artistic form

c. limited or restricted background knowledge

d. perception of narrative quality

11. In abstract painting, "sensa" are:

2

EXH-305-617

a. associated with specific objects or events

b. always representative of the painter's inner psyche

c. dissociated from specific objects or events

d. the logic of the composition

12. Cave art reveals that:

a. art has a geographical connection

b. from the beginning, humans instinctively made revealing forms

c. animals have been important in the development of values

d. art is a sacred matter

13. In Okara's poem, "Piano and Drums", what does the piano symbolize?

a. music

b. God

c. African cultures

d. European cultures

14. What is the subject matter of Blume's "The Eternal City"?

a. self-portrait

b. geometry

c. African culture

d. Fascism

15. A descriptive criticism of Jackson Pollock's "The Flame" would:

a. point out the vigorous color contrasts of the composition

b. assess the merits of Pollock's work

c. explain the symbolic meaning of the fiery forms

d. assert that the work is a masterpiece

16. The text places emphasis on studying the humanities through:

a. the arts

b. the sciences

c. philosophy

3

d. literature

17. Descriptive criticism focuses upon:

   a. formal elements of a work

   b. the content

   c. the relative merits of a work

   d. the degree of beauty of a work of art

18. Noticing the rhyme, steady meter, and quatrain stanza structure of Yeats's "The Lake of Innisfree" is:

   a. interpretive criticism

   b. historical criticism

   c. descriptive criticism

   d. evaluative criticism

19. The term "work of art" implies the concept of _____.

   a. existence

   b. making

   c. naturalism

   d. neutrality

20. Cezanne's "Mont Sainte-Victoire" is an example of _____ painting.

   a. abstract

   b. representational

   c. shock

   d. color-field

21. Why must artists make the structure interesting?

   a. because we often respond to artistic form without awareness of its affect

   b. because we are most impressed by commercially successful works of art

   c. because we actively seek to engage with structural components

   d. because we are unable to form an opinion without structure

22. Evaluative criticism centers on:

4

a. formal elements of a work

b. the content

c. the relative merits of a work

d. the degree of beauty of a work of art

23. According to the authors, which of the following basic distinctions of art is the most fundamental?

a. participation

b. content

c. artistic form

d. subject matter

24. Which of the following was considered shock art?

a. Ofili, "Holy Virgin Mary"

b. Pollock, "Autumn Rhythm"

c. Drost, "The Polish Soldier"

d. Leonardo, "The Last Supper"

25. Which form of painting gives the most intensified sense of presentational immediacy?

a. abstract

b. representational

c. sculptural

d. none of the above

5

**Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty**

**Note/Message    ACenina**    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED120

## Test Information

BKNum: GED120  ☐ Old Exam Format

Test Type: CBX

Revision: 07/2019

Exam: Unit Exam 1

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | C | Correct | |
| 4 | A | Correct | |
| 5 | D | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | A | Correct | |
| 9 | B | Correct | |
| 10 | A | Correct | |
| 11 | C | Correct | |
| 12 | B | Correct | |
| 13 | D | Correct | |
| 14 | D | Correct | |
| 15 | A | Correct | |
| 16 | B | Missed | |
| 17 | A | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | B | Correct | |
| 21 | A | Correct | |
| 22 | C | Correct | |
| 23 | A | Correct | |
| 24 | A | Correct | |
| 25 | A | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Unit Exam 2**
**Exam ID: a7a48474-4476-4028-a03d-f1c98ee4ab1b**

1. The inner centrality of the Parthenon was considered weak because:

    a. the outer centrality is so strong

    b. the inner space is divided

    c. it is so entirely open

    d. there are no windows

2. The quest narrative is a story in which:

    a. the leading character or characters search for something of great importance to themselves

    b. the leading character or characters have to complete certain assigned tasks in order to receive their rewards

    c. a series of seemingly unrelated events are related by a surprising conclusion

    d. a mystery is solved

3. Which structure best illustrates the perception of architecture to "defy gravity"?

    a. Brunelleschi's Dome of the Florence Cathedral

    b. the Parthenon in Athens

    c. Gehry's Guggenheim Museum

    d. Van der Rohe's Farnsworth Residence

4. Which type of sculpture has the least amount of depth dimension?

    a. sculpture in the round

    b. high-relief sculpture

    c. low-relief sculpture

    d. medium-relief sculpture

5. What is the subject matter of tragedy?

    a. sorrow and suffering

1

b. joy and happiness

c. guilt and community

d. strange behavior and laughter

6. In tragedy, what is the cleansing or purification that occurs after feeling pity and fear for the character?

a. denouement

b. recognition

c. reversal

d. catharsis

7. Which literary structure is a poem with emphasis on feelings as the subject matter?

a. organic narrative

b. quest narrative

c. the lyric

d. episodic narrative

8. Issues of space and architecture are especially relevant in what sector?

a. financial districts

b. urban planning

c. rural development

d. highways and state roads

9. Which of the following implies contradiction of some kind?

a. symbolism

b. simile

c. irony

d. diction

10. Buildings that "rule over" the earth are described as:

a. earth-resting

b. sky-oriented

c. earth-rooted

2

EXH-305-623

d. earth-dominating

11. Sculpture that has grooves of various depths cut into the surface plane of the stone while the surface remains clearly perceptible is known as _____ sculpture.

    a. sunken-relief

    b. low-relief

    c. high-relief

    d. none of the above

12. Abstract sculptures:

    a. usually represent specific objects and events

    b. often make the density of "sensa" their primary subject matter

    c. can only represent density, but cannot present it

    d. are space sculptures

13. Buildings that illuminate the earth and accentuate its natural symbolism are considered _____ architecture.

    a. earth-rooted

    b. sky-oriented

    c. earth-resting

    d. earth-dominating

14. What is the exchange of communication among characters in a play?

    a. setting

    b. scenery

    c. dialogue

    d. music

15. Which type of narrative implies a close relationship of all the details including unity of events and character(s)?

    a. organic

    b. episodic

    c. quest

    d. lyric

3

16. When does the strongest effect of tragedy occur?

    a. when the protagonist's quest for truth ends happily

    b. when the protagonist accepts his or her misfortune

    c. when recognition and reversal happen at the same time

    d. at the denouement, or conclusion of events

17. Sculpture, more than painting, appeals to the:

    a. visual sense

    b. sense of touch

    c. imagination

    d. common sense

18. Literature is what kind of art?

    a. narrative

    b. serial

    c. sound

    d. sense

19. Protest against technology sculpture emphasizes:

    a. spatial relationships between humans

    b. the density of technological materials

    c. humanity's growing dependence on technology

    d. technological movement

20. Of the four necessities of architecture, which is the most obvious?

    a. function

    b. spatial relationships

    c. technical requirements

    d. revelatory requirements

21. Which is an example of an episodic narrative?

    a. Miguel de Cervantes's "Don Quixote"

    b. Maxim Gorky's "Her Lover"

EXH-305-625

c. Herman Melville's "Moby-Dick"

d. Ralph Ellison's "Invisible Man"

22. Sky-oriented architecture may do all of the following, EXCEPT:

a. emphasize or accent the earth around it

b. appear to defy gravity

c. stand high and centered

d. integrate outer and inner light

23. Artaud's "Theater of Cruelty" views the audience as:

a. innocent spectators willing to be entertained

b. valued critics with unique perspectives

c. privileged people who deserve to be assaulted

d. cruel masses of highly critical viewers

24. Which of the following elements of drama includes set design?

a. plot

b. diction

c. spectacle

d. music

25. The basic medium of literature is:

a. the written word

b. sense

c. spoken language

d. narration

5

EXH-305-626

Home | Prospects/Application | Billing | Retention | Transcript | Testing | Rental Library | Faculty

Note/Message | ACenina | Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01

BKNum: GED120

## Test Information

BKNum: GED120 ☐ Old Exam Format

Test Type: CBX

Revision: 07/2019

Exam: Unit Exam 2

Web Test: Y

Score: 25 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | A | Correct | |
| 3 | A | Correct | |
| 4 | C | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | C | Correct | |
| 8 | B | Correct | |
| 9 | C | Correct | |
| 10 | D | Correct | |
| 11 | A | Correct | |
| 12 | B | Correct | |
| 13 | A | Correct | |
| 14 | C | Correct | |
| 15 | A | Correct | |
| 16 | C | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | C | Correct | |
| 20 | C | Correct | |
| 21 | A | Correct | |
| 22 | A | Correct | |
| 23 | C | Correct | |
| 24 | C | Correct | |
| 25 | C | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Unit Exam 3**
**Exam ID: 1b77f9b2-35e9-4ec7-bbfe-77d1746641a7**

1. Who of the following has been particularly successful in founding a school of modern dance that focuses on the rhythms of heartbeat and pulse?

   a. Mark Morris Dance Group

   b. Pilobolus

   c. Twyla Tharp

   d. Martha Graham

2. Rain dances in the American Southwest performed for tourists are examples of which type of dance?

   a. court

   b. social

   c. ritual

   d. ballet

3. Whose specialty is involving bodies in almost acrobatic positions?

   a. Mark Morris Dance Group

   b. Pilobolus and Momix

   c. Twyla Tharp

   d. Martha Graham

4. As David Cook explains in "A History of Narrative Film", the complexity of subject matter in film is only rivaled by:

   a. photography

   b. architecture

   c. sculpture

   d. literature

5. Cindy Sherman uses what kind of photography?

   a. pictorialism

1

b. straight photography

c. digital photography

d. documentary

6. Which photographer's exhibit triggered Senator Jesse Helms to sponsor a bill prohibiting NEA funding of art deemed obscene or objectionable?

a. Joel Meyerowitz

b. Cindy Sherman

c. Bruce Davidson

d. Robert Mapplethorpe

7. According to the text, which of the following is the most valuable kind of participative experience with film?

a. identifying closely with movie stars in films

b. indulgence and self-justification

c. involuntary or aloof loss of sense and self

d. acute awareness of interrelated details

8. The dynamics of a song refers to its:

a. rhythm and melody

b. consonance or dissonance

c. loudness or softness

d. harmonic relationship

9. Which of the following films introduced sound?

a. "Jazz Singer"

b. "Birth of a Nation"

c. "The Great Train Robbery"

d. "Citizen Kane"

10. Which photograph most closely resembles or suggests the composition of a painting?

a. Alfred Stieglitz's "Sun Rays, Paula"

b. Bruce Davidson's "Opening at the Met"

c. Dorothea Lange's "Migrant Mother"

2

d. Carrie Mae Weems's "Untitled (Man smoking)"

11. During the silent film years, films were usually shown:

   a. in a theater that was completely silent

   b. to the accompaniment of carefully coordinated music

   c. while a narrator contributed a running explanation

   d. with the dialogue being read by live actors in the theater

12. Which is a shot in which the camera moves forward, backward, or sidewise?

   a. close-up

   b. long shot

   c. recessional shot

   d. tracking shot

13. What historical time does Dorothea Lange's "Migrant Mother" vividly capture?

   a. World War I

   b. the Harlem Renaissance

   c. the Recession

   d. the Great Depression

14. Founded by Martha Graham and taken over by Ohad Naharin, which company is respected for its imaginative and risk-taking approach to dance?

   a. Momix

   b. Mark Morris

   c. Batsheva

   d. Alvin Ailey

15. Which of the following court dances was a favorite at Queen Elizabeth's court in the sixteenth century?

   a. allemande

   b. minuet

   c. pavane

   d. volta

16. Which best describes the subject matter of O'Sullivan's photograph, "Canyon de Chelly"?

3

a. permanence

b. Native American ritual

c. light and shadow

d. transformation

17. Which of the following is true about "Swan Lake"?

a. It was highly unconventional for the Romantic Age in which it was conceived.

b. It had archetypal overtones.

c. It had no pretext.

d. Its music was composed by Stravinsky.

18. Federico Fellini's "8 ½" is notable for its:

a. use of a continuous narrative structure

b. use of episodic streams of consciousness in the sequences

c. creative use of sound

d. power as a silent film

19. Two early film directors who did their own editing were:

a. Serge Eisenstein and D. W. Griffith

b. George Clooney and Angelina Jolie

c. Lee Jacobus and Regina Barreca

d. Ridley Scott and Janet Leigh

20. How do states of mind differ from feelings?

a. They are more transient.

b. Unlike feelings, they are synonymous with passions.

c. They are more enduring.

d. They cannot be pretexts for dance.

21. Dorothea Lange and Walker Evans are exemplars of which group?

a. Documentarists

b. Pictorialists

c. Sentimentalists

4

d. f/64 Group

22. The playing of one or more motives, themes, or melodies against each other is called:

a. tempo

b. contrast

c. counterpoint

d. harmony

23. Which of the following is a characteristic of social dance?

a. It often has a religious purpose.

b. It often has a practical purpose.

c. It is a form of recreation.

d. It is more stylized and less openly energetic than the court dance.

24. which best describes the early pictorialist photographer's treatment of details?

a. apply critical depth of field

b. subordinate details to structure

c. capture bright, bold colors

d. reveal true emotion

25. Who took part in a federal program to give photographers work during the Great Depression?

a. Eugène Atget

b. James Van Der Zee

c. Dorothea Lange

d. Henri Cartier-Bresson

5

EXH-305-632

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED120

## Test Information

BKNum: GED120 ☐ Old Exam Format

Test Type: CBX

Revision: 07/2019

Exam: Unit Exam 3

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | D | Correct | |
| 2 | C | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | B | Missed | |
| 6 | D | Correct | |
| 7 | D | Correct | |
| 8 | C | Correct | |
| 9 | A | Correct | |
| 10 | A | Correct | |
| 11 | B | Correct | |
| 12 | D | Correct | |
| 13 | D | Correct | |
| 14 | C | Correct | |
| 15 | D | Correct | |
| 16 | A | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | A | Correct | |
| 20 | C | Correct | |
| 21 | A | Correct | |
| 22 | C | Correct | |
| 23 | A | Missed | |
| 24 | B | Correct | |
| 25 | C | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Unit Exam 4**
**Exam ID: 3b185c92-8b4e-4d2e-96f9-4550b944ff6d**

1. What was the goal of Dada art?

    a. to shock with expressions of outrageous nonsense

    b. to deny the existence of God

    c. to challenge traditional approaches to shock art

    d. to create photo-realistic illustrations

2. Who was an early video artist?

    a. Nam June Paik

    b. Peter Campus

    c. Gary Hill

    d. Judith Barry

3. Who is hailed as the "people's painter," yet deemed an illustrator by art critics (distinct from artist)?

    a. Marcel Duchamp

    b. Andrew Wyeth

    c. Grandma Moses

    d. Andy Warhol

4. Which novella has been interpreted in both film and opera?

    a. David Alfaro Siqueiros's "Echo of a Scream"

    b. Frank Gehry's "National Nederlanden"

    c. Thomas Mann's "Death in Venice"

    d. Henri Matisse's "The Dance"

5. Which branch of philosophy studies the creative process in the arts and the role of art in society?

    a. aesthetics

    b. ethics

1

EXH-305-634

c. theology

d. sociology

6. Which of the following is a type of idea art?

a. conceptual art

b. folk art

c. performance art

d. shock art

7. Performance art differs from traditional drama in that it:

a. requires a stage-in-the-round

b. avoids anti-establishment social and political views

c. sometimes has no narrative at all

d. lacks physicality

8. Subjectivist theories of value claim that:

a. value is projected by human interest on some object or event

b. value is in the object or event itself, independently of any subject or interest

c. value emerges from the relation between human interest and an object or event

d. values are always set forth as norms or ideals

9. Which type of value theory is presupposed by the authors of your text?

a. relational

b. objectivist

c. subjectivist

d. empirical

10. Normative values are set forth as:

a. norms or ideals

b. value facts

c. theoretical truths

d. intrinsic-extrinsic claims

11. Since 2000, there has been a shift in how people watch television because of:

2

EXH-305-635

a. the spread of cable service offering more choices

b. the BBC began putting content online

c. the rise of YouTube

d. networks failing

12. The incorporation of photography and film in contemporary opera is an example of:

a. interpretation

b. relativity

c. appropriation

d. libretto

13. The branch of philosophy that studies how values impact moral judgment is:

a. history

b. ethics

c. psychology

d. chemistry

14. Karen Finley's use of nudity, profanity, and an alarming attack on heterosexual white males in "We Keep Our Victims Ready" is an example of which type of art?

a. Dada

b. Conceptual art

c. Decoration

d. Performance art

15. Ovid's "Metamorphoses" is built on the concept of:

a. love

b. order

c. chance

d. change

16. Which of the following helped begin the open-ended serial?

a. The Public Broadcasting System (PBS)

b. The British Broadcasting System (BBC)

EXH-305-636

    c. Home Box Office (HBO)

    d. The National Broadcasting Corporation (NBC)

17. Duchamp's art differed from other Dadaists in its:

    a. anti-civilization content

    b. humorous undertones

    c. shock value

    d. use of chance

18. The relational theory of value claims that value emerges:

    a. when a work of art is very expensive

    b. from the relation between an interest and an object

    c. from the interest the object excites

    d. when the subject is interested in the object

19. Which arts appropriate the most from other arts?

    a. painting and photography

    b. music and poetry

    c. opera and architecture

    d. dance and sculpture

20. Which television series first demonstrated the power of serials in its compelling portrayal of slavery?

    a. "Upstairs, Downstairs"

    b. "Rich Man"

    c. "Roots"

    d. "The Sopranos"

21. Which of the following theatrical productions interprets George Seurat's pointillist painting, "A Sunday Afternoon on the Island of la Grande Jatte"?

    a. "Starry Night" (1889)

    b. "The Marriage of Figaro" (1786)

    c. "Invisible Man" (1952)

    d. "Sunday in the Park with George" (1984)

EXH-305-637

22. Which of the following artists won the International Prize at the Venice Biennale in 1999 for "Electric Earth"?

   a. Bill Viola

   b. Peter Campus

   c. Doug Aitken

   d. Judith Barry

23. Which refers to the text of an opera?

   a. aria

   b. fugue

   c. libretto

   d. forte

24. Which term refers to works that realistically depict easily identifiable objects and events in a pretentiously vulgar, awkward, sentimental, and often obscene manner?

   a. propaganda

   b. kitsch

   c. folk art

   d. decoration

25. Studying the arts in medical school can help doctors to:

   a. remain calm under pressure

   b. improve their motor skills

   c. finely hone their visual abilities

   d. develop new surgical techniques

5

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: GED120

## Test Information

BKNum: GED120 ☐ Old Exam Format

Test Type: CBX

Revision: 07/2019

Exam: Unit Exam 4

Web Test: Y

Score: 24 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Missed | |
| 2 | A | Correct | |
| 3 | B | Correct | |
| 4 | C | Correct | |
| 5 | A | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | A | Correct | |
| 11 | A | Correct | |
| 12 | C | Correct | |
| 13 | B | Correct | |
| 14 | D | Correct | |
| 15 | D | Correct | |
| 16 | B | Correct | |
| 17 | B | Correct | |
| 18 | B | Correct | |
| 19 | C | Correct | |
| 20 | C | Correct | |
| 21 | D | Correct | |
| 22 | C | Correct | |
| 23 | C | Correct | |
| 24 | B | Correct | |
| 25 | C | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED120 Rev. 07/2019**
**Final Exam**
**Exam ID: 90111fe9-689a-47c6-9ddc-d4afeedc1141**

1. The "all-at-onceness" of a painting refers to:

    a. the back story of the artist

    b. the idea that the sensa allow the function of the painting to become clear

    c. all of a painting being present at one time

    d. none of the above

2. What is the main idea of a literary work?

    a. the theme

    b. free verse

    c. the setting

    d. narrative

3. Who of the following has been particularly successful in founding a school of modern dance that focuses on the rhythms of heartbeat and pulse?

    a. Mark Morris Dance Group

    b. Pilobolus

    c. Twyla Tharp

    d. Martha Graham

4. Founded by Martha Graham and taken over by Ohad Naharin, which company is respected for its imaginative and risk-taking approach to dance?

    a. Momix

    b. Mark Morris

    c. Batsheva

    d. Alvin Ailey

5. The basic medium of literature is:

    a. the written word

1

EXH-305-640

b. sense

c. spoken language

d. narration

6. Interpretive critics, even more so than other critics, must be familiar with:

a. the form-content

b. the subject matter

c. other schools of criticism

d. the regional relationship

7. What distinguishes television from video art?

a. The moving image is not the subject matter of video art.

b. Only television uses animation.

c. Unlike television programs, video art can be viewed on video monitors, but not on a computer screen.

d. Video art is more experimental than television.

8. In Okara's poem, "Piano and Drums", what does the piano symbolize?

a. music

b. God

c. African cultures

d. European cultures

9. Who is the most celebrated video artist working today?

a. Bill Viola

b. Peter Campus

c. Doug Aitken

d. Judith Barry

10. Which of the following exemplifies sky-oriented architecture?

a. The Pantheon

b. Farnsworth House

c. Guggenheim Museum

2

d. Sagrada Família

11. What is the exchange of communication among characters in a play?

a. setting

b. scenery

c. dialogue

d. music

12. Evaluative criticism centers on:

a. formal elements of a work

b. the content

c. the relative merits of a work

d. the degree of beauty of a work of art

13. Which photographer developed the Zone System which allowed advanced control over the final print?

a. Edward Weston

b. Ansel Adams

c. Alfred Stieglitz

d. Imogen Cunningham

14. The quest narrative is a story in which:

a. the leading character or characters search for something of great importance to themselves

b. the leading character or characters have to complete certain assigned tasks in order to receive their rewards

c. a series of seemingly unrelated events are related by a surprising conclusion

d. a mystery is solved

15. N. J. Berrill points out in "Man's Emerging Mind" that:

a. we are more likely to believe what we see

b. we are more likely to see what we believe

c. we believe that we see what is there

d. seeing is believing

16. Who is hailed as the "people's painter," yet deemed an illustrator by art critics (distinct from artist)?

EXH-305-642

a. Marcel Duchamp

b. Andrew Wyeth

c. Grandma Moses

d. Andy Warhol

17. According to the text, what makes "The Godfather" an impressive achievement?

a. its glorification of the mafia

b. its dehumanization of its characters

c. its anachronistic use of music

d. its ambiguity

18. Why is oil a dominant medium in easel painting?

a. it offers the most flexibility for blending colors and subtle portrayal of light and textures

b. it dries quickly and offers little room for error

c. it provides extraordinary precision of detail and subtle linear shaping

d. It offers limited, but striking color choices

19. Language used to help the participant picture what is being described is called:

a. simile

b. metaphor

c. symbolism

d. imagery

20. Centered space is best described as:

a. a natural or human-made site that organizes other places around it

b. the feeling of comfortable positioning in an environment

c. a place dominated by architecture

d. an enclosed space that draws attention to its privileged position

21. Whose specialty is involving bodies in almost acrobatic positions?

a. Mark Morris Dance Group

b. Pilobolus and Momix

c. Twyla Tharp

4

d. Martha Graham

22. Which of the following refers to contemporary works enjoyed by the masses?

a. craftworks

b. popular art

c. kitsch

d. propaganda

23. Since 2000, there has been a shift in how people watch television because of:

a. the spread of cable service offering more choices

b. the BBC began putting content online

c. the rise of YouTube

d. networks failing

24. The episodic narrative is a story:

a. relating a single episode or event

b. relating a series of events not closely connected

c. of someone's search for an important goal

d. that is unresolved

25. In abstract painting, "sensa" are:

a. associated with specific objects or events

b. always representative of the painter's inner psyche

c. dissociated from specific objects or events

d. the logic of the composition

26. Which principle of composition refers to the emphasis achieved by the scaling of sizes or shapes?

a. balance

b. proportion

c. gradation

d. unity

27. According to Aristotle, what should cause the tragic hero's failure?

a. lust

5

b. strength

c. hamartia

d. the events

28. Which of the following is true about "Swan Lake"?

a. It was highly unconventional for the Romantic Age in which it was conceived.

b. It had archetypal overtones.

c. It had no pretext.

d. Its music was composed by Stravinsky.

29. which best describes the early pictorialist photographer's treatment of details?

a. apply critical depth of field

b. subordinate details to structure

c. capture bright, bold colors

d. reveal true emotion

30. In representational painting, "sensa" are:

a. associated with specific objects or events

b. always representative of the painter's inner psyche

c. dissociated from specific objects or events

d. the logic of the composition

31. The purity, vividness, or intensity of a hue refers to its _____.

a. shading

b. saturation

c. value

d. texture

32. Which of the following moves abruptly from one shot to the next, with no preparation and often with a shock?

a. continuity cut

b. jump cut

c. dissolve

6

d. fade

33. Who took part in a federal program to give photographers work during the Great Depression?

a. Eugène Atget

b. James Van Der Zee

c. Dorothea Lange

d. Henri Cartier-Bresson

34. Artaud's "Theater of Cruelty" views the audience as:

a. innocent spectators willing to be entertained

b. valued critics with unique perspectives

c. privileged people who deserve to be assaulted

d. cruel masses of highly critical viewers

35. What historical time does Dorothea Lange's "Migrant Mother" vividly capture?

a. World War I

b. the Harlem Renaissance

c. the Recession

d. the Great Depression

36. What is the subject of abstract art?

a. the sensuous

b. the mundane

c. the future

d. the past

37. Which of the following labels is used for a slow movement?

a. allegro

b. andante

c. presto

d. molto allegro

38. Which of the following is a type of idea art?

a. conceptual art

7

b. folk art

c. performance art

d. shock art

39. Which of the following helped begin the open-ended serial?

a. The Public Broadcasting System (PBS)

b. The British Broadcasting System (BBC)

c. Home Box Office (HBO)

d. The National Broadcasting Corporation (NBC)

40. Who puts the shots in order after filming of a movie is finished?

a. the director

b. the producer

c. the editor

d. the scriptwriter

41. Cindy Sherman uses what kind of photography?

a. pictorialism

b. straight photography

c. digital photography

d. documentary

42. Tragicomedy is most likely to end with:

a. a death

b. a marriage

c. unanswered questions

d. promise of new beginnings

43. Which painting requires a greater degree of participation?

a. Goya, "May 3, 1808"

b. Adams, "Execution in Saigon"

c. Valadon, "Reclining Nude"

d. Arp, "Growth"

8

44. Which of the following is an example of Pop Art?

    a. Warhol's "200 Campbell Soup Cans"

    b. Hanson's "Woman with a Purse"

    c. Duchamp's "L.H.O.O.Q."

    d. Rousseau's "The Sleeping Gypsy"

45. Artistic form usually implies a strong degree of perceptible _____.

    a. unity

    b. angularity

    c. content

    d. disunity

46. A structure in which the melody is stated, then repeated with the first statement being played as background, as in "Row, Row, Row Your Boat," is a _____

    a. fugue.

    b. sonata.

    c. fantasia.

    d. symphony.

47. Cezanne's "Mont Sainte-Victoire" is an example of _____ painting.

    a. abstract

    b. representational

    c. shock

    d. color-field

48. The statement that there are more detailed relationships in "The Flame" than in "The Last Supper" is:

    a. interpretive

    b. historical

    c. descriptive

    d. evaluative

49. In order for something to be art, it must be _____.

    a. a painting

9

b. a natural phenomenon

c. beautiful

d. human made

50. Which structure best illustrates the perception of architecture to "defy gravity"?

a. Brunelleschi's Dome of the Florence Cathedral

b. the Parthenon in Athens

c. Gehry's Guggenheim Museum

d. Van der Rohe's Farnsworth Residence

51. Sky-oriented architecture may do all of the following, EXCEPT:

a. emphasize or accent the earth around it

b. appear to defy gravity

c. stand high and centered

d. integrate outer and inner light

52. What is the antithesis of commercial entertainment television?

a. television serials

b. video art

c. network programming

d. crime drama

53. The statement that Picasso's "Guernica" is a better painting than Blume's "The Eternal City" is:

a. interpretive

b. historical

c. descriptive

d. evaluative

54. The organization of a medium that clarifies or reveals a subject matter is described as _____ form.

a. artistic

b. emotional

c. sensuous

10

EXH-305-649

d. receptive

55. As David Cook explains in "A History of Narrative Film", the complexity of subject matter in film is only rivaled by:

a. photography

b. architecture

c. sculpture

d. literature

56. Which statement best describes watercolor pigment?

a. it offers the most flexibility for blending colors and subtle portrayal of light and textures

b. it dries quickly and offers little room for error

c. it provides extraordinary precision of detail and subtle linear shaping

d. It offers limited, but striking color choices

57. Which of the following is pigment bound by egg yolk?

a. fresco

b. oil

c. tempera

d. watercolor

58. Something added to enhance something else is:

a. propaganda

b. kitsch

c. craftworks

d. decoration

59. An example of complementary colors is:

a. orange and blue

b. blue and green

c. red and blue

d. orange and green

60. Karen Finley's use of nudity, profanity, and an alarming attack on heterosexual white males in "We Keep Our Victims Ready" is an example of which type of art?

11

a. Dada

b. Conceptual art

c. Decoration

d. Performance art

61. Ovid's "Metamorphoses" is built on the concept of:

a. love

b. order

c. chance

d. change

62. The pattern of the sonata form is:

a. theme, new material, theme

b. a series of variations on the same theme

c. exposition, development, recapitulation

d. ABACABA

63. Which of the following is a characteristic of social dance?

a. It often has a religious purpose.

b. It often has a practical purpose.

c. It is a form of recreation.

d. It is more stylized and less openly energetic than the court dance.

64. What is the subject matter of Blume's "The Eternal City"?

a. self-portrait

b. geometry

c. African culture

d. Fascism

65. Which type of sculpture has the least amount of depth dimension?

a. sculpture in the round

b. high-relief sculpture

c. low-relief sculpture

EXH-305-651

d. medium-relief sculpture

66. Which of the following court dances was a favorite at Queen Elizabeth's court in the sixteenth century?

a. allemande

b. minuet

c. pavane

d. volta

67. Which best describes the subject matter of O'Sullivan's photograph, "Canyon de Chelly"?

a. permanence

b. Native American ritual

c. light and shadow

d. transformation

68. Which photographer's exhibit triggered Senator Jesse Helms to sponsor a bill prohibiting NEA funding of art deemed obscene or objectionable?

a. Joel Meyerowitz

b. Cindy Sherman

c. Bruce Davidson

d. Robert Mapplethorpe

69. Noticing the rhyme, steady meter, and quatrain stanza structure of Yeats's "The Lake of Innisfree" is:

a. interpretive criticism

b. historical criticism

c. descriptive criticism

d. evaluative criticism

70. Which of the following best describes the typical episode of a television series?

a. unpredictable

b. dramatic

c. self-contained

d. incomplete

13

71. What was the goal of Dada art?

    a. to shock with expressions of outrageous nonsense

    b. to deny the existence of God

    c. to challenge traditional approaches to shock art

    d. to create photo-realistic illustrations

72. Which statement best corresponds with the author's approach to the humanities?

    a. The commercial success of a work of art is the best way to understand its value.

    b. Matters of taste are indisputable; beauty is in the eye of the beholder.

    c. Go beyond the facts to the values that evoke our feelings.

    d. It is nearly impossible to fully analyze works of art that are not considered beautiful.

73. Literature is what kind of art?

    a. narrative

    b. serial

    c. sound

    d. sense

74. What can art provide that cannot be expressed by data and information?

    a. factual details

    b. emotional understanding

    c. visual clarity

    d. Empirical evidence

75. The origins of which of the following are traced to the early seventeenth century, when dancers performed interludes between scenes of an opera?

    a. modern dance

    b. social dance

    c. ballet

    d. court dance

76. The Documentarists are especially interested in:

    a. sharp focus

14

EXH-305-653

b. "the decisive moment"

c. soft focus

d. symbolic meanings

77. Which of the following is preeminent in film?

a. the moving image

b. the still image

c. the sound

d. technical achievement

78. What distinguishes the artist from other humanists (e.g., philosopher, historian, theologian, etc.)?

a. Artists clarify values by means of analysis.

b. Artists clarify values by artistic revelation.

c. Artists invent social concerns to clarify.

d. Artists reflect upon social values and concerns.

79. Rain dances in the American Southwest performed for tourists are examples of which type of dance?

a. court

b. social

c. ritual

d. ballet

80. Which term refers to works that realistically depict easily identifiable objects and events in a pretentiously vulgar, awkward, sentimental, and often obscene manner?

a. propaganda

b. kitsch

c. folk art

d. decoration

81. Which is a shot in which the camera moves forward, backward, or sidewise?

a. close-up

b. long shot

c. recessional shot

15

d. tracking shot

82. Which theoretical stance claims the object itself incites interest independently of any other subject or interest?

a. objectivist

b. relational

c. subjectivist

d. normative

83. In tragedy, what is the cleansing or purification that occurs after feeling pity and fear for the character?

a. denouement

b. recognition

c. reversal

d. catharsis

84. One of the complaints about pictorialism is that it was:

a. limited in depth of field

b. emotionally shallow

c. too symmetrical

d. an interesting social document, but not a work of art

85. In the arts, what is it called when a work of art uses another work of art as subject matter?

a. interpretation

b. appropriation

c. libretto

d. isolation

86. The term "axis mundi" relates to _____ architecture.

a. earth-rooted

b. sky-oriented

c. earth-resting

d. earth-dominating

87. The statement that the bull in Picasso's "Guernica" symbolizes Franco's utter insensitivity to

16

suffering is:

a. interpretive

b. descriptive

c. evaluative

d. historical

88. Normative values are set forth as:

a. norms or ideals

b. value facts

c. theoretical truths

d. intrinsic-extrinsic claims

89. Duchamp's art differed from other Dadaists in its:

a. anti-civilization content

b. humorous undertones

c. shock value

d. use of chance

90. In appropriation, what is the artistic process?

a. to use only the media appropriate to the artist's own art

b. to mix the media of other art forms with the artist's own

c. to subordinate the media of the artist's own art to another artistic medium

d. none of the above

91. Which of the following is true about Isadora Duncan?

a. She felt that the emphasis of ballet should be on the movement of the arms and legs.

b. The dances she developed were built mainly on narrative pretexts.

c. She rebelled against the stylization of ballet practiced by the early Greek dancers.

d. She often danced in bare feet.

92. Which of the following is true about Bill Viola's work?

a. It rejects religion and spirituality.

b. It is heavily influenced by contemporary painters.

17

c. It is often playful and lighthearted.

d. It makes effective use of a slow-motion technique.

93. Which type of narrative implies a close relationship of all the details including unity of events and character(s)?

a. organic

b. episodic

c. quest

d. lyric

94. During the silent film years, films were usually shown:

a. in a theater that was completely silent

b. to the accompaniment of carefully coordinated music

c. while a narrator contributed a running explanation

d. with the dialogue being read by live actors in the theater

95. Hamlet's famous speech, "To be, or not to be..." is an example of a/an:

a. soliloquy

b. dialogue

c. catharsis

d. archetype

96. In painting, what is an axis line?

a. an imaginary line that helps determine basic visual directions

b. the intersection of two points on a canvas

c. the property of reflecting light of a particular wavelength

d. a continuum of changes in the details and regions

97. How do states of mind differ from feelings?

a. They are more transient.

b. Unlike feelings, they are synonymous with passions.

c. They are more enduring.

d. They cannot be pretexts for dance.

18

EXH-305-657

98. Lin's Vietnam Veterans Memorial is an example of:

    a. public sculpture

    b. earth sculpture

    c. environmental sculpture

    d. sculpture in the round

99. Which of the following is based largely on African American spirituals and experience?

    a. "Swan Lake"

    b. "New Dance"

    c. "Revelations"

    d. "Medea"

100. Which literary structure is a poem with emphasis on feelings as the subject matter?

    a. organic narrative

    b. quest narrative

    c. the lyric

    d. episodic narrative

EXH-305-658

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED120

## Test Information

BKNum: GED120    ☐ Old Exam Format

Test Type: CBX

Revision: 07/2019

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 94 out of 100

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | C | Correct | |
| 2 | A | Correct | |
| 3 | D | Correct | |
| 4 | C | Correct | |
| 5 | C | Correct | |
| 6 | B | Correct | |
| 7 | D | Correct | |
| 8 | D | Correct | |
| 9 | A | Correct | |
| 10 | D | Correct | |
| 11 | C | Correct | |
| 12 | C | Correct | |
| 13 | B | Correct | |
| 14 | A | Correct | |
| 15 | B | Correct | |
| 16 | B | Correct | |
| 17 | D | Correct | |
| 18 | C | Missed | |
| 19 | D | Correct | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | B | Correct | |
| 23 | A | Correct | |
| 24 | B | Correct | |
| 25 | C | Correct | |
| 26 | B | Correct | |
| 27 | C | Correct | |
| 28 | B | Correct | |
| 29 | B | Correct | |
| 30 | A | Correct | |
| 31 | B | Correct | |
| 32 | B | Correct | |
| 33 | C | Correct | |
| 34 | C | Correct | |
| 35 | D | Correct | |
| 36 | A | Correct | |
| 37 | B | Correct | |
| 38 | A | Correct | |
| 39 | B | Correct | |
| 40 | C | Correct | |
| 41 | C | Correct | |
| 42 | C | Correct | |

| 43 | A | Correct | |
| 44 | A | Correct | |
| 45 | A | Correct | |
| 46 | A | Correct | |
| 47 | A | Missed | |
| 48 | B | Missed | |
| 49 | D | Correct | |
| 50 | A | Correct | |
| 51 | A | Correct | |
| 52 | B | Correct | |
| 53 | D | Correct | |
| 54 | A | Correct | |
| 55 | D | Correct | |
| 56 | D | Correct | |
| 57 | C | Correct | |
| 58 | D | Correct | |
| 59 | A | Correct | |
| 60 | D | Correct | |
| 61 | D | Correct | |
| 62 | C | Correct | |
| 63 | C | Correct | |
| 64 | D | Correct | |
| 65 | C | Correct | |
| 66 | D | Correct | |
| 67 | A | Correct | |
| 68 | D | Correct | |
| 69 | C | Correct | |
| 70 | C | Correct | |
| 71 | C | Missed | |
| 72 | C | Correct | |
| 73 | B | Correct | |
| 74 | B | Correct | |
| 75 | C | Correct | |
| 76 | B | Correct | |
| 77 | A | Correct | |
| 78 | B | Correct | |
| 79 | C | Correct | |
| 80 | B | Correct | |
| 81 | D | Correct | |
| 82 | A | Correct | |
| 83 | D | Correct | |
| 84 | B | Correct | |
| 85 | B | Missed | |
| 86 | B | Correct | |
| 87 | A | Correct | |
| 88 | A | Correct | |

| 89 | B | Correct | |
|-----|---|---------|--|
| 90 | B | Correct | |
| 91 | D | Correct | |
| 92 | D | Correct | |
| 93 | A | Correct | |
| 94 | B | Correct | |
| 95 | A | Correct | |
| 96 | A | Correct | |
| 97 | C | Correct | |
| 98 | C | Missed | |
| 99 | C | Correct | |
| 100 | C | Correct | |

# GED 132 UNITED STATES GOVERNMENT COURSEWORK

## (CHALLENGE EXAM- NO ESSAYS, UNIT EXAMS, OR FINAL EXAM REQUIRED)

# MORTEZA AMIRI

# STUDENT ID # 66976



June 25, 2024

Morteza Amiri

██████████████
██████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** GED132

**Course Title:** UNITED STATES GOVERNMENT

**Course Grade:** B

**Credit(s) Earned:** 3

**Course Completion Date:** January 16, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

Challenge Examination

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The financial position of the state and national governments under the Articles of Confederation could be best described as:

    a. sound, strong, and based on a large surplus of revenue.
    b. sound, strong, but at risk.
    c. uniformly stable at the state level, but the national government struggled with debt.
    d. stable at the national level with cause for concern in many of the states.
    e. growing debt at the national level and several states with financial crises.

2. The text notes a tendency for issues that once were _____ to become _____ when they become objects of governmental action.

    a. simple; complicated
    b. public; secret
    c. social; political
    d. private; public
    e. economic; social

3. In 1787, as the Constitution was being debated, _____ worried that the new government he helped create might be too democratic, while _____ who refused to sign the Constitution, worried that it was not democratic enough.

    a. John Adams; James Madison
    b. George Washington; George Mason
    c. Alexander Hamilton; George Mason
    d. Thomas Jefferson; Alexander Hamilton
    e. Patrick Henry; Samuel Adams

4. Representative democracy allows individuals to gain political power through:

    a. media campaigns.
    b. quadrennial elections.
    c. nonpartisan elections.
    d. reciprocal elections.
    e. competitive elections.

5. In a referendum, citizens express their opinions about issues by means of:

    a. letters.
    b. the ballot.
    c. town meetings.
    d. petitions.
    e. protests.

EXH-305-664

Challenge Examination

6. The bureaucratic view of political elites, which argues that appointed officials dominate government, is associated with:

   a. Karl Marx.
   b. C. Wright Mills.
   c. Max Weber.
   d. David B. Truman.
   e. Robert Dahl.

7. A form of politics which involves making appeals to large segments of voters in the hopes of finding a majority is _____ politics.

   a. interest group
   b. majoritarian
   c. client
   d. entrepreneurial
   e. logrolling

8. What occurred in January 1787 when a group of ex-Revolutionary War soldiers, fearful of losing their property to creditors and tax collectors, forcibly prevented the courts in western Massachusetts from operating?

   a. Shays's Rebellion
   b. Bacon's Rebellion
   c. Whiskey Rebellion
   d. Clarke's Rebellion
   e. The Boston Tea Party Rebellion

9. The Constitutional Convention delegates' defense of liberty as a natural right was derived from the writings of the philosopher:

   a. John Locke.
   b. Montesquieu.
   c. Rousseau.
   d. Thomas Hobbes.
   e. Kant.

10. The New Jersey Plan was a reaction by some states primarily to the fear that:

   a. the legislative veto power called for by the Virginia Plan would seriously undermine individual states' rights.
   b. the weak central government devised by the Virginia Plan would grant too much power to rural states.
   c. the strong central government devised by the Virginia Plan would grant too little power to the states.
   d. the Virginia Plan gave too much power to populous states.
   e. Hamilton's suggestions about the executive branch would be accepted by the convention.

EXH-305-665

11. This delegate at the Constitutional Convention suggested that the president be elected directly by the people.

    a. James Madison
    b. Alexander Hamilton
    c. George Washington
    d. Aaron Burr
    e. James Wilson

12. Relative to the notion of democratic government, the Supreme Court's power of judicial review:

    a. places limits on majority rule.
    b. is limited to state issues.
    c. generally favors the executive.
    d. is sometimes democratic, sometimes not.
    e. is applied frequently.

13. The text suggests the Federalists might more accurately have been called the:

    a. nationalists.
    b. states' rights advocates.
    c. monarchists.
    d. loyalists.
    e. anarchists.

14. According to the three-fifths compromise, three-fifths of the slaves were counted for purposes of:

    a. electing state legislatures.
    b. apportioning delegates to presidential conventions.
    c. allotting seats in the House of Representatives.
    d. assigning delegates to state conventions.
    e. allotting seats in the Senate.

15. The Civil War settled one part of the issue of national supremacy versus states' rights, namely, that:

    a. state governments are supreme over the national government.
    b. the national government derives its sovereignty from the states.
    c. the national government derives its sovereignty from the people.
    d. the national government derives its sovereignty from both the people and the states.
    e. state governments derive their power from each other.

EXH-305-666

16. In McCulloch v. Maryland (1819), the Supreme Court ruled that:

    a. states could form banks and tax them.
    b. the national government could charter banks and the states could not tax those banks.
    c. the national government's power was dependent on the states.
    d. Congress erred when it created a national banking system.
    e. states could not charter banks.

17. The doctrine of dual federalism grew out of a protracted debate on the subject of:

    a. commerce.
    b. banking.
    c. manufacturing.
    d. welfare.
    e. licensing of commercial fishermen.

18. In United States v. Lopez (1995), the Supreme Court ruled that Congress overstepped its power to regulate commerce by prohibiting _____ in a school zone.

    a. guns
    b. adult bookstores
    c. cigarette sales
    d. alcohol sales
    e. dog races

19. Which of the following allows national governments the right to alter or even abolish local government?

    a. A constitutional government
    b. Federalism
    c. A unitary system
    d. Socialism
    e. A confederation

20. The first form of grants-in-aid from the national government to the states was:

    a. cash grants-in-aid.
    b. block grants.
    c. revenue sharing.
    d. categorical grants.
    e. land grants.

21. _____ are terms set by the national government that states must meet whether or not they accept federal grants.

    a. Conditions of aid
    b. Mandates
    c. Strings-attached edict
    d. Court decisions
    e. Pontifications

22. Conflicts in civil liberties often arise because:

    a. majoritarian politics is ineffective in resolving crises.
    b. the U.S. Constitution is vague on issues of individual rights.
    c. the Bill of Rights lists several competing rights.
    d. policy entrepreneurs rarely operate in the civil rights area.
    e. the Supreme Court has refused to play a leading role in the interpretation of the First Amendment.

23. The earliest immigrant group to arrive in large numbers and thus alter the scope of civil rights issues consisted of:

    a. Mexican Hispanics.
    b. Hispanics from other Latin American countries.
    c. Irish Catholics.
    d. Southeast Asians.
    e. German Protestants.

24. In Palko v. Connecticut (1937) the Supreme Court broadly ruled that certain provisions of the national Bill of Rights apply to the states because of:

    a. the notion of a reasonable person.
    b. the shock-the-conscience test.
    c. a rational basis standard.
    d. the due process and equal protection clauses.
    e. the notions of ordered liberty and fundamental rights.

25. The Supreme Court Justice who compared some political speech to falsely shouting "Fire!" in a theater was:

    a. Louis Brandeis.
    b. Felix Frankfurter.
    c. William Rehnquist.
    d. Warren Burger.
    e. Oliver Wendell Holmes.

EXH-305-668

26. When U.S. Nazis sought to parade in Skokie, Illinois, where many Jews lived, the courts:

    a. found them a clear and present danger.
    b. upheld their right to parade peacefully.
    c. refused to rule one way or another.
    d. allowed the police full discretion.
    e. allowed their arrests and convictions.


27. What is symbolic speech?

    a. A written statement that defames the character of another person.
    b. An act that conveys a political message.
    c. An oral statement that defames the character of another person.
    d. Speech that has a clear and present danger of producing harmful actions.
    e. Speech that is censored  by a publication.


28. When the Supreme Court rules that Amish people cannot be forced to send their children to school, it:

    a. neither establishes religion nor protects its free exercise.
    b. establishes religion without violating the First Amendment.
    c. avoids establishing religion at the risk of impeding its free exercise.
    d. both establishes religion and impedes its free exercise.
    e. shows that the practice of freedom of religion sometimes gives preference to one
       church over another.


29. In 1955, the Supreme Court ruled that desegregation should be:

    a. implemented with due concern for public safety.
    b. monitored by local school officials.
    c. implemented "with all deliberate speed."
    d. monitored by civil rights groups.
    e. delayed until there were significant shifts in population.


30. The difference between de facto and de jure segregation is that:

    a. the former results from private choices, the latter from public law.
    b. the former results from public law, the latter from private choices.
    c. the former existed in the past, the latter continues in the present.
    d. the former is illegal, the latter is legal.
    e. the former deals with perceptions, the latter deals with verified facts.

31. In their struggle for equal treatment, women, unlike blacks, had to deal with a legal tradition that:

   a. claimed to be protecting them.
   b. regarded them as chattel.
   c. had always treated them as equal in theory.
   d. had consistently ignored them.
   e. had accorded them special rights and responsibilities.

32. In 1963, the publication of _____ by Betty Friedan strengthened the feminist movement.

   a. The Other Half
   b. The Silent Spring
   c. The Feminine Mystique
   d. The Great Dilemma
   e. The Crisis

33. In 1998, the Supreme Court ruled that a school system was not liable for the conduct of a teacher who seduced a female student because:

   a. the student lied to school officials in another proceeding.
   b. the student never reported the actions.
   c. the teacher left the school just hours after a complaint was filed.
   d. school codes regarding teacher-student relations were vague.
   e. school codes required corroborating witnesses for harassment complaints.

34. The Supreme Court's decision in Casey was notable because:

   a. it was the first unanimous decision of the Court in an abortion case.
   b. the Court struck down a parental consent requirement.
   c. the Court struck down a twenty-four-hour waiting period for abortions.
   d. Republican appointees struck down numerous restrictions on abortion in the states.
   e. Republican appointees joined in an opinion that refused to overturn Roe.

35. In this seminal Supreme Court decision, the Court overturned its decision in Bowers by ruling that state laws may not ban sexual relations between same-sex partners.

   a. Lawrence v. Texas
   b. Loving v. Virginia
   c. Bakke v. California
   d. Johnson v. Texas
   e. Boy Scouts of America v. Dale

Challenge Examination

36. According to the text, people of all religions who attend worship services regularly are:

    a. less likely to vote Republican.
    b. more likely to vote for independent candidates.
    c. less likely to vote Democrat.
    d. more likely to vote for Green Party candidates.
    e. less likely to vote.

37. _____ are the nation's largest minority group today, numbering more than 50 million people.

    a. African Americans
    b. Latinos
    c. Asian Americans
    d. Native Americans
    e. Middle Eastern Americans

38. The United States has a long tradition of media that are:

    a. completely objective.
    b. centralized.
    c. government-friendly.
    d. primarily concerned with governmental policy.
    e. privately owned.

39. A study of "sound bites" on the broadcasts of the evening news in 2000 found the average length of bites to be about _____.

    a. 7 seconds
    b. 32 seconds
    c. 45 seconds
    d. 63 seconds
    e. 100 seconds

40. Which best describes individual privacy protections in newspaper articles?

    a. Newspapers can print libelous stories due to the freedom of the press.
    b. Newspapers can print an individual's name and picture without consent if they are part of a news story of some conceivable public interest.
    c. Newspapers can print false statements about people.
    d. Newspapers can print information without it being part of a story of some conceivable public interest.
    e. All of the above are true.

14

41. The press secretary heads a large staff that does all of the following EXCEPT:

   a. meets with reporters.
   b. briefs the president on questions he is likely to be asked.
   c. attempts to control the flow of news from cabinet departments to the press.
   d. waits for stories to break.
   e. arranges briefings for out-of-town editors.

42. Adversarial press is the term used to explain the relationship between:

   a. the press corps and national officials.
   b. the press secretary and the press corps.
   c. the press and the press secretary.
   d. the press and the FCC.
   e. the press secretary and the president.

43. Of the following, which group is NOT a political party?

   a. Democratic
   b. Republican
   c. Whig
   d. Teamster
   e. Libertarian

44. The modern Republican Party:

   a. was founded by Thomas Jefferson to oppose the policies of Alexander Hamilton.
   b. was originally called the Antifederalist party.
   c. emerged as a major party only after the Civil War.
   d. emerged around 1824 with Andrew Jackson's first run for the presidency.
   e. was founded in the South.

45. In 1896, the realignment was driven by issues related to:

   a. economics.
   b. slavery.
   c. federalism.
   d. civil liberties.
   e. national security.

46. The _____ manages the day-to-day work of the party.

   a. precinct captain
   b. national chair
   c. national selectman
   d. national alderman
   e. organizational deputy

15

47. The term superdelegate refers to:

    a. elected officials and party leaders who are not required to pledge themselves in advance to a presidential candidate.
    b. delegates representing special-interest caucuses, such as those organized to represent blacks or homosexuals.
    c. delegates at large who are chosen by a vote of the national party leadership.
    d. delegates chosen by primary elections and grassroots caucuses.
    e. delegates who received more than 80 percent of the vote necessary to achieve their status.

48. An individual involved in political groups because they enjoy meeting interesting people and rubbing shoulders with the "powerful" are involved in politics because of:

    a. monetary rewards.
    b. solidary incentives.
    c. issues activism.
    d. community reasons.
    e. fame.

49. The most recent independent candidate for president who was able to get on the ballot in every state was:

    a. Ross Perot.
    b. Henry Wallace.
    c. George Wallace.
    d. John Anderson.
    e. Ralph Nader.

50. What is the main reason people give for not voting?

    a. They forgot.
    b. They had a scheduling conflict.
    c. They could not decide.
    d. They do not believe their vote will make a difference.
    e. They do not care.

51. What constitutional amendment extended voter eligibility to those over 18?

    a. Nineteenth
    b. Fourteenth
    c. Twenty-sixth
    d. Thirteenth
    e. Fifteenth

EXH-305-673

52. A comprehensive study on political advertisements found that the largest number emphasized:

       a. stirring positive emotions.
       b. voters' fears.
       c. civic duty.
       d. nonpartisan cooperation.
       e. candidates' personal qualities.

53. In 2000, George W. Bush chose _____ as a theme for his campaign.

       a. the need for change
       b. trust
       c. compassionate conservatism
       d. competence
       e. yes we can

54. Who said, "all politics is local"?

       a. Will Rodgers
       b. William Jennings Bryan
       c. Henry Lodge
       d. Huey Long
       e. "Tip" O'Neill

55. Soft money is money that is obtained by:

       a. political parties.
       b. incumbents.
       c. challengers.
       d. party leaders.
       e. candidates' families.

56. The text says that many voters dislike negative ads, and statistically:

       a. they do not influence the campaign.
       b. they increase voter turnout.
       c. they decrease voter turnout.
       d. they influence people to vote for third parties.
       e. they have little influence on voters.

EXH-305-674

57. The purpose of a filibuster is to:

    a. ensure that all sides of an issue are heard.
    b. delay action in a legislative body.
    c. protect majority rule.
    d. shift legislative power to Senate committees.
    e. magnify the impact of specific special interests.

58. In the nineteenth century, a large fraction—often a majority—of congressmen served:

    a. two terms.
    b. for decades.
    c. only one term.
    d. for life.
    e. three terms.

59. The original conservative coalition in Congress consisted of:

    a. Southern Democrats and Republicans.
    b. Western Democrats and Republicans.
    c. Southern Republicans and Democrats.
    d. Western Republicans and independents.
    e. independents and Democrats.

60. Which of the following is NOT a formal power of the Speaker?

    a. deciding who shall be recognized to speak on the floor
    b. keeping party leaders informed
    c. appointing members of the special and select committees
    d. ruling whether a motion if relevant
    e. deciding what committee new bills are assigned to

61. The type of committee most likely to deal with a bill near the end of its legislative process is the _____ committee.

    a. standing
    b. select
    c. conference
    d. rules
    e. rejoinder

EXH-305-675

62. A bill can be introduced in Congress by:

    a. any member of the majority party.
    b. any member of Congress.
    c. any member of the minority party.
    d. members of the relevant committees only.
    e. committee chairpersons only.

63. After a bill is filibustered by a senator, it is put aside so other business can be dealt with. This is called:

    a. a rider.
    b. cloture rule.
    c. a quorum.
    d. a closed rule.
    e. double tracking.

64. This Framer of the Constitution wanted the president to be elected by the people.

    a. James Wilson
    b. Roger Sherman
    c. James Madison
    d. Samuel Adams
    e. John Hancock

65. Which individual described the business of the president as "usually not much above routine" and mostly "mere administration"?

    a. Ronald Reagan
    b. Woodrow Wilson
    c. Dwight Eisenhower
    d. Jimmy Carter
    e. Gerald Ford

66. Andrew Jackson established the precedent that a president's veto can be used:

    a. only on constitutional grounds.
    b. without first having a law declared unconstitutional by the Supreme Court.
    c. even when Congress is still in session.
    d. on policy grounds even when a bill may appear to be constitutional.
    e. without the advice and consent of the Senate.

EXH-305-676

67. How successful presidents are with legislation in Congress is difficult to gauge because presidents:

   a. never reveal their position on noncontroversial bills.
   b. can keep their victory score high by not taking a position on any controversial measure.
   c. do not have the power to veto bills passed by Congress.
   d. do not have the ability to show their approval or disapproval, since they must not sign bills before they can become law.
   e. can never overcome the influence of interest-group money on congressional votes.

68. If the president does not sign a bill within 10 days and Congress has adjourned in that time, the bill does not become law. This is called a:

   a. veto message.
   b. pocket veto.
   c. executive privilege.
   d. signing statement.
   e. line-item veto.

69. This method of staff organization poses the risk of isolating or misinforming the president.

   a. Intuitive
   b. Pyramidal
   c. Circular
   d. Ad hoc
   e. Linear

70. As indicated by the text, which president can be considered most successful in the use of his cabinet?

   a. Washington
   b. Roosevelt
   c. Lincoln
   d. Eisenhower
   e. Kennedy

71. The definition of bureaucracy includes all of the following notions EXCEPT:

   a. a large organization.
   b. authority divided among several managers.
   c. complexity of structure.
   d. appointed officials.
   e. an issue network.

EXH-305-677

72. When an agency such as the Environmental Protection Agency (EPA) makes an important decision, it is quite likely to be taken to court. This is an example of what is meant by:

    a. government bureaucracy.
    b. impedimentary government.
    c. red tape.
    d. adversary culture.
    e. reciprocal administration.

73. The creation of the Interstate Commerce Commission (ICC) led to the federal government:

    a. regulating the national economy for the first time in a meaningful way.
    b. supporting state's efforts against regulation.
    c. assuming complete control of the railroads.
    d. opposing civil service reforms.
    e. regulating international relations.

74. A person appointed to a government position after passing an examination is probably joining the:

    a. excepted service.
    b. competitive service.
    c. patronage system.
    d. cabinet.
    e. Department of Justice.

75. The Freedom of Information Act and the Administrative Procedure Act are examples of:

    a. constraints on bureaucracy.
    b. early, unconstitutional attempts to restrain bureaucrats.
    c. laws that apply only to Congress.
    d. regulations that principally limit executive powers.
    e. laws that apply only to congressional staff.

76. Iron triangles are less common today than they once were because:

    a. agencies today are pressured by so many interest groups.
    b. they are no longer allowed by many agencies.
    c. congressional leadership is so much stronger today.
    d. the courts have stepped in to limit the intervention of interest groups in agency affairs.
    e. special interests have aligned themselves with congressional leaders.

EXH-305-678

77. The process of revising agency budget requests is commonly called:

   a. gutting.
   b. reconciling.
   c. bait and switch.
   d. marking up.
   e. red-marking.

78. After 1936, the Supreme Court stopped:

   a. imposing any serious restrictions on state or federal power to regulate the economy.
   b. allowing states to heavily regulate the economy.
   c. asking for presidential advice on judicial matters.
   d. receiving salaries for their work.
   e. reviewing decisions of state supreme courts.

79. In National Federation of Independent Business v. Sebelius (2012), the Supreme Court ruled that states do not have to expand their Medicaid coverage because:

   a. the provision violates the Constitution by impermissibly threatening states with a loss of existing federal funding for a program.
   b. health care is purely a state issue.
   c. health care is purely a federal issue.
   d. the provision violates the Constitution by not requiring more state funding for the program.
   e. the provision created a tax that is not permissible.

80. The Court of Military Appeals is an example of a:

   a. constitutional court.
   b. district court.
   c. court of appeal.
   d. legislative court.
   e. supreme court.

81. The dual court system of the United States refers to _____ and _____ courts.

   a. trial; appellate
   b. criminal; civil
   c. statutory; common law
   d. federal; state
   e. legislative; constitutional

EXH-305-679

GED 132 United States Government

Challenge Examination

82. Certiorari is a Latin word meaning, roughly,:

    a. "beyond all uncertainties."
    b. "certified."
    c. "to be heard."
    d. "rule of four."
    e. "made more certain."

83. Courts do not issue _____ opinions.

    a. hypothetical
    b. diverse
    c. unanimous
    d. contentious
    e. multiple

84. The function of the U.S. solicitor general is to:

    a. approve every case the federal government presents to the Supreme Court.
    b. enforce the decisions of the Supreme Court.
    c. serve as the principal legal adviser, or counsel, to members of the Supreme Court.
    d. maintain order in the Supreme Court's courtroom.
    e. direct participants in oral argument before the Supreme Court.

85. Medicaid differs from Medicare in that it provides:

    a. medical assistance to the aged.
    b. medical assistance to the general public.
    c. medical assistance to the poor.
    d. catastrophic medical coverage.
    e. catastrophic medical coverage to veterans.

86. Of the following, which is NOT a means tested program?

    a. Medicare
    b. Supplemental Nutrition Assistance Program
    c. Food Stamps
    d. Medicaid
    e. Temporary Assistance for Needy Families

87. What type of politics is best illustrated by Social Security and Medicare?

    a. Majoritarian
    b. Entrepreneurial
    c. Conservative
    d. Client Politics
    e. Interest Group

EXH-305-680

88. Unlike older Americans, most voters under age 30 favor:

    a. getting rid of Medicare.
    b. reducing Social Security.
    c. getting rid of Medicaid.
    d. putting Social Security taxes into private accounts.
    e. putting Medicaid taxes into trust funds.

89. There have been more than _____ species on the endangered species list.

    a. one hundred
    b. three hundred
    c. six hundred
    d. two thousand
    e. thirteen thousand

90. Congress is the central political arena involving foreign policy issues that are matters of _____ politics.

    a. majoritarian
    b. interest group
    c. entrepreneurial
    d. client
    e. neo-institutional

91. When legal challenges were brought in regard to the executive order that Japanese Americans on the West Coast be sent to "relocation centers,":

    a. the courts refused to entertain the cases.
    b. district courts struck down the relocations, but they were upheld on appeal.
    c. district courts declared the relocations unconstitutional.
    d. the U.S. Supreme Court declared the relocations constitutional.
    e. the U.S. Supreme Court declared the relocations unconstitutional.

92. In which situation did the president not benefit from the "rally 'round the flag" effect?

    a. Kennedy, after the Bay of Pigs
    b. Reagan, when he invaded Grenada
    c. George H. W. Bush, when he sent troops to fight Iraq
    d. Clinton, when he sent troops to Bosnia
    e. George W. Bush, after the September 11 attacks

EXH-305-681

93. Which president was notable for suggesting that the world was, at last, "safe for democracy"?

    a. Herbert Hoover
    b. Woodrow Wilson
    c. Franklin Roosevelt
    d. Harry Truman
    e. Dwight Eisenhower

94. An alleged alliance between military leaders and corporate leaders is referred to as:

    a. the military-industrial complex.
    b. the client alliance.
    c. political polarization.
    d. defense department complex.
    e. the majoritarian alliance.

95. In the Old System, discussed by the text, a new federal proposal was debated based on:

    a. legitimacy.
    b. transparency.
    c. duplication.
    d. effectiveness.
    e. justiciability.

96. All of the following were features of Lyndon Johnson's Great Society legislation EXCEPT:

    a. Temporary Assistance to Needy Families (TANF).
    b. provision of federal aid to local schools.
    c. aid to the states to fight crime and rebuild slums.
    d. Medicaid.
    e. Medicare.

97. The ultimate cause of red tape, bureaucratic stalemates, and confusion might be the fact that:

    a. public officials are strictly self-interested.
    b. bureaucrats are incompetent.
    c. there is too much separation of powers.
    d. citizens want different and often conflicting things.
    e. federalism simply does not work.

EXH-305-682

Challenge Examination

98. From time to time during the nineteenth century, federal officials might be blamed for and thrown out of office because of:

    a. crime rates.
    b. the economy.
    c. the environment.
    d. civil rights.
    e. women's rights.

99. The authors speculate that taxes would probably have been _____ if the Founders had adopted a parliamentary system in the United States.

    a. unaffected
    b. less controversial
    c. lower
    d. higher
    e. flat

100. Which of the following organized interests was NOT part of the original process of bargaining during the 1920s through the 1950s?

    a. Business
    b. Labor
    c. Professional groups
    d. Environmentalists
    e. Farming

26

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED132

## Test Information

BKNum: GED132  ☐ Old Exam Format

Test Type: CBX

Revision: 05/2016

Exam: Challenge Exam 1

Web Test: Y

Score: 88 out of 100

Grade: B

| Edit Test | Re-score |
|---|---|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | E | Correct | |
| 2 | D | Correct | |
| 3 | C | Correct | |
| 4 | E | Correct | |
| 5 | B | Correct | |
| 6 | C | Correct | |
| 7 | B | Correct | |
| 8 | A | Correct | |
| 9 | A | Correct | |
| 10 | D | Correct | |
| 11 | E | Correct | |
| 12 | A | Correct | |
| 13 | A | Correct | |
| 14 | C | Correct | |
| 15 | C | Correct | |
| 16 | B | Correct | |
| 17 | A | Correct | |
| 18 | A | Correct | |
| 19 | C | Correct | |
| 20 | E | Correct | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | C | Correct | |
| 24 | E | Correct | |
| 25 | E | Correct | |
| 26 | B | Correct | |
| 27 | B | Correct | |
| 28 | E | Correct | |
| 29 | C | Correct | |
| 30 | A | Correct | |
| 31 | A | Correct | |
| 32 | C | Correct | |
| 33 | B | Correct | |
| 34 | E | Correct | |
| 35 | A | Correct | |
| 36 | C | Correct | |
| 37 | B | Correct | |
| 38 | E | Correct | |
| 39 | A | Correct | |
| 40 | B | Correct | |
| 41 | D | Correct | |
| 42 | A | Correct | |

| | | | |
|---|---|---|---|
| 43 | D | Correct | |
| 44 | A | Missed | |
| 45 | A | Correct | |
| 46 | B | Correct | |
| 47 | A | Correct | |
| 48 | B | Correct | |
| 49 | A | Correct | |
| 50 | D | Missed | |
| 51 | C | Correct | |
| 52 | B | Correct | |
| 53 | C | Correct | |
| 54 | E | Correct | |
| 55 | A | Correct | |
| 56 | D | Missed | |
| 57 | B | Correct | |
| 58 | C | Correct | |
| 59 | A | Correct | |
| 60 | D | Missed | |
| 61 | C | Correct | |
| 62 | B | Correct | |
| 63 | E | Correct | |
| 64 | A | Correct | |
| 65 | B | Correct | |
| 66 | D | Correct | |
| 67 | B | Correct | |
| 68 | B | Correct | |
| 69 | B | Correct | |
| 70 | D | Correct | |
| 71 | E | Correct | |
| 72 | D | Correct | |
| 73 | D | Missed | |
| 74 | B | Correct | |
| 75 | A | Correct | |
| 76 | A | Correct | |
| 77 | D | Correct | |
| 78 | A | Correct | |
| 79 | A | Correct | |
| 80 | D | Correct | |
| 81 | D | Correct | |
| 82 | E | Correct | |
| 83 | B | Missed | |
| 84 | A | Correct | |
| 85 | C | Correct | |
| 86 | E | Missed | |
| 87 | D | Missed | |
| 88 | D | Correct | |

| 89 | E | Missed | |
| 90 | B | Missed | |
| 91 | D | Correct | |
| 92 | D | Correct | |
| 93 | B | Correct | |
| 94 | A | Correct | |
| 95 | A | Correct | |
| 96 | A | Correct | |
| 97 | D | Correct | |
| 98 | D | Missed | |
| 99 | C | Missed | |
| 100 | D | Correct | |

# GED 216 INTRODUCTION TO SOCIOLOGY COURSEWORK

# MORTEZA AMIRI

# STUDENT ID # 66976



**June 25, 2024**

**Morteza Amiri**

██████████████

████████████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** GED216

**Course Title:** INTRODUCTION TO SOCIOLOGY

**Course Grade:** B

**Credit(s) Earned:** 3

**Course Completion Date:** April 17, 2020

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

EXH-305-688

**Received Date:** 04/06/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED216 - INTRODUCTION TO SOCIOLOGY
**Unit:** 1
**Question:** Compare and contrast the functionalist perspectives on culture with the conflict perspectives.

---

Morteza Amiri

66976

GED 216

Introduction to Sociology

Compare and contrast the functionalist perspectives on culture with the conflict perspectives.

Sociologists believe that culture in the main focus for all human behavior.  Culture encompasses social behavior and norms that can include knowledge, beliefs and law.  Although sociologists have similar views regarding culture, they see culture through different theoretical perspectives in which their research is guided.  Functionalist base their perspectives on the assumption that our society is stable whereas conflict perspectives base theirs on the assumption that society is always in a struggle.  During the course of this essay I will compare and contrast conflict perspectives on culture with functionalist's perspectives.

Functionalist perspective is based on society being relatively stable and orderly with interlinked parts that serve particular functions in life.  An anthropologist, Malinowski, suggested in 1922 that society needs culture to help meet their educational and biological needs.  They believe that a society that shares common language and values are more likely to live in harmony.  Regardless of money, sex and race, popular culture is seen as the glue that keep society together.  It is a way for people to come together to cheer for teams playing in professional sporting events including the Olympics and Super Bowl.  However, they acknowledge that society is not perfect and can be dysfunctional at times, producing much of the problem.

On the other hand, Conflict perspectives are based on the idea that society is experiencing a continuous struggle in which groups of power seek to control limited resources.  According to conflict perspective, they believe core values and norms sustain privileged positions that hold power over society.  Karl Marx stressed his idea that culture created society's powerful leaders and they use ideology to maintain dominance.  An example of ideological control is the media influencing people's views toward particular foods and what they should or shouldn't eat.  Popular culture has become a necessity for human satisfaction and needs.

In conclusion, both functionalist and conflict perspectives have similar views regarding culture but their theoretical perspective on which guide their research differ.  Functionalists believe society is stable whereas conflict perspective is based on society  always enduring a struggle.

# Writing Assignment Evaluation Form

### Associate and Bachelor Level

| | |
|---|---|
| **Student Name:** | Morteza Amiri |
| **Student ID:** | 66976 |
| **Course Number:** | GED216 |
| **Writing Assignment 1** | Score: 20 out of 25 |
| | Grade: Passed |



**Grand Total: 20**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**          Date: **4/14/2020**

**Total: 20**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-690

**Notes**

Morteza, solid take on the perspectives. Aim to go deeper
and to cite your sources. Also, make sure each paragraph is
at least three full sentences.

Evaluated by **Shawn Moustafa**                    Date: **4/14/2020**

**Received Date:** 04/07/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED216 - INTRODUCTION TO SOCIOLOGY
**Unit:** 2
**Question:** Describe the four major goals of punishment: retribution, deterrence, incapacitation, and rehabilitation. Analyze how the term "punishment" differs from the term "corrections" in terms of how criminal behavior is handled.

Morteza Amiri

66976

GED 216

Introduction to Sociology

Describe the four major goals of punishment: retribution, deterrence, incapacitation, and rehabilitation. Analyze how the term "punishment" differs from the term "corrections" in terms of how criminal behavior is handled.

As a child and even into adulthood, punishment has always been an undesirable outcome carried out by a figure of authority such as a parent or manager.  It can range from childhood discipline to criminal law.  Historically, the act of punishment has had four main goals including retribution, deterrence, incapacitation and rehabilitation.  In this essay I will describe the four major goals of punishment and I will analyze how the term "punishment" differs from "corrections" in terms of how criminal behavior is handled.

The first major goal of punishment is retribution. Retribution is punishment that someone receives as a result of violating someone else's rights. It is based on the idea that the punishment should fit the crime, imposing consequences on the offender.  An offender should be punished more severely depending on the degree of the crime.  Deterrence is the second major goal of punishment, it seeks to reduce crime by instilling fear through punishment.  The general public most often focuses on particular deterrence including imprisonment, tickets and probation.

Another major goal of punishment is incapacitation, which is based on the assumption that an offender who is in prison or executed, can no longer commit crimes.  In the text book "Sociology in our Time: The Essentials," written by Diana Kendall, she expresses the quote "lock 'em up and throw away the key!" This quote explains the idea of offenders being executed or locked away.  Lastly, Rehabilitation is a major goal of punishment.  Rehabilitation seeks to provide offenders with therapy and education to reenter society as a law abiding citizen.  Correctional facilities use job training and other forms of treatment to stop reoccurring offenders.

On the other hand, instead of punishment, corrections is often used to define prisons and jails.  Corrections is also a term that is used to define a various number of programs and organizations that are offered to the convicted and accused.  It can include probation, halfway houses, educational programs, counseling, and parole and community service.

In conclusion, punishment has four major goals including retribution, deterrence, incapacitation and rehabilitation.  Corrections is a term used to describe programs or organizations that help correct the behavior of accused or convicted offenders. It focuses on the correction of behavior whereas punishment focuses on instilling fear into the general public and offenders to prevent future criminal activity.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED216
**Writing Assignment 2** Score: 20 out of 25
Grade: Passed



---

### Grand Total: 20

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ● | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ● | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ● | ○ | ○ |

Evaluated by **Shawn Moustafa**                    Date: **4/17/2020**

---

### Total: 20

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ● | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ● | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ● | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ● | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ● | ○ |

EXH-305-694

**Notes**

Solid take on the four goals

Evaluated by **Shawn Moustafa**                              Date: **4/17/2020**

**Received Date:** 04/07/2020

**Student ID:** 66976

**Name:** Morteza Amiri

**Course:** GED216 - INTRODUCTION TO SOCIOLOGY

**Unit:** 3

**Question:** Describe the frustration-aggression hypothesis and the symbolic interactionist theory of prejudice.

---

Morteza Amiri

66976

GED 216

Introduction to Sociology

Describe the frustration-aggression hypothesis and the symbolic interactionist theory of prejudice.

Too often we base another person on gender, beliefs, social status, race, age, religion and political standing. Prejudice is a feeling, often negative, toward a person based on their perceived group. The theory asks "Are some people more prejudiced than others?" Some theorist focus on how people direct their anger, whether it be toward external objects or people. Other theorist focus on factors of social learning and personality traits. In this essay I will describe the frustration-aggression hypothesis and the symbolic interactionist theory of prejudice.

The hypothesis of frustration-aggression expresses that an individuals who becomes frustrated in the course of achieving a desired goal will often respond with aggressive patterns toward others. They use scapegoats to direct their aggression as a substitute or distraction from their own failures. Scapegoats are individuals or groups of people that are helpless to resist aggression. An example is blaming members of racial groups for local problems such as crime rate or unemployment.

According to symbolic interactionists, prejudice is not the result of frustration due to desire to achieve ones goal but is a result from social learning. It is learned from the observation or imitation of significant people in our lives, including our parents and friends. In the text "Sociology in Our Time: The Essentials," Diana Kendall explains that "Initially, children do not have a frame of reference from which to question the prejudices of their relatives and friends. When they are rewarded with smiles or laughs for telling derogatory jokes or making negative comments about outgroup members…" Meaning children are not born with the feeling of aggression toward particular individuals or groups, they are taught through positive reinforcement from significant people in their lives.

In conclusion, frustration-aggression hypothesis is the expression of anger towards another due to failed attempts to achieve desired goals while symbolic interactionists hypothesize it is a result of a learned social behavior. Both theories explain prejudice as an action of negative thoughts or action toward other subgroups or individual people.

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED216
**Writing Assignment 3** Score: 20 out of 25
Grade: Passed



---

**Grand Total: 20**

## Format Evaluation

| Format Evaluation | Not Applicable | Marginal | Good |
|---|:---:|:---:|:---:|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**          Date: **4/17/2020**

---

**Total: 20**

## Writing Assignment Evaluation

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|:---:|:---:|:---:|:---:|:---:|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ◉ | ○ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-697

**Notes**

Solid take on the hypothesis

Evaluated by **Shawn Moustafa**                    Date: **4/17/2020**

**Received Date:** 04/07/2020
**Student ID:** 66976
**Name:** Morteza Amiri
**Course:** GED216 - INTRODUCTION TO SOCIOLOGY
**Unit:** 4
**Question:** Compare and contrast the following political systems in global perspective: monarchy, authoritarianism, totalitarianism, and democracy.

---

Morteza Amiri

66976

GED 216

Introduction to Sociology

Compare and contrast the following political systems in global perspective: monarchy, authoritarianism, totalitarianism, and democracy.

Throughout time political systems have slowly evolved and developed based on society's needs.  Political systems are defined as a process of making official government decisions or forming a set of formal legal institutions that make up a government.  There are 200 independent nation-states through the world who practice four types of political systems.  The four political systems include monarchy, authoritarianism, totalitarianism and democracy.  In this essay I will compare and contrast the following political systems in the global perspective.

The first political system is monarchy.  Monarchy are political systems that remains in one family, passing power down from one generation to another.  It's a traditional authority pattern that goes through a line of inheritance and is most popular in agrarian societies.  Depending on political, economic conditions and religion, monarchies may vary across nations.  Along with monarchies are absolute monarchs, they claim the right to rule based on belonging to a noble family or a God given right to rule.  They are seen to be above the law unlike other forms of monarchy.

Authoritarianism is another form of a political system and is controlled by rulers that deny involvement or participation in a government. Some authoritarian rulers have been a form of absolute monarchy, they claim to have a born right to their position.  Dictatorship is a form of authoritarianism, where a single individual holds all power.  Pure dictatorships are a rare form of the political system, needing the support of military and backing of businesses to help maintain a position in power.

Totalitarianism is a form of government control over individual's private and social lives.  It is a political system that relies on the use of modern technology to maintain and control all aspects of a person's life.  Propaganda and surveillance are used to influence an individual's actions and the way they think.  An example of this political system is the Nazi Party in Germany, they raised during the era of World War II and executed millions of Jews, Italians and other ethnic groups.  To ensure control and power, rulers deny individual rights to rebel and enforce conformity, creating fear and suspicion throughout society.

The last political system is democracy.  The word comes from the Greek meaning "rule by the people," it is a system in which the people hold direct power or rule through election.  In the United States and Canada, people practice representative democracy.  This means citizens elect government officials to voice their opinions and meet the bridge between an individual and the government.

In conclusion, each form of the political system is ruled by different types of rulers.  The government in each case is in place for rule and some extent of control throughout the nation.  The four types include monarchy, authoritarianism, totalitarianism and democracy

## Writing Assignment Evaluation Form

### Associate and Bachelor Level

**Student Name:** Morteza Amiri
**Student ID:** 66976
**Course Number:** GED216
**Writing Assignment 4** Score: 21 out of 25
Grade: Passed



**Grand Total: 21**

| Format Evaluation | Not Applicable | Marginal | Good |
|---|---|---|---|
| 1. On each page: Student Name, ID Number, Course Number, Course Title, and Unit Number. | ◉ | ○ | ○ |
| 2. Restatement of the question and question number (exactly as stated in the Study Guide). | ◉ | ○ | ○ |
| 3. Responses typed, using a standard font, 12-point type size, double-spaced, with overall neatness and readability. | ◉ | ○ | ○ |

Evaluated by **Shawn Moustafa**                    Date: **4/17/2020**

**Total: 21**

| Writing Assignment Evaluation | Not Accepted 0 | Poor 2 | Marginal 3 | Good 4 | Very Good 5 |
|---|---|---|---|---|---|
| 1. Student used standard essay format: Introduction/Body/Conclusion. | ○ | ○ | ○ | ◉ | ○ |
| 2. Student demonstrated an understanding of course content and key concepts, as discussed in the text. | ○ | ○ | ○ | ◉ | ○ |
| 3. Student provided a clear and well-developed response to the question. | ○ | ○ | ○ | ○ | ◉ |
| 4. Student was able to examine, assess, evaluate, and/or analyze course content and key concepts. | ○ | ○ | ○ | ◉ | ○ |
| 5. Student demonstrated proper use of grammar, spelling, punctuation, citation style, etc. | ○ | ○ | ○ | ◉ | ○ |

EXH-305-701

**Notes**

Morteza, strong take on the political systems. Well done this course but make sure to cite your sources.

Evaluated by **Shawn Moustafa**                    Date: **4/17/2020**

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Pre-Test Exam**
**Exam ID: 7c273d1c-e871-483e-9194-a03568200c68**

1. Applying convergence theory in his study of a lynch mob, social psychologist Hadley Cantril found that _____.

   a. the participants came from widely divergent backgrounds

   b. the participants shared traits that made them susceptible to joining a lynch mob even when they did not know the target of the lynching

   c. the participants displayed behavior that was highly unpredictable even to those who shared similar emotions and beliefs as them

   d. the participants knew, and did not like, the target of the lynching

2. According to the symbolic interactionist perspective on socialization, four components make up our self-concept. Which of the following components is illustrated by the statement "I am good at soccer"?

   a. the physical self

   b. the psychological self

   c. the active self

   d. the social self

3. Tanvi, a 13-year-old girl, prefers playing rough sports to playing house with dolls. She also prefers short hair and baggy trousers to long hair and pink dresses preferred by most of the girls her age. Despite wanting to play with boys of her age and dress like them, Tanvi continues to behave and dress like other girls because she fears that her peers will demean her and make fun of her if she does otherwise. This scenario exemplifies the concept of _____.

   a. cultural relativism

   b. reciprocal socialization

   c. peer pressure

   d. ageism

4. People sleep to maintain their biological needs. But the fact that most people gradually learn to sleep on beds or mats exemplifies how:

1

EXH-305-703

a. reflexes are learned behaviors common to all members of a species.

b. culture channels the expression of human reflexes.

c. reflexes determine how people behave in human societies.

d. nature, not nurture, accounts for virtually all patterns of human behavior.

5. _____ is a legally recognized and/or socially approved arrangement between two or more individuals that carries certain rights and obligations and usually involves sexual activity.

a. Marriage

b. Cohabitation

c. Fictive kinship

d. A blended friendship

6. The pluralist model is rooted in a functionalist perspective which assumes that the government serves important functions no other institution can fulfill. Although _____ acknowledge that the government serves a number of important purposes in society, they assert that government exists for the benefit of wealthy or politically powerful elites who use the government to impose their will on the masses.

a. postmodern theorists

b. symbolic interactionists

c. conflict theorists

d. totalitarians

7. _____ is a person's perception of the self as female or male. Typically established between eighteen months and three years of age, it is a powerful aspect of our self-concept.

a. Gender identity

b. Sexual identity

c. Gender role

d. Body consciousness

8. According to French sociologist Pierre Bourdieu, students from diverse class backgrounds come to school with differing amounts of _____, which refers to a person's social assets, including values, beliefs, attitudes, and competencies in language and culture.

a. cultural capital

b. cultural footprint

c. cultural dissonance

2

EXH-305-704

d. cultural relativism

9. Sociologists use the term _____ to refer to the position of a person or group within a set of hierarchical social categories based on wealth, power, prestige, or other valued resources.

   a. caste

   b. class

   c. ethnicity

   d. ranking

10. When Carlos's grandfather first migrated to the United States, he worked as an agricultural worker in California. When Carlos's father was born, Carlos's grandfather ensured that his son attended high school. Because of this, Carlos's father got a job and worked for twenty years as a clerk in a large state agency. Because of the efforts of his father and grandfather, Carlos was able to graduate from college and medical school, and he now has a thriving medical practice in southern California. Carlos's family exemplifies _____.

    a. intragenerational mobility

    b. exchange mobility

    c. intergenerational mobility

    d. structural mobility

11. Conflict theorists argue that access to quality education is closely related to social class. In this context, schools with many lower-class students differ from schools with middle-class students in that the former have curricula that emphasize _____.

    a. procedures and rote memorization

    b. decision making and choice

    c. creative activities

    d. critical-thinking skills

12. Stem cell research is important because _____.

    a. it is aimed at treating the whole person—body and mind

    b. stem cells can be used to generate virtually any type of specialized cell in the human body

    c. it is essential to various types of preventive medical approaches

    d. it is the only area of research that does not involve controversies

13. The basis for Durkheim's theory of society is the principle that _____.

    a. people are the products of their social environments

EXH-305-705

b. the evolution of society is based on the concept of "survival of the fittest"

c. society consists of the dual processes of social statics and social dynamics

d. conflict between different economic classes is necessary to produce social change

14. The term fecundity refers to the _____.

    a. number of women between ages fifteen and forty-five in a population

    b. average number of children a woman gives birth to during a specific period

    c. approximate number of immigrants who could enter a population in a given year in the absence of any immigration legislation

    d. potential number of children who could be born if every woman reproduced at her maximum biological capacity

15. _____ occurs when members of a racial or ethnic group are conquered and forcibly placed under the economic and political control of the dominant group in a particular society.

    a. Structural segregation

    b. Internal colonialism

    c. Xenocentrism

    d. Ethnic nepotism

16. When Derek was an infant, his parents taught him that sharing toys with others is ethical. As Derek grew older, they taught him the correct way to address others and the manners that are socially acceptable. When Derek began going to school, he learned various other customs and behaviors from his peers and teachers. The social interaction that occurred during these years helped Derek acquire a self-identity and learn practices that are crucial for survival in society. This scenario illustrates the concept of _____.

    a. ethnocentrism

    b. social immigration

    c. socialization

    d. cultural relativism

17. According to Merton's _____, people feel tension when they are exposed to cultural goals that they are unable to obtain because they do not have access to culturally approved means of achieving those goals.

    a. opportunity theory

    b. conflict theory

    c. developmental theory

4

d. strain theory

18. Which of the following is a difference between a fashion and a fad?

a. A fashion is longer lasting than a fad.

b. A fad is more widespread than a fashion.

c. A fashion is a form of popular culture, whereas a fad is a form of high culture.

d. A fad is primarily followed by the dominant class, whereas a fashion is primarily followed by the subordinate classes.

19. All human beings create shelter to protect themselves from the weather and to give themselves privacy. This exemplifies how _____.

a. both material and nonmaterial cultures advance at the same pace in a society

b. the abstract creations of society influence human behavior

c. material culture acts as a buffer against the environment

d. nonmaterial culture is essential for human survival

20. _____ include robbery, burglary, larceny, motor vehicle theft, and arson. In most of these crimes, the primary motive is to obtain money or some other desired valuable.

a. Public order crimes

b. Organized crimes

c. Violent crimes

d. Property crimes

21. A football coach who always plays the "tough guy" role in the presence of the players on his team feels comfortable showing emotional frailties when he is at home. This illustrates what sociologist Erving Goffman called _____ behavior.

a. back stage

b. interior stage

c. front stage

d. exterior stage

22. In addition to the gross national income (GNI), the Human Development Index (HDI) considers living standards, life expectancy, and _____.

a. literacy

b. education

EXH-305-707

c. fertility rate

d. minimum wage

23. A _____ is a set of logically interrelated statements that attempts to describe, explain, and (occasionally) predict social events.

a. hypothesis

b. law

c. theory

d. generalization

24. Identify an accurate statement about an egalitarian family.

a. The egalitarian family is a family structure in which all family members share power and authority equally.

b. Scholars have found no historical evidence to indicate that true egalitarian family structures ever existed.

c. Scholars have found that egalitarian family structures were most prevalent in the preindustrial era.

d. The egalitarian family is a family structure in which both partners share power and authority equally.

25. Samir pursued a law course at college and graduated at the top of his class with exceptional credentials. As a result, he got placed in a prestigious law firm. In this scenario, education served the manifest function of _____.

a. creating a generation gap

b. change and innovation

c. secularization

d. social placement

6

EXH-305-708

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: GED216

## Test Information

BKNum: GED216 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: PreTest 1

Web Test: Y

Score: 7 out of 25

Grade: F

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | A | Missed | |
| 3 | B | Missed | |
| 4 | D | Missed | |
| 5 | B | Missed | |
| 6 | B | Missed | |
| 7 | C | Missed | |
| 8 | B | Missed | |
| 9 | A | Missed | |
| 10 | C | Correct | |
| 11 | D | Missed | |
| 12 | B | Correct | |
| 13 | A | Correct | |
| 14 | D | Correct | |
| 15 | A | Missed | |
| 16 | B | Missed | |
| 17 | A | Missed | |
| 18 | D | Missed | |
| 19 | A | Missed | |
| 20 | C | Missed | |
| 21 | A | Correct | |
| 22 | B | Correct | |
| 23 | A | Missed | |
| 24 | A | Missed | |
| 25 | B | Missed | |

EXH-305-709

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Unit Exam 1**
**Exam ID: d6ebaaa5-2702-44a8-9916-7c03a8914fe2**

1. Which of the following is a difference between a fashion and a fad?

   a. A fashion is longer lasting than a fad.

   b. A fad is more widespread than a fashion.

   c. A fashion is a form of popular culture, whereas a fad is a form of high culture.

   d. A fad is primarily followed by the dominant class, whereas a fashion is primarily followed by the subordinate classes.

2. According to the _____ on socialization, we cannot form a sense of self without intense social contact with others.

   a. conflict perspective

   b. symbolic interactionist perspective

   c. postmodern sociology perspective

   d. functionalist perspective

3. Nonhuman animals cannot use symbols to transmit the complex aspects of their culture to their offspring because _____.

   a. nonhuman animals use symbols with fixed meanings and thus cannot manipulate these symbols to express abstract concepts and rules

   b. most nonhuman animals are physically endowed with the vocal apparatus needed to form the consonants required for oral language and thus do not need to use symbols

   c. no species of nonhuman animals knows how to use elements of American Sign Language

   d. using symbols is solely a human characteristic and symbols are therefore not employed by nonhuman species for communication

4. Joe has decided to join a monastery. At this monastery, he will have to maintain silence for eight hours a day, and he will have to fast on a regular basis. In this case, Joe will experience _____.

   a. voluntary resocialization

   b. involuntary resocialization

1

c. forced resocialization

d. anticipatory resocialization

5. A _____ is a set of organized beliefs and rules that establishes how a society will attempt to meet its basic social needs.

   a. group

   b. social organization

   c. social institution

   d. working group

6. In the context of industrial societies, when individuals who work on specialized, interdependent tasks are bound together by mutual dependence and practical considerations rather than by morality or shared values, they are said to have _____.

   a. organic solidarity

   b. mechanical solidarity

   c. collective solidarity

   d. specialized solidarity

7. Unlike researchers who conduct quantitative research, researchers who conduct qualitative research are MORE likely to _____.

   a. use a larger sample

   b. collect and analyze data simultaneously

   c. focus on scientific objectivity

   d. use statistical analysis

8. Samantha, a teenager, has a 69-year-old grandmother who lives with her. Despite the fact that Samantha's grandmother is very active and flexible in her thoughts and ideas, Samantha always assumes that she is slow and rigid. As a result, Samantha refuses to go for walks with her and does not share any personal information with her because she thinks that her grandmother would not understand her life. This scenario exemplifies the concept of _____.

   a. resocialization

   b. ageism

   c. xenocentrism

   d. cultural relativism

9. In the context of how culture is essential for humans, which of the following is a similarity between

2

EXH-305-711

reflexes and drives?

   a. the presence of both these characteristics constitutes nurture, which is the social environment of humans.

   b. both are learned behaviors common to all members of a species.

   c. both are exclusive determinants of how people will behave in human societies.

   d. the expression of both these characteristics is channeled by culture.

10. Teacher, student, professional athlete, rock musician, and homeless person are socially defined positions characterized by certain expectations. These positions are examples of _____.

   a. cliques

   b. labels

   c. statuses

   d. classes

11. Regardless of a person's other characteristics, which of the following is MOST likely to become a stigmatized master status?

   a. father

   b. coach

   c. homeless

   d. male

12. According to the symbolic interactionist perspective on socialization, four components make up our self-concept. Which of the following components is illustrated by the statement "I am good at soccer"?

   a. the physical self

   b. the psychological self

   c. the active self

   d. the social self

13. Which of the following is NOT considered a component of nonmaterial culture?

   a. technology such as iPads

   b. laws prohibiting gender discrimination

   c. belief in the superiority of one's own culture

   d. gestures used in conversations

EXH-305-712

14. Which of the following is an example of cultural diffusion?

    a. A group of people in a nation reimagines television sets and designs a unique smart television that offers the services of a smartphone.

    b. A group of engineers in a nation develops the blueprint for a new flyover that would be the longest in the world.

    c. A group of scientists in a nation develops a cure for AIDS but is unable to produce it on a large scale because of a lack of resources.

    d. A group of people in a nation develops a new style of music, and their idea is soon popularized by the media and eventually adopted by people in other nations as well.

15. A football coach who always plays the "tough guy" role in the presence of the players on his team feels comfortable showing emotional frailties when he is at home. This illustrates what sociologist Erving Goffman called _____ behavior.

    a. back stage

    b. interior stage

    c. front stage

    d. exterior stage

16. Automobiles provide transportation and independence. They also cause air pollution and contribute to global warming. Sociologist Robert K. Merton would consider these negative impacts the _____ of automobiles.

    a. dysfunctions

    b. overt functions

    c. anomie

    d. manifest functions

17. Emile Durkheim refused to accept that suicide is merely a(n) _____.

    a. personal trouble

    b. interdependence issue

    c. public issue

    d. societal dysfunction

18. Social structure consists of all of these, EXCEPT:

    a. institutions

    b. values

EXH-305-713

c. groups and organizations

d. status and roles

19. Which of the following is the BEST illustration of the characterization of roles as relational?

a. it is not clear at what age children should no longer be expected to depend on their parents for economic support.

b. in times of rapid social change, roles for various positions become somewhat unclear.

c. one's role performance may not fit the role expectations for any particular status.

d. in order for a teacher to perform in that role, there must be at least one student.

20. The basis for Durkheim's theory of society is the principle that _____.

a. people are the products of their social environments

b. the evolution of society is based on the concept of "survival of the fittest"

c. society consists of the dual processes of social statics and social dynamics

d. conflict between different economic classes is necessary to produce social change

21. All jobs place some burden on our feelings; however, the term emotional labor refers only to jobs that _____.

a. involve working with children and the elderly

b. require personal contact with the public or promote a particular state of mind

c. pertain to social work or mental health

d. involve entertaining an audience

22. A _____ is a set of logically interrelated statements that attempts to describe, explain, and (occasionally) predict social events.

a. hypothesis

b. law

c. theory

d. generalization

23. During which life stage is socialization the MOST important?

a. childhood

b. early adulthood

c. middle age

5

d. late adulthood

24. Which of the following is NOT an example of a total institution?

a. a university residence hall

b. a concentration camp

c. a military boot camp

d. a prison

25. In a study of education in the United States, _____ would emphasize the daily activities and the various forms of communication between teachers and students. They would also examine the influence of peer groups and look at the reaction when school rules are either broken or followed.

a. conflict theorists

b. symbolic interactionists

c. postmodern theorists

d. functionalists

6

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED216

## Test Information

BKNum: GED216    ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: Unit Exam 1

Web Test: Y

Score: 22 out of 25

Grade: B

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Missed | |
| 2 | B | Correct | |
| 3 | D | Missed | |
| 4 | A | Correct | |
| 5 | C | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | B | Correct | |
| 9 | D | Correct | |
| 10 | C | Correct | |
| 11 | C | Correct | |
| 12 | C | Correct | |
| 13 | A | Correct | |
| 14 | A | Missed | |
| 15 | A | Correct | |
| 16 | A | Correct | |
| 17 | A | Correct | |
| 18 | B | Correct | |
| 19 | D | Correct | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | A | Correct | |
| 24 | A | Correct | |
| 25 | B | Correct | |

EXH-305-716

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Unit Exam 2**
**Exam ID: f9a0893b-0045-4936-9514-07a5864f9fdb**

1. In addition to the gross national income (GNI), the Human Development Index (HDI) considers living standards, life expectancy, and _____.

    a. literacy

    b. education

    c. fertility rate

    d. minimum wage

2. The tendency of bureaucracies to be ruled by a few people is termed the iron law of _____.

    a. anarchy

    b. oligarchy

    c. autocracy

    d. the power elite

3. Part of the movement to humanize bureaucracy includes _____.

    a. a more rigid hierarchical structure

    b. a greater emphasis on sharing information

    c. helping employees focus on work

    d. a reduction in the amount of informal activity

4. According to Merton's _____, people feel tension when they are exposed to cultural goals that they are unable to obtain because they do not have access to culturally approved means of achieving those goals.

    a. opportunity theory

    b. conflict theory

    c. developmental theory

    d. strain theory

5. Which of the following is a reason why women are being among those most affected by poverty in

1

low-income economies?

   a. lower overall pay than men

   b. lower overall efficiency than men

   c. fewer socialization opportunities than men

   d. fewer household responsibilities than men

6. _____ include robbery, burglary, larceny, motor vehicle theft, and arson. In most of these crimes, the primary motive is to obtain money or some other desired valuable.

   a. Public order crimes

   b. Organized crimes

   c. Violent crimes

   d. Property crimes

7. Sociologist Max Weber placed categories of people who have a similar level of wealth and income in the same class. He referred to the privileged commercial class of wealthy bankers, ship owners, professionals, and merchants who possess similar financial resources as _____.

   a. entrepreneurs

   b. rentiers

   c. capitalists

   d. proletariats

8. According to Merton's strain theory, _____ occurs when people challenge both the approved goals and the approved means for achieving them and advocate an alternative set of goals or means.

   a. retreatism

   b. ritualism

   c. innovation

   d. rebellion

9. The model of the American class system developed by sociologist _____ is based on three elements, which are education, occupation of family head, and family income.

   a. C. Wright Mills

   b. Karl Marx

   c. Dennis Gilbert

   d. Georg Simmel

EXH-305-718

10. Which of the following is NOT a reason why women and children are being among those most affected by poverty in low-income economies?

    a. lack of educational opportunity

    b. lack of control over household resources

    c. the poor have lower fertility rates than the wealthy

    d. gender disparities in work

11. Total institutions, such as boot camps, prisons, and some mental hospitals, are examples of _____.

    a. normative organizations

    b. coercive organizations

    c. totalitarian organizations

    d. utilitarian organizations

12. Sociologists refer to the process of maintaining or changing behavior to comply with the norms established by a society, subculture, or other group as _____.

    a. conformity

    b. anticipatory socialization

    c. social control

    d. groupthink

13. Working single mothers and their children and African Americans are overrepresented in the _____.

    a. middle class

    b. working poor

    c. upper class

    d. working class

14. _____ is measured by comparing a person's actual income against his or her expectations and perceptions.

    a. Absolute poverty

    b. Relative poverty

    c. Standard poverty

    d. Subjective poverty

3

15. Kevin, a junior lawyer at a law firm, follows the direct orders of Philip, his supervisor. He complies with the orders of Philip because Philip is in a position of authority and his feedback would determine whether Kevin gets promoted. This scenario MOST likely exemplifies the concept of _____.

   a. resocialization

   b. obedience

   c. ethnocentrism

   d. cultural relativism

16. When Carlos's grandfather first migrated to the United States, he worked as an agricultural worker in California. When Carlos's father was born, Carlos's grandfather ensured that his son attended high school. Because of this, Carlos's father  got a job and worked for twenty years as a clerk in a large state agency. Because of the efforts of his father and grandfather, Carlos was able to graduate from college and medical school, and he now has a thriving medical practice in southern California. Carlos's family exemplifies _____.

   a. intragenerational mobility

   b. exchange mobility

   c. intergenerational mobility

   d. structural mobility

17. Which of the following statements is TRUE about organized crime?

   a. It is also referred to as victimless crime because it involves a willing exchange of services.

   b. The globalization of the economy has put an end to organized crime.

   c. Many groups operate at all levels of society to perpetrate organized crime.

   d. It primarily involves acts that are immoral but not illegal.

18. Almost _____ of Stanley Milgram's research subjects went all the way to what could have been a deadly jolt of electricity if the shock generator had been real.

   a. one-quarter

   b. one half

   c. two-thirds

   d. three-quarters

19. _____ are most likely to emphasize that the study of deviance reveals how the powerful exert authority over the powerless by taking away their free will to think and act as they might choose.

   a. Functionalists

4

EXH-305-720

b. Postmodern theorists

c. Symbolic interactionists

d. Conflict theorists

20. Sarah's supervisor has been informed that she consistently extends her lunch break by 30 minutes. He chooses to take a passive approach to this problem, hoping that it will fix itself. Which of the following styles of leadership is the supervisor exhibiting?

a. authoritarian leadership

b. cooperative leadership

c. democratic leadership

d. laissez-faire leadership

21. Who among the following is a member of a normative organization?

a. Hema, who has joined a college to earn a degree in medicine, which would ensure that her future is financially secure.

b. Elicia, who has joined a military boot camp to train for active duty in the military.

c. Angela, who has joined an IT company as a software developer to earn enough money to maintain her lifestyle.

d. Ruby, who has joined an ecological activist group to improve the condition of local rivers.

22. Whereas Marx defined class in purely economic terms, sociologist _____ developed a multidimensional approach to social stratification that reflects the interplay among wealth, prestige, and power.

a. Karl Marx

b. Emile Durkheim

c. Herbert Spencer

d. Max Weber

23. In a caste system, marriage is _____, meaning that people are allowed to marry only within their own group.

a. endogamous

b. exogamous

c. polygamous

d. homogenous

24. When a person engages in intentional deviance such as drinking too much or participates in

5

 inadvertent deviance such as laughing at a funeral, it is considered _____.

   a. conditional deviance

   b. cultural deviance

   c. behavioral deviance

   d. conformist deviance

25. In 1972, the U.S. Supreme Court ruled (in Furman v. Georgia) that the death penalty _____.

   a. is unconstitutional

   b. is legal if imposed fairly and equally

   c. is cruel and an unusual punishment

   d. may be applied without limitations according to the laws of each state

EXH-305-722

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED216

## Test Information

BKNum: GED216  ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: Unit Exam 2

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | B | Correct | |
| 2 | B | Correct | |
| 3 | B | Correct | |
| 4 | D | Correct | |
| 5 | A | Correct | |
| 6 | D | Correct | |
| 7 | B | Missed | |
| 8 | D | Correct | |
| 9 | C | Correct | |
| 10 | C | Correct | |
| 11 | B | Correct | |
| 12 | A | Correct | |
| 13 | B | Correct | |
| 14 | D | Correct | |
| 15 | C | Missed | |
| 16 | C | Correct | |
| 17 | C | Correct | |
| 18 | C | Correct | |
| 19 | B | Correct | |
| 20 | D | Correct | |
| 21 | D | Correct | |
| 22 | D | Correct | |
| 23 | A | Correct | |
| 24 | C | Correct | |
| 25 | B | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Unit Exam 3**
**Exam ID: 8955484d-8802-4a7f-b515-fd82c64d9727**

1. To some sociological analysts, assimilation is functional because _____.

    a. it increases social cohesion by encouraging ethnocentrism

    b. it adequately accounts for the persistent racial segregation experienced by people of color

    c. it contributes to the stability of society by minimizing group differences

    d. it satisfactorily accounts for the persistent economic inequality experienced by nonwhites

2. _____ refers to the means by which a society gains the basic necessities of life, including food, shelter, and clothing.

    a. Technoeconomic base

    b. Division of labor

    c. Subsistence

    d. Pastoralism

3. In postindustrial societies such as the United States, approximately _____ of adult women are in the labor force.

    a. 25 percent

    b. 33 percent

    c. 50 percent

    d. 60 percent

4. Sociologist _____ asserted that moral values are the foundation of a cohesive social order and that schools have the responsibility to teach a commitment to the common morality.

    a. Emile Durkheim

    b. Robert Merton

    c. Max Weber

    d. Karl Marx

5. In the context of the functionalist perspective on religion, which of the following statements is TRUE

1

EXH-305-724

of civil religion in the United States?

   a. Civil religion is tied to the most popular religious group in a society.

   b. The U.S. social stratification system is an example of the nation's civil religion.

   c. The U.S. flag is the primary sacred object of the nation's civil religion.

   d. Civil religion is the formal relationship between religion and state.

6. Education keeps students off the streets and out of the full-time job market for a number of years, thus keeping levels of unemployment within reasonable bounds. This exemplifies how education serves the latent function of _____.

   a. restricting some activities

   b. socialization

   c. creating a generation gap

   d. social placement

7. The cultural practice of marrying outside of one's own group is termed _____.

   a. exogamy

   b. homogamy

   c. heterogamy

   d. endogamy

8. In analyzing the values and functions of education, sociologists using a functionalist framework distinguish between manifest and latent functions. Which of the following is a manifest function of education?

   a. providing child care

   b. transmitting culture

   c. matchmaking

   d. creating a generation gap

9. Conflict theorists argue that access to quality education is closely related to social class. In this context, schools with many lower-class students differ from schools with middle-class students in that the former have curricula that emphasize _____.

   a. procedures and rote memorization

   b. decision making and choice

   c. creative activities

2

d. critical-thinking skills

10. _____ is a legally recognized and/or socially approved arrangement between two or more individuals that carries certain rights and obligations and usually involves sexual activity.

   a. Marriage

   b. Cohabitation

   c. Fictive kinship

   d. A blended friendship

11. The term _____ refers to policies or procedures that are intended to promote equal opportunity for categories of people who have been previously excluded from equality in education, employment, and other fields on the basis of characteristics such as race or ethnicity.

   a. ethnocentrism

   b. affirmative action

   c. deregulation

   d. reverse discrimination

12. Some people may appear to be female on the outside at birth but have mostly male-type anatomy on the inside, or they may be born with genitals that appear to be in between the usual male and female types. Such people are referred to as _____.

   a. cisgender people

   b. bisexual people

   c. asexual people

   d. intersex people

13. According to French sociologist Pierre Bourdieu, students from diverse class backgrounds come to school with differing amounts of _____, which refers to a person's social assets, including values, beliefs, attitudes, and competencies in language and culture.

   a. cultural capital

   b. cultural footprint

   c. cultural dissonance

   d. cultural relativism

14. The rational choice perspective on religion suggests that _____.

   a. each person has a natural affinity for one particular religion

   b. older religions are more authentic and have better belief systems than newer religions

3

c. some sets of religious beliefs are more rational than others

d. religion is a competitive marketplace where people shop around for the religious theologies that best suit them

15. _____ view families as permeable, capable of being diffused or invaded so that their original purpose is modified.

a. Postmodernists

b. Functionalists

c. Symbolic interactionists

d. Conflict and feminist theorists

16. Anne, a white American, refuses to rent her property to a Hispanic American because she has prejudice against that race. This is an example of _____.

a. systemic discrimination

b. institutional discrimination

c. standard discrimination

d. individual discrimination

17. According to the conflict perspective on gender stratification, _____.

a. women diminish their earning capacity when they leave the labor market to engage in childbearing and child-care activities

b. the gendered division of labor within families and in the workplace results from male control of and dominance over women and resources

c. women are naturally attracted to service positions that require less training and pay less

d. gender stratification can be explained using the human capital model

18. According to liberal feminism, _____.

a. socialism plays a bigger role than capitalism in contributing to women's inequality in society

b. women diminish their human capital when they leave the labor force to engage in childbearing

c. the roots of women's oppression lie in women's lack of equal civil rights and educational opportunities

d. male domination is the primary cause for all forms of human oppression, including racism and classism

19. The functionalist perspective on religion finds its roots in the works of _____, who emphasized that religion is essential to the maintenance of society and suggested that religion is a

4

cultural universal found in all societies because it meets basic human needs and serves important societal functions.

a. Emile Durkheim

b. Max Weber

c. Talcott Parsons

d. Robert Merton

20. Samir pursued a law course at college and graduated at the top of his class with exceptional credentials. As a result, he got placed in a prestigious law firm. In this scenario, education served the manifest function of _____.

a. creating a generation gap

b. change and innovation

c. secularization

d. social placement

21. According to conflict theorists, the hidden curriculum is related to gender bias. In this context, which of the following statements is TRUE?

a. There is ample evidence to show that girls' increased educational achievement has come at the expense of boys.

b. There is a growing concern about gender bias in schools disadvantaging female students and hurting their self-esteem.

c. Women today are enrolling in and graduating from college in higher numbers than men.

d. Boys and girls now score equally in all subjects across all grade levels.

22. Which of the following statements is TRUE about the functionalist perspective on the family as a social institution?

a. Families are economic production units in preindustrial societies.

b. Interactions within families create a shared reality.

c. Family problems reflect social patterns of dominance and subordination.

d. Families are diverse and fragmented in postmodern societies.

23. Children in single-parent households are at a greater risk of lower standards of living primarily because of _____.

a. lack of attention

b. lower moral standards that are held by single parents

EXH-305-728

c. lack of role models and a positive reference group

d. having fewer economic resources than two-parent households

24. In the context of the conflict perspective on religion, the work of _____ demonstrated that religion could be a catalyst for social change.

a. Karl Marx

b. Max Weber

c. Emile Durkheim

d. George Simmel

25. In _____, a steady source of food becomes available. People grow their own food using simple hand tools, such as the hoe.

a. horticultural societies

b. agrarian societies

c. industrial societies

d. pastoral societies

EXH-305-729

Home     Prospects/Application     Billing     Retention     Transcript     Testing     Rental Library     Faculty

Note/Message     ACenina     Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01     BKNum: GED216

## Test Information

BKNum: GED216 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: Unit Exam 3

Web Test: Y

Score: 19 out of 25

Grade: C

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | C | Correct | |
| 3 | D | Correct | |
| 4 | A | Correct | |
| 5 | A | Missed | |
| 6 | A | Correct | |
| 7 | A | Correct | |
| 8 | B | Correct | |
| 9 | B | Missed | |
| 10 | A | Correct | |
| 11 | D | Missed | |
| 12 | D | Correct | |
| 13 | A | Correct | |
| 14 | D | Correct | |
| 15 | A | Correct | |
| 16 | D | Correct | |
| 17 | B | Correct | |
| 18 | C | Correct | |
| 19 | A | Correct | |
| 20 | D | Correct | |
| 21 | B | Missed | |
| 22 | C | Missed | |
| 23 | D | Correct | |
| 24 | A | Missed | |
| 25 | A | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Unit Exam 4**
**Exam ID: ff31df00-04b6-4405-bedc-fd17a0b8d9ed**

1. Stem cell research is important because _____.

    a. it is aimed at treating the whole person—body and mind

    b. stem cells can be used to generate virtually any type of specialized cell in the human body

    c. it is essential to various types of preventive medical approaches

    d. it is the only area of research that does not involve controversies

2. When some of the single-family residences in an area are sold and turned into apartments, the remaining single-family owners often move out because the "old" neighborhood has changed. As a result, the other residences are also often converted into apartments, and this type of land use then becomes predominant in the area. This is an example of _____.

    a. gentrification

    b. urbanism

    c. degrowth

    d. succession

3. Applying convergence theory in his study of a lynch mob, social psychologist Hadley Cantril found that _____.

    a. the participants came from widely divergent backgrounds

    b. the participants shared traits that made them susceptible to joining a lynch mob even when they did not know the target of the lynching

    c. the participants displayed behavior that was highly unpredictable even to those who shared similar emotions and beliefs as them

    d. the participants knew, and did not like, the target of the lynching

4. According to the Diagnostic and Statistical Manual of Mental Disorders (DSM–5), _____ include psychological problems that present themselves as symptoms of physical disease.

    a. somatic symptom and related disorders

    b. obsessive-compulsive and related disorders

1

c. dissociative disorders

d. anxiety disorders

5. Sharawood is a village that has not yet been industrialized. Most residents of this village work as farmers in one of the various agricultural fields in and around the village. The primary means of food and income for the villagers is agriculture because migration to cities is difficult. The village also has housing problems. However, despite these issues, the villagers live together in harmony and share a sense of community that is based on their personal bonds of friendship. In this context, sociologist Ferdinand Tonnies would MOST likely describe Sharawood as _____.

   a. Gemeinschaft

   b. oligarchic

   c. Gesellschaft

   d. authoritarian

6. Citizens' groups such as the American Conservative Union and the Population Connection are examples of _____.

   a. special interest groups

   b. power elites

   c. filibuster groups

   d. political action committees

7. In the context of authoritarianism, military juntas _____.

   a. are political entities in which people indirectly rule themselves

   b. are pure dictatorships that exist without the support of the armed forces

   c. result when armed officers seize power from the government

   d. result when power is gained and held by a single individual

8. According to sociologist Gideon Sjoberg, three preconditions must be present in order for a city to develop. Based on these prerequisites, Sjoberg places the first cities in the Middle Eastern region of _____.

   a. Egypt

   b. China

   c. Greece

   d. Mesopotamia

9. _____ are most likely to be concerned with unequal access to health care, power relationships

2

EXH-305-732

in the health care system, and the role of profit in the health care system.

   a. Conflict theorists

   b. Symbolic interactionist theorists

   c. Functionalist theorists

   d. Postmodernist theorists

10. People are least likely to accept authority as legitimate when _____.

   a. they are economically dependent on those in power

   b. they are politically dependent on those who hold power

   c. it reflects their own beliefs and values

   d. they are threatened with physical force

11. Which of the following statements is TRUE about nation-states?

   a. Power extends to adjacent geographical areas in nation-states.

   b. There are nearly 200 independent nation-states throughout the world today.

   c. Nation-states were the center of political power in agrarian societies.

   d. Nation-states have illegalized the practice of monarchy.

12. British kings and queens have historically traced their authority from God. Max Weber called this type of authority _____.

   a. coercive authority

   b. rational–legal authority

   c. charismatic authority

   d. traditional authority

13. In the United States, after the Civil War, thousands of African Americans moved from the South to the North. This is an example of _____ .

   a. international migration

   b. repatriation

   c. internal migration

   d. retrenchment

14. During the _____ of demographic transition, little population growth occurs because high birth rates are offset by high death rates.

EXH-305-733

a. postindustrialization stage

b. early industrialization stage

c. advanced industrialization and urbanization stage

d. preindustrial stage

15. The pluralist model is rooted in a functionalist perspective which assumes that the government serves important functions no other institution can fulfill. Although _____ acknowledge that the government serves a number of important purposes in society, they assert that government exists for the benefit of wealthy or politically powerful elites who use the government to impose their will on the masses.

a. postmodern theorists

b. symbolic interactionists

c. conflict theorists

d. totalitarians

16. The primary cause of world population growth in recent years has been _____.

a. a decline in mortality

b. a decline in the fertility levels of women

c. a decline in the crude birth rate of countries

d. a decline in immigration

17. A _____ has specific geographic territories and borders within which communication and transportation make it possible for people in a larger geographic area to share a common language and culture.

a. nation-state

b. commonwealth

c. metropolis

d. city-state

18. A significant contribution of Marx and Engels to the study of demography is the suggestion that _____.

a. poverty, not overpopulation, is the central issue relating to food supply in a capitalist economy

b. population grows exponentially but food supply grows arithmetically, thereby creating a doubling effect

c. population explosion would eventually be checked by mortality risks, such as natural and man-

4

made disasters

d. the greatest crisis today facing low-income nations is food shortage, not capital shortage

19. A graphic depiction of the distribution of a population by age and sex is called a(n) _____.

   a. population density graph

   b. socio-ecological snapshot

   c. population pyramid

   d. actuarial graph

20. In the context of the ecological processes involved in the concentric zone theory, _____ refers to the process by which a new category of people or type of land use arrives in an area previously occupied by another group or type of land use.

   a. invasion

   b. degrowth

   c. unionism

   d. diffusion

21. A "bank run" in which hundreds or thousands of customers seek to take out all of their money at the same time, fearing that the financial institution is becoming insolvent, is an example of _____.

   a. mob behavior

   b. a panic

   c. mass hysteria

   d. a riot

22. In _____, power is gained and held by a single individual.

   a. limited monarchies

   b. constitutional monarchies

   c. dictatorships

   d. coalitions

23. Identify a TRUE statement from the following.

   a. About 124 females are conceived for every 100 males.

   b. Females are more likely to die before birth than males.

   c. Boys are about 18 percent more likely to die before their first birthday than girls.

5

d. Girls are more likely than boys to be born prematurely and to have neonatal conditions that affect them.

24. Which of the following terms is defined as the practice of rapidly discharging patients from mental hospitals into the community?

a. rehabilitation

b. deinstitutionalization

c. repatriation

d. decriminalization

25. _____ refers to the discontent that people may feel when they compare their achievements with those of similarly situated persons and find that they have less than they think they deserve.

a. Relative deprivation

b. Conditional negative regard

c. Absolute deprivation

d. Unconditional negative regard

EXH-305-736

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED216

## Test Information

BKNum: GED216 ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: Unit Exam 4

Web Test: Y

Score: 23 out of 25

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | B | Correct | |
| 2 | D | Correct | |
| 3 | B | Correct | |
| 4 | A | Correct | |
| 5 | C | Missed | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | D | Correct | |
| 9 | A | Correct | |
| 10 | C | Missed | |
| 11 | B | Correct | |
| 12 | D | Correct | |
| 13 | C | Correct | |
| 14 | D | Correct | |
| 15 | C | Correct | |
| 16 | A | Correct | |
| 17 | A | Correct | |
| 18 | A | Correct | |
| 19 | C | Correct | |
| 20 | A | Correct | |
| 21 | B | Correct | |
| 22 | C | Correct | |
| 23 | C | Correct | |
| 24 | B | Correct | |
| 25 | A | Correct | |

CALIFORNIA COAST
U N I V E R S I T Y

**Student ID: 66976**
**GED216 Rev. 11/2019**
**Final Exam**
**Exam ID: b1e038fa-09d5-4da3-8777-0068a01d1247**

1. When Carlos's grandfather first migrated to the United States, he worked as an agricultural worker in California. When Carlos's father was born, Carlos's grandfather ensured that his son attended high school. Because of this, Carlos's father got a job and worked for twenty years as a clerk in a large state agency. Because of the efforts of his father and grandfather, Carlos was able to graduate from college and medical school, and he now has a thriving medical practice in southern California. Carlos's family exemplifies _____.

   a. intragenerational mobility

   b. exchange mobility

   c. intergenerational mobility

   d. structural mobility

2. Davis and Moore, two functionalists, believe that stratification results in _____, which refers to a hierarchy in which all positions are rewarded based on people's ability and credentials.

   a. a capitalist system

   b. ethnocentrism

   c. meritocracy

   d. a supremacist system

3. Education keeps students off the streets and out of the full-time job market for a number of years, thus keeping levels of unemployment within reasonable bounds. This exemplifies how education serves the latent function of _____.

   a. restricting some activities

   b. socialization

   c. creating a generation gap

   d. social placement

4. Between 2010, when the Affordable Care Act was passed, and early 2016, approximately how many previously uninsured people aged 19 to 25 gained health insurance?

   a. 600,000

1

EXH-305-738

b. 1 million

c. 3 million

d. 6 million

5. _____ is the movement of people into a geographic area to take up residency, whereas _____ is the movement of people out of a geographic area to take up residency elsewhere.

   a. Emigration; repatriation

   b. Retrenchment; repatriation

   c. Immigration; emigration

   d. Repatriation; immigration

6. Mikayla is told repeatedly that she is not a very good athlete. Eventually, she comes to believe it, puts in little effort in gym class, and receives a poor grade. This scenario is an illustration of _____.

   a. a self-fulfilling prophecy

   b. civil inattention

   c. survival of the fittest

   d. false consciousness

7. According to the _____ on socialization, we cannot form a sense of self without intense social contact with others.

   a. conflict perspective

   b. symbolic interactionist perspective

   c. postmodern sociology perspective

   d. functionalist perspective

8. Automobiles provide transportation and independence. They also cause air pollution and contribute to global warming. Sociologist Robert K. Merton would consider these negative impacts the _____ of automobiles.

   a. dysfunctions

   b. overt functions

   c. anomie

   d. manifest functions

9. Critics of ecological models of urban growth have noted that _____.

   a. these models do not consider that spatial arrangements in cities conform to a common, most

2

EXH-305-739

efficient design

b. these models do not emphasize the life cycle of urban growth

c. these models do not take into account the relationship between people and their physical environment

d. these models do not take into account the influence of powerful political and economic elites on the development process in urban areas

10. In the United States, indigenous groups lost property, political rights, aspects of their culture, and often their lives because of invasion by Euro-Americans and others. The capitalist class acquired cheap labor and land through this government-sanctioned racial exploitation. The effects of this _____ are reflected today in the number of Native Americans who live on government reservations.

   a. ethnic pluralism

   b. structural assimilation

   c. internal colonialism

   d. racial accommodation

11. In MOST hunting and gathering societies, _____.

   a. men are dominant because they have the ability to provide all the food necessary for survival

   b. women are forbidden from hunting when wild game is nearby

   c. relationships between women and men tend to be cooperative and relatively egalitarian

   d. women control the food surplus

12. Hamid, a 65-year-old retired man, was diagnosed with Parkinson's disease. As he didn't have any family or kin, he decided to move into a nursing home. After moving into the nursing home, Hamid had to internalize the social norms and values that were appropriate to the new setting. This scenario exemplifies _____.

   a. tertiary socialization

   b. primary socialization

   c. ethnocentrism

   d. egocentrism

13. Regardless of a person's other characteristics, which of the following is MOST likely to become a stigmatized master status?

   a. father

   b. coach

3

c. homeless

d. male

14. According to French sociologist Pierre Bourdieu, students from diverse class backgrounds come to school with differing amounts of _____, which refers to a person's social assets, including values, beliefs, attitudes, and competencies in language and culture.

   a. cultural capital

   b. cultural footprint

   c. cultural dissonance

   d. cultural relativism

15. Some people may be genetically of one sex but have a gender identity of the other. These people are termed _____.

   a. cisgender people

   b. transgender people

   c. asexual people

   d. homosexual people

16. When some of the single-family residences in an area are sold and turned into apartments, the remaining single-family owners often move out because the "old" neighborhood has changed. As a result, the other residences are also often converted into apartments, and this type of land use then becomes predominant in the area. This is an example of _____.

   a. gentrification

   b. urbanism

   c. degrowth

   d. succession

17. A football coach who always plays the "tough guy" role in the presence of the players on his team feels comfortable showing emotional frailties when he is at home. This illustrates what sociologist Erving Goffman called _____ behavior.

   a. back stage

   b. interior stage

   c. front stage

   d. exterior stage

18. Conflict theorists argue that access to quality education is closely related to social class. In this

4

context, schools with many lower-class students differ from schools with middle-class students in that the former have curricula that emphasize _____.

   a. procedures and rote memorization

   b. decision making and choice

   c. creative activities

   d. critical-thinking skills

19. Which of the following is an example of cultural diffusion?

   a. A group of people in a nation reimagines television sets and designs a unique smart television that offers the services of a smartphone.

   b. A group of engineers in a nation develops the blueprint for a new flyover that would be the longest in the world.

   c. A group of scientists in a nation develops a cure for AIDS but is unable to produce it on a large scale because of a lack of resources.

   d. A group of people in a nation develops a new style of music, and their idea is soon popularized by the media and eventually adopted by people in other nations as well.

20. Identify an accurate statement about an egalitarian family.

   a. The egalitarian family is a family structure in which all family members share power and authority equally.

   b. Scholars have found no historical evidence to indicate that true egalitarian family structures ever existed.

   c. Scholars have found that egalitarian family structures were most prevalent in the preindustrial era.

   d. The egalitarian family is a family structure in which both partners share power and authority equally.

21. According to Max Weber, the term _____ refers to power legitimized by law or written rules and regulations.

   a. charismatic authority

   b. traditional authority

   c. coercive authority

   d. rational–legal authority

22. Which of these statements is the BEST explanation of the relative influence of biological and social factors in human development?

   a. Biological principles can be used to explain all forms of human behavior.

5

b. All human actions except simple reflexes are determined by heredity.

c. Heredity provides the basic material from which other people help to mold an individual's human characteristics.

d. It is clear that biological principles have a far greater ability to explain human behavior than does social interaction.

23. People in all societies believe in the social institution of religion. As a result, the general practices related to religion are present in all cultures. In this context, religion is an example of _____.

   a. a sanction

   b. material culture

   c. a cultural universal

   d. a norm

24. According to Merton's _____, people feel tension when they are exposed to cultural goals that they are unable to obtain because they do not have access to culturally approved means of achieving those goals.

   a. opportunity theory

   b. conflict theory

   c. developmental theory

   d. strain theory

25. In a caste system, marriage is _____, meaning that people are allowed to marry only within their own group.

   a. endogamous

   b. exogamous

   c. polygamous

   d. homogenous

26. In the context of authoritarianism, military juntas _____.

   a. are political entities in which people indirectly rule themselves

   b. are pure dictatorships that exist without the support of the armed forces

   c. result when armed officers seize power from the government

   d. result when power is gained and held by a single individual

27. In the context of symbolic interactionist perspectives on city life, which of the following sociologists described urbanism as a "way of life" and suggested that people who live in urban areas are

EXH-305-743

alienated, powerless, and lonely?

a. Georg Simmel

b. Louis Wirth

c. Herbert Gans

d. Emile Durkheim

28. _____ include robbery, burglary, larceny, motor vehicle theft, and arson. In most of these crimes, the primary motive is to obtain money or some other desired valuable.

a. Public order crimes

b. Organized crimes

c. Violent crimes

d. Property crimes

29. The cultural practice of marrying outside of one's own group is termed _____.

a. exogamy

b. homogamy

c. heterogamy

d. endogamy

30. Marx argued that workers being paid less than the value of their labor results in _____, a feeling of powerlessness and estrangement from other people and from themselves.

a. class conflict

b. alienation

c. anomie

d. bourgeoisie

31. Sharawood is a village that has not yet been industrialized. Most residents of this village work as farmers in one of the various agricultural fields in and around the village. The primary means of food and income for the villagers is agriculture because migration to cities is difficult. The village also has housing problems. However, despite these issues, the villagers live together in harmony and share a sense of community that is based on their personal bonds of friendship. In this context, sociologist Ferdinand Tonnies would MOST likely describe Sharawood as _____.

a. Gemeinschaft

b. oligarchic

c. Gesellschaft

EXH-305-744

d. authoritarian

32. In addition to the gross national income (GNI), the Human Development Index (HDI) considers living standards, life expectancy, and _____.

   a. literacy

   b. education

   c. fertility rate

   d. minimum wage

33. All jobs place some burden on our feelings; however, the term emotional labor refers only to jobs that _____.

   a. involve working with children and the elderly

   b. require personal contact with the public or promote a particular state of mind

   c. pertain to social work or mental health

   d. involve entertaining an audience

34. According to sociologist Gideon Sjoberg, three preconditions must be present in order for a city to develop. Based on these prerequisites, Sjoberg places the first cities in the Middle Eastern region of _____.

   a. Egypt

   b. China

   c. Greece

   d. Mesopotamia

35. According to _____, interaction is based on assumptions of shared expectancies. For example, when you are talking with someone, what expectations do you have that you and the person with whom you are speaking will take turns speaking?

   a. conflict theorists

   b. ethnomethodologists

   c. functionalists

   d. rational choice theorists

36. During the mid-1970s, advocates of _____ predicted that women's crime rates would increase significantly as a result of the women's liberation movement.

   a. emancipation theory

   b. functionalist theory

EXH-305-745

c. critical theory

d. symbolic interaction theory

37. The term _____ refers to policies or procedures that are intended to promote equal opportunity for categories of people who have been previously excluded from equality in education, employment, and other fields on the basis of characteristics such as race or ethnicity.

a. ethnocentrism

b. affirmative action

c. deregulation

d. reverse discrimination

38. Some people may appear to be female on the outside at birth but have mostly male-type anatomy on the inside, or they may be born with genitals that appear to be in between the usual male and female types. Such people are referred to as _____.

a. cisgender people

b. bisexual people

c. asexual people

d. intersex people

39. _____ is measured by comparing a person's actual income against his or her expectations and perceptions.

a. Absolute poverty

b. Relative poverty

c. Standard poverty

d. Subjective poverty

40. There is a subjective component to how some conditions such as childhood hyperactivity, overeating, and alcoholism have come to be considered as diseases. This subjective process is called _____.

a. blaming the victim

b. social symbolism

c. medicalization

d. professionalization

41. In the context of mortality as a factor affecting population size, in 2015, the leading cause of death in the United States was _____.

9

a. cancer

b. chronic lung disease

c. diabetes

d. heart disease

42. According to Freud, the _____ is expressed in recognition of parental control and is later expressed in recognition of the demands of society.

a. id

b. ego

c. superego

d. libido

43. When a person engages in intentional deviance such as drinking too much or participates in inadvertent deviance such as laughing at a funeral, it is considered _____.

a. conditional deviance

b. cultural deviance

c. behavioral deviance

d. conformist deviance

44. _____ are most likely to emphasize that the study of deviance reveals how the powerful exert authority over the powerless by taking away their free will to think and act as they might choose.

a. Functionalists

b. Postmodern theorists

c. Symbolic interactionists

d. Conflict theorists

45. The term fecundity refers to the _____.

a. number of women between ages fifteen and forty-five in a population

b. average number of children a woman gives birth to during a specific period

c. approximate number of immigrants who could enter a population in a given year in the absence of any immigration legislation

d. potential number of children who could be born if every woman reproduced at her maximum biological capacity

46. _____ occurs when people experience movement up or down the class structure.

10

a. Lateral mobility

b. Vertical mobility

c. Situational mobility

d. Horizontal mobility

47. The _____ is the number of deaths per thousand live births in a calendar year.

a. infant mortality rate

b. crude birth rate

c. fertility rate

d. crude death rate

48. Who among the following is a member of a normative organization?

a. Hema, who has joined a college to earn a degree in medicine, which would ensure that her future is financially secure.

b. Elicia, who has joined a military boot camp to train for active duty in the military.

c. Angela, who has joined an IT company as a software developer to earn enough money to maintain her lifestyle.

d. Ruby, who has joined an ecological activist group to improve the condition of local rivers.

49. The first U.S. sociologist to investigate crowd behavior was _____.

a. Louis Wirth

b. Jane Addams

c. Robert Park

d. Herbert Gans

50. _____ is a legally recognized and/or socially approved arrangement between two or more individuals that carries certain rights and obligations and usually involves sexual activity.

a. Marriage

b. Cohabitation

c. Fictive kinship

d. A blended friendship

51. Which of the following is NOT generally considered a component of social structure?

a. societal institutions

11

b. rules

c. values and beliefs

d. social roles

52. Samir pursued a law course at college and graduated at the top of his class with exceptional credentials. As a result, he got placed in a prestigious law firm. In this scenario, education served the manifest function of _____.

a. creating a generation gap

b. change and innovation

c. secularization

d. social placement

53. A school district is run by a board of elected officials, which hires a superintendent, who, in turn, selects principals for its schools and other administrative staff. The principals and staff members report to and are controlled by the superintendent, who, in turn, reports to and is supervised by the school board. This is an example of the bureaucratic characteristic of _____.

a. impersonality

b. goal displacement

c. xenocentrism

d. hierarchy of authority

54. _____ occurs when the expectations associated with a role are unclear.

a. Role expectation

b. Role relationality

c. Role ambiguity

d. Role alienation

55. Samantha, a teenager, has a 69-year-old grandmother who lives with her. Despite the fact that Samantha's grandmother is very active and flexible in her thoughts and ideas, Samantha always assumes that she is slow and rigid. As a result, Samantha refuses to go for walks with her and does not share any personal information with her because she thinks that her grandmother would not understand her life. This scenario exemplifies the concept of _____.

a. resocialization

b. ageism

c. xenocentrism

EXH-305-749

d. cultural relativism

56. In the context of social movements, sociologists have identified at least three ways in which grievances are framed. _____ pinpoints possible solutions or remedies based on a previously identified target for the actions of the social movement.

a. Diagnostic framing

b. Prognostic framing

c. Motivational framing

d. Behavioral framing

57. The text uses the term _____ to refer to the division of jobs into categories with distinct working conditions, which results in women having separate and unequal jobs.

a. genderization

b. sexual differentiation

c. labor market segmentation

d. gender fragmentation

58. Which of the following is the BEST illustration of the characterization of roles as relational?

a. it is not clear at what age children should no longer be expected to depend on their parents for economic support.

b. in times of rapid social change, roles for various positions become somewhat unclear.

c. one's role performance may not fit the role expectations for any particular status.

d. in order for a teacher to perform in that role, there must be at least one student.

59. Stem cell research is important because _____.

a. it is aimed at treating the whole person—body and mind

b. stem cells can be used to generate virtually any type of specialized cell in the human body

c. it is essential to various types of preventive medical approaches

d. it is the only area of research that does not involve controversies

60. A graphic depiction of the distribution of a population by age and sex is called a(n) _____.

a. population density graph

b. socio-ecological snapshot

c. population pyramid

d. actuarial graph

13

61. Kevin, a junior lawyer at a law firm, follows the direct orders of Philip, his supervisor. He complies with the orders of Philip because Philip is in a position of authority and his feedback would determine whether Kevin gets promoted. This scenario MOST likely exemplifies the concept of _____.

   a. resocialization

   b. obedience

   c. ethnocentrism

   d. cultural relativism

62. Carlos is a freshman at the local college. As a student, he is feeling pressure. He wants to party like the rest of his fraternity brothers, but at the same time, he wants to maintain his 4.0 grade point average. Sociologists would say that Carlos is experiencing _____.

   a. role conflict

   b. role incompatibility

   c. role reversal

   d. role strain

63. During which life stage is socialization the MOST important?

   a. childhood

   b. early adulthood

   c. middle age

   d. late adulthood

64. Jeffrey Dahmer was convicted of murder and sentenced to life in prison. He was also a cannibal. In this situation, the act of murder can be described as violation of _____, while cannibalism can be described as violation of _____.

   a. values; beliefs

   b. folkways; mores

   c. mores; taboos

   d. mores; folkways

65. The _____ is also referred to as the military–industrial complex, which is the mutual interdependence of the military establishment and private military contractors.

   a. Copper Circle

   b. Triple Crown

14

c. Iron Triangle

d. Dual Alliance

66. In the context of how culture is essential for humans, which of the following is a similarity between reflexes and drives?

a. the presence of both these characteristics constitutes nurture, which is the social environment of humans.

b. both are learned behaviors common to all members of a species.

c. both are exclusive determinants of how people will behave in human societies.

d. the expression of both these characteristics is channeled by culture.

67. Part of the movement to humanize bureaucracy includes _____.

a. a more rigid hierarchical structure

b. a greater emphasis on sharing information

c. helping employees focus on work

d. a reduction in the amount of informal activity

68. The functionalist perspective on religion finds its roots in the works of _____, who emphasized that religion is essential to the maintenance of society and suggested that religion is a cultural universal found in all societies because it meets basic human needs and serves important societal functions.

a. Emile Durkheim

b. Max Weber

c. Talcott Parsons

d. Robert Merton

69. Which of the following is a similarity between religion and education?

a. both impart values, beliefs, and knowledge considered essential to the social reproduction of individual personalities.

b. both are considered necessary for social cohesion by conflict theorists.

c. both are social institutions that have become almost nonexistent in the United States because of the rise of fundamentalism.

d. both are considered perpetuators of class, racialûethnic, and gender inequalities by functionalists.

70. In the context of international migration theories, once flows of migration commence, the pattern may continue because potential migrants have personal ties with relatives and friends who now live

15

in the country of destination and can serve as a source of stability when the potential migrants relocate to the new country. This is the essence of _____.

a. world systems theory

b. institutional theory

c. the neoclassical economic approach

d. network theory

71. Which of the following is a reason why women are being among those most affected by poverty in low-income economies?

a. lower overall pay than men

b. lower overall efficiency than men

c. fewer socialization opportunities than men

d. fewer household responsibilities than men

72. According to symbolic interactionists, the process of labeling is directly related to the _____.

a. innate or natural intelligence of students alone

b. role of the education system in creating social stability

c. relative power and status of those who do the labeling and those being labeled

d. detracking movement and meritocracy

73. Weber used the term _____ to refer to the process by which traditional, informal, and spontaneous methods of social organization are gradually replaced by efficiently administered formal rules and procedures.

a. rationality

b. oligarchy

c. transition

d. assimilation

74. Why is socialization such an important process for human beings?

a. Unlike other animals, humans have no biological drives.

b. Human beings are not capable of informal learning processes.

c. Human beings have an instinctive knowledge of society that is triggered by socialization.

d. Achieving full human potential requires interaction with others.

EXH-305-753

75. Which of the following terms is defined as the practice of rapidly discharging patients from mental hospitals into the community?

   a. rehabilitation

   b. deinstitutionalization

   c. repatriation

   d. decriminalization

76. Total institutions, such as boot camps, prisons, and some mental hospitals, are examples of _____.

   a. normative organizations

   b. coercive organizations

   c. totalitarian organizations

   d. utilitarian organizations

77. Working single mothers and their children and African Americans are overrepresented in the _____.

   a. middle class

   b. working poor

   c. upper class

   d. working class

78. AIDS, or acquired immunodeficiency syndrome, is caused by the _____ and is among the most significant health problems that the United States and the world face today.

   a. human immunity virus

   b. human immunodeficiency virus

   c. high-level immunity virus

   d. acquired human virus

79. Teacher, student, professional athlete, rock musician, and homeless person are socially defined positions characterized by certain expectations. These positions are examples of _____.

   a. cliques

   b. labels

   c. statuses

   d. classes

17

80. _____ are most likely to be concerned with unequal access to health care, power relationships in the health care system, and the role of profit in the health care system.

   a. Conflict theorists

   b. Symbolic interactionist theorists

   c. Functionalist theorists

   d. Postmodernist theorists

81. According to Merton's strain theory, _____ occurs when people challenge both the approved goals and the approved means for achieving them and advocate an alternative set of goals or means.

   a. retreatism

   b. ritualism

   c. innovation

   d. rebellion

82. Members of white supremacy groups in a European country blame members of minority groups such as Muslims and African Americans for the housing shortage in the country. Although these minority groups have no control over this societal problem, they are unable to offer resistance to the hostility of the supremacists. In the context of the frustration/aggression hypothesis, the minority group members can be called _____.

   a. racists

   b. prejudiced discriminators

   c. scapegoats

   d. ethnocentrists

83. The term _____ refers to a situation in which two people live together and think of themselves as a couple, without being legally married.

   a. cohabitation

   b. assimilation

   c. accommodation

   d. matrimony

84. A _____ is a set of logically interrelated statements that attempts to describe, explain, and (occasionally) predict social events.

   a. hypothesis

18

b. law

c. theory

d. generalization

85. Whereas Marx defined class in purely economic terms, sociologist _____ developed a multidimensional approach to social stratification that reflects the interplay among wealth, prestige, and power.

a. Karl Marx

b. Emile Durkheim

c. Herbert Spencer

d. Max Weber

86. Emile Durkheim refused to accept that suicide is merely a(n) _____.

a. personal trouble

b. interdependence issue

c. public issue

d. societal dysfunction

87. Students gathered for a college lecture are an example of a(n) _____. The event has a preestablished schedule and norms, interaction among participants is likely, and the crowd is considered essential to the event.

a. casual crowd

b. expressive crowd

c. acting crowd

d. conventional crowd

88. Efforts to oppose gun-control legislation, civil rights and affirmative action legislation, and gay marriage are examples of _____.

a. alternative movements

b. reform movements

c. regressive movements

d. revolutionary movements

89. Tanvi, a 13-year-old girl, prefers playing rough sports to playing house with dolls. She also prefers short hair and baggy trousers to long hair and pink dresses preferred by most of the girls her age. Despite wanting to play with boys of her age and dress like them, Tanvi continues to behave and

19

dress like other girls because she fears that her peers will demean her and make fun of her if she does otherwise. This scenario exemplifies the concept of _____.

a. cultural relativism

b. reciprocal socialization

c. peer pressure

d. ageism

90. When Derek was an infant, his parents taught him that sharing toys with others is ethical. As Derek grew older, they taught him the correct way to address others and the manners that are socially acceptable. When Derek began going to school, he learned various other customs and behaviors from his peers and teachers. The social interaction that occurred during these years helped Derek acquire a self-identity and learn practices that are crucial for survival in society. This scenario illustrates the concept of _____.

a. ethnocentrism

b. social immigration

c. socialization

d. cultural relativism

91. Applying convergence theory in his study of a lynch mob, social psychologist Hadley Cantril found that _____.

a. the participants came from widely divergent backgrounds

b. the participants shared traits that made them susceptible to joining a lynch mob even when they did not know the target of the lynching

c. the participants displayed behavior that was highly unpredictable even to those who shared similar emotions and beliefs as them

d. the participants knew, and did not like, the target of the lynching

92. The basis for Durkheim's theory of society is the principle that _____.

a. people are the products of their social environments

b. the evolution of society is based on the concept of "survival of the fittest"

c. society consists of the dual processes of social statics and social dynamics

d. conflict between different economic classes is necessary to produce social change

93. Which of the following is a difference between a fashion and a fad?

a. A fashion is longer lasting than a fad.

EXH-305-757

b. A fad is more widespread than a fashion.

c. A fashion is a form of popular culture, whereas a fad is a form of high culture.

d. A fad is primarily followed by the dominant class, whereas a fashion is primarily followed by the subordinate classes.

94. _____ is a person's perception of the self as female or male. Typically established between eighteen months and three years of age, it is a powerful aspect of our self-concept.

   a. Gender identity

   b. Sexual identity

   c. Gender role

   d. Body consciousness

95. People sleep to maintain their biological needs. But the fact that most people gradually learn to sleep on beds or mats exemplifies how:

   a. reflexes are learned behaviors common to all members of a species.

   b. culture channels the expression of human reflexes.

   c. reflexes determine how people behave in human societies.

   d. nature, not nurture, accounts for virtually all patterns of human behavior.

96. All human beings create shelter to protect themselves from the weather and to give themselves privacy. This exemplifies how _____.

   a. both material and nonmaterial cultures advance at the same pace in a society

   b. the abstract creations of society influence human behavior

   c. material culture acts as a buffer against the environment

   d. nonmaterial culture is essential for human survival

97. The pluralist model is rooted in a functionalist perspective which assumes that the government serves important functions no other institution can fulfill. Although _____ acknowledge that the government serves a number of important purposes in society, they assert that government exists for the benefit of wealthy or politically powerful elites who use the government to impose their will on the masses.

   a. postmodern theorists

   b. symbolic interactionists

   c. conflict theorists

   d. totalitarians

21

98. According to the symbolic interactionist perspective on socialization, four components make up our self-concept. Which of the following components is illustrated by the statement "I am good at soccer"?

    a. the physical self

    b. the psychological self

    c. the active self

    d. the social self

99. Sociologists use the term _____ to refer to the position of a person or group within a set of hierarchical social categories based on wealth, power, prestige, or other valued resources.

    a. caste

    b. class

    c. ethnicity

    d. ranking

100. _____ occurs when members of a racial or ethnic group are conquered and forcibly placed under the economic and political control of the dominant group in a particular society.

    a. Structural segregation

    b. Internal colonialism

    c. Xenocentrism

    d. Ethnic nepotism

EXH-305-759

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976

Student: Morteza Amiri

Program: DCJ01    BKNum: GED216

## Test Information

BKNum: GED216    ☐ Old Exam Format

Test Type: CBX

Revision: 11/2019

Exam: Final Exam 1

Web Test: Y

Proctored by: Emily Azevedo

Score: 90 out of 100

Grade: A

| Edit Test | Re-score |
|-----------|----------|
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|----------|--------|--------|--------|
| 1 | C | Correct | |
| 2 | C | Correct | |
| 3 | A | Correct | |
| 4 | D | Correct | |
| 5 | C | Correct | |
| 6 | A | Correct | |
| 7 | B | Correct | |
| 8 | A | Correct | |
| 9 | D | Correct | |
| 10 | C | Correct | |
| 11 | C | Correct | |
| 12 | A | Correct | |
| 13 | C | Correct | |
| 14 | A | Correct | |
| 15 | B | Correct | |
| 16 | D | Correct | |
| 17 | A | Correct | |
| 18 | B | Missed | |
| 19 | A | Missed | |
| 20 | D | Correct | |
| 21 | D | Correct | |
| 22 | C | Correct | |
| 23 | C | Correct | |
| 24 | D | Correct | |
| 25 | A | Correct | |
| 26 | C | Correct | |
| 27 | B | Correct | |
| 28 | D | Correct | |
| 29 | A | Correct | |
| 30 | B | Correct | |
| 31 | A | Correct | |
| 32 | C | Missed | |
| 33 | B | Correct | |
| 34 | D | Correct | |
| 35 | B | Correct | |
| 36 | A | Correct | |
| 37 | B | Correct | |
| 38 | D | Correct | |
| 39 | D | Correct | |
| 40 | C | Correct | |
| 41 | A | Missed | |
| 42 | C | Correct | |

EXH-305-760

| 43 | C | Correct | |
| 44 | B | Correct | |
| 45 | D | Correct | |
| 46 | B | Correct | |
| 47 | A | Correct | |
| 48 | D | Correct | |
| 49 | C | Correct | |
| 50 | A | Correct | |
| 51 | C | Correct | |
| 52 | D | Correct | |
| 53 | D | Correct | |
| 54 | C | Correct | |
| 55 | B | Correct | |
| 56 | B | Correct | |
| 57 | C | Correct | |
| 58 | A | Missed | |
| 59 | B | Correct | |
| 60 | C | Correct | |
| 61 | B | Correct | |
| 62 | A | Missed | |
| 63 | A | Correct | |
| 64 | C | Correct | |
| 65 | C | Correct | |
| 66 | B | Missed | |
| 67 | B | Correct | |
| 68 | A | Correct | |
| 69 | A | Correct | |
| 70 | D | Correct | |
| 71 | A | Correct | |
| 72 | C | Correct | |
| 73 | A | Correct | |
| 74 | D | Correct | |
| 75 | B | Correct | |
| 76 | B | Correct | |
| 77 | B | Correct | |
| 78 | B | Correct | |
| 79 | C | Correct | |
| 80 | A | Correct | |
| 81 | D | Correct | |
| 82 | C | Correct | |
| 83 | A | Correct | |
| 84 | C | Correct | |
| 85 | D | Correct | |
| 86 | A | Correct | |
| 87 | D | Correct | |
| 88 | C | Correct | |

| 89 | C | Correct | |
| 90 | C | Correct | |
| 91 | B | Correct | |
| 92 | A | Correct | |
| 93 | A | Correct | |
| 94 | A | Correct | |
| 95 | A | Missed | |
| 96 | D | Missed | |
| 97 | C | Correct | |
| 98 | B | Missed | |
| 99 | B | Correct | |
| 100 | B | Correct | |

# GED 260 CRIMINOLOGY COURSEWORK

## (CHALLENGE EXAM- NO ESSAYS, UNIT EXAMS, OR FINAL EXAM REQUIRED)

# MORTEZA AMIRI

# STUDENT ID # 66976

EXH-305-763



**June 25, 2024**

**Morteza Amiri**

████████████

███████

# COURSE GRADE REPORT

**Student #:** 66976

**Program:** BACHELOR OF SCIENCE IN CRIMINAL JUSTICE

**Course Number:** GED260

**Course Title:** CRIMINOLOGY

**Course Grade:** A

**Credit(s) Earned:** 3

**Course Completion Date:** November 07, 2017

---

**Official grade report. Please retain for your records.**

*Copyright@2024 CALIFORNIA COAST UNIVERSITY, all rights reserved.*

**Our mailing address is:**
925 N. SPURGEON ST.
SANTA ANA, CA 92701

**Multiple Choice Questions** (Enter your answers on the enclosed answer sheet)

1. The belief that crime is an antisocial act of such a nature that repression is necessary to preserve the existing system of society is the basis of the _____ perspective on crime.

   a. psychological
   b. political
   c. legal
   d. sociological

2. Which of the following behaviors is criminal only when committed by a child or youth?

   a. shoplifting a candy bar
   b. speeding
   c. drinking alcohol
   d. joyriding

3. The _____ perspective says that laws should be enacted to criminalize certain behaviors when members of society generally agree that such laws are necessary.

   a. sociological
   b. pluralistic
   c. consensus
   d. legalistic

4. Criminal justice focuses on _____.

   a. the consequences of crime
   b. the control of lawbreaking
   c. the victim
   d. the causes of crime

5. _____ criminology involves taking the results of criminological research and converting it into workable social policy and practice.

   a. Policy-based
   b. Experimental
   c. Theoretical
   d. Translational

7

Challenge Examination

6. Which of the following statements about the social problems perspective is not true?

    a. It emphasizes crime prevention efforts such as harsher sentences and the development of rehabilitation programs.
    b. It suggests that crime is a symptom of underlying social problems such as poverty and discrimination.
    c. It emphasizes the development of social and educational opportunities as a way of dealing with the crime problem.
    d. It sees crime as a public health problem as well as a criminal justice problem.

7. Which of the following recent developments in national crime control policy was not substantially influenced by the social responsibility perspective?

    a. the increase in the number of federal capital crimes
    b. the abolition of federal parole
    c. the creation of the Job Corps to reduce unemployment by encouraging the development of job skills
    d. the enactment of a federal three-strikes law

8. Which of the following is a background contribution by the offender?

    a. a genetic inventory
    b. a specific intent
    c. a drug-induced state of mind
    d. a peculiar motivation

9. The _____ contributes to a criminal event by failing to prevent criminal activity.

    a. general public
    b. criminal justice system
    c. victim
    d. offender

10. _____ is the process by which one acquires the cultural values of one's society.

    a. Socialization
    b. Integration
    c. Criminalistics
    d. Social relativity

EXH-305-766

11. The "evidence" in evidence-based criminology refers to _____.

    a.  experimental scientific findings
    b.  social discussions
    c.  information obtained from witnesses to the crime
    d.  fingerprints found at the crime scene

12. Evidence-based criminology is founded upon which research method?

    a.  secondary analysis of data
    b.  participant observation
    c.  case studies
    d.  randomized, controlled experiments

13. The ideas of armchair criminologists achieve acclaim in all but which of the following ways?

    a.  publication in prestigious essays
    b.  the association of their ideas with institutions of higher learning
    c.  the systematic collection of related acts
    d.  the involvement of distinguished lecturers

14. _____ research is undertaken simply for the sake of advancing scientific knowledge.

    a.  Primary
    b.  Applied
    c.  Pure
    d.  Secondary

15. _____ is the process by which a concept is made measurable or a simple hypothesis is turned into one that is testable.

    a.  Pure research
    b.  Theory building
    c.  Operationalization
    d.  Variable development

Challenge Examination

16. Which of the following threats to internal validity is an example of the problem of experimental mortality?

    a. During a study comparing two groups of prison inmates, some of the members of one group are released on parole.
    b. During the implementation of a study on violence in a prison, the prison administrator is replaced.
    c. During a study, subjects become tired and their response time is affected.
    d. During a study in which students interview prison inmates, a number of student interviewers graduate and must be replaced.

17. A _____ research design is particularly useful when some aspects of the social setting are beyond the control of the researcher

    a. quasi-experimental
    b. controlled experiment
    c. case study
    d. one-group pretest-posttest

18. After the results of a large research study on police procedures were publicized, the researchers were interested in determining whether the study had affected police policy. The researcher telephoned a large number of big-city police departments and asked a number of questions about department policies and procedures. This is an example of which data-gathering strategy?

    a. participant observation
    b. survey research
    c. secondary analysis
    d. case study

19. Which of the following is an example of inferential statistics?

    a. correlation
    b. median
    c. test of significance
    d. standard deviation

20. Because the Minneapolis Domestic Violence Experiment had a major impact on police policy, the National Institute of Justice decided to see if the same results would be found if the study was conducted in other cities around the U.S. This is an example of the issue of _____.

    a. instrumentation
    b. replicability
    c. reactivity
    d. intersubjectivity

EXH-305-768

21. Which of the following is an example of a mala in se offense?

    a.   gambling
    b.   drug use
    c.   premarital sexual behavior
    d.   theft

22. Which of the following was not an early demonic era explanation of personal deviance?

    a.   spiritual influences
    b.   free will
    c.   demonic possession
    d.   temptation by fallen angels

23. Early Roman law derived from the _____.

    a.   Twelve Tables
    b.   Code of Babylonia
    c.   Justinian Code
    d.   Code of Hammurabi

24. The belief that the natural human condition at birth is that of a blank slate is attributed to _____.

    a.   Jean-Jacques Rousseau
    b.   Thomas Hobbes
    c.   Thomas Paine
    d.   John Locke

25. Which of the following crime prevention techniques would best meet the objective of reducing the rewards of crime?

    a.   limiting access to alcohol and drugs
    b.   engraving identification codes on personal property to facilitate the identification of stolen property
    c.   closing residential streets to reduce offender access to homes
    d.   starting a neighborhood watch program to increase informal surveillance

26. _____ focuses on preventing a particular offender from engaging in repeat criminality.

    a.   Specific deterrence
    b.   General deterrence
    c.   Retribution
    d.   Recidivism

Challenge Examination

27. Advocates of capital punishment question _____.

   a.  whether the death penalty is fairly imposed
   b.  whether there is a racial disparity in the ethnicity of murder victims in the U.S
   c.  whether the death penalty is too expensive
   d.  whether ethnic differences exist in the rate of imposition of the death penalty

28. A law that mandated a harsher sentence for a career criminal than a first time offender, even though both have committed the same crime, would be an example of _____.

   a.  truth in sentencing
   b.  collective incapacitation
   c.  selective incapacitation
   d.  determinate sentencing

29. Classical and neoclassical theories have been criticized for lacking an explanation of _____.

   a.  deviance
   b.  criminal motivation
   c.  dangerousness
   d.  recidivism

30. Research in diet suggests that it affects the behavior among prison inmates in what way?

   a.  Poor nutrition lowers levels of violent behavior among prison inmates.
   b.  Good nutrition is related to a reduction in violent behavior but not to other antisocial behavior.
   c.  Good nutrition reduces antisocial behavior among prison inmates.
   d.  There is no significant relationship between nutrition and social behavior.

31. Which of the following would be most characteristic of a contemporary biological theorist?

   a.  a study looking at facial features and body type as indicators of criminality
   b.  a theory that downplays the role of the social environment in producing behavior
   c.  an examination of family trees to identify inherited criminal traits
   d.  a focus on diet and environmental contaminants as a way of explaining behavior

32. Biological theories tend to focus on _____ as the major determinant in controlling human behavior.

   a.  hormones
   b.  the environment
   c.  the brain
   d.  chromosomal makeup

33. Biological theories believe that crime causation can be understood by studying the interplay of all of the following except _____.

   a. the social environment
   b. biology
   c. psychology
   d. heredity

34. According to positivism, how is valid knowledge acquired?

   a. adherence to belief
   b. observation
   c. the exercise of reason
   d. rational deduction

35. Which of the following crime control policies would be most likely to be proposed by an early positivist criminologist?

   a. environmental design
   b. determinate sentencing
   c. an increase in the use of three-strikes laws
   d. forced sterilization of convicted offenders

36. Which of the following physical feature would not be an appropriate indicator of atavism?

   a. prominent tattoos
   b. thin lips
   c. powerful jaws
   d. a weak chin

37. According to Konrad Lorenz, much of what we call "crime" is the result of _____.

   a. body types
   b. free will
   c. neuroses
   d. overcrowded living conditions

38. Which theoretical paradigm was developed by Edward O. Wilson?

   a. positivism
   b. eugenic criminology
   c. biosocial criminology
   d. sociobiology

EXH-305-771

39. What have researchers found about the effect of deficient MAOA activity on children?

   a. Deficient MAOA activity may predispose maltreated children to adult violence.
   b. Deficient MAOA activity has no effect on children.
   c. Deficient MAOA activity may predispose children to adult violence.
   d. Deficient MAOA activity may reduce the risk of adult violence among maltreated children.

40. Which of the following brain mechanisms may be involved in aggression?

   a. food allergies
   b. physical injuries
   c. disease
   d. all of the above

41. What is the effect of stress on brain structure?

   a. Long-term exposure to high-level stress can reduce cognition.
   b. Short-term exposure to stress can increase brain development.
   c. Long-term exposure to low-level stress can produce neuroplasticity.
   d. Stress does not have any effect on brain structure.

42. Research suggests that high dietary intake of _____ by pregnant women may be related to higher IQ levels among children.

   a. vitamin B-3
   b. monosodium glutamate
   c. placebos
   d. omega-3 fatty acids

43. An offender convicted of _____ is most likely to have a low level of serotonin in the brain.

   a. planned burglary
   b. a crime of passion
   c. insider trading
   d. premeditated murder

44. Which of the following was not listed by Wilson and Herrnstein as contributing to crime?

   a. personality
   b. intelligence
   c. age
   d. brain structure

EXH-305-772

45. Biosocial perspectives are theories of _____.

    a.  victimization
    b.  criminality
    c.  violence
    d.  crime

46. Freda Adler proposed that _____.

    a.  the relationship of gender and criminality will remain stable over time
    b.  as women entered nontraditional roles and occupations, their involvement in crime would become closer to that of men
    c.  cross-cultural research suggests that socialization does not affect gender involvement in crime
    d.  there is something about gender per se that is responsible for the observed gender differences in crime commission

47. What is the central defining characteristic of a psychopath?

    a.  poverty of affect
    b.  impulsiveness
    c.  neuroticism
    d.  hallucinations

48. A possible psychogenic cause of antisocial personality disorder is _____.

    a.  a malfunction of some inhibitory mechanisms
    b.  a low state of arousal
    c.  a separation from the mother during the first six months of life
    d.  none of the above

49. According to Dollard, _____ is violence directed against something or someone who is not the source of the original frustration.

    a.  displacement
    b.  transference
    c.  repression
    d.  catharsis

EXH-305-773

50. When crime leads to stress reduction as a result of internal changes in beliefs and value systems, it is known as _____ adaptation.

   a. antiplastic
   b. alternative
   c. autoplastic
   d. alloplastic

51. Which of the following behaviors is not aggression directed at one's self?

   a. suicide
   b. smoking
   c. alcohol abuse
   d. they are all forms of self-directed aggression

52. Which of the following risk factors appears to have a relationship to later violence?

   a. a diagnosis of schizophrenia
   b. delusions
   c. psychopathy
   d. hallucinations

53. The _____ holds that individuals cannot be held criminally responsible for their actions if at the time of the crime they did not know what they were doing or did not know that their actions were wrong.

   a. M'Naughten rule
   b. substantial capacity test
   c. irresistible-impulse test
   d. GBMI rule

54. According to the research on crime patterns in concentric zones, as the composition of the population in the zone of transition changes (e.g., because of various waves of immigration), the crime rate will _____.

   a. increase
   b. decrease
   c. stay about the same
   d. we do not know what will happen

55. According to differential opportunity theory, drug use predominates in the _____ delinquent subculture.

   a. deviant
   b. criminal
   c. conflict
   d. retreatist

56. _____ was directly based on the work of Cloward and Ohlin's differential opportunity theory.

   a. The Welfare Reform Reconciliation Act
   b. Mobilization for Youth
   c. Welfare-to-Work
   d. The Chicago Area Project

57. Some researchers suggest that _____ theories fail to distinguish between the condition of social disorganization and the crimes that this condition is said to cause.

   a. strain
   b. ecological
   c. culture conflict
   d. subcultural

58. One criticism of strain theory is that _____.

   a. it overfocuses on the idea that spatial location determines crime and delinquency
   b. it is racist
   c. participation in delinquency appears to shield delinquents from sources of despair
   d. it lacks explanatory power

59. Which type of theory has been criticized for being racist?

   a. the subcultural approach
   b. the ecological approach
   c. social disorganization theory
   d. strain theory

60. Social _____ theories assume everyone has the potential to violate the law.

   a. development
   b. structure
   c. process
   d. conflict

61. Social bond theory postulates that _____.

   a. criminal behavior is learned in the same way any other type of behavior is learned
   b. crime occurs when a person's links to society are weakened or broken
   c. crime occurs because the criminal justice system stigmatizes individuals, forcing them
      into a deviant lifestyle
   d. crime occurs when there is a disparity between societal goals and the legitimate means
      available to reach those goals

62. According to Gottfredson and Hirschi's general theory of crime, the key concept in explaining
    all forms of criminal behavior is _____.

   a. intelligence
   b. self-control
   c. sensitivity
   d. social bonds

63. Listing the names of drunk drivers on a billboard facing a freeway is an example of _____
    shaming.

   a. diversionary
   b. stigmatic
   c. reintegrative
   d. restorative

64. Which of the following is not a question that a life course researcher would ask?

   a. How do life transitions influence behavior?
   b. How do individuals make rational choices to commit crimes?
   c. How do early childhood characteristics lead to adult behavioral processes and outcomes?
   d. How do offending and victimization interact over the life cycle?

65. Which of the following factors would probably not enhance your social capital?

   a. having a "clean" record
   b. graduating from college
   c. losing a job
   d. getting married

EXH-305-776

66. According to the conflict perspective, the fundamental nature of group conflict centers on
_____.

   a.  the exercise of political power
   b.  the accumulation of wealth
   c.  individual personal characteristics
   d.  socially significant differences

67. Which of the following statements best describes instrumental Marxism?

   a.  Capitalism is a self-maintaining system.
   b.  The legal system is a tool used by the powerful to control the poor and keep them
       disenfranchised.
   c.  The rich are subject to laws preventing them from behaviors that might undermine the
       capitalist system.
   d.  The law and the criminal justice system works to perpetuate the existing system of power
       relationships.

68. _____ criminology consists of a proactive call for change in the social conditions leading
to crime, whereas _____ criminology is a way of critiquing social relationships leading to
crime.

   a.  Radical; critical
   b.  Critical; pluralistic
   c.  Critical; radical
   d.  Radical; pluralistic

69. Which of the following crime control policies probably would not be supported by a left realist?

   a.  neighborhood justice centers
   b.  mandatory minimum sentences
   c.  dispute resolution mechanisms
   d.  community policing

70. The primary method used by convict criminologist is based in _____.

   a.  medical research
   b.  ethnography
   c.  archeology
   d.  social survey research

EXH-305-777

71. _____ criminologists argue that the only effective way to reduce conflict in society is to replace the existing capitalist system in the U.S. with a socialist economic structure.

   a. Peacemaking
   b. Postmodern
   c. Radical-Marxist
   d. Left-realist

72. _____ are conditions, usually situational, which increase the likelihood of a violent outburst but are not necessary to produce that response.

   a. Predisposers
   b. Facilitators
   c. Situationalists
   d. Precipitants

73. According to Groth's typology of pedophiles, _____ are adult pedophiles who engaged in planned sexual acts with children and whose behavior is not necessarily influenced by drugs or alcohol.

   a. regressed offenders
   b. narcissistic offenders
   c. deniers
   d. fixated offenders

74. Which of the following is a personal robbery?

   a. a robbery of a convenience store
   b. a robbery of a gas station
   c. a robbery on the street
   d. a bank robbery

75. The majority of street robbers target _____.

   a. major drug dealers
   b. elderly victims
   c. individuals involved in lawbreaking
   d. taxi drivers

EXH-305-778

76. _____ assault occurs when a victim of intimate personal violence attempts to leave a violent relationship.

    a.  Separation
    b.  Primary
    c.  Stranger
    d.  Sibling

77. Which of the following is most likely to be a low-level burglary?

    a.  a juvenile who commits crimes impulsively, usually works with others, and is easily deterred by security devices such as alarms
    b.  a professional art thief who steals from private homes and museums
    c.  an adult who works in an organized crew and earns a good living from burglary
    d.  a young adult who uses alcohol and drugs, lacks connections to permit dealing in stolen goods on a large scale, but is not easily deterred by security devices.

78. Changes in the rates of robbery and burglary in the U.S. in the 1980s have been linked to _____.

    a.  improvements in the national economy
    b.  an increased demand for crack cocaine
    c.  an increased willingness of offenders to use violence to commit crimes
    d.  changes in the unemployment rate

79. Most employee theft of cash or merchandise is committed by _____ employees.

    a.  permanent
    b.  high-level
    c.  long-term
    d.  short-term

80. The primary motivation for the crime of joyriding is _____.

    a.  to meet a long-term need for transportation
    b.  to meet an immediate need for transportation
    c.  profit
    d.  fun

EXH-305-779

81. Property crimes are often investigated from the perspective of _____ theories.

    a. rational choice
    b. classical
    c. integrated
    d. biosocial

82. _____ has been called the biggest white-collar crime in history.

    a. The collapse of the Enron Corporation
    b. The bankruptcy of WorldCom, Inc.
    c. The 1980s savings and loan disaster
    d. Teapot Dome

83. According to Gary Green's typology of occupational crime, _____ occupational crimes benefit the employing agency.

    a. organizational
    b. individual
    c. professional
    d. state authority

84. Edwin Sutherland applied elements of _____ theory to white-collar crime.

    a. strain
    b. control
    c. differential association
    d. corporate culture

85. The expansion of organized crime and their focus on official corruption was due to which event?

    a. World War I
    b. The Great Depression
    c. Prohibition
    d. World War II

86. Legalizing or decriminalizing illegal drugs falls into which of Howard Abadinsky's approaches to controlling organized crime?

    a. reducing the economic lure of involvement
    b. decreasing opportunity for organized criminal activity
    c. increasing law enforcement authority
    d. increasing the risk of involvement in organized crime

87. The most commonly used illicit drug is _____.

   a.  cocaine
   b.  inhalants
   c.  heroin
   d.  marijuana

88. Most cocaine entering the United States originates in _____.

   a.  South America
   b.  Mexico
   c.  Asia
   d.  Central America

89. Which of the following is an example of a drug-defined crime?

   a.  a drug importer kills a rival drug dealer in a territorial dispute
   b.  a cocaine addict assaults someone in a bar while under the influence of the drug
   c.  a drug dealer sells cocaine to a juvenile on the street
   d.  a drug addict commits a theft to obtain money to buy drugs

90. The Pure Food and Drug Act _____.

   a.  controlled the sale and possession of marijuana
   b.  outlawed the sale and distribution of medicines containing heroin
   c.  restricted the importation and distribution of opium
   d.  required manufacturers to list their ingredients

91. A U.S. Customs and Border Protection agent stationed at a major international airport seizes a large supply of cocaine found hidden in an airline passenger's baggage. This is an example of which drug-control strategy?

   a.  forfeiture
   b.  interdiction
   c.  antidrug legislation
   d.  crop control

92. Planting a virus is an example of which category of cybercrime?

   a.  support of criminal enterprises
   b.  computer-manipulation crime
   c.  internal cybercrime
   d.  telecommunications crimes

EXH-305-781

93. Using a computer to create a database to support drug distribution falls into which category of cybercrime?

    a.  telecommunications crimes
    b.  internal cybercrime
    c.  support of criminal enterprises
    d.  computer-manipulation crime

94. Malware involves _____.

    a.  software piracy
    b.  computer viruses
    c.  embezzlement
    d.  phone phreaking

95. Which type of hacker is most likely to use illicit drugs?

    a.  addicts
    b.  vandals
    c.  explorers
    d.  scamps

96. DNA profiling is _____.

    a.  somewhat reliable
    b.  highly reliable
    c.  infallible
    d.  not very reliable

97. A(n) _____ criminologist is involved in the cross-national study of crime.

    a.  biosocial
    b.  classical
    c.  comparative
    d.  ethnocentric

98. Which of the following is not a reason why it is difficult to compare the crime rates of different nations?

    a.  differing population sizes in various countries
    b.  diverse crime-reporting practices
    c.  differences in definitions of a given crime
    d.  political influences on the reporting of crime statistics to other agencies

EXH-305-782

Challenge Examination

99. Which of the following has emerged as one of the most pressing challenges of the early 21st century?

    a.  serious violent crime
    b.  the development of new designer drugs
    c.  domestic terrorism
    d.  transnational crime

100. The _____ limited the number of immigrants who could be admitted to the U.S. from any one country and barred immigration from specific parts of the Asia-Pacific Triangle.

    a.  Immigration Act
    b.  Trafficking Victims Protection Act
    c.  Homeland Security Act
    d.  Chinese Exclusion Act

EXH-305-783

Home    Prospects/Application    Billing    Retention    Transcript    Testing    Rental Library    Faculty

Note/Message    ACenina    Production Environment

# Verify Test

Student ID: 66976    Student: Morteza Amiri

Program: DCJ01    BKNum: GED260

## Test Information

BKNum: GED260  ☐ Old Exam Format

Test Type: CBX

Revision: 01/2016

Exam: Challenge Exam 1

Web Test: Y

Score: 94 out of 100

Grade: A

| Edit Test | Re-score |
| Save Test | Delete Test |
| Return to Grading | Return to Transcript |

| Question | Answer | Status | Action |
|---|---|---|---|
| 1 | D | Correct | |
| 2 | C | Correct | |
| 3 | C | Correct | |
| 4 | B | Correct | |
| 5 | D | Correct | |
| 6 | A | Correct | |
| 7 | C | Correct | |
| 8 | A | Correct | |
| 9 | B | Correct | |
| 10 | A | Correct | |
| 11 | A | Correct | |
| 12 | D | Correct | |
| 13 | C | Correct | |
| 14 | C | Correct | |
| 15 | C | Correct | |
| 16 | A | Correct | |
| 17 | A | Correct | |
| 18 | B | Correct | |
| 19 | A | Missed | |
| 20 | B | Correct | |
| 21 | D | Correct | |
| 22 | D | Missed | |
| 23 | A | Correct | |
| 24 | D | Correct | |
| 25 | C | Missed | |
| 26 | A | Correct | |
| 27 | A | Correct | |
| 28 | C | Correct | |
| 29 | A | Missed | |
| 30 | C | Correct | |
| 31 | D | Correct | |
| 32 | C | Correct | |
| 33 | C | Correct | |
| 34 | B | Correct | |
| 35 | D | Correct | |
| 36 | A | Correct | |
| 37 | D | Correct | |
| 38 | D | Correct | |
| 39 | A | Correct | |
| 40 | D | Correct | |
| 41 | A | Correct | |
| 42 | D | Correct | |

EXH-305-784

| 43 | B | Correct | |
|----|---|---------|---|
| 44 | D | Correct | |
| 45 | B | Correct | |
| 46 | B | Correct | |
| 47 | A | Correct | |
| 48 | C | Correct | |
| 49 | A | Correct | |
| 50 | A | Missed | |
| 51 | D | Correct | |
| 52 | C | Correct | |
| 53 | A | Correct | |
| 54 | C | Correct | |
| 55 | D | Correct | |
| 56 | B | Correct | |
| 57 | B | Correct | |
| 58 | A | Missed | |
| 59 | A | Correct | |
| 60 | C | Correct | |
| 61 | B | Correct | |
| 62 | B | Correct | |
| 63 | B | Correct | |
| 64 | B | Correct | |
| 65 | C | Correct | |
| 66 | A | Correct | |
| 67 | B | Correct | |
| 68 | A | Correct | |
| 69 | B | Correct | |
| 70 | B | Correct | |
| 71 | C | Correct | |
| 72 | B | Correct | |
| 73 | D | Correct | |
| 74 | C | Correct | |
| 75 | C | Correct | |
| 76 | A | Correct | |
| 77 | A | Correct | |
| 78 | B | Correct | |
| 79 | D | Correct | |
| 80 | D | Correct | |
| 81 | A | Correct | |
| 82 | C | Correct | |
| 83 | A | Correct | |
| 84 | C | Correct | |
| 85 | C | Correct | |
| 86 | B | Correct | |
| 87 | D | Correct | |
| 88 | A | Correct | |

| 89 | C | Correct | |
|-----|---|---------|---|
| 90 | D | Correct | |
| 91 | B | Correct | |
| 92 | C | Correct | |
| 93 | C | Correct | |
| 94 | B | Correct | |
| 95 | A | Correct | |
| 96 | B | Correct | |
| 97 | C | Correct | |
| 98 | A | Correct | |
| 99 | D | Correct | |
| 100 | A | Correct | |